PARSONS BEHLE & LATIMER
Erik A. Christiansen (USB 7372)
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
EChristiansen@parsonsbehle.com

VENABLE LLP
John Worden (CA SBN 142943) (*pro hac vice forthcoming*)
Sarah E. Diamond (CA SBN 281162) (*pro hac vice forthcoming*)
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: (415) 659-3750
Facsimile: (415) 653-3755
JSWorden@venable.com
SEDiamond@venable.com

***Attorneys for Plaintiffs Capana Swiss Advisors AG
and AmeriMark Automotive AG***

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAPANA SWISS ADVISORS AG, a Swiss corporation; AmeriMark Automotive AG, a Swiss corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> RYMARK, INC., a Utah corporation; NICHOLAS THAYNE MARKOSIAN, an individual; JOHN KIRKLAND, an individual; and VICKY SMALL, an individual, <br><br> Defendants. | **VERIFIED COMPLAINT** <br><br> Case No. 2:23-cv-00467 <br><br> Judge _____ <br><br> **JURY TRIAL DEMANDED** |

For its Verified Complaint against Defendants Rymark, Inc., Nicholas Thayne Markosian, John Kirkland, and Vicky Small (collectively "Defendants") Plaintiffs Capana Swiss Advisors AG and AmeriMark Automotive AG (collectively "Plaintiffs") plead, allege and aver as follows:

## PARTIES

1.     Plaintiff Capana Swiss Advisors AG ("Capana") is a Swiss corporation organized under the laws of Switzerland with its principal place of business in Baar, Switzerland. Capana is a private investment company focused on investments in start-up, early stage, and distressed situations, and a wholly-owned subsidiary of Orbital AG, a Swiss holding entity. Capana owns 48.56% of AmeriMark Group AG ("AmeriMark Group").[1]

2.     AmeriMark Group is a Swiss corporation organized under the laws of Switzerland with its principal place of business in Zug, Switzerland and is the 100% parent of AmeriMark Automotive AG ("AmeriMark Automotive").[2]

---

[1] As of July 17, 2023, Capana holds 13,013,134 of 26,800,000 shares issued and outstanding (48.56%) of AmeriMark Group AG.  *See* Exhibit 61: "220829 Letter from AmeriMark Group Director Colshorn" (Letter evidencing Capana as AmeriMark Group AG shareholder with 13,013,134 shares).
Under Swiss law, the Board of Directors of a Swiss entity is the primary authority with respect to the entity's shareholders and has an affirmative legal duty to maintain an accurate ledger in this respect.  *See* Exhibit 23: 230717 Memorandum from Swiss attorney Felix Kappeler" (Legal memorandum re: authority and responsibilities of a Swiss Board of Directors vis-a-vis identification of a Swiss entity's shareholders).
[2] Exhibit 60: "230208 Share Ledger of AmeriMark Automotive" (Notarized and apostilled share ledger of AmeriMark Automotive dated February 8, 2023).

3.      Plaintiff AmeriMark Automotive is a Swiss corporation organized under the laws of Switzerland with its principal place of business in Zug, Switzerland and is the 100% parent of Defendant Rymark, Inc. ("Rymark").[3]

4.      Rymark is a Utah corporation having its principal place of business in Taylorsville, Utah.  Rymark is the surviving entity of an October 10, 2013 merger with Markosian Auto, Inc., a Utah corporation, a transaction which left Nicholas Thayne Markosian ("Markosian") as the 100% owner of Rymark.  Rymark operates several automotive dealerships in and around the Salt Lake City, Utah area.  Prior to June 6, 2016, Rymark was 100% owned by Markosian and is now 100% owned by AmeriMark Automotive.[4]

5.      On information and belief, Defendant Markosian is a citizen of the state of Utah. He is the founder, President, Secretary, Registered Agent, and Director of Rymark, and, prior to August 4, 2020, the Chairman of the Board of Directors of AmeriMark Automotive AG.

6.      On information and belief, Defendant John Kirkland ("Kirkland") is a citizen of the state of Utah.  Kirkland is the Chief Operating Officer of Rymark, Inc.

7.      On information and belief, Defendant Vicky Small ("Small") is a citizen of the state of Utah.  Small is the Controller of Rymark, Inc.

---

[3] *See* Exhibit 62; *see* also Exhibit 63: "230306 Sworn affidavit of Martin Fasser" (Sworn affidavit of Martin Fasser, Chairman of the Board of AmeriMark Automotive AG, notarized, apostilled and submitted to the Higher Regional Court of Munich, Germany on March 6, 2023).
[4] *Id.*

## JURISDICTION AND VENUE

8.     This Court has subject-matter jurisdiction over the claims alleged in this action pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds the sum or value of $75,000 and is between a citizen of Utah and a citizen of a foreign state.

9.     The Court has personal jurisdiction over Defendants because Rymark is incorporated and has its principal place of business in the State of Utah and individual Defendants Markosian, Kirkland, and Small are citizens of Utah.

10.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because Defendants reside in this judicial district.

11.     This Court has supplemental jurisdiction over any state law, or statutory and common law claims pursuant to 28 U.S.C. § 1367.

## GENERAL ALLEGATIONS

12.     This case involves the breach of fiduciary duty and a series of false and misleading statements and filings made both in public, and privately to third parties, including potential investors, shareholders, auditors, and tax authorities, made by Markosian, the President of Rymark, regarding the ownership of Rymark by the Swiss corporation AmeriMark Automotive of which Markosian was co-founder and Chairman of the Board of Directors from June 6, 2016 to August 4, 2020.

13.     Seeking to have Rymark, a Utah-based automotive dealership, publicly listed on a European exchange through a foreign holding structure, on May 9, 2016 Markosian, who then owned Rymark outright, began the process of injecting 100% of Rymark's shares into Automotive. Markosian later assumed control of the Swiss entity AmeriMark Group into which he injected

100% of the shares of Automotive to form AmeriMark Group as a master holding company.  In exchange, Markosian eventually retained approximately 32% of the outstanding shares of AmeriMark Group, and a number of his friends, family, and Rymark's senior management also came to own shares of AmeriMark Group.  Markosian retained advisors to develop and publish a comprehensive prospectus ("Information Memorandum") along with other public filings, an independent valuation report, financial statements, press releases, and other disclosures in support of efforts to list the larger AmeriMark structure, efforts which involved the active participation of all the Defendants over the course of three years.

14.     The materials produced to apply to various exchanges for listing and, eventually, to market AmeriMark Group's listed shares to investors, relied almost exclusively on the financial performance of Rymark and the unincumbered ownership by Automotive of Rymark, the only operating asset in the structure, to justify the valuation of AmeriMark Group.  After several set-backs over the years-long efforts to complete a listing, the executive bodies of the Vienna Stock Exchange, relying on the Information Memorandum and other disclosures by Markosian, Kirkland, and Small, agreed to admit AmeriMark Group's shares to trading on the "Vienna Direct" segment of the Vienna Stock Exchange.  AmeriMark Group began trading in Vienna on August 22, 2019 with a reference price of EUR 1.15/share ($1.25/share), representing a market capitalization of EUR 23 million (more than $25 million).  Relying on the accuracy of the Information Memorandum and other disclosures by Markosian, Kirkland, and Small, hundreds of investors, primarily from Europe, and including Capana, bought shares of AmeriMark Group.

15.     Unbeknownst to these investors, Markosian was not forthright.  Beginning in 2016, and despite the fact that he was no longer a shareholder of Rymark, Markosian wrongfully

5

declared himself personal dividends from Rymark in an aggregate amount of at least $2,232,512, distributions made without the consent of AmeriMark Automotive, the then 100% shareholder of Rymark, and sums which, as dividends, rightfully should have been paid to AmeriMark Automotive.

16.     In addition, in order to effectuate this scheme of unjust personal enrichment and to evade federal taxes in the United States, from at least 2016-2021 Markosian and Rymark's Controller, Small, hid the foreign ownership of Rymark from Rymark's certified public accountants and auditors, inducing these advisors to publish false and misleading financial statements which, among other defects, substantially understated Rymark's tax liabilities.  During this same period, Rymark continued to wrongfully elect "Subchapter S" status in the United States, a passthrough tax treatment forbidden to firms with foreign shareholdings.  This had the effect of creating significant and undisclosed tax, interest, and penalty liabilities for Rymark in the pursuit of Markosian's illicit personal gain, liabilities that would necessarily be borne by AmeriMark Group shareholders when revealed.

17.     Further, when AmeriMark Group's share price collapsed in the summer and fall of 2020, Markosian attempted to disavow entirely the certified contribution transaction of 2016 which made Rymark a 100% subsidiary of AmeriMark Automotive, and to assume illegitimate ownership and control over Rymark at the expense of AmeriMark Automotive, the actual shareholder of Rymark, and thereby conceal his fraudulent scheme and tax evasion, perpetuate his continuing and unjust enrichment, and defraud AmeriMark Automotive, AmeriMark Group, and its many shareholders, including Capana.

*Markosian Creates a Swiss-based Holding Structure and Injects 100% of Rymark to Facilitate Its Listing on a European Stock Exchange*

18.      On April 1, 2016, Markosian executed a term sheet between Rymark and consultant Ananda Capital Partners, Inc., a Florida corporation specializing in listings of foreign stock exchanges with the objective of "...the admission of [Rymark] to trading on the Marché Libre Standard of the Euronext Exchange"[5] (a segment of the Paris Stock Exchange).

19.      Later that day, Markosian, in his capacity as CEO of Rymark, executed a listing agreement with Ananda Capital Partners, Inc. codifying the terms of the term sheet.[6]

20.      To meet the notary standards in Switzerland for the transactions and agreements he intended to execute, on April 13, 2016, Markosian provided a notarized copy of his passport to attorneys and notaries in Switzerland to complete the required "know your customer" and other compliance checks.[7]   Markosian would later submit to various Swiss service providers additional "know your customer" submissions including a bank reference letter, and notarized copies of a utility bill and his passport in November of 2016,[8] IRS form 944 as proof of employment at Rymark in December of 2016,[9] and a notarized copy of his passport and a utility bill in October of 2018.[10]

---

[5] Exhibit 1: "160401 Rymark Term Sheet" executed by Markosian on April 1, 2016.

[6] Exhibit 2: "160401 Rymark Listing Agreement" executed by Markosian on April 1, 2016.

[7] Exhibit 3: "160413 Markosian Passport Copy Notarized" (Copy of Markosian's passport notarized on April 13, 2016).

[8] Exhibit 4: "161109 Bank Reference Letter Utility Bill and Passport Copy" (Reference Letter from Holladay Bank and Trust dated November 9, 20167, notarized utility bill, and notarized passport copy of Nicholas Thayne Markosian).

[9] Exhibit 18: "161231 Markosian Proof of Employment IRS Form 944."

[10] Exhibit 30: "181003 Markosian Passport Copy and Utility Bill."

21.     On April 19, 2016, Markosian executed an official application to the commercial register of the Kanton of Thurgau, Switzerland to set in motion the creation of AmeriMark Automotive.  The application specifically referenced the contribution by Markosian of Rymark, Inc. shares as part of the formation capital and appointed Markosian as Chairman of the Board of Directors of AmeriMark Automotive.  Markosian's signature on the application was notarized and apostilled in Utah.[11]

22.     On May 6, 2016, Markosian executed a power of attorney with Dr. iur. Markus Thier ("Thier") and Adrian Zehner ("Zehner"), attorneys and notaries with the law firm of Gysi & Partner Rechtsanwälte Ltd. in St. Gallen, Switzerland.  That document empowered Thier and/or Zehner to take acts towards the:

> Incorporation of AmeriMark Automotive AG with its legal seat in Switzerland with contribution in kind of all shares of RYMARK, INC., Utah, USA; Contribution in kind of all my shares of RYMARK, INC., Utah, USA [pls note: these shares will become property of AmeriMark Automotive AG, Switzerland]; in return the contributor receives 100% of all issued shares of AmeriMark Automotive AG; Signing of the contribution agreement and founder's report; Signing of the mandate agreement with the member of the board und [sic] signing of the domicile agreement; Signing of all further documents and execution of all actions which are necessary in connection with the incorporation and registration of AmeriMark Automotive AG in the Commercial Register in Switzerland.[12]

23.     The document also contained a "Confirmation for the attention of the inaugural meeting of AmeriMark Automotive AG," signed separately by Markosian and which provided that:

> The Undersigned; Nicholas T. Markosian, 2979 Warr Rd, Salt Lake City, UT 84109, USA; hereby confirms:

> The undersigned is owner in clear title of ~~500~~ 1300 [handwritten correction

---

[11] Exhibit 5: "160419 Notarized and Apostilled Formation Application."
[12] Exhibit 6: "160506 Markosian Power of Attorney" executed by Markosian on May 6, 2016.

initialed] shares (100%) of RYMARK, INC., Taylorsville, Utah, USA; All of these shares are free of any lien, encumbrance, security interests, charges, mortgages, pledges, or adverse claim or other restriction that would prevent the transfer of clear title to AmeriMark Automotive AG, Switzerland; The undersigned is not bound by any agreement that would prevent the transaction to AmeriMark Automotive AG, Switzerland.; I herewith confirm to have taken all necessary steps at the relevant local authorities for my shares to be subject of all possibly applicable legal provisions and regulations.[13]

24.     On May 9, 2016, Markosian executed a "Share Exchange Agreement" transferring ownership of 100% of Rymark into AmeriMark Automotive in exchange for what would eventually be 18,000,000 shares of AmeriMark Automotive (100% of AmeriMark Automotive's then issued and outstanding shares).[14]

25.     On June 6, 2016, in order to perfect the transaction under Swiss law and acting under the power of attorney document signed by Markosian on May 6, 2016, Thier executed an "Agreement concerning a contribution in kind" between Markosian as the "Contributor in Kind" and AmeriMark Automotive the "Company that takes over."  That document provided that:

The Contributor in Kind contributes to the Company that takes over:

1'300 shares (100%) of RYMARK INC., Utah USA for an aggregate amount of CHF 900'000.

[...]

The Contributor in Kind is obliged to assign and transfers the aforementioned 1'300 shares of RYMARK INC., Utah, USA, to the Company that takes over. The Contributor in Kind irrevocably authorizes the Company that takes over to make unlimited use of the shares of RYMARK INC., as soon as the capital increase has been registered in the Company's Register. The Company that takes over is entitled to make unlimited use of the shares immediately after the registration of the capital increase in the Company's Register.

[...]

---

[13] *Id.*
[14] Exhibit 7: "160509 Share Exchange Agreement" executed by Markosian on May 9, 2016.

Shares, which are taken over by means of this Agreement, shall be free of any third party rights. The Parties acknowledge that none of the Parties has made any representation or warranty pertaining to the subject matter of this Agreement other than explicitly provided herein.[15]

26.     In Switzerland, such contribution in kind transactions must be supported by a report from the Board of Directors of the acquiring company (in this case, AmeriMark Automotive) outlining the assets to be contributed. This report must be certified by a licensed Swiss auditor as to the value of the contribution to assure proper capitalization of the newly issued shares. The contribution of Rymark into AmeriMark Automotive was supported by such a report. The report was notarized on June 6, 2016, and the valuation and contribution of Rymark certified on June 6, 2016 by the licensed Swiss audit firm CHARIS Finanz- und Vermoegensmanagement AG ("Charis").[16]

27.     With all the required documents assembled, on June 6, 2016, Thier submitted the application to form AmeriMark Automotive to the commercial register of Thurgau along with numerous attachments including the copy of the application form signed by Markosian, notarized, and apostilled on April 19, 2016, a copy of Markosian's passport, the "Agreement concerning a contribution in kind," and the auditor's report confirming the value of Rymark and its proper contribution to the newly forming AmeriMark Automotive.[17]

---

[15] Exhibit 58: "160606 AmeriMark Contribution in Kind Agreement" (Formal legal contribution of Rymark, Inc. into AmeriMark Automotive AG as submitted to the commercial register of the Kanton of Thurgau. Signed by Dr. iur. Thier acting under the power of attorney agreement (Exhibit 6:) signed by Markosian on May 6, 2016).
[16] Exhibit 59: "160606 Directors and Auditors Contribution Report" (Certified copy on file with the commercial register of the Kanton of Thurgau in the original German and dated June 6, 2016).
[17] Exhibit 5: "160419 Notarized and Apostilled Formation Application."

28.    On June 13, 2016, the formation of AmeriMark Automotive, capitalized by the contribution of 100% of Rymark, was officially entered in the commercial register of the Swiss Kanton of Thurgau. The confirmation notice from the commercial register sent to Thier included the application signed by Markosian, notarized, and apostilled and an extract of the notice published in the official commercial gazette of the Kanton of Thurgau which read in part:

> Pursuant to the contribution in kind agreement dated 6 June 2016, [AmeriMark Automotive] shall acquire a total of 1,300 shares (100%) in RYMARK INC, Utah, USA, for which 1 ordinary share nom. CHF 880,000.00 as further described in the Articles of Association.[18]

29.    In the same document, Markosian was formally acknowledged as AmeriMark Automotive's "President [Chairman] of the Board of Directors, with sole signature." (i.e. empowered with single signature authority to sign on behalf of AmeriMark Automotive, giving Markosian sole executive power over AmeriMark Automotive under Swiss law).[19]

30.    The contribution of 100% of Rymark into AmeriMark Automotive and the consideration provided were memorialized in AmeriMark Automotive's certified Articles of Association which provided in part:

> Based on the agreement concerning a contribution in kind, dated 06.06.2016, the company takes over 1'300 shares (100%) of RYMARK INC., Utah, USA. In return, the contributor in kind, Nicholas .T Markosian, obtains 1 capital contribution with a nominal value of CHF 880'000.00.[20]

---

[18] Exhibit 8: "160613 Commercial Register Change Application Confirmation" (Notarized and translated from the original German).
[19] *Id.*
[20] Exhibit 16: "161202 AmeriMark Automotive AG Articles of Association." (Article 3a: "corporation in kind") Notarized, certified, and admitted to the Commercial Register of the Kanton of Thurgau on December 2, 2016.

The new Articles of Association were formally registered with the Commercial Register of the Kanton of Thurgau on December 2, 2016.

31.     In September of 2016, in his capacity as Chairman of the Board of Directors, and pursuant to the contribution in kind agreement of June 6, 2016, Markosian signed "Global Share Certificate Nr. 1" representing 18,000,000 shares (100%) of AmeriMark Automotive, the consideration provided in exchange for his contribution of 100% of Rymark into AmeriMark Automotive.[21]  This certificate was intended to be delivered to the Bank for Investments und Wertpapiere AG in Frankfurt, Germany, which would hold the shares of AmeriMark Automotive as a custodian so they could be "de-materialized" into electronic form, a first-step to permit them to be traded on an exchange.

32.     Services invoiced from the law firm of Gysi and Partner during this period reference work requiring Markosian's signature including but not limited to:

> preparation of PoA for N. Markosian, E-Mail to Miron with instructions, e-mail to Mr. Colshon (New Swiss director) drafting of public deed (public deed, articles of association, application for commercial register [bilingual]); E-Mail to Miron (sig. from Markosian on application); e-mail from Miron (poa); carrying out general meeting (conversion of shares) incoming signed application for commercial register from N. Markosian[22]

33.     To provide Ananda Capital Partners with material to begin the development of a prospectus or information memorandum, Markosian provided Rymark's unaudited financial statements for the period of 2013-2015 along with an organizational chart reflecting the new

---

[21] Exhibit 14: "160901 Amerimark Share Certificate." (Signed by Markosian and dated September 2016, in the original German).
[22] Exhibit 17: "161219 Invoice from Gysi and Partner" (Invoice to AmeriMark Automotive AG from the law firm of Gysi & Partner for work done on behalf of Markosian etc. dated December 19, 2016).

corporate structure with AmeriMark Automotive shown as the holding company of Rymark. Markosian signed each page of the submission including the organizational chart.[23]

34.     Against the possibility that exchange rules would require a minimum number of shareholders to permit a company to be listed, Markosian wrote a letter to AmeriMark Automotive's advisory firm Steffen Rausch Kessler AG with a share ledger of AmeriMark Automotive which listed several of Markosian's family members, and defendants Kirkland, and Small.[24]

***Markosian Attempts to List the Swiss Structure on the "Marché Libre" Segment of the Paris Stock Exchange***

35.     On June 22, 2016, Markosian chaired a meeting of the Board of Directors of AmeriMark Automotive.  The minutes of the meeting reflect: "It was resolved that AmeriMark Automotive AG will apply for admission to trading of its securities with the ISIN CH0329775420 on the Marche Libre segment of Euronext Paris."[25]

36.     On June 24, 2016, Markosian, in his capacity as Chairman of the Board of AmeriMark Automotive, wrote to Euronext Paris formally stating "under the penalty of perjury" that AmeriMark Automotive intended to have its shares admitted to trading on the exchange and was applying for that admission.[26]

---

[23] Exhibit 9: "160615 AmeriMark Financial Statements 2013-2015 and Org Chart" (Each page signed by Markosian).

[24] Exhibit 10: "160617 AmeriMark AG Shareholder List" (List of AmeriMark AG Shareholders signed by Markosian and dated June 17, 2016).

[25] Exhibit 11: "160622 AmeriMark Board Minutes" (Minutes from the meeting of the AmeriMark Automotive AG Board of Directors dated June 22, 2016).

[26] Exhibit 12: "160624 Listing Application to Euronext Paris" (Letter from Markosian to Euronext Paris dated June 24, 2016).

37.     On June 24, 2016, Markosian, in his capacity as Chairman of the Board of Directors of AmeriMark Automotive, wrote to Euroclear France to request their clearing and shareholder relations services in conjunction with AmeriMark Automotive's application for admission to Euronext Paris.[27]

38.     On April 23, 2017, Markosian, in his capacity as Chairman of the Board of Directors of AmeriMark Automotive, signed AmeriMark Automotive's 2016 Swiss tax returns and forwarded them to AmeriMark Automotive's auditor and accountants Charis. Charis provided full financial statements for the 2016 tax year, which Markosian then signed in his capacity as Chairman of the Board of Directors of AmeriMark Automotive, and returned to Charis to be sent to the Swiss tax authorities.[28]

39.     Attached to the tax declaration were AmeriMark Automotive's financial statements for the year ending December 31, 2016 which included a balance sheet noting the ownership by AmeriMark Automotive of Rymark.[29]  In the notes to those financial accounts the statements included the notation "Participation Rymark Inc.; 100% subsidiary; Asset value: CHF 880'000."[30]

40.     In order to substantiate the operations of Rymark for valuation and due diligence purposes for ongoing efforts to list the entities, in the winter of 2016 Markosian provided a

---

[27] Exhibit 13: "160624 Euroclear Letter" (Letter from Markosian to Euroclear France requesting support for AmeriMark Automotive's expected Euronext Paris listing dated June 24, 2016).

[28] Exhibit 20: "170423 AmeriMark Automotive Tax Filings" (AmeriMark Automotive Swiss tax returns for the 2016 year dated April 23, 2017 – Emphasis showing Markosian signatures added).

[29] Exhibit 21: "180501 AmeriMark Automotive Financial Statements" (AmeriMark Automotive's 2016 financial statements prepared for and sent to the Swiss tax authorities by AmeriMark Automotive's accountants Charis AG, signed by Markosian – Emphasis showing Markosian signatures and reference to Rymark as 100% subsidiary added). p.1.

[30] *Id*. p. 7.

notarized copy of commercial lease agreements for Rymark Properties, LLC., listed in various other documents as a subsidiary of Rymark, Inc.[31]

41.     Over the next many months the listing efforts ran into difficulties complicated by a change in listing criteria for the Marche Libre segment of Euronext Paris which made AmeriMark Automotive ineligible.   The effort to list AmeriMark Automotive on the Marche Libre was abandoned.

42.     In early 2017, a brief attempt to list AmeriMark Automotive on the Maltese Stock Exchange was also abandoned.   In documents prepared for Maltese certified public accountants NOUV MT, AmeriMark Automotive was described as "...operat[ing] in the used vehicle industry, its primary market being subprime buyers/ lessors."   The same document identified management as: "Nick Markosian (President/Owner), John Kirkland (General Manager), Vicky Small (Controller), Josh Wilde (Sales Manager), Eric Gardiner (Finance APG Manager)."[32]

### *Markosian Attempts to Merge the Swiss Structure into an Existing Entity on the "Euronext Access" Segment of the Euronext Exchange*

43.     In 2018 Markosian retained Florida-based firm, Grantchester Equity ("Grantchester"), to continue the efforts to list the larger structure. Rather than attempt a listing "from scratch" a new effort was made to merge AmeriMark Automotive into an existing Swiss entity, 4Service Cloud Tech AG, which was already listed on the Euronext Access exchange. In pursuit of this effort, AmeriMark Automotive and 4Service Cloud Tech AG executed a "Acquisition and Reverse Merger Agreement" on February 22, 2018.  On May 9, 2018, 4Service

---

[31] Exhibit 15: "161011 Lease Agreement Notarized" executed by Markosian on October 11, 2016.
[32] *See* Exhibit 19: "170131 AmeriMark Accountant Report DRAFT 2" (Draft report prepared for and by Nouv MT dated January 31, 2017).

Cloud Tech AG held an extraordinary meeting of its shareholders and passed resolutions to issue 20,000,000 new shares to 19 shareholders, including existing AmeriMark Automotive shareholders Markosian, Kirkland and Small,[33] in exchange for 18,000,000 shares of AmeriMark Automotive (100% of AmeriMark Automotive).   At the time, the listing requirements for the Euronext exchange required a minimum of 20 discrete shareholders.   A resolution to rename 4Service Cloud Tech AG to AmeriMark Group AG was also passed.   The process was described after the fact to Markosian thus:

> Our Notary, Mr. Seeburger submitted a full set of notarized documents to the appropriate Cantonal commercial registry for the capital increase of the Acquiring Company that are slated to be issued to you and your shahreolders [sic] for the acquisition of Amerimark Automotive AG.
> Once officially entered into the registry (by next week) the following steps occur:
> I. Our Swiss director obtains an ISIN number for new shares.
> II. I submit a complete package on behalf of newly named Amerimark Group to Euronext for listing. As you know, we have already been in touch with them on several occasions with respect to this file.[34]

44.     On May 19, 2018, Markosian executed a "Mandate Agreement" appointing ECON Commercial Company GmbH of Zug, Switzerland and its Managing Director Nicolai Colshorn as service providers to the newly renamed AmeriMark Group.   In accordance with the agreement, Colshorn was also appointed as a Director with sole signature of AmeriMark Group.[35]

---

[33] Exhibit 22: "180509 Public Deed of Capital Increase of 4Service Cloud" (Notarized and in the original German dated May 9, 2018 and noting Markosian as the holder of 19,441,655 shares).

[34] Exhibit 26: "180726 Email re Group Recapitalization" (Email from Grantchester to Markosian dated July 26, 2018).   Defendants, Markosian (nick@beenjerkedaround.com), Kirkland (john@beenjerkedaround.com) and Small (vicky@beenjerkedaround.com), maintained email addresses in the "beenjerkedaround.com" domain.   As of July 1, 2023 the beenjerkedaround.com website forwards to markosianauto.com.

[35] Exhibit 25: "180519 Mandate Agreement Amerimark" (Mandate agreement appointing Colshorn as Director of AmeriMark Group. Signed by Markosian and dated May 19, 2018).

45.     In order to complete this transaction, and relying on the financial strength of Rymark as a group subsidiary and, in particular, the uncolored title of AmeriMark Automotive to Rymark, a Swiss auditor was required to sign off on the valuation of AmeriMark Automotive to assure that the to-be-issued shares were properly capitalized.   An email from Grantchester to Markosian described the situation thus:

> Dear Nick:
> As you know, we have succeeded in getting a Swiss Auditor to ratify the Capital Increase of AmeriMark Group (the new name for the entity acquiring AmeriMark Automotive AG). We have received the approval of Bendura Bank (the Acquirers' Transfer Agent) to obtain an ISIN for these shares, a necessary step to listing them.[36]

The email continued to discuss ongoing expenses:

> Bendura requires a CHF 10,000.00 fee.(1 Swiss Franc "CHF" is exactly 1 US$).
> In addition, we have recently incurred the following fees:
> Auditor's Fees: CHF 6,400
> Notary Fees: CHF 2,400.00
> Legal Fees CHF 2,000.00
>> AmeriMark Automotive Domicile Fees CHF 1,300.00
>> Commercial Registry Fees: CHF 750.00
>
> In addition to these fees, we have already incurred some CHF 60,000 of fees for legal and accounting expenses related to the reverse merger. We have also paid all ongoing administrative expenses for keeping Amerimark Automotive current in Switzerland, including, but not limited to:
> Cantonal fees, annual directors fees, corporate taxes, domiciliary fees.
>
> Further, prior to obtaining admission for trading of the new shares to the Euronext, we will have to pay the Euronext approximately US$ 20,000 in application and market capitalization fees.
> As the mounting burden of these expenses have fallen directly on myself, we have undertaken to immediately commence a pre-Listing private placement with Qualified Europe Based investors in order to have a source of capital to defray said expenses. To this end, we have engaged the services of a German attorney to act as

---

[36] Exhibit 27: "180823 Email re Auditor Fees" (Email from Grantchester to Markosian dated August 23, 2018).

escrow agent to accept subscriptions. We anticipate receiving the first subscriptions late next week.[37]

46.     By the fall of 2018 the listing process had bogged down again. Expenses continued to pile up and changes in the Euronext exchange's listing rules caused more delays.   In late September of 2018 Grantchester pressed Markosian for more funds to offset their expenses.[38]

47.     Delays continued through the fall prompting Markosian to object to Grantchester regarding the timeline and ongoing expenses, responding to a payment request with:

> I feel like I opened Pandora's box offering to pay the last round. I'm in this thing 120k plus and have waited 2 years longer than promised. Think you guys could cover this?[39]

48.     On September 4, 2018, Markosian emailed Grantchester complaining that progress had been slow and demanding more shares in order to continue funding the listing efforts:

> Entering into this deal I came up with approximately $120,000.... Fast forward nearly two and a half years later here we are. No listing. No funds. If indeed the only thing holding this up from moving forward is $20,000 in fees I'll pay it in exchange for shares from Miron and Dave. This is the only fair way to move forward. This cannot go on gentlemen. I paid good money for a service that has yet to be rendered. My patience is coming to an end. From here on out I would like a weekly report as to where we stand and what's holding things up. I'd like complete transparency.[40]

49.     Despite the delays, Markosian and Grantchester continued their efforts. On September 6, 2016, Grantchester wrote to Markosian describing efforts to obtain for the AmeriMark Group shares an ISIN (International Securities Identifier Number).   Because of the

---

[37] *Id.*

[38] Exhibit 28: "180927 Email re Fees Markosian" (Email from Markosian to Grantchester dated September 27, 2018).

[39] Exhibit 34: "181108 Email re Delays Markosian" (Email from Markosian to Grantchester dated November 8, 2018).

[40] Exhibit 29: "180904 'Our Situation' Email" (Email from Markosian dated September 4, 2018).

change in legal entities from AmeriMark Automotive to AmeriMark Group, a new ISIN was required to list shares on an electronic exchange. Grantchester pointed out that efforts to borrow money to retain a French attorney to make the application had not been successful and asked Markosian to "bear these costs." Just under a month later, on October 3, 2018, Markosian followed up asking: "Did we get the ISIN number? What's next?"[41]

50.     Later that month, on October 12, 2018, Grantchester requested that Markosian pay an outstanding domicile fee for AmeriMark Automotive. Markosian replied on October 15, 2018 complaining that: "Regarding expenses above and beyond my initial payment what are your expectations from Dave and me? We never outlined that."[42]

51.     By October 29, 2018, despite efforts by Grantchester to find a bank willing to take on the project as a "transfer agent" (required to obtain an ISIN) an ISIN still had not been obtained. Markosian emailed Grantchester to check on progress.[43]

52.     In this period, AmeriMark Group secured a new, Cyprian investor, White Tree Capital, Ltd. ("White Tree"), which demanded a significant stock grant in order to fund ongoing expenses. With the new injection of capital, some progress was made. Documents and financial statements, particularly regarding Rymark, the core asset of the now three-layered, international structure, were required to develop a revised information memorandum. In the months that followed, Grantchester communicated with Markosian, Kirkland, and Small to assemble the required documentation, including current and prior financial statements of Rymark.[44]

---

[41] Exhibit 31: ""181003 Email re ISIN Markosian."
[42] Exhibit 32: "181015 Email re Fees Markosian."
[43] Exhibit 33: ""181029 Email re ISIN Markosian."
[44] Exhibit 35: "190111 Email re Excel Statements Small" (Email from Small to Grantchester, Markosian dated January 11, 2019).

53.　　On January 18, 2019, AmeriMark Group Director Nicolai Colshorn signed a fresh ledger of all shareholders.[45]  Markosian's stake in the structure, which had consisted of 87.49% of AmeriMark Automotive in the summer of 2016,[46] had been reduced by dilution and share grants to 32.21% of AmeriMark Group in January of 2019.[47]

54.　　Finally, on February 5, 2019, Markosian submitted an application to have the new AmeriMark Group shares admitted to trading on the Euronext Access.

55.　　Despite this renewed effort, on April 16, 2019, Anthony Attla, the CEO of Euronext Paris S.A. and Eve Carpentier, the Head of Compliance Finance of Euronext Paris S.A. sent a registered letter to Markosian and AmeriMark Group Director Nicolai Colshorn with the subject: "Euronext decision to deny admission of Class-B shares issued by AmeriMark Group AG on Euronext Access operated by Euronext Paris S.A., immediate suspension and subsequent delisting of Class-A shares issued AmeriMark Group AG from the Euronext Access operated by Euronext Paris S.A."  The letter informed Markosian that the listing application for the new shares was being denied and any existing shares of AmeriMark Group were to be delisted.[48]

### *Markosian Successfully Lists the Swiss Structure on the "Vienna Direct" Segment of the Vienna Stock Exchange*

56.　　On April 26, 2019, Grantchester Equity emailed members of the listing team to propose a new course of action indicating:

---

[45] Exhibit 36: "190118 Amerimark Group Share Register" (Signed by AmeriMark Group AG Director Nicolai Colshorn and dated January 18, 2019).

[46] Exhibit 10: "160617 AmeriMark AG Shareholder List" (List of AmeriMark AG Shareholders signed by Markosian and dated June 17, 2016).

[47] Exhibit 36: "190118 Amerimark Group Share Register" (Signed by AmeriMark Group AG Director Nicolai Colshorn and dated January 18, 2019).

[48] Exhibit 37: "190416 Euronext Letter" (Registered letter from Euronext CEO and Head of Compliance France to Markosian and AmeriMark Group Director Colshorn dated April 16, 2019).

> At this juncture, I and my associates have invested over EU 100,000 in fees in this project. There are total outstanding balances due to Swiss auditors, M. Colshorn our director, Swiss attorney and Bank M (our German Transfer Agent) totaling [sic] amounts exceeding approximately EU 66,000.
>
> I have also committed over 2 and half years of intensive investment banking consulting work on this project.
>
> My suggestion now is to modify the [Investment Memorandum] so that it is appropriate for admission to the Vienna Direct Plus MTF and to seek pre-approval for admission on that exchange. The caution is that there really is no European oriented aspect to the Company's business model and the Vienna Exchange might therefore not deem this company admissible for listing.[49]

57.    After two years, not all of the creditors and shareholders in the AmeriMark Group structure were willing to continue supporting the ongoing listing efforts.  In addition to large stock grants White Tree had accepted, it had lent substantial sums to AmeriMark Group and AmeriMark Automotive.  In the face of the April 16, 2019 rejection letter from Euronext Access, White Tree, which was coping with a number of failed investments in the first half of 2019, threatened to foreclose on its loans.

58.    Several other vendors were making similar threats and AmeriMark Group auditor Charis threatened to initiate involuntary bankruptcy proceedings against AmeriMark Group for unpaid invoices.

59.    Complicating matters, the Swiss federal tax authorities opened an investigation into the various "in-kind" contributions that underpinned the AmeriMark Automotive and AmeriMark Group mergers, suspecting that injected assets, explicitly including Rymark, had been undervalued and therefore represented "hidden reserves" or "hidden dividends" that should have been subject to Swiss tax and would potentially trigger penalties.

---

[49] Exhibit 38: "190426 Email Re Euronext to Vienna" (Email from Grantchester Equity to Markosian *et. al*. dated April 26, 2019).

60. During this period, Swiss legal counsel for AmeriMark Group approached Swiss investment company Orbital AG ("Orbital"), to see if Orbital would be interested in investing in the AmeriMark Automotive structure as a distressed project, assuming White Tree's loans, and buying out White Tree's equity interest to prevent foreclosure and the collapse of the project.

61. In May of 2019, Orbital commenced due diligence, including but not limited to, a review of the annual reports of AmeriMark Group and AmeriMark Automotive for the years 2016-2018, the reviewed financials of Rymark for 2016, and the audited financials of Rymark for the years 2017, 2018, the contribution agreement injecting Rymark into AmeriMark Automotive, the certified documents memorializing that transaction with the commercial register in Switzerland, the KYC documentation provided by Markosian to effectuate his election as Chairman of the Board of Directors of AmeriMark Automotive, and a draft of the Information Memorandum of AmeriMark Group which was to be submitted to the Vienna Stock Exchange in support of listing.

62. On May 14, 2019, relying on the documentation provided by Rymark, AmeriMark Group, and AmeriMark Automotive, and convinced thereby that the larger structure contained value, Orbital assumed White Tree's loans to AmeriMark Automotive and AmeriMark Group, purchased from White Tree options to acquire substantially all of White Tree's shares in AmeriMark Group, and arranged to finance the continued working capital of both AmeriMark Group and AmeriMark Automotive, as well as provide unbilled consulting services, and to assume, without limitation, all liability for any potential tax assessment by the Swiss tax authorities.

63. On or about May 15, 2019, working on the assurance that fresh capital was available, Grantchester retained the German advisory firm Capital Lounge GmbH ("Capital

Lounge"), an entity certified as a "Capital Markets Coach" of the Vienna Stock Exchange and with substantial experience directing listings on the Vienna Stock Exchange.[50]

64.     In this period, Small continued to provide updated financial information from Rymark to support the Vienna Stock Exchange listing.[51]

65.     By May 22, 2019, based on old documentation and new submissions by Small, Grantchester had submitted edits to a final draft of an Information Memorandum for the review of Markosian, Rymark, and Capital Lounge.

66.     On June 5, 2019, AmeriMark Group Director Colshorn received formal notice that Charis, AmeriMark Group's auditor, had initiated involuntary bankruptcy proceedings, forcing an immediate settlement payment to avoid the total collapse of the listing effort.[52]

67.     On June 19, 2019, Markosian, through his agents and advisors, Capital Lounge, produced an "Equity Research" report valuing AmeriMark Group at EUR 1.47/share ($1.60/share) for an enterprise valuation in excess of EUR 34 million (in excess of $37 million).[53]

68.     The report also featured an organizational chart showing Rymark as a subsidiary of AmeriMark Automotive, and AmeriMark Automotive as a subsidiary of AmeriMark Group.[54] In its introduction the report indicated:

---

[50] Exhibit 39: "190516 Email re Coenen" (Email from Grantchester Equity introducing Alexander Coenen of Capital Lounge GmbH dated May 16, 2019).

[51] Exhibit 40: "190522 Email re Financial Statements Small" (Email from Small containing draft 2018 financial statements of Rymark dated May 22, 2019).

[52] Exhibit 41: "190612 Email re Bankruptcy" (Email from Colshorn to Grantchester dated June 16, 2019).

[53] Exhibit 42: "190617 Amerimark Group Valuation Report" (Final report of Capital Lounge GmbH submitted to the Vienna Stock Exchange in the original German and dated June 17, 2019).

[54] *Id*. p.4.

4877-8858-3793.v1

> AmeriMark Automotive AG (the "Company" or "AmeriMark") is a Swiss-based holding company that owns and operates, through its US subsidiary, 3 used car dealerships....[55]

...and under the "Organization, Locations, and Management" section, listed Markosian as CEO and Kirkland as General Manager.  The report was submitted to the Vienna Stock Exchange as part of AmeriMark Group's listing application and, after the listing of AmeriMark Group on the Vienna Stock Exchange, the valuation report was published as part of the listing package to induce public investors to purchase shares in AmeriMark Group.[56]

69.     The Vienna Stock Exchange responded to the listing application quickly. On or about June 18, 2019, Grantchester forwarded questions from the exchange to Small:

> What properties does Rymark Properties LLC own. Or if they [sic] Company doesn't own, describe its function. What is actual number of vehicles sold and leased in 2018 and what was the number of cars in inventory on December 31, 2018.
>
> Small replied in an email dated June 18, 2019.[57]

70.     On July 2, 2019, Grantchester was informed by Capital Lounge that the Vienna Stock Exchange had formally "green-lighted" AmeriMark Group's admission to trading. Grantchester shared the good news with Markosian in an email.[58]

---

[55] *Id.* p.4 (Translated from the original German).

[56] As of this writing, the report is still available publicly via: https://docplayer.org/189394481-Equity-research-amerimark-group-ag-fair-value-1-47-unternehmensanalyse-vom.html

[57] Exhibit 43: "190618 Email re Vienna Diligence Small" (Email from Small dated June 18, 2019).

[58] Exhibit 44: "190702 Email re Listing Success" (Email from Grantchester dated July 2, 2019).

71.    In order to provide for market-making on the Vienna Exchange, AmeriMark needed to retain a market-maker firm or "specialist."  On July 9, 2019, Grantchester forwarded to Markosian the application for market-making services to Markosian with instructions to sign.[59]

72.    AmeriMark Group's shares began trading on the Vienna Stock Exchange on August 22, 2019.  An announcement was posted to the Vienna Stock Exchange's website:

> As of today, the Swiss-based company AmeriMark Group AG is a new listing on the Vienna Stock Exchange. The shares of AmeriMark Group AG (ISIN: CH0454224574) can be traded daily in continuous trading in the direct market segment. ICF provides additional liquidity as market maker. According to the company, it supports American households in financing car purchases.[60]

***Markosian Seeks to Upgrade the Listing and "Cross-List" AmeriMark Group on the Frankfurt Exchange.  The Rymark Team Presents to Officials at the Vienna Stock Exchange. AmeriMark Group's Share Price Rose***

73.    Already eager to "upgrade" the Vienna Stock Exchange to the "Vienna Direct Plus" market segment, a move which would permit AmeriMark Group to be "cross-listed" on the much more substantial Frankfurt Stock Exchange, Grantchester requested from Markosian additional financial statements to prepare an upgrade application. Markosian replied and forwarded statements current as of July, 2019.[61]

74.    In February of 2020, continuing in the effort to "upgrade" AmeriMark Group's listing to the Vienna "Direct Plus" market segment, Grantchester emailed Markosian to describe an upcoming video meeting wherein Rymark's management would give the officials, including

---

[59] Exhibit 45: "190709 Email re: ICF Fees Markosian" (Email from Grantchester to Markosian re: signature of ICF market-maker agreement dated July 9, 2019).

[60] Website of the Vienna Stock Exchange: https://www.wienerborse.at/news/wiener-boerse-news/amerimark-group-ag-neues-unternehmen-im-direct-market/ (Translated from the original German. Retrieved July 5, 2023).

[61] Exhibit 46: "190916 Email re Financial Statements Markosian" (Email from Markosian to Grantchester dated September 16, 2019).

the Head of Listing of the Vienna Stock Exchange, Mr. Wenzl, a complete, live video tour of the facilities and car showroom in Utah. Grantchester wrote:

> Tomorrow at 10:00 am your time we have scheduled a FaceTime video presentation to Martin Wenzl (head of Listings at the Vienna Stock Exchange) regarding Amerimark Group's operating subsidiary Rymark, Inc. The purpose of the presentation is to show Wenzl and the Vienna Exchange that Rymark is a substantial, well-run operation with a good business model and good management. Please remember that your company is much **bigger** in terms of revenue and operations than most (if not all) the other 30 companies listed on the Vienna Direct MTF Platform (their micro-cap segment).[62]

75.     Markosian replied that "Cowboy" (Kirkland) would do the call, and that Kirkland's formal title should be "COO" (Chief Operating Officer).  The next day, Kirkland emailed back to reply "The call went great this morning."[63]

76.     In the months after the initial listing of AmeriMark Group on the Vienna Stock Exchange, shares of AmeriMark Group rose.  By mid-March AmeriMark Group's shares had climbed from the initial listing price of EUR 1.15/share ($1.25/share) to EUR 2.28 ($2.48/share) on March 11, 2020, giving AmeriMark Group a market capitalization of EUR 45.6 million ($49.6 million).  In an email thread that same day, Small asked for a reference to the current share data and the overall market capitalization. Grantchester replied to Small, Markosian, and Kirkland with a link to the Vienna Stock Exchange quote for AmeriMark Group shares and a screen shot of the then current details and market capitalization.[64]

---

[62] Exhibit 48: "200225 Email re Vienna Presentation" (Email thread between Grantchester, Markosian, and Kirkland dated February 24-25, 2020).
[63] *Id.*
[64] Exhibit 50: "200311 Email re Market Capitalization Small" (Email thread between Small, Grantchester, Kirkland, and Markosian.

***Legacy Tax Issues Begin to Manifest at AmeriMark Group and Ongoing Expenses at the Swiss Level Begin to Threaten AmeriMark Group's Stability***

77.     In early 2020, the Swiss federal tax authority indicated that they believed that the contribution transactions which had created the two-level Swiss structure of AmeriMark Group and AmeriMark Automotive had been improperly accounted for and that an overvaluation of CHF 138,355 ($155,312) would result in substantial tax liabilities in Switzerland. Grantchester emailed Small to request supporting documentation from Rymark for their 2018 tax year.[65]

78.     Following the development of these tax issues, in early 2020, Orbital assigned the liabilities it had assumed from AmeriMark Group, and its options to purchase AmeriMark Group shares, to Capana, which Orbital had recently acquired to house all group activities related to distressed and early stage investing and consulting.

79.     Following the listing of AmeriMark Group AG on the Vienna Stock Exchange, a slew of new expenses accrued.  In February of 2020 Grantchester asked Small to provide instructions for ongoing wire transfers between Rymark, AmeriMark Group, AmeriMark Automotive, and their various advisors.  Small provided account details at Bank of Utah for "Rymark Inc dba Markosian Auto."[66]

80.     In July of 2020, after "record earnings" at Rymark, AmeriMark Group issued a press release titled "AmeriMark Group AG Reports Record Earnings" which was picked up, by among other outlets, the Business Wire business news feed.  The release quoted Markosian:

---

[65] Exhibit 47: "200115 Email re Swiss Audits Small" (Email from Grantchester to Small dated January 15, 2020).

[66] Exhibit 49: "200227 Email re Bank Instructions Small" (Email thread between Grantchester, Markosian, Small, re: Rymark's bank details for wire transfers related to listing and other expenses dated February 27, 2020).

4877-8858-3793.v1

Company Founder Nick Markosian commented,
"We were able to substantially increase our profit margins despite only a modest increase in overall sales revenue. We achieved these results by purchasing and financing our inventory at low costs and by maximizing our value to customers."

Mr. Markosian further added:

    "During this unprecedented historical time, we continue to work hard for our customers. We offer financing to people who have been furloughed and are doing everything to keep our customers safe while providing for their transportation needs."

The release also noted:

AmeriMark Group AG is a Swiss domiciled holding company that is the parent of Rymark, Inc., a U.S. based regional automotive "lease here -pay here" company. The Company is in the process of expanding its unique product offerings and client service model into the European Union.[67]

81.    In the Summer of 2020, AmeriMark Group planned its annual meeting of the shareholders.  Among others invited was Rymark Chief Operating Officer Kirkland.[68]  Kirkland posed technical questions regarding the power of attorney forms sent to Kirkland and other AmeriMark Group shareholders.  After these were answered, he emailed Grantchester to indicate that: "I will have Myself and the team sign [the power of attorney forms] and send them back the first of next week."[69]

---

[67] Exhibit 51: "200709 AmeriMark Press Release" (Press release dated July 9, 2020).
[68] Exhibit 52: "200713 Email Invitation to Annual Meeting Kirkland" (Email from AmeriMark Group Director Colshorn to Kirkland dated July 13, 2020).
[69] Exhibit 55: "200717 Email re Shareholder Meeting Kirkland" (Email thread between Kirkand, Colshorn and Grantchester re: Kirkland's questions about voting shares at the AmeriMark Group annual meeting. Dated July 14-17, 2020).

*__A Lack of Market Liquidity and Falling Share Prices Causes Concerned Investors to Contact AmeriMark Group, AmeriMark Automotive, and Rymark__*

82.     After a dip in share price from a high of EUR 2.62/share ($2.85/share) on July 1, 2020 down to EUR 2.12/share ($2.31/share) on July 10, 2020, a decline of over 19%, buying volume in AmeriMark Group's shares dried up. Worried investors unable to sell shares began to email AmeriMark Group's Director Colshorn, and even members of Rymark management, including Kirkland.  One investor wrote to Colshorn demanding that AmeriMark Group buy back his shares wondering:

> How can it be that from 6th of July there is no change and info about the shares? How can it be that before that date there were big amounts of exchange in volume and suddenly it stopped the activity? One can easily change the value of the [shares] if you buy one or two [shares] from the company. I attach the Historical Data where you can check these things.

> Grantchester suggested a reply which Kirkland forwarded to the shareholder:

> Please email the shareholder as follows:

> Dear Mr Vernich Hermano: I am in receipt of your email dated July 15, 2020.
> As the Chief Operating Officer of Rymark, Inc. (the U.S. operating subsidiary of AmeriMark Group AG), and because the company has a policy of not commenting on market fluctuations, I am not in a position to comment on trading in the shares of our Switzerland based holding company. Shareholder inquiries are handled by the investor relations group of AmeriMark Group AG which you can reach directly on: ir@amerimarkag.com.
> I can nevertheless assure you that Rymark, Inc. has a multi-year history of successful operations in the automotive sales sector and that, as you have seen from our recent press release, our audited financial statements for 2019 record our most profitable year ever.[70]

---

[70] Exhibit 53: "200715 Email re Shareholder Response Kirkland" (Email thread between AmeriMark Group Director Colshorn, Kirkland, and Grantchester dated July 9, 2020-July 15, 2020).

83.     As additional shareholder demands began to come in, Grantchester counselled the Rymark team to allow AmeriMark's Swiss Directors and the external investor relations advisors to handle shareholder inquiries writing:

> We are handling all investor questions at the corporate level in Switzerland, so please don't reply to any emails that you receive.

Kirkland asked for more details:

> Can you email me a how[sic] the company is structured I know how the board of directors are, other than that I have know [sic] idea how is getting paid to maintain the business over see.[sic]

Grantchester replied:

> We have 2 members of the Board of Directors:
> Nicolai Colshorn who is also our Swiss administrator and has been our director fro [sic] 4 years and Frank Hüser an outside director with extensive consumer credit experience. Only Nicolai takes fees. Unfortunately, listing and maintaining the company has been so expensive that we owe Nicolai USD 80,000 in back fees.[71]

84.     Investor complaints continued to come in, some emailed directly to Kirkland and Markosian. A Spanish shareholder group alleging a pervasive fraud began to demand answers directly from Kirkland. On July 18, 2020 these prompted Kirkland to contact Colshorn, AmeriMark Automotive and AmeriMark Group's Swiss director, to ask him to handle the issue. Kirkland wrote: "Good morning Nicolai, Is This some type of scam. Why are they reaching out to John Kirkland, and Nick Markosian. Will you please handle this."[72]

---

[71] Exhibit 54: "200717 Email re Board Structure Kirkland" (Emails between Grantchester and Kirkland re: response to shareholders and structure of AmeriMark Group board of directors dated July 17, 2020).
[72] Exhibit 56: "200718 Email re Investor Complaints."

85.     By August 11, 2020, AmeriMark Group's share price had slipped to EUR 1.30/share ($1.41/share), a more than 50% drop in value from its high on July 1, 2020.  By August 24, 2020 AmeriMark Group's share price had dropped to EUR 0.85/share ($0.93/share), a nearly 68% drop from its high and 26% fall from its initial opening price.

86.     With the traditional summer pause in European business activities, trading in AmeriMark Group's shares were disproportionately impacted.  Trading volume dropped to zero. No shares of AmeriMark Group were traded on the Vienna Stock Exchange from August 24, 2020 until October 21, 2020.   On October 21, 2020, AmeriMark Group's shares closed at EUR 0.44/share ($0.48/share).  More investors began to contact AmeriMark Group and Rymark directly to complain.

### *Markosian, Through Legal Counsel, Attempts to Disavow All Association with AmeriMark Group*

87.     Despite more than four years of collaboration and direct written and oral communication between the Defendants, AmeriMark Group, AmeriMark Automotive, Colshorn, Grantchester, exchange officials, and other various involved parties and professional advisors, on September 16, 2020, the law firm of Parr Brown Gee & Loveless sent a cease-and-desist letter to, among others, Grantchester, AmeriMark Group, and AmeriMark Group and AmeriMark Automotive Director Colshorn asserting that:

> The purpose of this communication is to advise you that Markosian Auto, Mr. Kirkland, and Mr. Markosian have no connection or relationship with you, and no connection or relationship with the putative entity Amerimark AG.
> As a courtesy, please be advised that John Kirkland and Nicholas Markosian have recently received a substantial amount of email correspondence from individuals in Europe. This email correspondence appears to have been misdirected. Since some of you appear to be copied on this correspondence, the correspondence may be intended for you. We understand that you will advise the sender of the error in seeking to contact Messrs. Kirkland and Markosian.

31

88.     The letter went on to allege fraud by Mr. David Hesterman, who had been involved early on with Rymark's listing efforts, and to demand that the letter's addressees:

> ... cease and desist from false representations, including but not limited to: 1) representing that AmeriMark Group AG has any connection to Nicholas Markosian or Markosian Auto; 2) representing that AmeriMark Group AG has any business relationship with Nicholas Markosian or Markosian Auto; 3) representing that AmeriMark Group AG purports to own all or a portion of Markosian Auto. All such representations are categorically false and must cease. Furthermore, we understand that recent press releases released by the company attribute statements to Mr. Markosian. We demand that all such practices cease.[73]

### *Capana and Markosian Enter into Discussions in an Attempt to Resolve the Dispute*

89.     In the fall of 2020, Capana in its capacity as an AmeriMark Group option holder and shareholder, contacted Markosian's legal counsel to discuss the September 16, 2020 letter. After presenting documentation regarding Markosian's ongoing involvement in AmeriMark Automotive, and AmeriMark Group, and the details of the 2016 contribution of Rymark into AmeriMark Automotive and, later, the larger AmeriMark Group, and the history of the group's listing efforts, Markosian's counsel agreed to open talks.  Over the course of the following months Capana and Markosian's legal counsel held cordial discussions as Capana developed a restructuring plan for AmeriMark Group and sought to design a scenario to create additional value for itself, the Rymark management team, and all AmeriMark Group shareholders.

90.     In pursuit of this goal, on May 6, 2021, at Capana's request, Markosian's legal counsel forwarded Rymark's audited financial statements for the year ending December 31, 2020.

---

[73] Exhibit 57: "200916 Letter from Paar Brown" (Letter from the law firm of Parr Brown Gee & Loveless to AmeriMark Group, AmeriMark Group Director Colshorn, Miron Leshem of Grantchester, David Hesterman, and Ananda Capital Partners dated September 16, 2020)

91.     On May 21, 2021, the Austrian Financial Market Authority ("FMA"), the federal financial regulator of the Vienna Stock Exchange, issued a warning regarding AmeriMark Group shares.  While the notice stopped short of suggesting that fraud or market manipulation was involved, it noted that:

> ...shares of AmeriMark Group AG(ISIN : CH0454224574, ticker abbreviation: CARS) are being recommended intensively with "Buy" recommendations in market letters or e-mails. Increases in price of over 400 % are being reported.[74]

92.     On May 25, 2021, the first day of trading after the FMA's warning. AmeriMark Group issued a press release in response to the FMA warning:

> The Company has not received the stock exchange letters or e-mails mentioned in the FMA's investor warning, and does not pay for their publication. The company does not sponsor any external analyses or research, and investors are cautioned to rely solely on the official announcements and financial reports of the Company.[75]

93.     That day, AmeriMark Group's shares, which had recovered to EUR 2.52/share ($2.74/share) by May 14, 2021, plunged to EUR 0.70/share ($0.76/share).  Less than a month later the shares touched EUR 0.08/share ($0.09/share), a decline of over 96% from their high mark.

94.     Believing that an efficient and active market no longer existed for AmeriMark Group's shares, and concerned about the ongoing disclosure, compliance, and related costs associated with maintaining listed status, AmeriMark Group elected to voluntarily delist its shares from the Vienna Stock Exchange and informed the exchange of its request.

---

[74] Warning notice published by the Austrian Financial Market Authority dated May 21, 2021. https://www.fma.gv.at/en/amerimark-group-ag-isin-ch0454224574-fma-raet-zur-vorsicht-bei-kaufempfehlungen-fuer-aktien/ (retrieved on May 21, 2023).

[75] AmeriMark Group press release dated May 25, 2021 (available at https://www.boerse-frankfurt.de/nachrichten/93a87f05-180c-4cef-a0a7-44b4bdd3444f (Translated from the original German. Retrieved 21 May, 2023)).

95.     On June 30, 2021, the Vienna Stock Exchange posted an announcement indicating that: "The last trading day of AmeriMark Group AG on the Vienna Stock Exchange is 9 July 2021."

96.     On July 9, 2021, AmeriMark Group's shares closed at EUR 0.11/share ($0.12/share), implying a market capitalization for the company of less than EUR 2.9 million ($3.2 million), or 0.10 times the group's 2020 revenue and 0.29 times Rymark's 2020 EBITDA.

### *Capana Formally Acquires a Substantial Stake in AmeriMark Group*

97.     On June 10, 2022, in order to avoid their expiration, Capana exercised the first of its options to acquire AmeriMark Group shares, eventually acquiring through option exercises and other purchases 48.41% of the outstanding shares of AmeriMark Group.

98.     On October 3, 2022, again at Capana's request, Markosian's legal counsel forwarded Rymark's audited financial statements for the year ending December 31, 2021.

99.     Relying on the financial disclosures provided to Capana by Markosian, in particular the audited financial reports of Rymark for the years ended December 31, 2020 and December 31, 2021, statements which report revenue of $30.6 million and $34.8 million and EBITDA of $10.3 million and $13.0 million respectively, Capana came to believe that significant value for all AmeriMark Group shareholders could be realized through a restructuring, even in the face of the potential tax liability and other issues caused by Rymark's erroneous Subchapter-S elections in the United States.

### *Discussions between Capana and Markosian Break Down*

100.    In January of 2023, Capana presented its proposal for a re-financing and restructuring of AmeriMark Group, including a plan to resolve the outstanding tax, compliance,

and corporate governance issues, to Markosian's legal counsel.   During those discussions, Markosian's counsel reverted to refuting the original 2016 contribution transaction and indicated that the documents supporting that transaction were "forgeries."

101.   As of July 15, 2023, neither Markosian, Kirkland, Small, or Rymark are in communication with Capana, AmeriMark Automotive, or AmeriMark Group.

102.   Accordingly, a justiciable controversy exists between the parties pertaining to the ownership of Rymark, Inc.

## FIRST CLAIM FOR RELIEF
### (Declaratory Relief)

103.   Plaintiffs incorporate paragraphs 1 through 102 above as if fully set forth herein.

104.   A justiciable controversy exists between the parties pertaining to the ownership of Rymark, Inc.  Plaintiffs contend that through AmeriMark Automotive, AmeriMark Group is the 100% indirect owner of Rymark, Inc.  Defendants deny such ownership.

105.   Declaratory relief from this Court will resolve this controversy.

106.   As alleged herein, a real, substantial, and immediate controversy is presented regarding the rights, duties, and liabilities of the parties.  Plaintiffs therefore request a declaratory judgment from this Court that AmeriMark Group is the 100% owner of Rymark, Inc. and is, therefore, entitled to all the rights afforded to it pursuant to Utah Corporate law.

## SECOND CLAIM FOR RELIEF
### (Accounting)

107.    Plaintiffs incorporate paragraphs 1 through 106 above as if fully set forth herein.

108.    Plaintiffs are entitled to an accounting to analyze Rymark's accounting so that it may determine the extent of any fraudulent activity or any other wrongful acts.

109.    If Defendants do not provide Plaintiffs with an accounting, Plaintiffs will not be able to determine how Rymark's funds were used, whether its accounting is proper, where its funds are located, or whether any funds remain available to run the company.

110.    Plaintiffs therefore seek a full and complete accounting from Defendants sufficient to determine the propriety of its accounting and to determine the extent of any fraudulent activity or wrongful acts.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment in its favor and as against Defendants as follows:

1.    For a declaratory judgment that (a) AmeriMark Automotive is the 100% owner of Rymark, Inc.; and (b) is entitled to all rights afforded to AmeriMark Automotive as the 100% owner of Rymark, Inc. pursuant to the Utah Revised Business Corporation Act;

2.    For an accounting of Rymark Inc. from 2019 to the present;

3.    For reasonable attorneys' fees and costs for bringing this action; and

4.    Any other relief that the Court deems just and equitable.

## JURY TRIAL DEMANDED

Plaintiffs hereby demand a trial by jury of all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

36

DATED: July 18, 2023

VENABLE LLP
John S. Worden (*pro hac vice forthcoming*)
Sarah E. Diamond *pro hac vice forthcoming*

PARSONS BEHLE & LATIMER
Erik A. Christiansen (USB 7372)

By:  */s/ Erik A. Christiansen*
Erik A. Christiansen
*Attorneys for Plaintiffs Capana Swiss*
*Advisors AG and AmeriMark Automotive AG*

37

## LIST OF EXHIBITS

Exhibit 1:   "160401 Rymark Term Sheet" executed by Markosian on April 1, 2016.

Exhibit 2:   "160401 Rymark Listing Agreement" executed by Markosian on April 1, 2016.

Exhibit 3:   "160413 Markosian Passport Copy Notarized" (Copy of Markosian's passport notarized on April 13, 2016).

Exhibit 4:   "161109 Bank Reference Letter Utility Bill and Passport Copy" (Reference Letter from Holladay Bank and Trust dated November 9, 20167, notarized utility bill, and notarized passport copy of Nicholas Thayne Markosian).

Exhibit 5:   "160419 Notarized and Apostilled Formation Application."

Exhibit 6:   "160506 Markosian Power of Attorney" executed by Markosian on May 6, 2016.

Exhibit 7:   "160509 Share Exchange Agreement" executed by Markosian on May 9, 2016.

Exhibit 8:   "160613 Commercial Register Change Application Confirmation" (Notarized and translated from the original German).

Exhibit 9:   "160615 AmeriMark Financial Statements 2013-2015 and Org Chart" (Each page signed by Markosian).

Exhibit 10:   "160617 AmeriMark AG Shareholder List" (List of AmeriMark AG Shareholders signed by Markosian and dated June 17, 2016).

Exhibit 11:   "160622 AmeriMark Board Minutes" (Minutes from the meeting of the AmeriMark Automotive AG Board of Directors dated June 22, 2016).

Exhibit 12:   "160624 Listing Application to Euronext Paris" (Letter from Markosian to Euronext Paris dated June 24, 2016).

Exhibit 13:   "160624 Euroclear Letter" (Letter from Markosian to Euroclear France requesting support for AmeriMark Automotive's expected Euronext Paris listing dated June 24, 2016).

Exhibit 14:   "160901 Amerimark Share Certificate."

Exhibit 15:   "161011 Lease Agreement Notarized" executed by Markosian on October 11, 2016.

Exhibit 16:   "161202 AmeriMark Automotive AG Articles of Association."

Exhibit 17:   "161219 Invoice from Gysi and Partner" (Invoice to AmeriMark Automotive AG from the law firm of Gysi & Partner for work done on behalf of Markosian etc. dated December 19, 2016).

Exhibit 18:   "161231 Markosian Proof of Employment IRS Form 944."

Exhibit 19:   "170131 AmeriMark Accountant Report DRAFT 2" (Draft report prepared for and by Nouv MT dated January 31, 2017).

Exhibit 20:   "170423 AmeriMark Automotive Tax Filings" (AmeriMark Automotive Swiss tax returns for the 2016 year dated April 23, 2017 – Emphasis showing Markosian signatures added).

Exhibit 21:   "180501 AmeriMark Automotive Financial Statements" (AmeriMark Automotive's 2016 financial statements prepared for and sent to the Swiss tax authorities by AmeriMark Automotive's accountants Charis AG, signed by Markosian – Emphasis showing Markosian signatures and reference to Rymark as 100% subsidiary added).

Exhibit 22:   "180509 Public Deed of Capital Increase of 4Service Cloud" (Notarized and in the original German dated May 9, 2018 and noting Markosian as the holder of 19,441,655 shares).

Exhibit 23:   "230717 Memorandum from Swiss attorney Felix Kappeler" (Legal memorandum re: authority and responsibilities of a Swiss Board of Directors vis-a-vis identification of a Swiss entity's shareholders).

Exhibit 24:   "180510 Amerimark Subscriptions" (Copies of 17 signed subscription forms delivered by Markosian to the Swiss notary validating the new share issuances and dated May 10, 2018).

Exhibit 25:   "180519 Mandate Agreement Amerimark" (Mandate agreement appointing Colshorn as Director of AmeriMark Group. Signed by Markosian and dated May 19, 2018).

Exhibit 26:   "180726 Email re Group Recapitalization" (Email from Grantchester to Markosian dated July 26, 2018).

Exhibit 27:   "180823 Email re Auditor Fees" (Email from Grantchester to Markosian dated August 23, 2018).

Exhibit 28:  "180927 Email re Fees Markosian" (Email from Markosian to Grantchester dated September 27, 2018).

Exhibit 29:  "180904 'Our Situation' Email" (Email from Markosian dated September 4, 2018).

Exhibit 30:  "181003 Markosian Passport Copy and Utility Bill."

Exhibit 31:  "181003 Email re ISIN Markosian."

Exhibit 32:  "181015 Email re Fees Markosian."

Exhibit 33:  "181029 Email re ISIN Markosian."

Exhibit 34:  "181108 Email re Delays Markosian" (Email from Markosian to Grantchester dated November 8, 2018).

Exhibit 35:  "190111 Email re Excel Statements Small" (Email from Small to Grantchester, Markosian dated January 11, 2019).

Exhibit 36:  "190118 Amerimark Group Share Register" (Signed by AmeriMark Group AG Director Nicolai Colshorn and dated January 18, 2019).

Exhibit 37:  "190416 Euronext Letter" (Registered letter from Euronext CEO and Head of Compliance France to Markosian and AmeriMark Group Director Colshorn dated April 16, 2019).

Exhibit 38:  "190426 Email Re Euronext to Vienna" (Email from Grantchester Equity to Markosian *et. al*. dated April 26, 2019).

Exhibit 39:  "190516 Email re Coenen" (Email from Grantchester Equity introducing Alexander Coenen of Capital Lounge GmbH dated May 16, 2019).

Exhibit 40:  "190522 Email re Financial Statements Small" (Email from Small containing draft 2018 financial statements of Rymark dated May 22, 2019).

Exhibit 41:  "190612 Email re Bankruptcy" (Email from Colshorn to Grantchester dated June 16, 2019).

Exhibit 42:  "190617 Amerimark Group Valuation Report" (Final report of Capital Lounge GmbH submitted to the Vienna Stock Exchange in the original German and dated June 17, 2019).

Exhibit 43:  "190618 Email re Vienna Diligence Small" (Email from Small dated June 18, 2019).

Exhibit 44:  "190702 Email re Listing Success" (Email from Grantchester dated July 2, 2019).

4877-8858-3793.v1

Exhibit 45:   "190709 Email re: ICF Fees Markosian" (Email from Grantchester to Markosian re: signature of ICF market-maker agreement dated July 9, 2019).

Exhibit 46:   "190916 Email re Financial Statements Markosian" (Email from Markosian to Grantchester dated September 16, 2019).

Exhibit 47:   "200115 Email re Swiss Audits Small" (Email from Grantchester to Small dated January 15, 2020).

Exhibit 48:   "200225 Email re Vienna Presentation" (Email thread between Grantchester, Markosian, and Kirkland dated February 24-25, 2020).

Exhibit 49:   "200227 Email re Bank Instructions Small" (Email thread between Grantchester, Markosian, Small, re: Rymark's bank details for wire transfers related to listing and other expenses dated February 27, 2020).

Exhibit 50:   "200311 Email re Market Capitalization Small" (Email thread between Small, Grantchester, Kirkland, and Markosian dated March 11, 2020).

Exhibit 51:   "200709 AmeriMark Press Release" (Press release dated July 9, 2020).

Exhibit 52:   "200713 Email Invitation to Annual Meeting Kirkland" (Email from AmeriMark Group Director Colshorn to Kirkland dated July 13, 2020).

Exhibit 53:   "200715 Email re Shareholder Response Kirkland" (Email thread between AmeriMark Group Director Colshorn, Kirkland, and Grantchester dated July 9, 2020-July 15, 2020).

Exhibit 54:   "200717 Email re Board Structure Kirkland" (Emails between Grantchester and Kirkland re: response to shareholders and structure of AmeriMark Group board of directors dated July 17, 2020).

Exhibit 55:   "200717 Email re Shareholder Meeting Kirkland" (Email thread between Kirkand, Colshorn and Grantchester re: Kirkland's questions about voting shares at the AmeriMark Group annual meeting. Dated July 14-17, 2020).

Exhibit 56:   "200718 Email re Investor Complaints."

Exhibit 57:   "200916 Letter from Paar Brown" (Letter from the law firm of Parr Brown Gee & Loveless to AmeriMark Group, AmeriMark Group Director Colshorn, Miron

Leshem of Grantchester, David Hesterman, and Ananda Capital Partners dated September 16, 2020).

Exhibit 58:   "160606 AmeriMark Contribution in Kind Agreement" (Formal legal contribution of Rymark, Inc. into AmeriMark Automotive AG as submitted to the commercial register of the Kanton of Thurgau. Signed by Dr. iur. Thier acting under the power of attorney agreement (Exhibit 6:) signed by Markosian on May 6, 2016).

Exhibit 59:   "160606 Directors and Auditors Contribution Report" (Certified copy on file with the commercial register of the Kanton of Thurgau in the original German and dated June 6, 2016).

Exhibit 60:   "230208 Share Ledger of AmeriMark Automotive" (Notarized and apostilled share ledger of AmeriMark Automotive dated February 8, 2023).

Exhibit 61:   "220829 Letter from AmeriMark Group Director Colshorn" (Letter evidencing Capana as AmeriMark Group AG shareholder with 13,013,134 shares).

Exhibit 62:   "230306 Sworn affidavit of Nicolai Colshorn" (Sworn affidavit of Nicolai Colshorn Director of AmeriMark Group AG and AmeriMark Automotive AG, notarized, apostilled and submitted to the Higher Regional Court of Munich, Germany on March 6, 2023).

Exhibit 63:   "230306 Sworn affidavit of Martin Fasser" (Sworn affidavit of Martin Fasser, Chairman of the Board of AmeriMark Automotive AG, notarized, apostilled and submitted to the Higher Regional Court of Munich, Germany on March 6, 2023).

**VERIFICATION**

I, Martin Fasser, hereby verify as follows:

I am President of the Board of Directors of AmeriMark Automotive AG, a plaintiff in this action, and I am authorized to make this verification for and on its behalf, and I make this verification for that reason. I have read the Verified Complaint to which this Verification is attached and have reviewed the Exhibits thereto. I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 17th day of July 2023.

Martin Fasser

**<u>VERIFICATION</u>**

I, Stefan Kammerlander, hereby verify as follows:

I am a member of the Board of Directors of Capana Swiss Advisors AG, a plaintiff in this action, and I am authorized to make this verification for and on its behalf, and I make this verification for that reason.  I have read the Verified Complaint to which this Verification is attached and have reviewed the Exhibits thereto.  I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 17th day of July 2023.

_____
Stefan Kammerlander

43