# EXHIBIT 46

**From:** Miron Leshem grantchesterequity@comcast.net
**Subject:** Re: Financial Statements
**Date:** September 16, 2019 at 8:09 AM
**To:** Nick Markosian Nick@beenjerkedaround.com



Perfect thanks!

> On Sep 16, 2019, at 8:09 AM, Nick Markosian <Nick@beenjerkedaround.com> wrote:
>
> Combined Income...19.pdf
>
> Combined Balanc...19.pdf
>
>> July okay?
>>
>> On Sep 16, 2019, at 6:56 AM, Miron Leshem <grantchesterequity@comcast.net> wrote:
>>
>>> Hi Vicky:
>>>
>>> We are trying to upgrade our listing to the Vienna Direct Plus Segment so that we qualify for dual listing on the Frankfurt Stock Exchnage.
>>>
>>> Please forward the June 30, 2019 Company Financial Statements.
>>>
>>> Regards
>>>
>>> Miron Leshem, President
>>> Grantchester Equity, Ltd.
>>> Tel: +1 (561) 477-7751
>>> Mob:+1 (561) 212-7023
>>> Fax: +1 (561) 431-2870
>>> grantchesterequity@comcast.net

Regards

Miron Leshem, President
Grantchester Equity, Ltd.
Tel: +1 (561) 477-7751
Mob:+1 (561) 212-7023

Fax: +1 (561) 431-2870
grantchesterequity@comcast.net