# EXHIBIT 18

Message

**From:** David Hesterman [hestermaniac@gmail.com]
**Sent:** 6/19/2016 8:33:04 AM
**To:** Miron Leshem [anandacapital@comcast.net]
**Subject:** Re: Fwd: AmeriMark Automotive AG

I'm sure we can.....if they're ready.

On Jun 19, 2016 8:31 AM, "Miron Leshem" <anandacapital@comcast.net> wrote:
Could we get the March 31 numbers for Rymark as below?


Begin forwarded message:

**From:** "info@charis-trust.ch" <info@charis-trust.ch>
**Subject: WG: WG: AmeriMark Automotive AG**
**Date:** June 19, 2016 at 8:19:24 AM EDT
**To:** Miron Leshem <anandacapital@comcast.net>
**Cc:** "coenen@capitallounge.de" <coenen@capitallounge.de>

Hi Miron,

thank you for your answer, after consultation with Mr Coenen it would be fine if you could send the March 2106-figures from Rimark, I then would make a "Opening Balance Sheet" which Mr Coenen could present to Marché Libre.

I hope that this would be ok for you and wait to get your figures.

Thanks for your help, best regards

Beat

**Von:** Alexander Coenen I Capital Lounge GmbH [mailto:coenen@capitallounge.de]
**Gesendet:** Sonntag, 19. Juni 2016 13:51
**An:** info@charis-trust.ch
**Betreff:** Re: WG: AmeriMark Automotive AG

Das passt perfekt lieber Herr Weibel

Von meinem iPhone gesendet

Am 19.06.2016 um 12:48 schrieb "info@charis-trust.ch" <info@charis-trust.ch>:

Grüezi, sehr geehrter Herr Coenen,

wäre es für Sie ok, wenn ich ein Consolidated Statement im Sinne eines „Opening Balance Sheet" machen würde mit den Zahlen der Rymark per 31. März wie von Herrn Miron unten vorgeschlagen und der Eröffnungsbuchung per Datum Gründung? Ich würde in einem kurzen Anhang dann auf diesen Umstand hinweisen.

Danke für Ihre Feedback ond en herzleche Grues

Beat Weibel

**Von:** Miron Leshem [mailto:anandacapital@comcast.net]
**Gesendet:** Freitag, 17. Juni 2016 22:05
**An:** info@charis-trust.ch
**Betreff:** Re: AmeriMark Automotive AG

Hi Beat, Unfortunately they do not have these accounts yet. Would it not be possible to work of the March 31 numbers? We are in somwehat of a hurry to list and the numbers are by no means stale.

On Jun 17, 2016, at 12:23 PM, info@charis-trust.ch wrote:

Dear Miron,

thank you for your mail - is it possible that rymark can provide B/S and P/L-Accounts as per May 31, 2016 oder June 30, 2016? That would enable me to provide consolidated B/S-Sheet as per incorporation. I guess, Mr Coenen, that would also be helpful for you?

Have a great weekend, gentlemen, and best regards

Beat


Sent from my Samsung device


-------- Original message --------
From: Miron Leshem <anandacapital@comcast.net>
Date: 17/06/2016 2:38 PM (GMT+01:00)
To: coenen@capitallounge.de, Daniel Gysi <daniel.gysi@gysipartner.ch>
Cc: "Beat Weibel | Charis AG (beat@charis-trust.ch)" <beat@charis-trust.ch>
Subject: Re: AmeriMark Automotive AG

Hi Herr Coenen:

Herr Gysis formed AmerMark Autmotive AG and has the Articles. I will provide the shareholder list, but I have a question as regards the list.

Herr Weibel will provide the audit of shahreolder equity post consolidation.

On Jun 17, 2016, at 7:30 AM, <coenen@capitallounge.de> <coenen@capitallounge.de> wrote:

Dear Mr. Leshem,

I hope this email finds you well.

Could you please provide me the articles of association of AmeriMark Automotive AG and a signed shareholder list on a "company letterhead"?

Thank you very much in advance.


Freundliche Grüsse / Best Regards
**Alexander Coenen**

Managing Partner

**CAPITAL LOUNGE GMBH**
Your Going Public Boutique!

Emil-Riedel-Str. 21, 80538 Munich, Germany
Tel.: +49 89 7007 45 322
Fax: +49 89 7007 45 329
Email: coenen@capitallounge.de

VERTRAULICHKEITSHINWEIS: Diese Email, einschließlich ihrer Anhänge, ist vertraulich und/oder enthält rechtlich geschützte Informationen. Wenn Sie nicht der Adressat dieser Email sind, benachrichtigen Sie den Absender bitte sofort und löschen Sie diese Email. Sie dürfen diese Email weder kopieren noch anderweitig verwenden oder ihren Inhalt einer anderen Person gegenüber offen legen.

CONFIDENTIALITY NOTICE: This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person.


Mit freundlichen Grüßen

Miron Leshem
Ananda Capital Partners
7824 La Mirada Dr
Boca Raton  FL 33433 USA
Tel: +1 561 477 7751
Fax: +1 561 431 2870
Mob: +1 561 212 7023
anandacapital@comcast.net

Mit freundlichen Grüßen

Miron Leshem
Ananda Capital Partners
7824 La Mirada Dr
Boca Raton  FL 33433 USA
Tel: +1 561 477 7751
Fax: +1 561 431 2870
Mob: +1 561 212 7023
anandacapital@comcast.net


Mit freundlichen Grüßen

Miron Leshem

Ananda Capital Partners
7824 La Mirada Dr
Boca Raton  FL 33433 USA
Tel: +1 561 477 7751
Fax: +1 561 431 2870
Mob: +1 561 212 7023
anandacapital@comcast.net