Erik A. Christiansen (USB 7372)
Benjamin D. Perkins (USB 18503)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
EChristiansen@parsonsbehle.com
BPerkins@parsonsbehle.com

Sarah E. Diamond (CA SBN 281162) (Admitted *Pro Hac Vice*)
**VENABLE LLP**
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
SEDiamond@venable.com

*Attorneys for Plaintiffs Capana Swiss Advisors AG*
*and AmeriMark Automotive AG*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| CAPANA SWISS ADVISORS AG, a Swiss corporation; AMERIMARK AUTOMOTIVE AG, a Swiss corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>RYMARK, INC., a Utah corporation; NICHOLAS THAYNE MARKOSIAN, an individual; JOHN KIRKLAND, an individual; and VICKY SMALL, an individual,<br><br>        Defendants. | **OPPOSITION TO DEFENDANTS' SHORT FORM DISCOVERY MOTION TO COMPEL**<br><br>Civil Case No. 2:23-cv-00467<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

Plaintiffs respectfully submit their Opposition to Defendants' Short Form Discovery Motion to Compel (ECF No. 52). Discovery is ongoing. Both Plaintiffs and Defendants are in the process of producing additional documents. This motion is premature.

**DEMAND FOR ALL DOCUMENTS RELATED TO U.S. LAW**

Defendants demand *all* documents "related to [Plaintiffs'] compliance with the laws of the United States." Defendants' RFP 6. As Plaintiffs have stated in multiple meet-and-confer discussions, this request is impossibly overbroad, vague and not likely to lead to the discovery of admissible evidence. Defendants now contend they will "compromise" and limit their request to six topics, including "any tax law promulgated by the United States, including but not limited to those referenced in IRS Publication 515." Defendants' purported "offer" is hardly a workable limit to their admitted fishing expedition. Notably, IRS Publication 515 is 87 pages long and refers to scores of different tax code. Title 26 of the U.S. Code (the Internal Revenue Code, containing all U.S. tax laws) is *724* pages long with hundreds of sections. There are no tax claims at issue here.

Plaintiffs acknowledge the broad discovery privileges in civil litigation. S*ee, e.g.*, *Regan-Touhy v. Walgreen Co.*, 526 F.3d 641, 649 (10th Cir. 2008). However, discovery is subject to the proportionality requirements of Fed. R. Civ. P. 26(b)(1), including "whether the burden or expense of the proposed discovery outweighs its likely benefit." *Id.* The law is clear that "a defendant may not use discovery as a fishing expedition" to haphazardly search for a proverbial smoking gun. *Anthony v. United States*, 677 F.2d 870, 880 (10th Cir. 1981). *See also Pipkin v. Acumen*, No. 1:18-cv-00113-HCN-PMW, 2019 WL 6324633, at *2 (D. Utah Nov. 26, 2019); *Source Direct Holdings, Inc. v. Intehritas, Inc*., No. 2:08–CV–520–DB–DN, 2009 WL 3460279, at *4 (D. Utah Oct. 20, 2009).

**DEMAND FOR ALL ORBITAL/BERNHARDT DOCUMENTS WITHOUT LIMITATION**

Likewise, Defendants' continued demand for documents relating to Orbital and Shaen Bernhardt is another attempt to "fish" for documents. Plaintiffs already agreed to provide

documents relating to Orbital and Shaen Bernhardt.  Defendants initially agreed to limit this request documents "related to, with, or about Orbital AG and Shaen Bernhardt, *and that also relate to Defendants and/or any AmeriMark entity*."  Defendant's January 17, 2024 Ltr.  Based on their most recent motion (ECF No. 52), Defendants appear to have rescinded that compromise, arguing now that they need all documents without limitation because Shaen Bernhardt and Orbital are "central figures in this case."  Neither Orbital nor Shaen Bernhard are parties to this action.  While they may have discoverable information, discovery should be limited to Orbital AG and Shaen Bernhardt *to the extent* they are related to the parties at suit.  Defendants' fishing expedition coupled with their continuous, baseless accusations of fraud, makes clear that they are grasping at straws and trying to create issues where they do not exist.

In any event, Defendants are in the process of process additional documents.  Defendants' motion is premature.

Dated: March 22, 2024.

**PARSONS BEHLE & LATIMER**
Erik A. Christiansen
Benjamin D. Perkins

**VENABLE**
Sarah E. Diamond

By: */s/ Erik A. Christiansen*
Erik A. Christiansen

*Attorneys for Plaintiffs Capana Swiss Advisors AG and AmeriMark Automotive AG*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of March 2024, I filed the foregoing **OPPOSITION TO DEFENDANTS' SHORT FORM DISCOVERY MOTION TO COMPEL** via the Court's CM/ECF system, which provided notice of such filing to all counsel of record.

R. Jeremy Adamson
Chad S. Pehrson
Stephen Richards
Taylor J. Smith
KUNZLER BEAN & ADAMSON
50 W BROADWAY STE 1000
SALT LAKE CITY, UT 84101
(801) 994-4646
Email: jadamson@kba.law
Email: cpehrson@kba.law
Email: srichards@kba.law
Email: tsmith@kba.law

                                                   */s/ Madison Tremblay*
                                                   Madison Tremblay
                                                   Legal Assistant, Parsons Behle & Latimer