# EXHIBIT 1



## Lieutenant Governor Spencer J. Cox

Utah State Capitol
350 N State Street
Suite 220
Salt Lake City, Utah 84114

(801) 538-1041

Receipt Number   **236083**

Name        David Hesterman                     11/14/2018
Payment     Credit Card

| Qty | Item | Detail | Amount | Total |
|---|---|---|---|---|
| 2 | Apostille | Switzerland | 20 | $40.00 |

Printed 11/14/2018              rwheeler                              $40.00

CONFIDENTIAL                                                                                   Hesterman0001041

Message

| | |
|---|---|
| **From**: | David Hesterman [hestermaniac@gmail.com] |
| **Sent**: | 2/5/2019 12:40:23 PM |
| **To**: | Nick Markosian [nick@beenjerkedaround.com] |
| **Subject**: | Fwd: Nicholas T. Markosian KYC |
| **Attachments**: | Markosian KYC.pdf |

---------- Forwarded message ---------
From: **Grantchester Equity** <grantchesterequity@comcast.net>
Date: Sun, Feb 3, 2019, 5:37 PM
Subject: Nicholas T. Markosian KYC
To: Blimbaum Jeremy <blimbaum@hotmail.com>

Name: Nicholas Markosian:

Date of Birth: █████ 1974

Address: 4424 S. Covecrest Dr. Salt Lake City Utah 84124 USA

Number of Shares: 19,441,667

Percentage of Total Issued and Outstanding: 97.20%

Notarized KYC Below:


Miron Leshem

Grantchester Equity, Ltd.
Tel: +1 561 477 7751
Fax: +1 561 431-2870
Mob: 1 561 212 -7023
grantchesterequity@comcast.net

| | |
|---|---|
| **From:** | Miron Leshem <anandacapital@comcast.net> |
| **Sent:** | Friday, April 15, 2016 6:46:06 AM |
| **To:** | Nick Markosian <Nick@beenjerkedaround.com>;Hesterman David <hestermaniac@gmail.com> |
| **Subject:** | Incorporation of New Swiss AG - "AmeriMark Automotive AG" High Importance!! |
| **Attachments:** | HR-Anmeldung, application commercial register.pdf |

Dear Nick and David:

Please inquire with Utah government exactly how you need to notarize and Apostilize the document below. An Apostile is a state government signature guarantee that verifies notarization. Also take a copy of your passport and your original as well and get another version notarized and apositilized.

Once done scan both in to me and send.

Please send the original notarized and apostilized copies via FEDEX to:

Gysi & Partner Rechtsanwälte AG
Daniel Gysi, Rechtsanwalt und Notar (SG)

Bachstrasse 19
9008 St. Gallen
Switzerland
T +41 71 292 30 00
F +41 71 292 30 01



> Begin forwarded message:



Mit freundlichen Grüßen

Miron Leshem
Ananda Capital Partners
7824 La Mirada Dr
Boca Raton  FL 33433 USA
Tel: +1 561 477 7751
Fax: +1 561 431 2870
Mob: +1 561 212 7023
anandacapital@comcast.net