**Exhibit 1:** *Email from Gysi & Partner Adrian Zehnder to Leshem*

(temporarily sealed pending resolution of July 15 dispute between parties)