**Exhibit 3:** *Email from Leshem to Stefan Kammerlander re reverse merger with shell entity*

(temporarily sealed pending resolution of July 15 dispute between parties)