Erik A. Christiansen (Bar No. 7372)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
P.O. Box 45898
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
EChristiansen@parsonsbehle.com

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| CAPANA SWISS ADVISORS AG, a Swiss corporation; AMERIMARK AUTOMOTIVE AG, a Swiss corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RYMARK, INC., a Utah corporation; NICHOLAS THAYNE MARKOSIAN, an individual; JOHN KIRKLAND, an individual; and VICKY SMALL, an individual<br><br>Defendants. | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No.  2:23-cv-00467 |

I move for the pro hac vice admission of John S. Worden (Applicant) as counsel for Capana Swiss Advisors AG and AmeriMark Automotive AG and I consent to serve as local counsel. I am an active member of this Court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the Court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED: September 9, 2024.

                    PARSONS, BEHLE & LATIMER

                    */s/ Erik A. Christiansen*
                    Erik A. Christiansen

**CERTIFICATE OF SERVICE**

I further certify that on September 9, 2024, I filed the foregoing **MOTION FOR PRO HAC VICE ADMISSION** via the Court's CM/ECF system, which provided notice of such filing to all counsel of record.

/s/ Erik A. Christiansen
Erik A. Christiansen