

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Erik A. Christiansen |
| Firm: | 201 S. Main Street #1800 |
| Address: | Salt Lake City, UT 84111 |
| Telephone: | 801-536-6800 |
| Email: | echristiansen@parsonsbehle.com |
| | |
| Pro Hac Vice Applicant: | John S. Worden |
| Firm: | Venable LLP |
| Address: | 101 California Street, Suite 3800 |
| | San Francisco, CA 94111 |
| Telephone: | 415.653.3713 |
| Email: | JSWorden@venable.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| California | CA SBN 142943 | 12/11/1989 |
| Nevada | NV 7563 | 9/29/2000 |
| Supreme Court of California | CA SBN 142943 | 12/11/1989 |
| USDC – Southern District of California | CA SBN 142943 | 7/20/1998 |
| USDC – Northern District of California | CA SBN 142943 | 12/11/1989 |
| USDC – Eastern District of California | CA SBN 142943 | 7/24/1998 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?    ☐ Yes    ☒ No

4858-0169-7394.v1

If yes, please explain:

**LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS**

| Case Name | Case Number | Date of Admission |
|---|---|---|
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| Certification | Yes | No |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

4858-0169-7394.v1

3

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____   \_\_\_9/9/2024_____
Signature                                                                                  \_ Date

4858-0169-7394.v1

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

September 4, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN SPENCER WORDEN, #142943 was admitted to the practice of law in this state by the Supreme Court of California on December 11, 1989 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records