THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| CAPANA SWISS ADVISORS AG, a Swiss corporation; AMERIMARK AUTOMOTIVE AG, a Swiss corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RYMARK, INC., a Utah corporation; NICHOLAS THAYNE MARKOSIAN, an individual; JOHN KIRKLAND, an individual; and VICKY SMALL, an individual,<br><br>Defendants. | **ORDER [GRANTING/DENYING] PRO HAC VICE ADMISSION**<br><br>Case No.  2:23-cv-00467 |

Before the Court is Local Counsel's Motion for Pro Hac Vice Admission of John S.

Worden.  Based on the Motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is GRANTED/DENIED.

DATED this _____ day of _____, 20_____.

BY THE COURT:

_____

Judge Ted Stewart