# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CAPANA SWISS ADVISORS AG, a Swiss corporation; and AMERIMARK AUTOMOTIVE AG, a Swiss corporation,<br><br>        Plaintiffs,<br>v.<br><br>RYMARK, INC., a Utah corporation; NICHOLAS THAYNE MARKOSIAN, an individual; JOHN KIRKLAND, an individual; and VICKY SMALL, an individual,<br><br>        Defendants. | ORDER GRANTING PRO HAC VICE ADMISSION<br><br><br><br>Case No.: 2:23-cv-00467-TS-CMR<br><br>Judge Ted Stewart<br>Magistrate Judge Cecilia M. Romero |

Before the Court is Local Counsel's Motion for Pro Hac Vice Admission of John S. Worden (Docket No. 147). Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this 9th day of September, 2024.

BY THE COURT:

_____
District Judge Ted Stewart