# EXHIBIT 8

| | |
|---|---|
| **From:** | ECONCC NC <office@econcc.ch> |
| **Sent:** | Wednesday, May 15, 2019 8:15:24 AM |
| **To:** | Grantchester Equity <grantchesterequity@comcast.net >;Nick Markosian <Nick@beenjerkedaround.com > |
| **Cc:** | Debitoren <debitoren@econcc.ch > |
| **Subject:** | FW: Open Invoices AmeriMark Automotive AG |
| **Attachments:** | 190204 Rechnung 72530873 an AmeriMark Automotive AG.pdf;181206 Rechnung 72530831 an AMERIMARK AUTOMOTIVE AG.pdf |

Dear Mr. Leshem,

I asked you several times to pay the attached invoices for , but I heard nothing about it.
If there is no payment in the next days, I will resign immediately.

In addition, I need a significant payment for AmeriMark Group AG, otherwise everything will end here immediately.

Kind regards
Nicolai Colshorn

---

**Von:** Nicolai Colshorn 1 <office@econcc.ch>
**Datum:** Sonntag, 5. Mai 2019 um 16:50
**An:** "grantchesterequity@comcast.net " <grantchesterequity@comcast.net >
**Betreff:** FW: Open Invoices AmeriMark Automotive AG

---

**Von:** Nicolai Colshorn 1 <office@econcc.ch >
**Datum:** Dienstag, 23. April 2019 um 22:34
**An:** Grantchester Equity <grantchesterequity@comcast.net >
**Cc:** Wirz <debitoren@econcc.ch >
**Betreff:** Open Invoices AmeriMark Automotive AG

Dear Mr. Leshem,

could you be so kind to transfer the open invoices in annex. They concern AmeriMark Automotive AG.
I would like to ask you to pay these bills on time or promptly, as we are helping you already very much with AmeriMark Group AG.

Thanks in advance.

Regards
Nicolai Colshorn

---

**Von:** Grantchester Equity <grantchesterequity@comcast.net >
**Datum:** Mittwoch, 17. April 2019 um 15:53
**An:** Nicolai Colshorn 1 <office@econcc.ch >
**Betreff:** Re: Questions

RYMARK004429

below some questions regarding the accounting:

- Who has paid the attached bills?

Innovative Media Connections is a consulting firm to Amerimark Automotive AG/Rymark, Inc. based in Salt Lake City Utah. They are the original company that referred the AmeriMark Automotive deal to my entity (grantchester equity) for listing services. The made the payment
on behalf of the combined entities.

All other payments reference herein have been made by Whitetree Capital, Ltd.  Address:  2-4 Arch. Makarios II Ave1065, Nicosia Cyprus.  Ultimate beneficial Owner: Erika Zorkady. Whitetree is the strategic partner of Grantchester equity as regards facilitating admission of AmeriMArk Group AG to listing.

- What was paid with the payments to the debt collection office (see account 1090, Betreibungsamt Zug, attached)?

To the knowledge, no debts were paid for the debt collection. I have NOT seen the debt collection invoices prior to your communication

- Where did the CHF 9k come from? (see account 1090, attached)

See above. Innovative Media Connections

- To whom did the CHF 5k go? (see account 1090, attached)

I am verifying. But I believe it was sent by Whitetree

On Apr 17, 2019, at 9:13 AM, ECONCC NC <office@econcc.ch> wrote:

Thanks.

---

**Von:** Grantchester Equity <grantchesterequity@comcast.net >
**Datum:** Mittwoch, 17. April 2019 um 15:12
**An:** Nicolai Colshorn 1 <office@econcc.ch >
**Betreff:** Re: Questions

Sorry! Will do now.

On Apr 17, 2019, at 9:10 AM, ECONCC NC <office@econcc.ch> wrote:

RYMARK004430

Could you please send us the answers.
Nicolai Colshorn

---

**Von:** Grantchester Equity <grantchesterequity@comcast.net >
**Datum:** Freitag, 12. April 2019 um 15:57
**An:** Nicolai Colshorn 1 <office@econcc.ch >
**Betreff:** Re: Questions

I will get answers by Monday!

On Apr 12, 2019, at 9:56 AM, ECONCC NC <office@econcc.ch> wrote:

Dear Mr. Leshem,

We have given you a lot of credit for a long time. It would be fair if you answered our questions below in the short term so that we would not have more work than necessary with it.

Nicolai Colshorn

---

**Von:** Nicolai Colshorn 1 <office@econcc.ch >
**Datum:** Mittwoch, 3. April 2019 um 18:24
**An:** Grantchester Equity <grantchesterequity@comcast.net >
**Betreff:** FW: Questions

---

**Von:** Nicolai Colshorn 1 <office@econcc.ch >
**Datum:** Freitag, 29. März 2019 um 16:04
**An:** Grantchester Equity <grantchesterequity@comcast.net >
**Betreff:** Questions

Dear Mrs. Leshem,

below some questions regarding the accounting:

- Who has paid the attached bills?

- What was paid with the payments to the debt collection office (see account 1090, Betreibungsamt Zug, attached)?
- Where did the CHF 9k come from? (see account 1090, attached)
- To whom did the CHF 5k go? (see account 1090, attached)

Best regards
Nicolai Colshorn

---

**Von:** Grantchester Equity <grantchesterequity@comcast.net >

RYMARK004431

**Datum:** Mittwoch, 27. März 2019 um 13:47
**An:** Nicolai Colshorn 1 <office@econcc.ch>
**Betreff:** Re: Amerimark Group Invoice Register of commerce

Could you try to get an IBAN for the Kantonal account, please.

On Mar 27, 2019, at 6:14 AM, ECONCC NC <office@econcc.ch> wrote:

Mr. Leshem, could you please pay immediately the attached invoice. It is from July 2018. The amount is now CHF 820.95
If you have questions, please call the register of commerce.

Regards
Nicolai Colshorn

---

**Von:** Grantchester Equity <grantchesterequity@comcast.net>
**Datum:** Dienstag, 12. März 2019 um 00:26
**An:** Nicolai Colshorn 1 <office@econcc.ch>
**Betreff:** Amerimark Group Domicile

Sehr geehrter Herr Colshorn:

Have you arranged for a new domicile/registered office for AmeriMark in Kanton Zug?

Regards,

Miron Leshem

Grantchester Equity, Ltd.
Tel: +1 561 477 7751
Fax: +1 561 431-2870
Mob: 1 561 212 -7023
grantchesterequity@comcast.net

Regards,

Miron Leshem

Grantchester Equity, Ltd.
Tel: +1 561 477 7751
Fax: +1 561 431-2870
Mob: 1 561 212 -7023
grantchesterequity@comcast.net

Regards,

Miron Leshem

RYMARK004432

Grantchester Equity, Ltd.
Tel: +1 561 477 7751
Fax: +1 561 431-2870
Mob: 1 561 212 -7023
grantchesterequity@comcast.net

RYMARK004433