

**PARSONS
BEHLE &
LATIMER**

201 S. Main Street, Suite 1800
Salt Lake City, Utah 84111
Main  801.532.1234
Fax  801.536.6111

A Professional
Law Corporation

Erik A. Christiansen
Attorney at Law
Direct  801.536.6719
echristiansen@parsonsbehle.com

July 3, 2024

**VIA ELECTRONIC MAIL**

Mr. Stephen Richards
Kunzler Bean & Adamson
50 W Broadway, Suite 1000
Salt Lake City, Utah 84101
srichards@kba.law

      **Re:**    *Capana Swiss Advisors AG et. al v. Rymark Inc., et. al,*
                *Civil Case No.* **2:23-cv-00467**

Counsel:

      We write in response to your letter dated June 26, 2024 pertaining to the parties' June 18, 2024 meet-and-confer discussion (the "Letter").[1]

*Depositions*

      First, you are not correct that the parties agreed to exchange dates for the deposition of Miron Leshem.  As we have stated numerous times, we do not represent Miron Leshem and have no means to produce him for a deposition.

      We agreed to provide dates for the in-person depositions of Shaen Bernhardt and Stefan Kammerlander.  Shaen Bernhardt and Stefan Kammerlander are available to be deposed in Salt Lake City, Utah on September 4 and 5, 2024.  Please immediately provide dates for Vicky Small, John Kirkland, and Eric Gardiner.  We are available to meet and confer pertaining to the additional zoom depositions we have requested.  Please provide your availability for next week.

      We correct your further mischaracterizations of our representations pertaining to Miron Leshem, Oliver Spielmann, and Cyrill Staeger below.

---

[1] Plaintiffs continue to reserve all rights and remedies with regard to additional discovery issues.

Mr. Stephen Richards
July 3, 2024
Page Two

### *Mr. Leshem Is Neither a Current Nor Former Officer, Director, or Employee of Capana*

Mr. Leshem is not and has never been an officer, director or employee of Capana Swiss Advisors AG ("Capana").  Nor does he now have, nor has he ever had signature authority for Capana. These facts are a matter of public record and can be verified with the Swiss commercial registers holding records for Capana.

Capana was re-organized from "3. Capana Swiss AG" on February 20, 2020.  These undisputed facts are a matter of public record and are evidenced from the relevant commercial register files.  Enclosed herein as **Exhibit A** is a recent extract from the commercial register of the Kanton of Zug (PL_0000011156-58).  Certified copies can be obtained by application directly to the commercial register.

Your statements pertaining to the August 2020 email in which Mr. Leshem described Capana as "the Swiss vehicle through which I conduct business and [to] which Shaen is an advisor" are unavailing.  *See* **Ex. B** (PL_0000002861).  Your conclusory argument that Mr. Bernhardt was copied on this email and did not object to this characterization is a red herring.  Mr. Bernhardt was not in any position of authority vis-à-vis Capana in this period.  As such, Mr. Bernhardt was not in a position to comment on this statement by Mr. Leshem or in a position to judge its accuracy.  Mr. Leshem is not and has never been an employee of Capana, nor does he own or has he ever owned any shares or exercised any voting control, or ownership interest in Capana.  Neither was Mr. Leshem in any position of authority vis-à-vis Capana when he made this statement.

Similarly, the email in which Mr. Leshem states that he did not have "access" to his "business funds" does not demonstrate he was an officer, director or employee of Capana.  *See* **Ex. B** (PL_0000002815).  He was not.  At no time did Mr. Leshem have control of or access to any Capana bank accounts.

Contrary to the statements in your Letter, Mr. Leshem was never an agent of Capana.  Rather, the record is clear that Mr. Leshem has acted as an agent of *Rymark, Inc.* since April 1, 2016, when Nicholas Markosian executed both the Term Sheet and Listing Services Agreement retaining Mr. Leshem.  **Ex. B** (RYMARK001777); (Am. Compl. Ex. 2).  We also understand that these agreements were the product of months of negotiations between the parties including in-person meetings beginning in 2015 pursuant to the Listing Proposal sent to Markosian.  The case record includes hundreds of emails demonstrating Mr. Leshem's ongoing activities in his capacity as an agent of Rymark, activities orchestrated and overseen by Markosian, which included the recruiting and retention of legal counsel, auditors and accountants, consultants, and valuation experts, and the performance of the services outlined in the Listing Services Agreement.  These activities predated Orbital's interest and the existence of Capana by almost four years and were conducted continuously during this period.

Even after Capana's and Orbital's involvement began, Mr. Leshem continued these same activities on the same basis.  The only arguable connection between Mr. Leshem and Capana is

Mr. Stephen Richards
July 3, 2024
Page Three

the indirect relationship occasioned by the fact that Mr. Leshem was the listing agent for a Capana subsidiary/affiliate after Capana's acquisition of interests in AmeriMark Group AG in 2020. The record is also clear that Mr. Leshem described these activities and progress in the performance of the services described in the Listing Services Agreement in great detail to Markosian and the other Defendants in repeated emails over a four year period. These facts demonstrate Markosian's ongoing informed consent and direction as the principal to Mr. Leshem's agency vis-a-vis these activities. In some instances, Mr. Leshem actually signed agreements on behalf of Rymark, Inc. with the acquiescence of Markosian (e.g., in the case of the retention of Capital Lounge GmbH as valuation expert and listing services provider). Mr. Leshem also has an ownership interest in Rymark, Inc., as the Term Sheet and Listing Services Agreement executed by Markosian grant him "5% of the shares of [Rymark, Inc.] issued and outstanding at the time of share award" and "7.5% of the cash proceeds of the capital invested in [Rymark, Inc.]."

### *Spielmann and Staeger Are Not <u>Current</u> Officers, Directors, or Employees of Capana*

Contrary to the statements in your Letter, Oliver Spielmann and Cyrill Staeger are not **current** officers, directors, or employees of Capana. They are former directors of Capana.

Mr. Spielmann served as a member of the board of directors of Capana from January 22, 2021 until January 17, 2022. *See* **Ex. A** (PL_0000011156). He is not currently a director, officer, or employee of Capana nor does he have any ownership interest in the company. Mr. Spielmann is not and has never been an employee, officer, or director of AmeriMark Automotive AG. [Automotive Extract]. Neither Venable LLP nor Parsons Behle & Latimer represent Mr. Spielmann, nor do Capana or AmeriMark have access to Mr. Spielmann's files.

Mr. Staeger served as a member of the board of directors of Capana from its founding/re-organization on February 20, 2020 until April 7, 2021. Exhibit A (PL_0000011156). He is not currently a director, officer, or employee of Capana nor does he have any ownership interest in the company. Mr. Staeger is not and has never been an employee, officer, or director of AmeriMark Automotive AG. *See* **Ex. A** (PL_0000011158). Neither Venable LLP nor Parsons Behle & Latimer represent Mr. Staeger, nor do Capana or AmeriMark have access to Mr. Staeger's files.

### *Custodians*

Plaintiffs have no ability to add Oliver Spielmann, Cyrill Staeger, and Miron Leshem as custodians. As we stated during the meet-and-confer, we do not have access to their email files. This is because the information technology and privacy policy of the corporate group Capana belongs to complies with Swiss, European Union, and external law, in particular the Swiss Federal Data Protection Act and the European Union General Data Protection Regulation 2016/679 ("GDPR"), via its data residency and data localization practices. Specifically, in order to avoid being subject to conflicting privacy regimes, data of users of Capana's information technology infrastructure residing in Switzerland is stored and processed on Swiss-based

Mr. Stephen Richards
July 3, 2024
Page Four

information technology infrastructure in Swiss data centers or on the user/client machine. Data of users residing in the European Union is stored and processed in European Union based datacenters. Data of users residing outside Switzerland or the European Union is stored on the user/client's machine, as, for both cost and policy reasons, no data centers outside the European Union or Switzerland are utilized by the company.

Pursuant to Capana's group policy in place from 2018-2021, some consultants working with Capana subsidiaries or affiliates were issued email addresses in the Capana domain. In his capacity as Listing Agent to Rymark/AmeriMark, a subsidiary and/or affiliate of Capana after Capana acquired its interest in AmeriMark Group AG, Mr. Leshem was issued an alias (forwarding) email address in the Capana domain on or around mid-2020. This address was modified to a mailbox address with client-side storage, as Mr. Leshem was outside Switzerland and the European Union, sometime in 2022. External access to this address has since been suspended.

As we have repeatedly emphasized, our discovery efforts are ongoing. We will conduct a diligent search of Capana's archives for emails sent to or from Messrs. Leshem, Spielmann, and Staeger that Capana has within its possession, custody or control. We will produce all additional non-privileged responsive emails that we find, if any. To our knowledge, Messrs Bernhardt, Leshem, Spielmann, and Staeger never possessed an AmeriMark Automotive address.

We reiterate that, other than pursuant to our third-party subpoena of Mr. Hesterman, neither AmeriMark Automotive nor Capana have any access to Mr. Hesterman's email accounts. With the exception of the brief period when Mr. Leshem had a non-forwarding email address within the "capana.ch" domain, neither AmerMark Automotive nor Capana has had access to email files for Mr. Leshem, Ananda Capital, or Grantchester Equity.

### John Simkiss

Mr. Simkiss has no relationship with Plaintiffs and we do not represent him.

### Confidentiality Designations

With respect to your challenge to Plaintiffs' confidentiality designations, we continue to believe you have not complied with the Court's standard protective order. Section 9(b) of the standard protective order says: "any receiving party desiring to disclose or to permit inspection of the same otherwise than is permitted in this Order, may request the producing party in writing to change the designation of a document or documents, stating with particularity the reasons for that request, and specifying the category to which the challenged document(s) should be dedesignated." Your threats to de-designate the entirety of Plaintiffs' confidential designation is improper and lacks good faith.

We have repeatedly requested that you identify any specific documents that you believe are inappropriately designated as confidential. You continue to refuse to do so. You certainly have not "stated with particularity" why the documents should not be marked as confidential.

Mr. Stephen Richards
July 3, 2024
Page Five

Each of the documents produced to date are related to the ownership of Rymark, Inc. and delve deeply into Plaintiffs' ownership structure.  This type of information is squarely encompassed by Section 2 of the governing Protective Order, which states that confidential or proprietary financial or business information may be designated as confidential.

Though we have a good-faith basis for designating each of the documents we have produced to date as Confidential, in a show of good faith, and to put this issue to bed, we will conduct one final review of the documents produced to date to ensure they each contain confidential business or financial information.

Please confirm that you will also review your document production to ensure each of the remaining documents you have designated as "Highly Confidential – Attorneys' Eyes Only" ("AEO") actually contains the information delineated by Section 2(b) of the governing Protective Order.  As of July 3, 2024, you have designated 1,277 documents as "Attorneys' Eyes Only."  We expect that you will remove the AEO designation from any additional documents that do not contain such information.  We note that your refusal to provide an overlay to correct the initial documents you admitted were erroneously designated as AEO will result in Plaintiffs' incurring several hundred dollars of legal costs.

### *Plaintiffs' Alleged Missing Documents*

As we have previously stated, our document production is ongoing.  We are continuing to search for additional documents.  We respond to your allegations pertaining to purported "missing documents" below.

First, we note again that emails in the list you cite predate the existence of Capana (i.e., prior to January 2020) and all but seven predate the involvement of Orbital (May/June 2019).

Neither would AmeriMark Automotive have any reason to have custody or control of these emails, as they were between your clients and their agents Leshem and Hesterman and appear to have been sent from U.S. based internet providers (e.g., Gmail) without any connection to AmeriMark information technology infrastructure.

Of the seven emails in the list that were sent after May 2019, none appear to have touched any AmeriMark email infrastructure.  In particular:

Mr. Stephen Richards
July 3, 2024
Page Six

| Nick Markosian <nick@beenjerkedaround.com> | David Hesterman <hestermaniac@gmail.com>,Grantchester Equity <grantchesterequity@comcast.net> | 2-May-2019 | Re: Report |
|---|---|---|---|
| Grantchester Equity <grantchesterequity@comcast.net> | Nick Markosian <nick@beenjerkedaround.com>,David Hesterman <hestermaniac@gmail.com> | 2-May-2019 | Re: Report |
| Nick Markosian <nick@beenjerkedaround.com> | David Hesterman <hestermaniac@gmail.com> | 13-May-2019 | Flight to Florida |
| Nick Markosian <nick@beenjerkedaround.com> | David Hesterman <hestermaniac@gmail.com> | 15-May-2019 | FW: Open Invoices AmeriMark Automotive AG |
| Nick Markosian <nick@beenjerkedaround.com> | David Hesterman <hestermaniac@gmail.com> | 17-May-2019 | Re: Flight to Florida |
| scanner@markosianauto.com <scanner@markosianauto.com> | grantchesterequity@comcast.net | 1-Aug-2019 | Scanned image from MARKOSIAN AUTO |
| Nick Markosian <Nick@beenjerkedaround.com> | Miron Leshem <grantchesterequity@comcast.net> | 5-Sep-2019 | Re: Any news? |

In this context, we do not understand the basis for your claim that we are "withholding many such documents."

You asserted: "The same is true, for instance, of a series of emails among Miron Leshem, Vicky Small, and Helen Qubain with the subject 'EXCEL files.' We produced these emails at, e.g., RYMARK005011. But they are nowhere in your productions – even though, once again, you obviously have them. Similarly, emails from September 2019 between Mr. Leshem and Rymark personnel with the subject 'Financial Statements' appear in our production, e.g., RYMARK004605, but not in yours."

Again, we do not understand what basis you have for claiming that AmeriMark Automotive or Capana should "obviously" have custody or control of these emails. Your example RYMARK005011 reproduces an email from Helen Qubain's "gmail.com" account to Vicky Small's "beenjerkedaround.com" account with carbon copy to Small, Hesterman's Gmail account, and the account of Grantchester Equity. Your example RYMARK004605 reproduces an email dated September 16, 2019 from Leshem to Markosian.

As we have repeatedly stated, emails sent in this period (January 24, 2019 and September 16, 2019) predate the existence of Capana (January 2020) and, in the case of your first example, the involvement of Orbital (June 2019). Further, none of the senders or addressees in your examples are in domains related in any way to AmeriMark Automotive. Given this, please explain why you believe the Plaintiffs should have custody or control of these emails, or the general category of other documents or emails you claim, without specificity, are missing.

## ONGOING ISSUES WITH DEFENDANTS' PRODUCTION

### *Defendants' Document Dump*

We do not agree that the Court made no statements pertaining to Defendants' egregious document dump. The Court made clear that it would not tolerate your bad faith tactics. We expect your next production to be narrowly tailored or we will be forced to move for sanctions.

Mr. Stephen Richards
July 3, 2024
Page Seven

### *Documents Still Missing from Defendants' Production*

Our ongoing review of Defendants' production has revealed a disturbing trend. There seems to be a particular bias in Defendants' productions toward excluding emails containing attachments signed by Mr. Markosian, and a noticeable gap in emails to and from Eric Gardiner between late 2016 and late 2017, the period in which Rymark was pursuing a listing on the Malta Stock Exchange.

During the meet-and-confer we requested that you add Eric Gardnier as a custodian. We further demand you produce his responsive emails, including but not limited to the January 12, 2017 email from David Hesterman to Eric Gardiner. *See* **Ex. B** (Hesterman0000594). Indeed, several emails to Mr. Gardiner's email account appear to be missing from Defendants' production, particularly during the period when Mr. Gardiner was consulting with Mr. Pehrson regarding requests from the Maltese audit firm NOUV connected to efforts to list the Rymark holding structures on the Malta Stock Exchange (January-March 2017).

During our meet-and-confer we stated that documents that *have* been produced show that emails were sent from AmeriMark Director Colshorn with the AmeriMark General Meeting invitations and proxy forms to Vicky Small (**Ex. B** (PL_0000004117-4120)), John Kirkland (PL_0000004456-4459), and Nicholas Markosian (PL_0000004452-4455). Defendants have only produced their copies of those emails for Small (**Ex. B** (RYMARK000554-558)) and Kirkland (RYMARK000041-45) – not for Markosian. You stated that you would get back to us on this issue. To date, you still have not. We are forced to conclude that this email, containing evidence of Markosian's shareholdings in AmeriMark Group AG as of early 2020, has been destroyed. We intend to seek relief from the Court in this connection.

We also note that you have still not addressed the fact that emails sent from Mr. Markosian's iPhone are, for some reason, not being produced. *See, e.g.*, **Ex. B** (RYMARK135413) (email sent from Markosian on July 29, 2021 - captured in a forwarded email but appearing nowhere in Defendants' production); (RYMARK135432) (same); (Hesterman0000198) (quoting a February 5, 2016 email from Markosian, apparently sent from his iPhone, which does not appear in your production).

Finally, you still have not produced the letter dated January 25, 2017, from Mr. Chad Pehrson to Mr. James Ellul of NOUV discussing pending or threatened litigation and outstanding fees. We demand that you produce all related documents as required as part of your discovery obligations by July 15, 2024.

While Plaintiffs recognize that discovery is still ongoing, the absence of these documents, all of which are material to the instant case, is alarming. We look forward to an explanation as to why these documents have not been produced, and any other information you care to provide regarding upcoming document productions.

* * *

Mr. Stephen Richards
July 3, 2024
Page Eight


   We are happy to continue to meet and confer with you about these issues, if you think that is necessary.  Otherwise, we look forward to your supplemental document production.

        Sincerely,

        PARSONS BEHLE & LATIMER


        */s/ Erik A. Christiansen*
        Erik A. Christiansen

        *Attorney for Plaintiffs Capana Swiss*
        *Advisors AG and AmeriMark Automotive AG*

cc:  sediamond@venable.com
   bperkins@parsonsbehle.com
   jadamson@kba.law
   cpehrson@kba.law
   tsmith@kba.law
   rharrington@kba.law

# EXHIBIT A

# Commercial register of canton Zug

Kanton Zug

| Identification number | Legal status | Entry | Cancelled | Carried CH-170.3.034.949-0 from: | |
|---|---|---|---|---|---|
| **CHE-116.020.931** | **Limited or Corporation** | 24.09.2010 | | on: | 1 |

All data

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 1 | 6 | 3. ~~Capana Swiss AG~~ | 1 | Baar |
| 6 | | **Capana Swiss Advisors AG** | | |
| 6 | | (Capana Swiss Advisors SA) (Capana Swiss Advisors Ltd.) | | |

| In | Ca | Share capital | Paid in | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | 7 | CHF 100'000.00 | ~~CHF 50'000.00~~ | ~~100 vinkulierte Namenaktien zu CHF 1'000.00~~ | 1 | 5 | c/o LAUNCHSWISS AG |
| | | | | | | | ~~Rathausstrasse 14~~ |
| 7 | | | CHF 100'000.00 | 100'000 vinkulierte Namenaktien zu CHF 1.00 | | | 6340 Baar |
| | | | | | 5 | 9 | ~~Zugerstrasse 72~~ |
| | | | | | | | 6340 Baar |
| | | | | | 9 | | Lindenstrasse 2 |
| | | | | | | | 6340 Baar |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 1 | 4 | ~~Handel mit Waren aller Art, insbesondere mit EDV-Produkten sowie Erbringung von Dienstleistungen im Bereich der Softwareentwicklung und -programmierung; vollständige Zweckumschreibung gemäss Statuten~~ | | | |
| 4 | 7 | ~~Handel mit Waren aller Art, insbesondere mit EDV-Produkten sowie Erbringung von Dienstleistungen im Bereich der Softwareentwicklung und -Programmierung sowie Beratung im Finanzbereich; vollständige Zweckumschreibung gemäss Statuten~~ | | | |
| 7 | | Die Gesellschaft bezweckt die Erbringung von Dienstleistungen aller Art im Finanzbereich, soweit diese nicht bewilligungspflichtig sind, sowie den Erwerb, das Halten, die Finanzierung und der Verkauf von Beteiligungen an anderen Unternehmen jedwelcher Art in der Schweiz oder im Ausland. Die Gesellschaft kann im In- und Ausland Zweigniederlassungen und Tochtergesellschaften errichten, sich an anderen Unternehmen im In- und Ausland beteiligen, Vertretungen übernehmen sowie alle Geschäfte tätigen und Verträge abschliessen, die geeignet sein können, den Zweck der Gesellschaft zu fördern, oder die direkt oder indirekt damit im Zusammenhang stehen. Sie kann Grundstücke im In- und Ausland erwerben, halten, belasten und verkaufen. Die Gesellschaft kann ihren direkten oder indirekten Tochtergesellschaften sowie Dritten, einschliesslich ihren direkten oder indirekten Aktionären sowie deren direkten oder indirekten Tochtergesellschaften, direkte oder indirekte Finanzierungen gewähren und für Verbindlichkeiten von solchen Gesellschaften Sicherheiten aller Art stellen, einschliesslich mittels Pfandrechten an oder fiduziarischen Übereignungen von Aktiven der Gesellschaft oder Garantien jedwelcher Art, ob entgeltlich oder nicht. | | | |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 1 | 7 | ~~Die Mitteilungen an die Aktionäre erfolgen durch Brief oder E-Mail an die im Aktienbuch verzeichneten Adressen.~~ | 1 | 07.04.2010 |
| | | Die Übertragbarkeit der Namenaktien ist nach Massgabe der Statuten beschränkt. | 4 | 14.01.2020 |
| 1 | | Gemäss Erklärung des Verwaltungsrates vom 07.04.2010 untersteht die Gesellschaft keiner ordentlichen Revision und verzichtet auf eine eingeschränkte Revision | 6 | 20.02.2020 |
| 7 | | Die Mitteilungen an die Aktionäre erfolgen nach Ermessen des Verwaltungsrates per Brief, E-Mail oder Telefax an die im Aktienbuch verzeichneten Adressen. | 7 | 15.01.2021 |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| | | | 1 | SHAB |

| Ref | Journal | Date | SOGC | Date SOGC | Page / Id | Ref | Journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 14254 | 24.09.2010 | 190 | 30.09.2010 | 21 / 5832722 | 8 | 2328 | 09.02.2021 | 30 | 12.02.2021 | 1005099247 |
| 2 | 217 | 07.01.2011 | 9 | 13.01.2011 | 20 / 5984804 | 9 | 5486 | 06.04.2021 | 68 | 09.04.2021 | 1005145016 |
| 3 | 10030 | 12.07.2019 | 136 | 17.07.2019 | 1004677810 | 10 | 6259 | 15.04.2021 | 75 | 20.04.2021 | 1005153713 |
| 4 | 817 | 17.01.2020 | 14 | 22.01.2020 | 1004811197 | 11 | 6924 | 27.04.2021 | 83 | 30.04.2021 | 1005165041 |
| 5 | 2608 | 20.02.2020 | 38 | 25.02.2020 | 1004838122 | 12 | 19784 | 09.11.2021 | 221 | 12.11.2021 | 1005332764 |
| 6 | 2930 | 27.02.2020 | 43 | 03.03.2020 | 1004843283 | 13 | 784 | 17.01.2022 | 14 | 20.01.2022 | 1005385389 |
| 7 | 1274 | 22.01.2021 | 18 | 27.01.2021 | 1005084697 | | | | | | |

Continuation on the following page

# Commercial register of canton Zug

Kanton Zug

| CHE-116.020.931 | Capana Swiss Advisors AG | Baar | 2 |

All data

| In | Mo | Ca | Personal Data | Function | Signature |
|----|----|----|---------------|----------|-----------|
| 1 | | 2 | Jensen, Kenneth, dänischer Staatsangehöriger, in Schaffhausen | president of the board of directors | single signature |
| 1 | | 3 | Ohlstenius, Johan, schwedischer Staatsangehöriger, in Naerum (DK) | member of the board of directors | single signature |
| 2 | | 3m | Frank, Lukas, von Turbenthal, in Wil SG | president of the board of directors | single signature |
| | 3 | 4 | Frank, Lukas, von Turbenthal, in Wil (SG) | member of the board of directors | single signature |
| 4 | | 7m | Stäger, Cyrill Alexander, von Glarus Süd, in Zug | member of the board of directors | single signature |
| 7 | | 8m | Spielmann, Oliver M., von Bottmingen, in Männedorf | president of the board of directors | joint signature at two |
| | 7 | 11 | Stäger, Cyrill Alexander, von Glarus Süd, in Zug | member of the board of directors | joint signature at two |
| | 8 | 10m | Spielmann, Oliver M., von Bottmingen, in Stäfa | president of the board of directors | joint signature at two |
| | 10 | 11m | Spielmann, Oliver M., von Bottmingen, in Stäfa | president of the board of directors | single signature |
| | 11 | 12m | Spielmann, Oliver M., von Bottmingen, in Stäfa | member of the board of directors | single signature |
| | 12 | 13 | Spielmann, Oliver M., von Bottmingen, in Stäfa | president of the board of directors | single signature |
| 12 | | | Kammerlander, Stefan, von Amriswil, in Brütten | member of the board of directors | joint signature at two |
| 13 | | | Shalash, Oleksandr, von Zollikon, in Zollikon | president of the board of directors | joint signature at two |
| 13 | | | Blom, Mathias, von Nunningen, in Zug | member of the board of directors | joint signature at two |

Zug, 27.06.2024 07:52

The information above is given with not commitment and is in no way legally binding.

# Commercial register of canton Zug

≣ Kanton Zug

| Identification number | Legal status | Entry | Cancelled | Carried CH-320.4.045.116-0 from: | |
|---|---|---|---|---|---|
| **CHE-100.954.940** | **Limited or Corporation** | 17.09.1998 | | on: | 1 |

‖‖‖‖‖‖‖‖ All data

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 0 | | **AmeriMark Automotive AG** | 0 | so far: Herisau |
| 0 | | (AmeriMark Automotive Ltd.) (AmeriMark Automotive SA) | 1 | Zug |

| In | Ca | Share capital | Paid in | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 0 | | CHF 900'000.00 | CHF 900'000.00 | 18'000'000 Namenaktien zu CHF 0.05 | 0 | 1 | ~~Die Gesellschaft hat ihr Domizil eingebüsst~~ |
| | | | | | 1 | | Steinhauserstrasse 74 |
| | | | | | | | 6301 Zug |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 0 | | Die Gesellschaft bezweckt den Erwerb, die dauernde Verwaltung und die Veräusserung von Beteiligungen an in- und ausländischen Unternehmen aller Art in den Bereichen Automobilindustrie/Fahrzeuge/Fortbewerbungsmittel aller Art. Die Gesellschaft kann Zweigniederlassungen und Tochtergesellschaften im In- und Ausland errichten und sich an anderen Unternehmen im In- und Ausland beteiligen sowie alle Geschäfte tätigen, die direkt oder indirekt mit ihrem Zweck in Zusammenhang stehen. Die Gesellschaft kann im In- und Ausland Grundeigentum erwerben, belasten, veräussern und verwalten. Sie kann auch Finanzierungen für eigene oder fremde Rechnung vornehmen sowie Garantien und Bürgschaften für Tochtergesellschaften und Dritte eingehen. | | | |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 0 | | Mitteilungen an die Namenaktionäre erfolgen nach Ermessen des Verwaltungsrates per Brief, E-Mail oder Telefax an die im Aktienbuch verzeichneten Adressen, solch an die Inhaberaktionäre durch Publikation im SHAB. | 0 | 15.09.1998 |
| | | | 0 | 02.06.2016 |
| | | | 0 | 08.06.2016 |
| 0 | | Die Gesellschaft hat mit Erklärung vom 06.06.2016 auf die eingeschränkte Revision verzichtet. | 0 | 02.12.2016 |
| | | | 0 | 24.04.2017 |
| | | | 0 | 18.10.2018 |
| | | | 1 | 05.04.2022 |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| 0 | | Umwandlung: Die Gesellschaft mit beschränkter Haftung hat das Stammkapital mittels sacheinlageweiser Übernahme von Aktien gemäss näherer Umschreibung im Vertrag vom 06.06.2016 auf CHF 900'000.00 erhöht und wird gemäss Umwandlungsplan vom 06.06.2016 und Bilanz per 31.05.2016 mit Aktiven von CHF 0.00 und Passiven (Fremdkapital) von CHF 0.00 in eine Aktiengesellschaft umgewandelt. Die Überschuldung und der Kapitalverlust wurden anlässlich der Kapitalerhöhung vom 06.06.2016 beseitigt. Die Gesellschafter erhalten für ihre bisherigen Stammanteile 18'000'000 Aktien zu CHF 0.05. | 0 | SHAB |
| | | | 1 | SHAB |

| Ref | Journal | Date | SOGC | Date SOGC | Page / Id | Ref | Journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | (Transfer seat) | | | (Transfer seat) | | | | | | | |
| 1 | 6978 | 11.05.2022 | 94 | 16.05.2022 | 1005474228 | | | | | | |
| 2 | 3188 | 24.02.2023 | 42 | 01.03.2023 | 1005690077 | | | | | | |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 0 | 2m | | ~~Colshorn, Nicolai Helmut Carl-Hermann Claus, deutscher Staatsangehöriger, in Baar~~ | ~~member of the board of directors~~ | ~~single signature~~ |
| 2 | | | Fasser Heeg, Martin, von Val Müstair, in Zollikon | president of the board of directors | joint signature at two |
| | | 2 | Colshorn, Nicolai Helmut Carl-Hermann Claus, deutscher Staatsangehöriger, in Baar | member of the board of directors | joint signature at two |

Zug, 27.06.2024 13:03

The information above is given with not commitment and is in no way legally binding.

# EXHIBIT B

Message

---

**From**: Miron Leshem [anandacapital@comcast.net]
**Sent**: 2/5/2016 8:12:31 AM
**To**: Nick Markosian [Nick@beenjerkedaround.com]
**CC**: Hesterman David [hestermaniac@gmail.com]
**Subject**: Re: Conference Call regarding Listing Friday February 5 11:00 am ET

Dave is in!

On Feb 5, 2016, at 10:06 AM, Nick Markosian <Nick@beenjerkedaround.com> wrote:

I'll text Dave

Sent from my iPhone

On Feb 5, 2016, at 7:05 AM, Miron Leshem <anandacapital@comcast.net> wrote:

I am ready for call in 15 minutes at 10:20 eastern!

On Feb 5, 2016, at 10:03 AM, Nick Markosian <Nick@beenjerkedaround.com> wrote:

Gentlemen,

Can you do the call 1020 eastern?

Sent from my iPhone

On Feb 4, 2016, at 12:32 PM, Miron Leshem <anandacapital@comcast.net> wrote:

Time 11:00 am ET

10:00 am CT

9:00am MT

8:00 am PT

Dial in Number (641) 715 3580

Access Code: 256 663

participants:

Nick Markosian, Bill Holmes David Hesterman Miron Leshem


Mit freundlichen Grüßen

Miron Leshem
Ananda Capital Partners
7824 La Mirada Dr

CONFIDENTIAL

Hesterman0000198

REL0000004972

Message

| | |
|---|---|
| **From:** | David Hesterman [hestermaniac@gmail.com] |
| **Sent:** | 1/12/2017 3:58:51 PM |
| **To:** | Eric Gardiner [Eric@markosianauto.com] |
| **Subject:** | Fwd: Final AmeriMark Documents-High Importance! |
| **Attachments:** | Rymark Inc.-Unaudited Balance sheet as per September 30, 2016.pdf; Rymark Inc.-Unaudited P&L for the period ended September 30, 2016.pdf; AmeriMark Automotive Ltd. -Unaudited Consolidated Balance sheet as per September 30, 2016.pdf; AmeriMark Automotive Ltd. -Unaudited Consolidated P&L for the period ended September 30, 2016.pdf; AmeriMark Automotive Ltd. Switzerland-Unaudited Balance sheet as per September 30, 2016 (1).pdf; AmeriMark Automotive Ltd. Switzerland-P&L for the period ended September 30, 2016.pdf; Auditor's Confirmation.pdf |

---------- Forwarded message ----------
From: "Grantchester Equity" <grantchesterequity@comcast.net>
Date: Jan 11, 2017 11:13 AM
Subject: Final AmeriMark Documents-High Importance!
To: "Nicholas Bianco" <nicholas.bianco@mainstreet.com.mt>, "Mallía Christopher J."
<christopher.mallia@mainstreet.com.mt>
Cc:


Dear Nic and Chris:

Per our previous discussions, attached please find attached please find:

1.      Auditor's IFRS opinion letter  regarding AmeriMark Financial Statements.

2.      Rymark unaudited accounts to IFRS standards- Balance Sheet and P&L

3.      Consolidated AmeriMark Accounts to IFRS Standard-Balance Sheet and P&L

Regards,


Michael

CONFIDENTIAL

Message

| | |
|---|---|
| **From:** | Miron Leshem [grantchesterequity@comcast.net] |
| **Sent:** | 2/24/2022 4:20:37 PM |
| **To:** | Nicolai Colshorn [Office@econcc.ch] |
| **Subject:** | Re: Open amount for AmeriMark Group and Automotive |

Hi Nicolai:

The reason we have made no payment is that the new directors of Capana are still NOT authorized on our Credit Suisse bank account.  I have had no access to my business funds for 4 months now!

This is all due to that criminal Oliver Spielmann who was removed on January 4!

On Feb 24, 2022, at 3:24 PM, Office <Office@econcc.ch> wrote:

Dear Miron,

the last time we talked about this, you assured me that you would pay the outstanding amount in **mid-January**. We have **March** coming up.
I would like to ask you now to transfer the amount shortly.

Thank you very much.

Nicolai

| | | | | |
|---|---|---|---|---|
| 03.12.20 | 17.12.20 | AmeriMark Automotive AG | 72531496 | CHF 4'254.15 |
| 01.03.21 | 15.03.21 | AmeriMark Automotive AG | 72531572 | CHF 1'500.37 |
| 01.03.21 | 15.03.21 | AmeriMark Group AG | 72531573 | CHF 4'094.81 |
| 12.04.21 | 26.04.21 | AmeriMark Group AG | 72531656 | CHF 2'692.50 |
| 27.07.21 | 10.08.21 | AmeriMark Group AG | 72531750 | CHF 4'254.15 |
| 27.07.21 | 10.08.21 | AmeriMark Group AG | 72531751 | CHF 10'419.98 |
| 02.12.21 | 16.12.21 | AmeriMark Automotive AG | 72531915 | CHF 4'254.15 |
| 06.01.22 | 20.01.22 | AmeriMark Group AG | 72531943 | CHF 1'981.70 |
| | | | **Total:** | **CHF 33'451.81** |

**Von:** Miron Leshem <grantchesterequity@comcast.net>
**Datum:** Samstag, 1. Januar 2022 um 16:04
**An:** ECON_Commercial_Company_GmbH <Office@econcc.ch>
**Betreff:** Re: Open amount for AmeriMark Group and Automotive

Happy NewYear.

We are taking steps to get control of our bank accounts back from Spielmann.

Then we will go after him.

Miron Leshem

PL_0000002815

On Jan 1, 2022, at 8:38 AM, Office <Office@econcc.ch> wrote:

Dear Miron,

Happy New Year!

Following the list with the open amount for AmeriMark Group and Automotive:

| | | | | | |
|---|---|---|---|---|---|
| 03.12.20 | 17.12.20 | AmeriMark Automotive AG | | 72531496 | CHF 4'254.15 |
| 01.03.21 | 15.03.21 | AmeriMark Automotive AG | | 72531572 | CHF 1'500.37 |
| 01.03.21 | 15.03.21 | AmeriMark Group AG | | 72531573 | CHF 4'094.81 |
| 12.04.21 | 26.04.21 | AmeriMark Group AG | | 72531656 | CHF 2'692.50 |
| 27.07.21 | 10.08.21 | AmeriMark Group AG | | 72531750 | CHF 4'254.15 |
| 27.07.21 | 10.08.21 | AmeriMark Group AG | | 72531751 | CHF 10'419.98 |
| 02.12.21 | 16.12.21 | AmeriMark Automotive AG | | 72531915 | CHF 4'254.15 |
| | | | | Total: | CHF 31'470.11 |

Please let me know, when you contacted the lawyer I sent you.

Regards
Nicoai

**Von:** Miron Leshem <grantchesterequity@comcast.net>
**Datum:** Sonntag, 5. Dezember 2021 um 20:53
**An:** ECON_Commercial_Company_GmbH <Office@econcc.ch>
**Cc:** Patrick Lohr <patrick@offinea.com>
**Betreff:** Re: Rechnung

Bezahlt

On Dec 3, 2021, at 4:29 AM, Office <Office@econcc.ch> wrote:

**Von:** Patrick Lohr <patrick@offinea.com>
**Datum:** Freitag, 3. Dezember 2021 um 10:21
**An:** Miron Leshem <grantchesterequity@comcast.net>
**Cc:** ECON_Commercial_Company_GmbH <Office@econcc.ch>
**Betreff:** Rechnung

zur Applikation

CONFIDENTIAL

Geschätzte Kundin, geschätzter Kunde
Im Anhang erhalten Sie unsere Rechnung.
Bei Fragen stehen wir Ihnen gerne zur Verfügung.

Freundliche Grüsse

Rechnungen

offinea AG
contact@offinea.com

CONFIDENTIAL

Message
---

| | |
|---|---|
| **From:** | Grantchester Equity [grantchesterequity@comcast.net] |
| **Sent:** | 8/24/2020 5:15:26 PM |
| **To:** | Colshorn Nicolai [office@econcc.ch] |
| **CC:** | Bernhardt Shaen [svb@albanix.ch]; Nicole Kuster [nicolekuster@econcc.ch] |
| **Subject:** | Re: Wenzel |
| **Attachments:** | 200821_Amerimark_3rd reminder.pdf |

Hi Nicolai:

The plan for Amerimark is as follows:

By the end of this week, Capana Swiss Advisors AG ( the Swiss vehicle through which I conduct business and tto which Shaen is an advisor) should have enough financing to  do the following:

- Make a payment to ECON
- Make a payment ot the Swiss Tac Authorities
- Make a modest payment to Orie Rechtman so that he can assign all or part of his shares to capana and we may convert his bearer shares to registered shares.  This is much easier than a capital reduction.
- Pay Daniel Odermatt
- Pay Computershare.

I am also working on a plan that should result in some significant liquidity in the shares of Amerimark, allow the current investors some type of exit strategy and allow us to capitalize the Company. A realistic time frame for the commencement of that plan is 3 weeks.

In the meantime the operating company had its best month ever in May (more than double the average sales) and a strong June and July.

I believe we can not only salvage this deal, but make it t more than worth your while for all the time and difficulties you have endured.  I have fought for 4 years, invested 160k euros of my own money and I am not about to surrender now!

Best Regards

Miron Leshem, President
Grantchester Equity, Ltd.
Tel: +1 (561) 477-7751
Mob:+1 (561) 212-7023
Fax: +1 (561) 431-2870
grantchesterequity@comcast.net

PL_0000002861

On Aug 24, 2020, at 4:44 PM, ECONCC NC <office@econcc.ch> wrote:

Hi Shaen,

please find attached the 3. Reminder from Mr. Daniel Odermatt.

Best regards
Nicolai

Am 23.08.20, 20:00 schrieb "Shaen Bernhardt" <svb@albanix.ch>:

 First thing tomorrow, yes.

On 23 Aug 2020, at 19:58, ECONCC NC <office@econcc.ch> wrote:

Tomorrow?

Am 23.08.20, 19:58 schrieb "Shaen Bernhardt" <svb@albanix.ch>:

 Felix and I will have something for you first thing.

On 23 Aug 2020, at 19:47, ECONCC NC <office@econcc.ch> wrote:

Hi Shaen,

What shall I tell or present to Wenzel tomorrow?

Nicolai

Am 20.08.20, 15:58 schrieb "Shaen Bernhardt" <svb@albanix.ch>:

 Do we have invoices?

 -S

 On 20.08.20 15:58, ECONCC NC wrote:
 It was firmly agreed with Miron.

Am 20.08.20, 15:56 schrieb "Shaen Bernhardt" <svb@albanix.ch>:

 I bet not.

CONFIDENTIAL

-S

On 20.08.20 15:55, ECONCC NC wrote:
Hi Shaen,

attached the payment plan.
Is it paid on 30.06. and 30.07.?

Nicolai

Am 20.08.20, 15:47 schrieb "Shaen Bernhardt" <svb@albanix.ch>:

Thank you!

-S

On 20.08.20 15:46, ECONCC NC wrote:

Hi Shaen,

please find attached the reminder.

Best
Nicolai

Am 19.08.20, 18:01 schrieb "Shaen Bernhardt" <svb@albanix.ch>:

Agreed. I'm in the office all day tomorrow.

-S

On 19.08.20 18:00, ECONCC NC wrote:

Hi Shaen,

sounds good. Let's speak tomorrow regarding Wenzel.

Best
Nicolai

Am 19.08.20, 17:59 schrieb "Shaen Bernhardt" <svb@albanix.ch>:

Nicolai:

The investors have accepted in principal a cash infusion of EUR 150'000
into Capana Swiss Advisors, which Capana will use to deal with AmeriMark
bills (including yours). I am working on the documentation even now.

CONFIDENTIAL

-S

 On 19.08.20 17:49, ECONCC NC wrote:

Hi Shaen,

I hope you are well.

Is there a plan now for the future?
Do you know, what is the status of Miron and the investor or what actions Miron is taking to make things right?

Wenzel will be back on Monday, then we should present something, otherwise I assume that he will push the delisting.

Mr. Markosian should be deleted from AmeriMark Automotive AG in the next few days.
Do you have a possibility to clarify the theoretical chances are of taking over Rymark Inc. in order to be able to build up a corresponding threatening backdrop that must be taken seriously by the Americans?

Best
Nicolai


Am 14.08.20, 13:42 schrieb "Shaen Bernhardt" <svb@albanix.ch>:

Good Afternoon, Nicolai:

Can you send me the Zahlungsbefehle for these? I will have to pay them personally.

-S

 On 11.08.20 09:13, ECONCC NC wrote:




Mit freundlichen Grüssen/Best regards

_____

*Nicolai Colshorn*

Geschäftsführer


ECON Commercial Company GmbH

Dammstrasse 19

PL_0000002864

6301 Zug

und

Steinhauserstrasse 74

6300 Zug

Tel.:+41-41-723 24 82

Fax:+41-41-723 24 83

Mobil: +41-78-770 30 90

Email: office@econcc.ch

_____

CONFIDENTIAL

PL_0000002865

Message

| | |
|---|---|
| **From:** | ECONCC NC [office@econcc.ch] |
| **Sent:** | 7/13/2020 3:12:59 PM |
| **To:** | vicky@markosianauto.com |
| **Subject:** | Invitation to the Annual General Meeting AmeriMark Group AG , power of attorney |
| **Attachments:** | AmeriMark Group AG - Notice AGM 2020 (1467744).pdf; PoA AGM 2020 Small Vicky.docx |

Dear Mrs. Small,

In the attachment we send you the invitation to the Annual General Meeting of the AmeriMark Group AG as well as the power of attorney for the voting at the Annual General Meeting.
If you agree, we would appreciate it very much if you would send this power of attorney signed and returned by e-mail.

If you have any questions, please do not hesitate to contact us at any time.

Many thanks in advance.

**Kind regards**

_____

Nicolai Colshorn
Board of Directors
AmeriMark Group AG
Steinhauserstrasse 74
CH-6300 Zug
Tel: +41 41 5080253
info@amerimarkag.com

CONFIDENTIAL

AmeriMark Group AG
CHE-356.633.696
Steinhauserstrasse 74
6301 Zug

# Einladung zur ordentlichen Generalversammlung
*Invitation to the Annual General Meeting*

**Dienstag, 4. August 2020, 14:00 Uhr**, am Sitz der Gesellschaft, Steinhauserstrasse 74, 6301 Zug
***Tuesday, 4 August 2020, 14:00 hrs***, *at the offices of the Company, Steinhauserstrasse, 6301 Zug*

## TRAKTANDEN UND ANTRÄGE DES VERWALTUNGSRATES
*AGENDA ITEMS AND PROPOSALS OF THE BOARD OF DIRECTORS*

**1.**     **Genehmigung des Geschäftsberichts 2019**

*Approval of the Annual Report 2019*

Der Verwaltungsrat beantragt, den Geschäftsbericht (Jahresrechnung) für das Geschäftsjahr 2019 zu genehmigen.

*The Board of Directors proposes that the Annual Report (Financial Statements) for the 2019 financial year be approved.*

**2.**     **Beschlussfassung über die Verwendung des Bilanzgewinns**

*Resolution on the allocation of the disposable profit*

Der Verwaltungsrat beantragt, den Jahresverlust von CHF 240'136.00 auf die neue Rechnung vorzutragen.

*The Board of Directors proposes that the annual loss of CHF 240,136.00 be carried forward to the new account.*

**3.**     **Entlastung der Mitglieder des Verwaltungsrates und der mit der Geschäftsführung betrauten Personen**

*Discharge of the members of the Board of Directors and of the persons entrusted with the management*

Der Verwaltungsrat beantragt, dem einzigen Mitglied des Verwaltungsrates und den mit der Geschäftsführung betrauten Personen für das Geschäftsjahr 2019 Entlastung zu erteilen.

*The Board of Directors proposes that discharge be granted for the 2019 financial year to the sole member of the Board of Directors and the persons entrusted with the management of the Company.*

**4.**     **Wahlen**

*Elections*

Der Verwaltungsrat beantragt, Herrn Nicolai Colshorn für eine Amtsdauer von einem Jahr als Mitglied des Verwaltungsrates wiederzuwählen.

*The Board of Directors proposes that Mr. Nicolai Colshorn be re-elected to the Board of Directors for a further one-year term of office.*

**5.**     **Varia**

*Miscellaneous*

CONFIDENTIAL

### Unterlagen

Der Geschäftsbericht (Jahresrechnung) 2019 liegt am Sitz der Gesellschaft zur Einsicht der Aktionäre auf und wird auf Verlangen eines Aktionärs zugestellt.

***Documents***

*The Annual Report (Financial Statements) 2019 are available for inspection by shareholders at the Company's registered office and will be sent to shareholders upon request.*

### Teilnahme, Vertretung

Die Aktionäre können sich durch einen bevollmächtigten Vertreter vertreten lassen; eine schriftliche Vollmacht ist beim Zutritt zur Versammlung vorzulegen. Ein Vollmachtsformular kann bei der Gesellschaft verlangt werden.

***Participation, representation***

*Shareholders may be represented by an authorized representative; a written power of attorney must be presented upon admission to the meeting. A proxy form may be requested from the Company.*

### Stimmberechtigung

<u>Namenaktionäre</u>: An der Generalversammlung sind die am 31. Juli 2020, 17.00 Uhr (MESZ), im Aktienregister mit Stimmrecht eingetragenen Aktionäre stimmberechtigt. Ab diesem Zeitpunkt bis und mit 4. August 2020 ist das Aktienregister geschlossen. In dieser Zeit werden keine Namenaktien eingetragen, die zur Ausübung des Stimmrechts an der Generalversammlung berechtigen.

<u>Inhaberaktionäre</u>: Ein Hinterlegungsausweis für die Aktien mit Sperrvermerk bis 4. August 2020 von Ihrer Depotbank muss zusammen mit der Kopie eines amtlichen Ausweises bzw. Handelsregisterauszugs (bzw. im Fall der Bevollmächtigung eines Dritten zusammen mit der Vollmacht) vorgelegt werden.

***Voting rights***

<u>*Registered shareholders*</u>*: Shareholders entered with voting rights in the share register on 31 July 2020, 5 p.m. (CEST) are entitled to vote at the Annual General Meeting. The share register will be closed from this date until and including 4 August 2020. During this period, no registered shares will be entered in the share register which entitle the holder to vote at the General Meeting.*

<u>*Bearer shareholders*</u>*: A deposit certificate for the shares with a blocking note until 4 August 2020 from your custodian bank must be submitted together with a copy of an official identity document or commercial register extract (or, if a third party is authorised, together with the power of attorney).*

### Protokoll

Jeder Aktionär kann die Zustellung des Protokolls der Generalversammlung verlangen.

***Minutes***

*Any shareholder may request that the minutes of the General Meeting be sent to him.*

### Meldepflicht Erwerb Namenaktien

Da die Namenaktien als Wertrechte ausgegeben und als Bucheffekten geführt werden, müssen sich Aktionäre ins Aktienregister eintragen lassen. Die Gesellschaft ersucht die Aktionäre zu überprüfen, ob die Eintragung ins Aktienregister erfolgt ist, und andernfalls die Eintragung unverzüglich zu veranlassen.

***Obligation to report acquisition of registered shares***

*As the registered shares are issued as uncertificated securities and held as intermediated securities, shareholders must be entered in the share register. The Company asks shareholders to check whether the entry in the share register has been made and, if not, to arrange for the entry to be made without delay.*

Zug, im Juli 2020 / *July 2020*                    Der Verwaltungsrat / *The Board of Directors*

CONFIDENTIAL                                                                                      PL_0000004119

# Power of Attorney

The undersigned

Vicky Small, 14338 South Fox Creek Drive, Herriman Utah, USA

holder of **27'778** registered shares with a nominal value of CHF 0.05 each

holder of _____ bearer shares with a nominal value of CHF 0.10 each

in

**AmeriMark Group AG, CHE-356.633.696**

with registered office in Zug, Switzerland

(the "**Company**")

hereby appoints

☐      **Nicole Kuster**, c/o ECON Commercial Company GmbH, Dammstrasse 19, 6300 Zug, Switzerland

☐      **other proxy (Name, Address):**_____

_____

his/her/its proxy to represent the undersigned and to vote on behalf of the undersigned at the 2020 annual general meeting of the shareholders ("AGM") of the Company to be held on or around 4 August 2020 with regard to any business which may properly come before such meeting. In particular, the proxy is authorized and instructed to approve the following proposals of the board of directors("Board") of the Company:

(i)     that the Annual Report (Financial Statements) for business year 2019 be approved;

(ii)    that the accumulated loss of the business year 2019 of 240,136.00 be carried forward to new account;

(iii)   that discharge from liability be granted to the sole member of the Board and the management team for the business year 2019;

(iv)   that Mr. Nicolai Colshorn be re-elected to the Board for a term of one year;

(v)    miscellaneous.

and to make the necessary statements and to take all other actions which may be required in connection therewith.

The proxy has the right of substitution. This power of attorney shall be governed by Swiss law and be valid until 30 September 2020.

_____
Place and Date

**NAME**

_____
By:
Function:

CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | ECONCC NC [office@econcc.ch] |
| **Sent**: | 7/13/2020 3:09:55 PM |
| **To**: | nick@beenjerkedaround.com |
| **Subject**: | Invitation to the Annual General Meeting AmeriMark Group AG , power of attorney |
| **Attachments**: | AmeriMark Group AG - Notice AGM 2020 (1467744).pdf; PoA AGM 2020 Markosain Nicolae Thayne.docx |

Dear Mr Markosian,

In the attachment we send you the invitation to the Annual General Meeting of the AmeriMark Group AG as well as the power of attorney for the voting at the Annual General Meeting.
If you agree, we would appreciate it very much if you would send this power of attorney signed and returned by e-mail.

If you have any questions, please do not hesitate to contact us at any time.

Many thanks in advance.

**Kind** regards
_____
Nicolai Colshorn
Board of Directors
AmeriMark Group AG
Steinhauserstrasse 74
CH-6300 Zug
Tel: +41 41 5080253
info@amerimarkag.com

PL_0000004452

AmeriMark Group AG
CHE-356.633.696
Steinhauserstrasse 74
6301 Zug

## Einladung zur ordentlichen Generalversammlung
*Invitation to the Annual General Meeting*

**Dienstag, 4. August 2020, 14:00 Uhr**, am Sitz der Gesellschaft, Steinhauserstrasse 74, 6301 Zug
*Tuesday, 4 August 2020, 14:00 hrs, at the offices of the Company, Steinhauserstrasse, 6301 Zug*

### TRAKTANDEN UND ANTRÄGE DES VERWALTUNGSRATES
*AGENDA ITEMS AND PROPOSALS OF THE BOARD OF DIRECTORS*

**1.     Genehmigung des Geschäftsberichts 2019**

*Approval of the Annual Report 2019*

*Der Verwaltungsrat beantragt, den Geschäftsbericht (Jahresrechnung) für das Geschäftsjahr 2019 zu genehmigen.*

*The Board of Directors proposes that the Annual Report (Financial Statements) for the 2019 financial year be approved.*

**2.     Beschlussfassung über die Verwendung des Bilanzgewinns**

*Resolution on the allocation of the disposable profit*

*Der Verwaltungsrat beantragt, den Jahresverlust von CHF 240'136.00 auf die neue Rechnung vorzutragen.*

*The Board of Directors proposes that the annual loss of CHF 240,136.00 be carried forward to the new account.*

**3.     Entlastung der Mitglieder des Verwaltungsrates und der mit der Geschäftsführung betrauten Personen**

*Discharge of the members of the Board of Directors and of the persons entrusted with the management*

*Der Verwaltungsrat beantragt, dem einzigen Mitglied des Verwaltungsrates und den mit der Geschäftsführung betrauten Personen für das Geschäftsjahr 2019 Entlastung zu erteilen.*

*The Board of Directors proposes that discharge be granted for the 2019 financial year to the sole member of the Board of Directors and the persons entrusted with the management of the Company.*

**4.     Wahlen**

*Elections*

*Der Verwaltungsrat beantragt, Herrn Nicolai Colshorn für eine Amtsdauer von einem Jahr als Mitglied des Verwaltungsrates wiederzuwählen.*

*The Board of Directors proposes that Mr. Nicolai Colshorn be re-elected to the Board of Directors for a further one-year term of office.*

**5.     Varia**

*Miscellaneous*

PL_0000004453

## Unterlagen

Der Geschäftsbericht (Jahresrechnung) 2019 liegt am Sitz der Gesellschaft zur Einsicht der Aktionäre auf und wird auf Verlangen eines Aktionärs zugestellt.

### Documents

*The Annual Report (Financial Statements) 2019 are available for inspection by shareholders at the Company's registered office and will be sent to shareholders upon request.*

## Teilnahme, Vertretung

Die Aktionäre können sich durch einen bevollmächtigten Vertreter vertreten lassen; eine schriftliche Vollmacht ist beim Zutritt zur Versammlung vorzulegen. Ein Vollmachtsformular kann bei der Gesellschaft verlangt werden.

### Participation, representation

*Shareholders may be represented by an authorized representative; a written power of attorney must be presented upon admission to the meeting. A proxy form may be requested from the Company.*

## Stimmberechtigung

Namenaktionäre: An der Generalversammlung sind die am 31. Juli 2020, 17.00 Uhr (MESZ), im Aktienregister mit Stimmrecht eingetragenen Aktionäre stimmberechtigt. Ab diesem Zeitpunkt bis und mit 4. August 2020 ist das Aktienregister geschlossen. In dieser Zeit werden keine Namenaktien eingetragen, die zur Ausübung des Stimmrechts an der Generalversammlung berechtigen.

Inhaberaktionäre: Ein Hinterlegungsausweis für die Aktien mit Sperrvermerk bis 4. August 2020 von Ihrer Depotbank muss zusammen mit der Kopie eines amtlichen Ausweises bzw. Handelsregisterauszugs (bzw. im Fall der Bevollmächtigung eines Dritten zusammen mit der Vollmacht) vorgelegt werden.

### Voting rights

*Registered shareholders: Shareholders entered with voting rights in the share register on 31 July 2020, 5 p.m. (CEST) are entitled to vote at the Annual General Meeting. The share register will be closed from this date until and including 4 August 2020. During this period, no registered shares will be entered in the share register which entitle the holder to vote at the General Meeting.*

*Bearer shareholders: A deposit certificate for the shares with a blocking note until 4 August 2020 from your custodian bank must be submitted together with a copy of an official identity document or commercial register extract (or, if a third party is authorised, together with the power of attorney).*

## Protokoll

Jeder Aktionär kann die Zustellung des Protokolls der Generalversammlung verlangen.

### Minutes

*Any shareholder may request that the minutes of the General Meeting be sent to him.*

## Meldepflicht Erwerb Namenaktien

Da die Namenaktien als Wertrechte ausgegeben und als Bucheffekten geführt werden, müssen sich Aktionäre ins Aktienregister eintragen lassen. Die Gesellschaft ersucht die Aktionäre zu überprüfen, ob die Eintragung ins Aktienregister erfolgt ist, und andernfalls die Eintragung unverzüglich zu veranlassen.

### Obligation to report acquisition of registered shares

*As the registered shares are issued as uncertificated securities and held as intermediated securities, shareholders must be entered in the share register. The Company asks shareholders to check whether the entry in the share register has been made and, if not, to arrange for the entry to be made without delay.*

Zug, im Juli 2020 / *July 2020*                          Der Verwaltungsrat / *The Board of Directors*

CONFIDENTIAL

# Power of Attorney

The undersigned

Nicholas Thayne Markosian, 2979 South Warr Road, 84109 Salt Lake City, USA

holder of **6'441'655** registered shares with a nominal value of CHF 0.05 each

holder of _____ bearer shares with a nominal value of CHF 0.10 each

in

**AmeriMark Group AG, CHE-356.633.696**

with registered office in Zug, Switzerland

(the "**Company**")

hereby appoints

☐    **Nicole Kuster**, c/o ECON Commercial Company GmbH, Dammstrasse 19, 6300 Zug, Switzerland

☐    **other proxy (Name, Address):**_____

_____

his/her/its proxy to represent the undersigned and to vote on behalf of the undersigned at the 2020 annual general meeting of the shareholders ("AGM") of the Company to be held on or around 4 August 2020 with regard to any business which may properly come before such meeting. In particular, the proxy is authorized and instructed to approve the following proposals of the board of directors ("Board") of the Company:

(i)    that the Annual Report (Financial Statements) for business year 2019 be approved;

(ii)   that the accumulated loss of the business year 2019 of 240,136.00 be carried forward to new account;

(iii)  that discharge from liability be granted to the sole member of the Board and the management team for the business year 2019;

(iv)   that Mr. Nicolai Colshorn be re-elected to the Board for a term of one year;

(v)    miscellaneous.

and to make the necessary statements and to take all other actions which may be required in connection therewith.

The proxy has the right of substitution. This power of attorney shall be governed by Swiss law and be valid until 30 September 2020.

_____
Place and Date

**NAME**

_____
By:
Function:

PL_0000004455

Message
_____

**From**:          ECONCC NC [office@econcc.ch]
**Sent**:          7/13/2020 3:11:25 PM
**To**:            john@beenjerkedaround.com
**Subject**:       Invitation to the Annual General Meeting AmeriMark Group AG , power of attorney
**Attachments**:   AmeriMark Group AG - Notice AGM 2020 (1467744).pdf; PoA AGM 2020 Kirkland John.docx


Dear Mr Kirkland,

In the attachment we send you the invitation to the Annual General Meeting of the AmeriMark Group AG as well as the
power of attorney for the voting at the Annual General Meeting.
If you agree, we would appreciate it very much if you would send this power of attorney signed and returned by e-mail.

If you have any questions, please do not hesitate to contact us at any time.

Many thanks in advance.

**Kind** regards

_____
**Nicolai Colshorn**
**Board of Directors**
AmeriMark Group AG
Steinhauserstrasse 74
CH-6300 Zug
Tel: +41 41 5080253
info@amerimarkag.com

CONFIDENTIAL

AmeriMark Group AG
CHE-356.633.696
Steinhauserstrasse 74
6301 Zug

## Einladung zur ordentlichen Generalversammlung
*Invitation to the Annual General Meeting*

**Dienstag, 4. August 2020, 14:00 Uhr**, am Sitz der Gesellschaft, Steinhauserstrasse 74, 6301 Zug
***Tuesday, 4 August 2020, 14:00 hrs***, *at the offices of the Company, Steinhauserstrasse, 6301 Zug*

### TRAKTANDEN UND ANTRÄGE DES VERWALTUNGSRATES
*AGENDA ITEMS AND PROPOSALS OF THE BOARD OF DIRECTORS*

1. **Genehmigung des Geschäftsberichts 2019**

   *Approval of the Annual Report 2019*

   Der Verwaltungsrat beantragt, den Geschäftsbericht (Jahresrechnung) für das Geschäftsjahr 2019 zu genehmigen.

   *The Board of Directors proposes that the Annual Report (Financial Statements) for the 2019 financial year be approved.*

2. **Beschlussfassung über die Verwendung des Bilanzgewinns**

   *Resolution on the allocation of the disposable profit*

   Der Verwaltungsrat beantragt, den Jahresverlust von CHF 240'136.00 auf die neue Rechnung vorzutragen.

   *The Board of Directors proposes that the annual loss of CHF 240,136.00 be carried forward to the new account.*

3. **Entlastung der Mitglieder des Verwaltungsrates und der mit der Geschäftsführung betrauten Personen**

   *Discharge of the members of the Board of Directors and of the persons entrusted with the management*

   Der Verwaltungsrat beantragt, dem einzigen Mitglied des Verwaltungsrates und den mit der Geschäftsführung betrauten Personen für das Geschäftsjahr 2019 Entlastung zu erteilen.

   *The Board of Directors proposes that discharge be granted for the 2019 financial year to the sole member of the Board of Directors and the persons entrusted with the management of the Company.*

4. **Wahlen**

   *Elections*

   Der Verwaltungsrat beantragt, Herrn Nicolai Colshorn für eine Amtsdauer von einem Jahr als Mitglied des Verwaltungsrates wiederzuwählen.

   *The Board of Directors proposes that Mr. Nicolai Colshorn be re-elected to the Board of Directors for a further one-year term of office.*

5. **Varia**

   *Miscellaneous*

CONFIDENTIAL

**Unterlagen**

Der Geschäftsbericht (Jahresrechnung) 2019 liegt am Sitz der Gesellschaft zur Einsicht der Aktionäre auf und wird auf Verlangen eines Aktionärs zugestellt.

*Documents*

*The Annual Report (Financial Statements) 2019 are available for inspection by shareholders at the Company's registered office and will be sent to shareholders upon request.*

**Teilnahme, Vertretung**

Die Aktionäre können sich durch einen bevollmächtigten Vertreter vertreten lassen; eine schriftliche Vollmacht ist beim Zutritt zur Versammlung vorzulegen. Ein Vollmachtsformular kann bei der Gesellschaft verlangt werden.

*Participation, representation*

*Shareholders may be represented by an authorized representative; a written power of attorney must be presented upon admission to the meeting. A proxy form may be requested from the Company.*

**Stimmberechtigung**

Namenaktionäre: An der Generalversammlung sind die am 31. Juli 2020, 17.00 Uhr (MESZ), im Aktienregister mit Stimmrecht eingetragenen Aktionäre stimmberechtigt. Ab diesem Zeitpunkt bis und mit 4. August 2020 ist das Aktienregister geschlossen. In dieser Zeit werden keine Namen-aktien eingetragen, die zur Ausübung des Stimmrechts an der Generalversammlung berechtigen.

Inhaberaktionäre: Ein Hinterlegungsausweis für die Aktien mit Sperrvermerk bis 4. August 2020 von Ihrer Depotbank muss zusammen mit der Kopie eines amtlichen Ausweises bzw. Handels-registerauszugs (bzw. im Fall der Bevollmächtigung eines Dritten zusammen mit der Vollmacht) vorgelegt werden.

*Voting rights*

*Registered shareholders: Shareholders entered with voting rights in the share register on 31 July 2020, 5 p.m. (CEST) are entitled to vote at the Annual General Meeting. The share register will be closed from this date until and including 4 August 2020. During this period, no registered shares will be entered in the share register which entitle the holder to vote at the General Meeting.*

*Bearer shareholders: A deposit certificate for the shares with a blocking note until 4 August 2020 from your custodian bank must be submitted together with a copy of an official identity document or commercial register extract (or, if a third party is authorised, together with the power of attorney).*

**Protokoll**

Jeder Aktionär kann die Zustellung des Protokolls der Generalversammlung verlangen.

*Minutes*

*Any shareholder may request that the minutes of the General Meeting be sent to him.*

**Meldepflicht Erwerb Namenaktien**

Da die Namenaktien als Wertrechte ausgegeben und als Bucheffekten geführt werden, müssen sich Aktionäre ins Aktienregister eintragen lassen. Die Gesellschaft ersucht die Aktionäre zu überprüfen, ob die Eintragung ins Aktienregister erfolgt ist, und andernfalls die Eintragung unverzüglich zu veranlassen.

*Obligation to report acquisition of registered shares*

*As the registered shares are issued as uncertificated securities and held as intermediated securities, shareholders must be entered in the share register. The Company asks shareholders to check whether the entry in the share register has been made and, if not, to arrange for the entry to be made without delay.*

Zug, im Juli 2020 / *July 2020*                    Der Verwaltungsrat / *The Board of Directors*

CONFIDENTIAL

# Power of Attorney

The undersigned

John Kirkland, 2317 5950 South, 84403 Ogden Utah, USA

holder of **27'778** registered shares with a nominal value of CHF 0.05 each

holder of _____ bearer shares with a nominal value of CHF 0.10 each

in

**AmeriMark Group AG, CHE-356.633.696**

with registered office in Zug, Switzerland

(the "**Company**")

hereby appoints

☐    **Nicole Kuster**, c/o ECON Commercial Company GmbH, Dammstrasse 19, 6300 Zug, Switzerland

☐    **other proxy (Name, Address):**_____

_____

his/her/its proxy to represent the undersigned and to vote on behalf of the undersigned at the 2020 annual general meeting of the shareholders ("AGM") of the Company to be held on or around 4 August 2020 with regard to any business which may properly come before such meeting. In particular, the proxy is authorized and instructed to approve the following proposals of the board of directors("Board") of the Company:

(i)    that the Annual Report (Financial Statements) for business year 2019 be approved;

(ii)   that the accumulated loss of the business year 2019 of 240,136.00 be carried forward to new account;

(iii)  that discharge from liability be granted to the sole member of the Board and the management team for the business year 2019;

(iv)   that Mr. Nicolai Colshorn be re-elected to the Board for a term of one year;

(v)    miscellaneous.

and to make the necessary statements and to take all other actions which may be required in connection therewith.

The proxy has the right of substitution. This power of attorney shall be governed by Swiss law and be valid until 30 September 2020.

_____
Place and Date

**NAME**

_____
By:
Function:

| From: | ECONCC NC <office@econcc.ch> |
|---|---|
| Sent: | Monday, July 13, 2020 3:11:25 PM |
| To: | John Kirkland <John@beenjerkedaround.com> |
| Subject: | Invitation to the Annual General Meeting AmeriMark Group AG , power of attorney |
| Attachments: | AmeriMark Group AG - Notice AGM 2020 (1467744).pdf;PoA AGM 2020 Kirkland John.docx |

Dear Mr Kirkland,

In the attachment we send you the invitation to the Annual General Meeting of the AmeriMark Group AG as well as the power of attorney for the voting at the Annual General Meeting.
If you agree, we would appreciate it very much if you would send this power of attorney signed and returned by e-mail.

If you have any questions, please do not hesitate to contact us at any time.

Many thanks in advance.

Kind regards

Nicolaí Colshorn
Board of Directors
AmeriMark Group AG
Steinhauserstrasse 74
CH-6300 Zug
Tel: +41 41 5080253
info@amerimarkag.com

RYMARK000041

AmeriMark Group AG
CHE-356.633.696
Steinhauserstrasse 74
6301 Zug

# Einladung zur ordentlichen Generalversammlung
*Invitation to the Annual General Meeting*

**Dienstag, 4. August 2020, 14:00 Uhr, am Sitz der Gesellschaft, Steinhauserstrasse 74, 6301 Zug**
*Tuesday, 4 August 2020, 14:00 hrs, at the offices of the Company, Steinhauserstrasse 74, 6301 Zug*

## TRAKTANDEN UND ANTRÄGE DES VERWALTUNGSRATES
*AGENDA ITEMS AND PROPOSALS OF THE BOARD OF DIRECTORS*

1. **Genehmigung des Geschäftsberichts 2019**
   *Approval of the Annual Report 2019*

   *Der Verwaltungsrat beantragt, den Geschäftsbericht (Jahresrechnung) für das Geschäftsjahr 2019 zu genehmigen.*
   *The Board of Directors proposes that the Annual Report (Financial Statements) for the 2019 financial year be approved.*

2. **Beschlussfassung über die Verwendung des Bilanzgewinns**
   *Resolution on the allocation of the disposable profit*

   *Der Verwaltungsrat beantragt, den Jahresverlust von CHF 240'136.00 auf die neue Rechnung vorzutragen.*
   *The Board of Directors proposes that the annual loss of CHF 240,136.00 be carried forward to the new account.*

3. **Entlastung der Mitglieder des Verwaltungsrates und der mit der Geschäftsführung betrauten Personen**
   *Discharge of the members of the Board of Directors and of the persons entrusted with the management*

   *Der Verwaltungsrat beantragt, dem einzigen Mitglied des Verwaltungsrates und den mit der Geschäftsführung betrauten Personen für das Geschäftsjahr 2019 Entlastung zu erteilen.*
   *The Board of Directors proposes that discharge be granted for the 2019 financial year to the sole member of the Board of Directors and the persons entrusted with the management of the Company.*

4. **Wahlen**
   *Elections*

   *Der Verwaltungsrat beantragt, Herrn Nicolai Colshorn für eine Amtsdauer von einem Jahr als Mitglied des Verwaltungsrates wiederzuwählen.*
   *The Board of Directors proposes that Mr. Nicolai Colshorn be re-elected to the Board of Directors for a further one-year term of office.*

5. **Varia**
   *Miscellaneous*

RYMARK000042

### Unterlagen
Der Geschäftsbericht (Jahresrechnung) 2019 liegt am Sitz der Gesellschaft zur Einsicht der Aktionäre auf und wird auf Verlangen eines Aktionärs zugestellt.

***Documents***

*The Annual Report (Financial Statements) 2019 are available for inspection by shareholders at the Company's registered office and will be sent to shareholders upon request.*


### Teilnahme, Vertretung
Die Aktionäre können sich durch einen bevollmächtigten Vertreter vertreten lassen; eine schriftliche Vollmacht ist beim Zutritt zur Versammlung vorzulegen. Ein Vollmachtsformular kann bei der Gesellschaft verlangt werden.

***Participation, representation***

*Shareholders may be represented by an authorized representative; a written power of attorney must be presented upon admission to the meeting. A proxy form may be requested from the Company.*


### Stimmberechtigung
<u>Namenaktionäre</u>: An der Generalversammlung sind die am 31. Juli 2020, 17.00 Uhr (MESZ), im Aktienregister mit Stimmrecht eingetragenen Aktionäre stimmberechtigt. Ab diesem Zeitpunkt bis und mit 4. August 2020 ist das Aktienregister geschlossen. In dieser Zeit werden keine Namenaktien eingetragen, die zur Ausübung des Stimmrechts an der Generalversammlung berechtigen.
<u>Inhaberaktionäre</u>: Ein Hinterlegungsausweis für die Aktien mit Sperrvermerk bis 4. August 2020 von Ihrer Depotbank muss zusammen mit der Kopie eines amtlichen Ausweises bzw. Handelsregisterauszugs (bzw. im Fall der Bevollmächtigung eines Dritten zusammen mit der Vollmacht) vorgelegt werden.

***Voting rights***

<u>*Registered shareholders*</u>*: Shareholders entered with voting rights in the share register on 31 July 2020, 5 p.m. (CEST) are entitled to vote at the Annual General Meeting. The share register will be closed from this date until and including 4 August 2020. During this period, no registered shares will be entered in the share register which entitle the holder to vote at the General Meeting.*

<u>*Bearer shareholders*</u>*: A deposit certificate for the shares with a blocking note until 4 August 2020 from your custodian bank must be submitted together with a copy of an official identity document or commercial register extract (or, if a third party is authorised, together with the power of attorney).*


### Protokoll
Jeder Aktionär kann die Zustellung des Protokolls der Generalversammlung verlangen.

***Minutes***

*Any shareholder may request that the minutes of the General Meeting be sent to him.*


### Meldepflicht Erwerb Namenaktien
Da die Namenaktien als Wertrechte ausgegeben und als Bucheffekten geführt werden, müssen sich Aktionäre ins Aktienregister eintragen lassen. Die Gesellschaft ersucht die Aktionäre zu überprüfen, ob die Eintragung ins Aktienregister erfolgt ist, und andernfalls die Eintragung unverzüglich zu veranlassen.

***Obligation to report acquisition of registered shares***

*As the registered shares are issued as uncertificated securities and held as intermediated securities, shareholders must be entered in the share register. The Company asks shareholders to check whether the entry in the share register has been made and, if not, to arrange for the entry to be made without delay.*


Zug, im Juli 2020 / *July 2020*                                Der Verwaltungsrat / *The Board of Directors*

RYMARK000043

# Power of Attorney

The undersigned

John Kirkland, 2317 5950 South, 84403 Ogden Utah, USA

holder of **27'778** registered shares with a nominal value of CHF 0.05 each

holder of _____ bearer shares with a nominal value of CHF 0.10 each

in

**AmeriMark Group AG, CHE-356.633.696**

with registered office in Zug, Switzerland

(the "**Company**")

hereby appoints

☐     **Nicole Kuster**, c/o ECON Commercial Company GmbH, Dammstrasse 19, 6300 Zug, Switzerland

☐     **other proxy (Name, Address):**_____

_____

his/her/its proxy to represent the undersigned and to vote on behalf of the undersigned at the 2020 annual general meeting of the shareholders ("AGM") of the Company to be held on or around 4 August 2020 with regard to any business which may properly come before such meeting. In particular, the proxy is authorized and instructed to approve the following proposals of the board of directors("Board") of the Company:

(i)    that the Annual Report (Financial Statements) for business year 2019 be approved;

(ii)    that the accumulated loss of the business year 2019 of 240,136.00 be carried forward to new account;

(iii)    that discharge from liability be granted to the sole member of the Board and the management team for the business year 2019;

(iv)    that Mr. Nicolai Colshorn be re-elected to the Board for a term of one year;

(v)    miscellaneous.

and to make the necessary statements and to take all other actions which may be required in connection therewith.

The proxy has the right of substitution. This power of attorney shall be governed by Swiss law and be valid until 30 September 2020.

_____
Place and Date

**NAME**

_____
By:

RYMARK000044

Function:

RYMARK000045

| From: | ECONCC NC <office@econcc.ch> |
|---|---|
| Sent: | Monday, July 13, 2020 3:12:59 PM |
| To: | vicky@markosianauto.com |
| Subject: | Invitation to the Annual General Meeting AmeriMark Group AG , power of attorney |
| Attachments: | AmeriMark Group AG - Notice AGM 2020 (1467744).pdf;PoA AGM 2020 Small Vicky.docx |

Dear Mrs. Small,

In the attachment we send you the invitation to the Annual General Meeting of the AmeriMark Group AG as well as the power of attorney for the voting at the Annual General Meeting.
If you agree, we would appreciate it very much if you would send this power of attorney signed and returned by e-mail.

If you have any questions, please do not hesitate to contact us at any time.

Many thanks in advance.

**Kind** regards

_____

Nicolai Colshorn
Board of Directors
AmeriMark Group AG
Steinhauserstrasse 74
CH-6300 Zug
Tel: +41 41 5080253
info@amerimarkag.com

RYMARK000554

AmeriMark Group AG
CHE-356.633.696
Steinhauserstrasse 74
6301 Zug

# Einladung zur ordentlichen Generalversammlung
*Invitation to the Annual General Meeting*

**Dienstag, 4. August 2020, 14:00 Uhr**, am Sitz der Gesellschaft, Steinhauserstrasse 74, 6301 Zug
***Tuesday, 4 August 2020, 14:00 hrs**, at the offices of the Company, Steinhauserstrasse 74, 6301 Zug*

## TRAKTANDEN UND ANTRÄGE DES VERWALTUNGSRATES
*AGENDA ITEMS AND PROPOSALS OF THE BOARD OF DIRECTORS*

**1.      Genehmigung des Geschäftsberichts 2019**

*Approval of the Annual Report 2019*

*Der Verwaltungsrat beantragt, den Geschäftsbericht (Jahresrechnung) für das Geschäftsjahr 2019 zu genehmigen.*

*The Board of Directors proposes that the Annual Report (Financial Statements) for the 2019 financial year be approved.*

**2.      Beschlussfassung über die Verwendung des Bilanzgewinns**

*Resolution on the allocation of the disposable profit*

*Der Verwaltungsrat beantragt, den Jahresverlust von CHF 240'136.00 auf die neue Rechnung vorzutragen.*

*The Board of Directors proposes that the annual loss of CHF 240,136.00 be carried forward to the new account.*

**3.      Entlastung der Mitglieder des Verwaltungsrates und der mit der Geschäftsführung betrauten Personen**

*Discharge of the members of the Board of Directors and of the persons entrusted with the management*

*Der Verwaltungsrat beantragt, dem einzigen Mitglied des Verwaltungsrates und den mit der Geschäftsführung betrauten Personen für das Geschäftsjahr 2019 Entlastung zu erteilen.*

*The Board of Directors proposes that discharge be granted for the 2019 financial year to the sole member of the Board of Directors and the persons entrusted with the management of the Company.*

**4.      Wahlen**

*Elections*

*Der Verwaltungsrat beantragt, Herrn Nicolai Colshorn für eine Amtsdauer von einem Jahr als Mitglied des Verwaltungsrates wiederzuwählen.*

*The Board of Directors proposes that Mr. Nicolai Colshorn be re-elected to the Board of Directors for a further one-year term of office.*

**5.      Varia**

*Miscellaneous*

RYMARK000555

**Unterlagen**

Der Geschäftsbericht (Jahresrechnung) 2019 liegt am Sitz der Gesellschaft zur Einsicht der Aktionäre auf und wird auf Verlangen eines Aktionärs zugestellt.

*Documents*

*The Annual Report (Financial Statements) 2019 are available for inspection by shareholders at the Company's registered office and will be sent to shareholders upon request.*


**Teilnahme, Vertretung**

Die Aktionäre können sich durch einen bevollmächtigten Vertreter vertreten lassen; eine schriftliche Vollmacht ist beim Zutritt zur Versammlung vorzulegen. Ein Vollmachtsformular kann bei der Gesellschaft verlangt werden.

*Participation, representation*

*Shareholders may be represented by an authorized representative; a written power of attorney must be presented upon admission to the meeting. A proxy form may be requested from the Company.*


**Stimmberechtigung**

Namenaktionäre: An der Generalversammlung sind die am 31. Juli 2020, 17.00 Uhr (MESZ), im Aktienregister mit Stimmrecht eingetragenen Aktionäre stimmberechtigt. Ab diesem Zeitpunkt bis und mit 4. August 2020 ist das Aktienregister geschlossen. In dieser Zeit werden keine Namen-aktien eingetragen, die zur Ausübung des Stimmrechts an der Generalversammlung berechtigen.

Inhaberaktionäre: Ein Hinterlegungsausweis für die Aktien mit Sperrvermerk bis 4. August 2020 von Ihrer Depotbank muss zusammen mit der Kopie eines amtlichen Ausweises bzw. Handels-registerauszugs (bzw. im Fall der Bevollmächtigung eines Dritten zusammen mit der Vollmacht) vorgelegt werden.

*Voting rights*

*Registered shareholders: Shareholders entered with voting rights in the share register on 31 July 2020, 5 p.m. (CEST) are entitled to vote at the Annual General Meeting. The share register will be closed from this date until and including 4 August 2020. During this period, no registered shares will be entered in the share register which entitle the holder to vote at the General Meeting.*

*Bearer shareholders: A deposit certificate for the shares with a blocking note until 4 August 2020 from your custodian bank must be submitted together with a copy of an official identity document or commercial register extract (or, if a third party is authorised, together with the power of attorney).*


**Protokoll**

Jeder Aktionär kann die Zustellung des Protokolls der Generalversammlung verlangen.

*Minutes*

*Any shareholder may request that the minutes of the General Meeting be sent to him.*


**Meldepflicht Erwerb Namenaktien**

Da die Namenaktien als Wertrechte ausgegeben und als Bucheffekten geführt werden, müssen sich Aktionäre ins Aktienregister eintragen lassen. Die Gesellschaft ersucht die Aktionäre zu überprüfen, ob die Eintragung ins Aktienregister erfolgt ist, und andernfalls die Eintragung unverzüglich zu veranlassen.

*Obligation to report acquisition of registered shares*

*As the registered shares are issued as uncertificated securities and held as intermediated securities, shareholders must be entered in the share register. The Company asks shareholders to check whether the entry in the share register has been made and, if not, to arrange for the entry to be made without delay.*


Zug, im Juli 2020 / *July 2020*                    Der Verwaltungsrat / *The Board of Directors*

RYMARK000556

# Power of Attorney

The undersigned

Vicky Small, 14338 South Fox Creek Drive, Herriman Utah, USA

holder of **27'778** registered shares with a nominal value of CHF 0.05 each

holder of _____ bearer shares with a nominal value of CHF 0.10 each

in

**AmeriMark Group AG, CHE-356.633.696**

with registered office in Zug, Switzerland

(the "**Company**")

hereby appoints

☐    **Nicole Kuster**, c/o ECON Commercial Company GmbH, Dammstrasse 19, 6300 Zug, Switzerland

☐    **other proxy (Name, Address):**_____

_____

his/her/its proxy to represent the undersigned and to vote on behalf of the undersigned at the 2020 annual general meeting of the shareholders ("AGM") of the Company to be held on or around 4 August 2020 with regard to any business which may properly come before such meeting. In particular, the proxy is authorized and instructed to approve the following proposals of the board of directors("Board") of the Company:

(i)    that the Annual Report (Financial Statements) for business year 2019 be approved;

(ii)    that the accumulated loss of the business year 2019 of 240,136.00 be carried forward to new account;

(iii)    that discharge from liability be granted to the sole member of the Board and the management team for the business year 2019;

(iv)    that Mr. Nicolai Colshorn be re-elected to the Board for a term of one year;

(v)    miscellaneous.

and to make the necessary statements and to take all other actions which may be required in connection therewith.

The proxy has the right of substitution. This power of attorney shall be governed by Swiss law and be valid until 30 September 2020.

_____
Place and Date

**NAME**

_____
By:

RYMARK000557

Function:

RYMARK000558

# RYMARK, INC TERM SHEET

This is a summary of the principal terms of a issuance of shares to Ananda Capital Partners, Inc., for Consulting Services (hereinafter "Consultant Shares") a State of Florida corporation, (or its assigns) by Rymark, Inc., a State of Utah corporation, (the "Company"). This term sheet is an expression of intent only, does not express the definitive agreement of the parties, is not meant to be binding on the parties, and is meant to be used as a negotiation aid by the parties. The parties do not intend to be bound until they enter into definitive agreements regarding the subject matter of this term sheet.

| | |
|---|---|
| **Issuer:** | RYMARK, INC. or it's to be formed Swiss affiliate (preliminarily named AmeriMark Automotive Financial A.G.) |
| **Consultant :** | Ananda Capital Partners, Inc. |
| **Total Number of Consultant Shares:** | Up to 5% of the shares of the Company issued and outstanding at time of share award. |
| **Instrument:** | Common Stock |

| | |
|---|---|
| **Listing:** | Listing is defined as the admission of the Company to trading on the Marché Libre Standard of the Euronext Exchange. |
| **Documentation:** | Issuance shall be subject to execution of final documentation prepared by Consultant. |
| **Milestones:** | The issuance of Consultant Shares shall be subject to the fulfillment of conditions as set forth herein: |

      I.     A number of shares equal to 1% of the total shares issued and outstanding upon Listing of the Company on the Marché Libre.

II.     A number of shares equal to 2% of the total shares issued and outstanding upon the Company netting US$ 500,000 in proceeds from the sale of shares.

III.    A number of shares equal to 2% of the total shares issued and outstanding upon the Company netting an additional US$ 1,000,000 in proceeds from the sale of shares.

This term sheet is non-binding and is intended solely as a summary of the terms that are currently proposed by the parties. The parties acknowledge that they neither intend to enter, nor have they entered, into any agreement to negotiate a definitive agreement pursuant to this term sheet, and either party may, at any time prior to execution of such definitive agreement, propose different terms from those summarized herein or unilaterally terminate all negotiations pursuant to this term sheet without any liability whatsoever to the other party. Each party shall be solely liable for all of its own fees, costs and other expenses in conjunction with negotiation and preparation of a final agreement pursuant to this term sheet.

**RYMARK, INC.**

By: _____

Name: _____

Date: _____

**CONSULTANT**

By: _____

Name: _Minon Lesher_

Date: _March 31, 2015_

--------------------------------

RYMARK001778

| From: | Thomas Fowler <thomas@wincre.com> |
|---|---|
| Sent: | Thursday, July 29, 2021 5:14:49 PM |
| To: | Nick Markosian <Nick@beenjerkedaround.com> |
| Subject: | Re: MARKOSIAN & BAUR (040894) |

You will pay a prorated portion from the time you'll own this land this year to the end of the year. Tax's are paid a year in advance.

Sent from my iPhone

On Jul 29, 2021, at 5:08 PM, Nick Markosian <Nick@beenjerkedaround.com> wrote:

☐ Hey Tom,

I don't pay any property taxes prior to purchase do I?

-Nick

Sent from my iPhone
Begin forwarded message:

**From:** Randi Burnham <rburnham@ustitleutah.com>
**Date:** July 29, 2021 at 6:46:22 PM EDT
**To:** jerald@covingtoncapitalcorp.com, Nick Markosian <Nick@beenjerkedaround.com>
**Cc:** teammiller <teammiller@ustitleutah.com>
**Subject: RE: MARKOSIAN & BAUR      (040894)**

☐
Hello... Attached is your Estimated Settlement Statement. Let us know if you have any Questions. 😊

**From:** Haylie Paskett <hpaskett@ustitleutah.com>
**Sent:** Thursday, July 29, 2021 12:38 PM
**To:** Randi Burnham <rburnham@ustitleutah.com>
**Subject:** FW: MARKOSIAN & BAUR (040894)

**From:** Jerald Hunsaker <jerald@covingtoncapitalcorp.com>
**Sent:** Thursday, July 29, 2021 12:33 PM
**To:** Haylie Paskett <hpaskett@ustitleutah.com>

RYMARK135413

**Subject:** RE: MARKOSIAN & BAUR (040894)

The lender is charging no fees. We will wire the full amount of the loan ($400,000) once our Escrow Instructions are accepted. Our attorney is working on docs now. However, you can go ahead and complete your Settlement Statements inasmuch as they aren't any lender fees.

Were you able to find out when the closing is scheduled?

**From:** Haylie Paskett
**Sent:** Thursday, July 29, 2021 12:11 PM
**To:** Jerald Hunsaker <jerald@covingtoncapitalcorp.com >
**Subject:** RE: MARKOSIAN & BAUR (040894)

Hey Jerald,
Do you know when we will receive your CD?
I cant provide a settlement statement for Nick until we have your fees 

THANK YOU!

**From:** Nick Markosian <Nick@beenjerkedaround.com >
**Sent:** Thursday, July 29, 2021 9:51 AM
**To:** Jerald Hunsaker <jerald@covingtoncapitalcorp.com >
**Cc:** Haylie Paskett <hpaskett@ustitleutah.com>; Thomas Fowler <thomas@wincre.com >
**Subject:** Re: MARKOSIAN & BAUR (040894)

Haylie,

Can you send me a settlement statement with all the fees please?

Sent from my iPhone

> On Jul 29, 2021, at 9:42 AM, Jerald Hunsaker <jerald@covingtoncapitalcorp.com > wrote:
>
> Thank you Haylie.
>
> Would you please provide me with your wire instructions. Also, do you know when on Monday the closing is scheduled?
>
> Jerald
>
> **From:** Haylie Paskett
> **Sent:** Thursday, July 29, 2021 8:37 AM
> **To:** Jerald Hunsaker <jerald@covingtoncapitalcorp.com >
> **Subject:** RE: MARKOSIAN & BAUR (040894)
>
> Hello,
> Attached is the PR and Plat 😊

RYMARK135414

THANK YOU!

<image001.jpg>

**From:** Jerald Hunsaker <jerald@covingtoncapitalcorp.com >
**Sent:** Wednesday, July 28, 2021 3:39 PM
**To:** Haylie Paskett <hpaskett@ustitleutah.com>
**Subject:** RE: MARKOSIAN & BAUR

1464 East Ridgeline Drive, Suite 101
South Ogden, UT  84405

**From:** Haylie Paskett
**Sent:** Wednesday, July 28, 2021 3:37 PM
**To:** Jerald Hunsaker <jerald@covingtoncapitalcorp.com >
**Subject:** RE: MARKOSIAN & BAUR

Can I get an address please?


THANK YOU!

<image001.jpg>

**From:** Jerald Hunsaker <jerald@covingtoncapitalcorp.com >
**Sent:** Wednesday, July 28, 2021 3:29 PM
**To:** Haylie Paskett <hpaskett@ustitleutah.com>
**Subject:** RE: MARKOSIAN & BAUR

Certainly.

Covington Capital Corporation

If you need anything additional, please let me know.

Jerald

**From:** Haylie Paskett
**Sent:** Wednesday, July 28, 2021 3:22 PM
**To:** jerald@covingtoncapitalcorp.com
**Subject:** MARKOSIAN & BAUR

Hello,
Can you please provide how the mortgagee should read on the PR?
Doesn't look like we have Covington in our system 😊

THANK YOU!

<image001.jpg>

**From:** Stacey Miller <smiller@ustitleutah.com >
**Sent:** Wednesday, July 28, 2021 3:12 PM
**To:** Haylie Paskett <hpaskett@ustitleutah.com>

RYMARK135415

**Subject:** Fwd: ADD 4

Will you please update this PR with the lender, loan amount, and endorsement they are requesting? Thank you!


Begin forwarded message:

> **From:** Jerald Hunsaker <jerald@covingtoncapitalcorp.com>
> **Date:** July 28, 2021 at 2:08:46 PM MDT
> **To:** Stacey Miller <smiller@ustitleutah.com>
> **Cc:** Nick Markosian <Nick@beenjerkedaround.com>, Thomas Fowler <thomas@wincre.com>
> **Subject:** RE: ADD 4
>
>
> Yes, Covington will be requiring a lender's policy together with ALTA endorsements 8.2 & 9.
>
> Our loan amount will be $400,000.
>
> I'll forward your report onto counsel to get started on Escrow Instructions and loan documents.
>
> Jerald
>
> ---
>
> **From:** Stacey Miller
> **Sent:** Wednesday, July 28, 2021 1:57 PM
> **To:** Jerald Hunsaker <jerald@covingtoncapitalcorp.com>
> **Subject:** RE: ADD 4
>
> Hi Jerald,
>
> Are you requiring a lender's policy? If so, let me know the loan amount and I will get the title report updated for you.
>
> <image002.jpg>
>
> **From:** Jerald Hunsaker <jerald@covingtoncapitalcorp.com>
> **Sent:** Wednesday, July 28, 2021 11:54 AM
> **To:** Stacey Miller <smiller@ustitleutah.com>
> **Cc:** 'Nick Markosian' <Nick@beenjerkedaround.com>; 'Thomas Fowler' <thomas@wincre.com>
> **Subject:** RE: ADD 4
>
> The only document that will require a notary is the Deed of Trust. I'm still waiting for a copy of the title commitment before I can have counsel start on documents. Could you please provide me a copy of the same?
>
> Jerald
>
> ---
>
> **From:** Stacey Miller
> **Sent:** Wednesday, July 28, 2021 11:48 AM
> **To:** Nick Markosian <Nick@beenjerkedaround.com>; Thomas Fowler <thomas@wincre.com>; Lexi Relleve <lexi@wincre.com>; Jerald Hunsaker <jerald@covingtoncapitalcorp.com>
> **Subject:** RE: ADD 4
>
> Ok. That sounds great.

RYMARK135416

Jerald – What docs will you have that need to be notarized besides the deed of trust?  Is that something we can have Nick sign before he leaves, so it is an easier process for him?  Then he can sign everything else via docusign if you are ok with that.  Please let me know, so I can start working on a notary if needs be.

Thank you, all.

<image003.jpg>

**From:** Nick Markosian <Nick@beenjerkedaround.com >
**Sent:** Wednesday, July 28, 2021 11:40 AM
**To:** Stacey Miller <smiller@ustitleutah.com >; Thomas Fowler <thomas@wincre.com>; Lexi Relleve <lexi@wincre.com>; Jerald Hunsaker <jerald@covingtoncapitalcorp.com >
**Subject:** RE: ADD 4

Stacey,

I'm actually going to finance it with Covington Capital.  I'm working with Jerald Hunsaker who I've copied on this email.  He's prepared to close next Monday.

-Nick

**From:** Stacey Miller <smiller@ustitleutah.com >
**Sent:** Wednesday, July 28, 2021 11:32 AM
**To:** Thomas Fowler <thomas@wincre.com>; Lexi Relleve <lexi@wincre.com>
**Cc:** Nick Markosian <Nick@beenjerkedaround.com >
**Subject:** RE: ADD 4

Good morning 😊

Since it is a cash transaction, I will be able to send everything via docusign, so it should be pretty easy.

Nick – Do you need to do your wire before you leave for Maine?  Let me know, and I can get a figure to you with my wiring instructions.

Thank you!

<image003.jpg>

**From:** Thomas Fowler <thomas@wincre.com>
**Sent:** Wednesday, July 28, 2021 11:15 AM
**To:** Stacey Miller <smiller@ustitleutah.com >; Lexi Relleve <lexi@wincre.com>
**Cc:** Nick Markosian <Nick@beenjerkedaround.com >
**Subject:** Re: ADD 4

Hi Stacey,

My buyer Nick Markosian ( on 3185 Wall Ave) is planning to be out of town in Maine during our settlement.  Would you be able to have a mobile notary reach him while he is traveling?

Please let me know if that works or if we need to have a power of attorney before he leaves town tomorrow.

Kind regards,

RYMARK135417

Thomas

<image004.jpg>

On Tue, Jul 27, 2021 at 3:40 PM Stacey Miller <smiller@ustitleutah.com > wrote:

Thank you.

<image002.jpg>

**From:** Andy McCrady <andycrest@aol.com>
**Sent:** Tuesday, July 27, 2021 3:27 PM
**To:** thomas@wincre.com ; tombaur99@yahoo.com ; Stacey Miller <smiller@ustitleutah.com >
**Subject:** ADD 4

Please see to the attached document for a fully signed copy of Addendum no. 4

Andy McCrady
Crest Realty
978 Chambers St #3
Ogden, Utah 84403
Cell:  801-549-8989
Office:  801-476-9500
Fax:  801-476-9581

<image002.png>
<image001.jpg>
<image005.jpg>
<BUYER SS 07.29.pdf>

RYMARK135418