Erik A. Christiansen (USB 7372)
Hannah J. Ector (USB 17980)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
EChristiansen@parsonsbehle.com
HEctor@parsonsbehle.com

Sarah E. Diamond (CA SBN 281162)
(*Admitted Pro Hac Vice*)
John S. Worden (*Admitted Pro Hac Vice*)
**VENABLE LLP**
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
SEDiamond@venable.com
JSWorden@Venable.com

*Attorneys for Plaintiffs and Counterclaim Defendants Capana Swiss Advisors AG and AmeriMark Automotive AG*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAPANA SWISS ADVISORS AG, a Swiss corporation; AMERIMARK AUTOMOTIVE AG, a Swiss corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RYMARK, INC., a Utah corporation; NICHOLAS THAYNE MARKOSIAN, an individual; JOHN KIRKLAND, an individual; and VICKY SMALL, an individual,<br><br>Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL – BENJAMIN PERKINS**<br><br>Case No. 2:23-cv-00467<br>Judge: Ted Stewart<br>Magistrate Judge: Hon. Cecilia M. Romero |
| AND RELATED COUNTER CLAIM AND THIRD-PARTY CLAIMS | |

PLEASE TAKE NOTICE that, pursuant to DUCivR 83-1.4(b), Benjamin D. Perkins, of Parsons Behle & Latimer, hereby withdraws as counsel of record for Plaintiff Capana Swiss Advisors AG and AmeriMark Automotive AG **("Plaintiffs")** in the above-referenced matter and

4910-8994-2275.v1

2

respectfully requests to be removed from all future filings and notices in this matter. Plaintiff continues to be represented by Erik Christiansen and Hannah J. Ector of Parsons Behle & Latimer who are aware of and will comply with all pending deadlines, hearings, and trial dates.

DATED: December 5, 2024

VENABLE LLP
Sarah E. Diamond (*Admitted Pro Hac Vice*)
John S. Worden (*Admitted Pro Hac Vice*)

PARSONS BEHLE & LATIMER
Erik A. Christiansen
Benjamin D. Perkins
Hannah J. Ector

By:  */s/ Benjamin D. Perkins*
*Attorneys for Plaintiffs Capana Swiss Advisors AG and AmeriMark Automotive AG*

4910-8994-2275.v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December, 2024, I caused a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** to be filed on the Court's CM/ECF platform, which sent notice to all counsel of record.

/s/ *Michelle Orton-Brown*
Legal Assistant, Parsons Behle & Latimer

4910-8994-2275.v1