# CONSTABLE'S RETURN

Docket #: **107344**

Reference #: **107344**

**Capana Swiss Advisors AG, et al VS AmeriMark Group AG**
Case # **2:23-cv-00467-ts-cmr**

I, **Bradlee Sa'u** being first duly sworn on oath and say: I am a duly appointed Private Investigator, Salt Lake County, State of Utah, a citizen of the United States, over the age of 21 years at the time of service herein, and not part of or interested in the within action. I received the within and hereto annexed,

**Summons on a Third-Party Complaint & Exhibits 1-35**

on **Nov 25, 2024**, and served the same upon

**AmeriMark Group AG**

a within named **Third Party Defendant** in said article(s) by serving a true copy of said article(s) for the Third Party Defendant with

**Martin Fasser Heeg (Registered Agent)**

a person of suitable age and discretion at

**50 West Broadway, Suite 1000, Salt Lake City, UT 84101**

not the usual place of abode or business.

Served on **Nov 26, 2024** at **8:58 AM**.

I declare under criminal penalty of the State of Utah that the foregoing is true and correct. I further certify that at the time of service of the said article(s), I endorsed the date and place of service and added my name and official title thereto.

_____
Private Investigator      A129141
Constable Reitz, Salt Lake County Constable
7026 South Commerce Park Drive #101
Midvale, UT 84047  (801) 255-5468

**TOTAL CHARGES: $100.00**

**NOTES**

Service was completed at the Law Firm.

Court: USDC

AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
District of Utah

NOV 25 2024

107344
107344

Capana Swiss Advisors AG, et al.
_Plaintiff_

v.

Rymark, Inc. et al.
_Defendant, Third-party plaintiff_

v.

AmeriMark Group AG, et al.
_Third-party defendant_

Civil Action No. 2:23-cv-00467-TS-CMR

SJC

EX "1-35"

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: _(Third-party defendant's name and address)_ AmeriMark Group AG
c/o Martin Fasser Heeg
Steinhauserstrasse
74, 6301, Zug

Date Nov 26th '24  Time 8:58am
R/B 50 W. Broadway #1000
Upon Martin Fasser Heeg - R/A
Bradley Sain A129141
Deputy - Private Investigator - Process Server
Constable Reitz, Salt Lake County
7026 Commerce Park Dr. #101, Midvale, UT
84047    (801) 255-5468

A lawsuit has been filed against defendant  AmeriMark Group AG , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  Rymark, Inc., et al. .

Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Chad S. Pehrson (cpehrson@kba.law), Robert P. Harrington (rharrington@kba.law), Stephen Richards (srichards@kba.law
KB&A (801-994-4646)
50 West Broadway, Ste 1000, Salt Lake City, T 84101

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Eric A. Christiansen (echristiansen@parsonsbehle.com), Hannah J. Ector (hector@parsonsbehle.com)
Parsons Behle & Latimer, 201 South Main St, Ste 1800, Salt Lake City, UT 84111 (801-532-1234)
Sara E. Diamond (sediamond@veneble.com) Venable LLP, 2049 Century Park East Ste 2300, Los Angeles, CA 90067 (310-229-990

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Date: 11/25/2024

Gary P Serdar
CLERK OF COURT

_Stephanie Garcia_
_Signature of Clerk or Deputy Clerk_

Case 2:23-cv-00467-TS-CMR   Document 178   Filed 11/25/24   PageID.5251   Page 2 of 2
Case 2:23-cv-00467-TS-CMR   Document 186   Filed 12/10/24   PageID.5612   Page 3 of 3

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **AmeriMark Group AG**
was received by me on *(date)* **Nov 25th, 2024**.

☑ I personally served the summons on the individual at *(place)* **50 W. Broadway St. Ste. 1000 Salt Lake City, Utah**
on *(date)* **Nov. 26th, 2024** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Martin Fasser Heeg**, who is designated by law to accept service of process on behalf of *(name of organization)* **AmeriMark Group.**
on *(date)* **Nov 26th, 2024** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **Nov 26th, 2024**

*Server's signature*

**Private Investigator BRADLEE SA'U**
*Printed name and title*

**7026 S. Commerce Park Dr. Ste. 101 Midvale, UT. 84047**
*Server's address*

Additional information regarding attempted service, etc: