# EXHIBIT 2

| | |
|---|---|
| **From:** | Jen Markosian <jen.markosian@gmail.com> |
| **Sent:** | Tuesday, November 8, 2016 7:17:05 AM |
| **To:** | Nick Markosian <Nick@beenjerkedaround.com> |
| **Cc:** | David Hesterman <hestermaniac@gmail.com> |
| **Subject:** | Re: Malta Stock Exchange Listing basic Due Diligence |

I have it for you.

-- Sent from my iPhone
On Nov 8, 2016, at 7:05 AM, Nick Markosian <Nick@beenjerkedaround.com> wrote:

> Hey babe will you get me my passport please?
>
> Sent from my iPhone
> Begin forwarded message:
>
>> **From:** Grantchester Equity <grantchesterequity@comcast.net>
>> **Date:** November 8, 2016 at 7:00:42 AM MST
>> **To:** Hesterman David <hestermaniac@gmail.com>, Nick Markosian <Nick@beenjerkedaround.com>
>> **Subject: Malta Stock Exchange Listing basic Due Diligence**
>>
>>
>> Gentlemen:
>>
>> Malta requires 3 due diligence items.
>>
>> The passport copy has to be redone because the person certifying the passport must not only confirms that this is a true and unaltered passport, but that it bears a <u>true likeness to the person in question (in this case Mr Markosian).</u>
>>
>> The utility, phone bill or bank statement .
>>
>>> 1.    Each copy of an original document that is provided to us must be certified as a true copy of the original by *notary*
>>>
>>> 2.    Each certification must state that the:
>>>     (i)    document is a true copy of the original document;
>>>     (ii)    document has been seen and verified by the certifier; and
>>>     (iii)    where certifying an identification document, the certifier must confirm that the photo is *a true likeness of the person to whom the identity document belongs*.
>>>
>>> 3.    Each certification must also include the:
>>>     (i)    name in blocks of the person certifying;

RYMARK002646

(ii)      capacity/profession and contact details of the person certifying; and

(iii)     the date of the certification.

The letter below completed by Nick's bank

<Bank Reference Letter.docx>

RYMARK002647