# EXHIBIT 3

**From:** Daniel Gysi <daniel.gysi@gysipartner.ch>
**Sent:** Friday, May 6, 2016 11:06:51 AM
**To:** Nick Markosian <Nick@beenjerkedaround.com>;Miron Leshem (anandacapital@comcast.net) <anandacapital@comcast.net>
**Cc:** Beat Weibel | Charis AG (beat@charis-trust.ch) <beat@charis-trust.ch>;Miron Leshem <anandacapital@comcast.net>
**Subject:** AW: AmeriMark
**Attachments:** Power of attorney.pdf;confirmation shareholder.pdf

---

Sorry for that, please find attached the revised versions.


-------- Ursprüngliche Nachricht --------
Von: Nick Markosian <Nick@beenjerkedaround.com>
Datum: 06.05.16 18:42 (GMT+01:00)
An: Daniel Gysi <daniel.gysi@gysipartner.ch>, "Miron Leshem (anandacapital@comcast.net) " <anandacapital@comcast.net>
Cc: "Beat Weibel | Charis AG (beat@charis-trust.ch)" <beat@charis-trust.ch>
Betreff: RE: AmeriMark

My first name is misspelled. It's Nicholas.

---

**From:** Daniel Gysi [mailto:daniel.gysi@gysipartner.ch]
**Sent:** Friday, May 06, 2016 10:02 AM
**To:** Miron Leshem (anandacapital@comcast.net) <anandacapital@comcast.net>
**Cc:** Nick Markosian <Nick@beenjerkedaround.com>; Beat Weibel | Charis AG (beat@charis-trust.ch) <beat@charis-trust.ch>
**Subject:** AmeriMark

Dear Miron

Please find attached the following documents:

- Power of attorney: to be signed by Mr. Markosian (please scan and send by E-Mail)
- Confirmation shareholder: to be signed by Mr. Markosian (please scan and send by E-Mail)

A legalization is not necessary.

In connection with the withdrawal of Mr. Ryan as a shareholder I could not find in your attachements the amended articles of incorporation. Could you please send me the latest version?

Transfer of shares of RYMARK INC. to AmeriMark Automotive AG: How can we secure that the shares will be transferred to the Swiss Corporation? Are there special formal requirements in Utah for the transfer of these shares to become valid?

Kind regards

Daniel


Gysi & Partner Rechtsanwälte AG

RYMARK001944

Daniel Gysi, Rechtsanwalt und Notar (SG)

**Neue Adresse ab sofort:**
Bachstrasse 19
9008 St. Gallen
T +41 71 292 30 00
F +41 71 292 30 01

Leutschenbachstrasse 45
8050 Zürich
T +41 44 309 30 00
F +41 44 309 30 01
daniel.gysi@gysipartner.ch
www.gysipartner.ch

Im E-Mail-Verkehr kann die Vertraulichkeit aus technischen Gründen nicht umfassend gewährleistet werden. Diese Nachricht enthält vertrauliche Informationen, die ausschliesslich für den bezeichneten Empfänger bestimmt sind. Ihre unberechtigte Verbreitung oder Verwendung kann schwerwiegende zivil- und strafrechtliche Folgen haben. Im Falle einer Fehlzustellung ersuchen wir den Empfänger, uns umgehend zu orientieren, dieses Email zu löschen und aus dem Ordner der gelöschten Objekte zu entfernen. Verbindlichsten Dank!

**RYMARK001945**