Erik A. Christiansen (USB 7372)
Hannah J. Ector (USB 17980)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
EChristiansen@parsonsbehle.com
HEctor@parsonsbehle.com

John S. Worden (CA SBN 142943) (*Admitted Pro Hac Vice*)
Sarah E. Diamond (CA SBN 281162) (*Admitted Pro Hac Vice*)
**VENABLE LLP**
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
JSWorden@venable.com
SEDiamond@venable.com

*Attorneys for Plaintiffs Capana Swiss Advisors AG and AmeriMark Automotive AG, and Third-Party Defendants Shaen Bernhardt, Martin Fasser Heeg, Stefan Kammerlander, and AmeriMark Group AG*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| CAPANA SWISS ADVISORS AG, a Swiss corporation; AMERIMARK AUTOMOTIVE AG, a Swiss corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RYMARK, INC., a Utah corporation; NICHOLAS THAYNE MARKOSIAN, an individual; JOHN KIRKLAND, an individual; and VICKY SMALL, an individual,<br><br>Defendants. | **STIPULATED MOTION FOR EXTENSION OF DEADLINE FOR THIRD-PARTY DEFENDANT AMERIMARK GROUP AG TO RESPOND TO THIRD-PARTY COMPLAINT**<br><br>Case No. 2:23-cv-00467<br>Judge: Hon. Ted Stewart<br>Magistrate Judge: Hon. Cecilia M. Romero |

Third-Party Defendant AmeriMark Group AG, Counter Claimants Nicholas Thayne Markosian; John Kirkland; and Vicky Small, and Third-Party Plaintiffs Rymark, Inc. and Nicholas Thayne Markosian, by and through undersigned counsel, hereby stipulate and move for an extension for AmeriMark Group AG to respond to the Third-Party Complaint to January 2, 2025.

Good cause exists for this extension due to AmeriMark Group AG's counsel's pre-existing conflicts, as well as confusion relating to the deadline printed on the summons (ECF No. 186).

Accordingly, the parties respectfully request that the Court enter the Order Granting the Stipulated Motion for Extension of Deadline for Third-Party Defendant AmeriMark Group AG to respond to the Third-Party Complaint filed concurrently herewith.

DATED: December 17, 2024

VENABLE LLP
John S. Worden (*Admitted Pro Hac Vice*)
Sarah E. Diamond (*Admitted Pro Hac Vice*)

PARSONS BEHLE & LATIMER
Erik A. Christiansen
Hannah J. Ector

By: /s/ Sarah E. Diamond
*Attorneys for Plaintiffs Capana Swiss Advisors AG and AmeriMark Automotive AG, and Third-Party Defendants Shaen Bernhardt, Martin Fasser Heeg, Stefan Kammerlander, and AmeriMark Group AG*

KUNZLER BEAN & ADAMSON
R. Jeremy Adamson
Chad S. Pehrson
Stephen Richards
Taylor J. Smith
Robert Harrington

By: */s/ Stephen Richards \*\*Signed with permission*

*Attorneys for Counter Claimants and Third-Party Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of December, 2024, I caused a true and correct copy of the foregoing **STIPULATED MOTION FOR EXTENSION OF DEADLINE FOR THIRD-PARTY DEFENDANT AMERIMARK GROUP AG TO RESPOND TO THIRD-PARTY COMPLAINT** to be filed on the Court's CM/ECF platform, which sent notice to all counsel of record.

        */s/ Hannah Ector*
        Hannah Ector