FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

DEC 2 3 2024

GARY P. SERDAR
CLERK OF COURT

BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| Capana Swiss Advisors, <br><br> Plaintiff(s), <br><br> vs. <br><br> Rymark. <br><br> Defendant(s). | Case No. 2:23-CV-467-TS |

## TRANSCRIPT PURCHASE NOTICE

Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☒ Attorney:  Sarah Diamond, Benjamin Perkins

☐ Party:  Click here to enter text.

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| June 13, 2024 | Motion Hearing |
| | |
| | |
| | |
| | |

**DOCKET CLERK:**
Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

Date:  December 19, 2024              Ed Young
                                       Court Reporter