# *RSA* Associates, *LLC*
## *Private Investigations*

## Subject of Investigation

Ashley Miron Leshem
DOB 01/04/1964
Res: 7824 LA Mirada Drive
       Boca Raton, Florida 33433

Veh: 2021 Alfa Romeo, blue
       FL tag JRA-J89

       2016 Alfa Romeo, grey/black
       FL tag 15B-FBD

## Investigative Focus

Locate subject for future subpoena service.

## Investigation Details

**December 17, 2024 - Tuesday**
Private Investigator Richard S. Loveridge conducted data base searches on the subject and associates with the following results.
The only property linked to the subject in Palm Beach County is the listed residence, which is owned by Alyssa Leshem, 91 years of age, possibly the subject's mother.



Alyssa Leshem has a vehicle registered to her, however the tag expired in April 2024.

**2023 VOLKSWAGEN JETTA (Possible Current Vehicle) (Florida)**

**2023 VOLKSWAGEN** –Series: **S**  –Model: **JETTA**
VIN: **3VW5M7BU5PM023443**
Body Style: **SEDAN 4 Door 5P** –Vehicle Type: **Passenger Car**
Weight: **2923** lbs -Length: **186.5"**
Color: **Black**
Most Current Tag #: **FL RSDS61** Valid from: **(10/04/2024 to 11/05/2026)**

Doors: **4**
MSRP: **$21,455**
Plant: **PUEBLA, MEXICO**
Restraint Type: **DRIVER AND PASSENGER FRONT AIRBAGS, SIDE AIRBAGS, OCCUPANT SENSING DEACTIVATION AND FRONT AND REAR SIDE CURTAIN AIRBAGS.**
Gross Vehicle Weight Range: **4001-5000**
Gross Vehicle Weight Rating: **4057**
Height: **57.7**
Width: **70.8**
Wheel Base: **105.7**
Wheel Dimensions: **16.0 X 6.5**
Max Payload: **1080**
Drive Type: **FWD**
Fuel:**GAS 13.2 Gallon**
Engine:**1.5L INLINE4 TURBO**
Transmission: **8 Speed AUTOMATIC**



**Most CurrentOwner/Registrant/Lien Information- 04/16/2023 to 04/16/2024**

| Title Holders | Registrant |
|---|---|
| Title Number: **0150695844**<br>State Titled In: **FL**<br>Original Title Date: **05/09/2023**<br>Title Transfer Date: **05/09/2023**<br><br>**Lien Holders**<br>**None Found**<br><br>**Lessors**<br>**VOLKSWAGEN CREDIT**<br>**1401 FRANKLIN BLVD, LIBERTYVILLE, IL 60048-4460 (LAKE COUNTY)** | **ALYSSA BABETA LESHEM**<br>Registered: **04/16/2023** to **04/16/2024**<br>DOB: **XX/1933**, Born **91** years ago<br><br>**Addresses Registered to While owned by ALYSSA BABETA LESHEM**<br>**7822 LA MIRADA DR, BOCA RATON, FL 33433-6104 (PALM BEACH COUNTY) (04/16/2023 to 10/07/2024)**<br><br>**Vehicle Tag History**<br>License Plate: **FL RSDS61** Valid from: **(10/04/2024 to 11/05/2026)**<br>Previous License Plate: **FL ESPL49**<br>License Plate: **FL ESPL49** Valid from: **(04/16/2023 to 11/05/2024)** |
| | |

Miron Leshem has had numerous companies, and most are inactive, however two companies show an associate named Whitney Vaun Burgess.  Both individuals were listed in corporate records for Ananda Reiners, LLC, which is inactive as of 2013, and Grantchester Equity Inc., which is still active.

| Name | Status | Incorporated | Key People | Role |
|---|---|---|---|---|
| Grantchester Equity Inc. | Active | 2023 | 2 | Chairman |
| Ananda Reiners, LLC | Inactive | 2013 | 2 | Manager |
| Stewart Adams Incorporated | Inactive | 2000 | 1 | Director |
| Association of Performing Arts of I… | Inactive | 1998 | 1 | Director |
| Ananda Capital Partners Inc. | Inactive | 1999 | 1 | Director |



## Connections for Miron Leshem                                     Excel

A connection is made when two people are officers, directors, or otherwise associated with the same company. Miron has two known connections .

| Whitney Burgess | 1 |
| Ashley M. Leshem | 1 |

The address used for these companies is 7050 W. Palmetto Park Rd., Boca Raton.  Burgess also uses the address for her residence.  Burgess also shows an address of 7700 LA Mirada Drive, which is close to subject's residence. A check of Palm Beach Property Appraise's Office indicates Burgess sold 7700 in 2022.

**12:30 PM**
Inv. Loveridge viewed the area of Boca Pointe (community where LA Mirada is located) and 7050 W. Plametto Rd.

7050 W. Palmetto Park Rd. is a UPS store and #278 is a P. O. Box inside.

3



7824 LA Mirada Drive is located inside a gated community with a staffed guard house. There are two access/exit points for the community.







Burgess does not own any property in Palm Beach County and has no registered vehicles, although she has a current driver's license.

**Subject Information**

(Best Information for Subject)

Name: **WHITNEY VAUN BURGESS** (09/02/1999

**Other Names Associated with Subject**
WHITNEY B BURGESS(09/07/2024)
BURGESS BURGESS V(09/02/2000)

**Indicators**

Bankruptcies: **Yes**
Liens: **No**
Judgments: **No**

6

to 10/07/2024)
Name: **WHITNEY BURGESS** (02/14/2013 to 09/25/2024)
Name: **WHITNEY V BURGESS** (01/12/2011 to 09/25/2024)
Name: **WHITNEY A BURGESS** (09/12/2017 to 09/14/2023)

Date of Birth: **XX/XX/1981** (91%) , Born **43** years ago

**Other DOBs Associated with Subject**
None found

**Possible Phones Associated with Subject:**
(561) 409-7922 (ET) (Mobile) (86%)
(561) 477-7751 (ET) (LandLine) (78%)
(409) 792-7922 (CT) (LandLine) (70%)
(352) 336-1080 (ET) (LandLine) (66%)
(540) 623-5192 (ET) (Mobile) (66%)
(561) 409-7985 (ET) (Mobile) (66%)
(561) 479-8095 (ET) (Mobile) (66%)
(561) 962-5659 (ET) (Mobile) (66%)
(770) 329-1305 (ET) (Mobile) (66%)
(917) 209-9120 (ET) (Mobile) (66%)
(561) 338-4034 (ET) (LandLine) (66%)
(352) 377-8587 (ET) (LandLine) (40%)
(352) 422-2681 (ET) (Mobile) (40%)
(305) 753-4893 (ET) (Mobile) (39%)
(561) 278-6248 (ET) (LandLine) (39%)
(561) 287-6248 (ET) (LandLine) (39%)
(561) 542-8345 (ET) (Mobile) (39%)
(561) 929-1540 (ET) (Mobile) (39%)
(561) 961-9275 (ET) (Mobile) (39%)
(786) 291-0030 (ET) (Mobile) (39%)
(813) 453-3192 (ET) (Mobile) (39%)
(919) 559-5737 (ET) (Mobile) (39%)
(409) 798-7985 (LandLine)

Properties: **Yes**
Corporate Affiliations: **Yes**
Criminal/Traffic: **Yes**
Global Watch Lists Match: **No**

**Email Addresses Associated with Subject**
whitburg@hotmail.com (100%)
bearocat81@hotmail.com (100%)
aburgess605@gmail.com (75%)

whitburg@hotmail.com (100%)
bearocat81@hotmail.com (100%)
aburgess605@gmail.com (75%)

**Address History (42)**
7050 W PALMETTO PARK RD STE 15, BOCA RATON, FL 33433-3433 (PALM BEACH COUNTY) (08/11/2014 to 12/10/2024)
 Subdivision Name: **BOCA DEL MAR**
 Address contains: **38** suites

7700 LA MIRADA DR, BOCA RATON, FL 33433-6102 (PALM BEACH COUNTY) (05/2019 to 10/05/2024)
 Subdivision Name: **LA MIRADA AT BOCA POINTE CONDO**
 Current Other Phones at address
**(732) 255-5638(ET) – RYAN DOWD**
**(561) 702-4657(ET) – TAMAR TZFANYA**
 Possible Subject's Phone
**(561) 409-7922(ET) – WHITNEY BURGESS**

7000 W PALMETTO PARK RD STE 210, BOCA RATON, FL 33433-3430 (PALM BEACH COUNTY) (08/17/2014 to 10/05/2024)
 Subdivision Name: **BOCA DEL MAR**
 Address contains: **42** suites

7050 W PALMETTO PARK RD # 278, BOCA RATON, FL 33433-3426 (PALM BEACH COUNTY) (02/28/2024 to 05/21/2024)
 Subdivision Name: **BOCA DEL MAR**
 Address contains: **38** suites

7050 W PALMETTO PARK RD STE 15-278, BOCA RATON, FL 33433-3433 (PALM BEACH COUNTY) (11/06/2014 to 02/12/2017)
 Subdivision Name: **BOCA DEL MAR**
 Address contains: **38** suites

7050 W PALMETTO PARK RD STE 15278 RD, BOCA RATON, FL 33433-3420 (PALM BEACH COUNTY) (09/03/2014 to 07/19/2016)
 Subdivision Name: **BOCA DEL MAR**
 Address contains: **38** suites

7050 W PALMETTO PARK RD STE 1 RD, BOCA RATON, FL 33433-3420 (PALM BEACH COUNTY) (04/07/2016 to 04/07/2016)
 Subdivision Name: **BOCA DEL MAR**
 Address contains: **38** suites

7050 W PALMETTO PARK RD STE 15-27, BOCA RATON, FL 33433-3433 (PALM BEACH COUNTY) (11/01/2015 to 11/01/2015)
 Subdivision Name: **BOCA DEL MAR**
 Address contains: **38** suites

7

**7824 LA MIRADA DR, BOCA RATON, FL 33433-6104 (PALM BEACH COUNTY)** (03/14/2013 to 12/06/2024)
 Subdivision Name: **LA MIRADA AT BOCA POINTE CONDO**
  Current Other Phone at address
**(561) 212-7023(ET) - ASHLEY LESHEM**

It is possible that Burgess resides with Leshem and drives one of his two registered Alfa Romeos.

No additional addresses could be located for either individual.

**December 18, 2024 – Wednesday**
**1:15 PM**
Inv. Loveridge obtained access to Boca Pointe on the pretense of playing golf.
The complex covers a vast area with numerous individual sub divisions.  Staffed guard houses were observed at SW 18th Street and Powerline Rd.

The area of 7824 LA Mirada Drive was viewed, and one vehicle of interest was observed parked in the driveway.  This vehicle, a black VW,  FL tag RSD-S61 is registered to Alyssa Leshem.  Apparently, each unit has a one car garage.

8



Inv. Loveridge spot checked the area of the residence for about forty-five minutes and no activity was detected.

**2:15 PM**
Inv. Loveridge departed the area.

**December 19, 2024**
**6:15 PM**
Inv. Loveridge obtained access to Boca Pointe and viewed the are of 7824 LA Mirada Drive. The VW from yesterday was not observed in the driveway.  No lights on were observed from the residence.

9



The only vehicle in the driveway was a grey Lexus, FL tag Z80-HLS.  This vehicle was parked one space left of where the VW was parked.  The registered owner resides at 7820 LA Mirada Drive.

**Conclusion**
Neither Leshem nor Burgess have been linked to any other residence or business location.  If the subject were observed to leave the residence surveillance most likely would not result in any other location as a business address, since Leshem apparently works from home.  Also, Leshem and Burgess both utilize the UPS P.O. Box location as a business address.
Future spot checks or a prolonged surveillance would be ineffective.