**CAPANA, et. al v. RYMARK, et. Al**

**CASE NO. 2:23-cv-00467-RJS-CMR**


**EXHIBIT B**

**TO**

**DEFENDANTS' REPLY IN SUPPORT OF RULE 4(m) EXTENSION OF TIME TO SERVE ASHLEY MIRON LESHEM**


**PLAINTIFFS' PRIVILEGE LOG DATED JULY 15, 2024**


**(FILED UNDER SEAL)**