**Perucchi & Partner AG**
ATTORNEYS AT LAW

KANTONSGERICHT ZUG
EINGANG 1 0. Dez. 2024
POSTAUFGABE: _____

RECEIVED CLERK

DEC 2 6 2024

U.S. DISTRICT COURT

Rechtsanwälte / Attorneys at Law:
Dr. iur. Leandro Perucchi, LL.M., NY Bar
Dr. iur. Matthias Wiget, LL.M., MCIArb

Büro / Office:
Perucchi & Partner AG
Attorneys at Law
Seefeldstrasse 15
CH-8008 Zürich
info@perucchiandpartner.com

Zur Kenntnisnahme
Kanzlei des Kantonsgerichtes Zug
10.12.24

**Einschreiben**
Kantonsgericht Zug
Aabachstrasse 3
Postfach
6301 Zug

FILED
2024 DEC 26 AM
CLERK
U.S. DISTRICT COURT

Zürich, 9. Dezember 2024
PER

**RH 2024 18 – Mitteilung der Beschwerdeeinreichung**

Sehr geehrter Herr Kantonsrichter Krähenbühl

Hiermit zeigen wir Ihnen an, dass wir in rubrizierter Sache namens und im Auftrag unserer Klientschaft fristgerecht Beschwerde an das Obergericht des Kantons Zug eingereicht haben. Im Übrigen können wir Sie bereits jetzt informieren, dass unsere Klientschaft vollumfänglich von ihrem Zeugnisverweigerungsrecht gemäss Art. 166 Abs. 2 ZPO Gebrauch macht.

Besten Dank für Ihre Kenntnisnahme.

Mit vorzüglicher Hochachtung

**Perucchi & Partner AG**

i.V. [signature]

Dr. Leandro Perucchi

 **Kanton Zug**                                    **Kantonsgericht**

Kantonsgericht, Postfach, 6301 Zug

**A-Post**
The United States District Court for the District of Utah
351 S West Temple
UT 84101 Salt Lake City
United States

Aabachstrasse 3, Postfach, 6301 Zug
T 041 728 52 00

ran