

CANTONAL COURT OF ZUG

RECEIVED 10 Dec. 2024

POSTING: _____

FILED
2024 DEC 26
CLERK
U.S. DISTRICT COURT

RECEIVED CLERK
_____
DEC 26 2024
U.S. DISTRICT COURT

Lawyers / Attorneys at Law
Dr. iur. Leandro Perucchi, LL.M., NY Bar
Dr. iur. Matthias Wiget. LLM., MCIArb

Office:
Perucchi & Partner AG
Attorneys at Law
Seefeldstrasse 15
CH-8008 Zürich
info@perucchiandpartner.com

For your information
Clerk's Office, Cantonal Court of Zug

*12/10/2024*

**By registered mail**
Cantonal Court of Zug
Aabachstrasse 3
P.O. Box
6301 Zug

Zurich, December 9, 2024
PER



Verify at www.atanet.org/verify

**RH 2024 18 – Notification of filing of notice of appeal**

Dear Cantonal Judge Krähenbühl,

We hereby notify you that we have filed a timely appeal in the matter referenced above with the Court of Appeals of the Canton of Zug in the name of and on behalf of our client. Separately, we can already inform you at this time that our client will fully exercise her right to refuse to testify pursuant to Article 166 (2) of the Swiss Code of Civil Procedure (ZPO).

Thank you very much for taking note of this.

Very respectfully yours,

**Perucchi & Partner AG**

*by [SIGNATURE]*

Dr. Leandro Perucchi

# Canton of Zug            Cantonal Court

Cantonal Court, Postfach, 6301 Zug

**A Mail**
The United States District Court for the District of Utah
351 S West Temple
Salt Lake City, UT 84101
United States



Verify at www.atanet.org/verify

Aabachstrasse 3, P.O. Box, 6301 Zug
T 041 728 52 00

ran