Erik A. Christiansen (USB 7372)
Hannah J. Ector (USB 17980)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
EChristiansen@parsonsbehle.com
HEctor@parsonsbehle.com

John S. Worden (CA SBN 142943) (*Admitted Pro Hac Vice*)
Sarah E. Diamond (CA SBN 281162) (*Admitted Pro Hac Vice*)
**VENABLE LLP**
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
JSWorden@venable.com
SEDiamond@venable.com

*Attorneys for Plaintiffs Capana Swiss Advisors AG and*
*AmeriMark Automotive AG, and Third-Party Defendants*
*Shaen Bernhardt, Martin Fasser Heeg, and Stefan Kammerlander*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| CAPANA SWISS ADVISORS AG, a Swiss corporation; AMERIMARK AUTOMOTIVE AG, a Swiss corporation,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>RYMARK, INC., a Utah corporation; NICHOLAS THAYNE MARKOSIAN, an individual; JOHN KIRKLAND, an individual; and VICKY SMALL, an individual,<br><br>　　　　　　　Defendants. | **DECLARATION OF SARAH E. DIAMOND IN SUPPORT OF AMERIMARK GROUP AG'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE PURSUANT TO RULE 12(B)(5) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Civil Case No. 2:23-cv-00467<br>Judge:  Hon. Ted Stewart<br>Magistrate Judge:  Hon. Cecilia M. Romero |

## DECLARATION OF SARAH E. DIAMOND

I, Sarah E. Diamond, declare as follows:

1. I am an attorney in the law firm of Venable, LLP, and I am admitted *pro hac vice* in this Court. I am among the counsel of record for Plaintiffs Capana Swiss Advisors, AG, and AmeriMark Automotive AG, and Third-Party Defendants Shaen Bernhardt, Martin Fasser Heeg, Stefan Kammerlander, and, for the limited purpose of the present Motion to Dismiss for Insufficient Service ("Motion"), AmeriMark Group AG ("AmeriMark Group") (collectively, "Plaintiffs") in the above-referenced litigation. This declaration is submitted in support of AmeriMark Group's Motion. I have personal knowledge of the facts set forth in this declaration. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. On September 3, 2024, Defendants Rymark, Inc., Nicholas Thayne Markosian, Vicky Small, and John Kirkland (collectively "Defendants") were granted leave to file an Amended Counterclaim and Third-Party Complaint (ECF No. 137).

3. On September 3, 2024, Defendants filed their Third-Party Complaint (ECF No. 139) which, pending service, added AmeriMark Group, a Swiss corporation, as a Third-Party Defendant.

4. At the deposition of Martin Fasser Heeg in Salt Lake City, Utah on November 26, 2024, Defendants attempted to serve AmeriMark Group by providing summons to John S. Worden, counsel for Plaintiffs, and Martin Fasser Heeg.

5. Mr. Worden is counsel for the following parties in the above-captioned case: Capana Swiss Advisors AG, AmeriMark Automotive AG, Shaen Bernhardt, Martin Fasser Heeg,

2

and Stefan Kammerlander. He is not counsel for AmeriMark Group AG, and therefore is not authorized to accept service on its behalf.

6. John Worden objected at the commencement of the Heeg deposition stating that: "neither he nor Mr. Heeg were authorized to accept service on behalf of AmeriMark Group." Attached hereto as **Exhibit 1** is a true and correct copy the relevant excerpt from the November 26, 2024 deposition of Mr. Heeg.

7. Mr. Heeg is Chairman of the Board for Plaintiff AmeriMark Automotive AG. He has no role at AmeriMark Group, and therefore is not authorized to accept service on its behalf.

8. On December 10, 2024, Defendants filed their returned summons as to AmeriMark Group (ECF No. 186) purporting to have effectuated service on AmeriMark Group. Plaintiffs are unaware of any other attempts to serve AmeriMark Group.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 2nd day of January, 2025.

                                                 */s/ Sarah Diamond*
                                                 Sarah Diamond

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2025, I filed the foregoing was filed with the Clerk of Court using the Court's CM/ECF filing system and which sent electronic notification of the filing to counsel of record in this matter.

*/s/ Hannah Ector*
Hannah Ector
