# EXHIBIT 1

```
 1                 UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF UTAH

 3                           _ _ _

 4     CAPANA SWISS ADVISORS    )
       AG, a Swiss corporation;)
 5     AMERIMARK AUTOMOTIVE AG,)
       a Swiss corporation;     )
 6                              )
            Plaintiffs,         )   Case No. 2:23-cv-0046-TS-CMR
 7                              )
       vs.                      )   Judge Ted Stewart
 8                              )
       RYMARK, INC., a Utah     )   Magistrate Judge:
 9     corporation; NICHOLAS    )   Cecilia M. Romero
       THAYNE MARKOSIAN, an     )
10     individual; JOHN         )
       KIRKLAND, an individual;)
11     and VICKKY SMALL, an     )
       individual,              )
12                              )
            Defendants.         )
13     ------------------------ )

14

15                      DEPOSITION OF

16                   MARTIN FASSER HEEG

17                 KUNZLER BEAN & ADAMSON

18                  SALT LAKE CITY, UTAH

19                   NOVEMBER 26, 2024

20

21

22

23

24

25
```

```
 1        A.   No.  I was not present.

 2        Q.   Do you know whether AmeriMark Group held

 3   annual general meetings in each of the last, say,

 4   five years?

 5        A.   No, I would not.

 6        Q.   Same question for AmeriMark Automotive, same

 7   answer?

 8        A.   Same answer.

 9        MR. RICHARDS:  We've gone for a while.  Are you

10   ready for a break?

11        MR. WORDEN:  All right.

12        THE WITNESS:  Yes.  I think my voice can do with

13   tea.

14        (Recess taken from 11:53 a.m. to 12:11 p.m.)

15        MR. WORDEN:  I was served earlier this morning

16   with a summons on a third-party Complaint against

17   AmeriMark Group AG or A-G.  Mr. Fasser Heeg and I are

18   not legally authorized to accept service on behalf of

19   AmeriMark Group AG or A-G.  Thank you.

20        MR. RICHARDS:  And I'll just state for the record

21   that we dispute that.  That will be delivered today.

22        MR. WORDEN:  That's all right.

23        MR. RICHARDS:  Welcome back, Mr. Fasser.  I would

24   like to mark D-85.

25                    (Exhibit D-85 marked.)
```

```
 1   STATE OF UTAH          )
                            ) ss.
 2   COUNTY OF SALT LAKE  )

 3                     REPORTER'S CERTIFICATE

 4       I, Amanda Richards, certified shorthand reporter

 5   for the State of Utah, certify:

 6       That the deposition of the witness herein was

 7   taken before me at the time and place herein set forth,

 8   at which time the witness was by me duly sworn to

 9   testify the truth; that the testimony of the witness

10   and all objections made and all proceedings had of

11   record at the time of the examination were

12   stenographically reported and transcribed by me.

13       That the foregoing transcript, as transcribed by

14   me, is a full, true and correct record of my

15   stenographic notes so taken; that review of the

16   transcript by the witness was requested pursuant to

17   Rule 30(e) of the Utah Rules of Civil Procedure.

18       I further certify that I am neither counsel for

19   nor related to any party to said action, nor in anywise

20   interested in the outcome thereof.

21       IN WITNESS WHEREOF, I have subscribed my name

22   below this 5th day of December 2024.

23
                    _Amanda Richards_____
24
                    Amanda Richards, CSR
25
```