| | |
|---|---|
| **From:** | Worden, John S. <JSWorden@Venable.com> |
| **Sent:** | Tuesday, September 22, 2020 10:44 AM |
| **To:** | Chad S. Pehrson <cpehrson@parrbrown.com> |
| **Subject:** | Your September 16, 2020, letter to AmeriMark |
| **Attach:** | Correspondence Dated 9-16-2020.pdf |

Mr. Pehrson,

    We represent AmeriMark.  I would like to discuss your attached letter.  Please let me know when you are available.  Thank you.  john

**John S. Worden | Partner | Venable LLP**
t 415.653.3713 | f 415.653.3755 | m 415.846.8316
101 California Street, Suite 3800, San Francisco, CA 94111

JSWorden@Venable.com  | www.Venable.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*