| | |
|---|---|
| **From:** | Chad S. Pehrson </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=76da57fb6ec54aeea2208cb8184c5d64-Chad S. Peh> |
| **Sent:** | Friday, September 25, 2020 1:04 PM |
| **To:** | Worden, John S. <JSWorden@Venable.com> |
| **Cc:** | Michael J. Schefer <mschefer@parrbrown.com>; Shaen Bernhardt <svb@albanix.ch>; Phan, Kim T. <NTPhan@Venable.com> |
| **Subject:** | Re: Your September 16, 2020, letter to AmeriMark |

Thanks, John. I would appreciate getting some answers to the many questions about the basic nature of this situation from your client's view.

**From:** Worden, John S. <JSWorden@Venable.com>
**Sent:** Friday, September 25, 2020 12:26:09 PM
**To:** Chad S. Pehrson <cpehrson@parrbrown.com>
**Cc:** Michael J. Schefer <mschefer@parrbrown.com>; Shaen Bernhardt <svb@albanix.ch>; Phan, Kim T. <NTPhan@Venable.com>
**Subject:** RE: Your September 16, 2020, letter to AmeriMark

Chad,

Please let me know if you are available Monday at 9 AM MDT for a follow up call. I would like to have Shaen Bernhardt join us. Shaen is in Switzerland and works with AmeriMark. I may send you a few more documents between now and then.

In the meantime, I encourage you to ask Mr. Markosian to send you his emails relating to AmeriMark. He has many he sent over the last four years, including some that are quite recent. John


John S. Worden
Venable LLP
101 California St., 38th floor
San Francisco, CA 94111
d 415.653.3713, c 415.846.8316
www.venable.com


**From:** Chad S. Pehrson <cpehrson@parrbrown.com>
**Date:** Thursday, Sep 24, 2020, 2:19 PM
**To:** Worden, John S. <JSWorden@Venable.com>
**Cc:** Michael J. Schefer <mschefer@parrbrown.com>
**Subject:** RE: Your September 16, 2020, letter to AmeriMark

**Caution: External Email**


John,

Just tried you. Give me a call when you can – 385-244-3959.

Best,

Chad

**From:** Worden, John S. [mailto:JSWorden@Venable.com]
**Sent:** Wednesday, September 23, 2020 8:18 PM
**To:** Chad S. Pehrson <cpehrson@parrbrown.com>
**Subject:** RE: Your September 16, 2020, letter to AmeriMark

What time are you available tomorrow?

John S. Worden
Venable LLP
101 California St., 38th floor
San Francisco, CA 94111
d 415.653.3713, c 415.846.8316
www.venable.com

**From:** Chad S. Pehrson <cpehrson@parrbrown.com>
**Date:** Wednesday, Sep 23, 2020, 4:48 PM
**To:** Worden, John S. <JSWorden@Venable.com>
**Subject:** Re: Your September 16, 2020, letter to AmeriMark

**Caution: External Email**

John,

You keep referencing other documents. If you have other documents and want to discuss them, then I suggest you send them. Otherwise I will assume this is the universe of documents.

My letter communicated our position on these issues. The documents you've sent at best are bewildering, even assuming they are not forgeries. It appears to me that a serious fraud has been perpetrated. Happy to talk to you. Could you let me know who are the principals of "Amerimark" that have retained you on behalf of "Amerimark"?

Best,

Chad

---

**From:** Worden, John S. <JSWorden@Venable.com>
**Sent:** Wednesday, September 23, 2020 5:41:23 PM
**To:** Chad S. Pehrson <cpehrson@parrbrown.com>
**Subject:** RE: Your September 16, 2020, letter to AmeriMark

Let's you and I please talk tomorrow. If your client is contending that these are all forgeries, then that is something we should know going forward, and sending many more documents is not going to move the ball. Please let me know what your availability is.

John S. Worden
Venable LLP
101 California St., 38th floor
San Francisco, CA 94111
d 415.653.3713, c 415.846.8316
www.venable.com


**From:** Chad S. Pehrson <cpehrson@parrbrown.com>
**Date:** Wednesday, Sep 23, 2020, 4:33 PM
**To:** Worden, John S. <JSWorden@Venable.com>
**Subject:** Re: Your September 16, 2020, letter to AmeriMark

**Caution: External Email**

Send the other documents.  Thanks.

---

**From:** Worden, John S. <JSWorden@Venable.com>
**Sent:** Wednesday, September 23, 2020 5:25:11 PM
**To:** Chad S. Pehrson <cpehrson@parrbrown.com>
**Subject:** RE: Your September 16, 2020, letter to AmeriMark

Chad,

I'm a little perplexed by the question. Most of the original "wet" signatures were filed with a commercial register. Please ask your client about these and let me know if he contends all of them are forgeries, including his own notarized signature on his passport. That would be surprising. And I have many, many more such documents that he signed.

Please let me know when you can discuss further.  John

John S. Worden
Venable LLP
101 California St., 38th floor
San Francisco, CA 94111
d 415.653.3713, c 415.846.8316
www.venable.com


**From:** Chad S. Pehrson <cpehrson@parrbrown.com>
**Date:** Wednesday, Sep 23, 2020, 2:21 PM
**To:** Worden, John S. <JSWorden@Venable.com>
**Subject:** RE: Your September 16, 2020, letter to AmeriMark

**Caution: External Email**

Thanks, John.  Do you have originals?

Best,

**Chad S. Pehrson | Parr Brown Gee & Loveless |** A Professional Corporation

101 South 200 East, Suite 700 | Salt Lake City, Utah 84111

Direct: 801.257.7989 | Reception: 801.532.7840 | Cell: 385.244.3959 | cpehrson@parrbrown.com | www.parrbrown.com

Information in this message (including any attachments) is confidential, may be legally privileged, and is intended solely for the use of the person(s) identified above. The sender did not intend to waive any privilege by sending this message.  If you are not the intended recipient of this message, please notify the sender by replying to this message and delete the original and any copies of the message.  Any duplication, dissemination or distribution of this message by unintended recipients is prohibited.

**From:** Worden, John S. [mailto:JSWorden@Venable.com]
**Sent:** Wednesday, September 23, 2020 3:15 PM
**To:** Chad S. Pehrson <cpehrson@parrbrown.com>
**Subject:** FW: Your September 16, 2020, letter to AmeriMark

Chad,

    Following up on our discussion yesterday, these are but a small subset of the documents Mr. Markosian signed in relation to the share exchange agreement.

    Perhaps we can set aside a time to talk later in the week?  Thanks.  john

**John S. Worden | Partner | Venable LLP**
t 415.653.3713 | f 415.653.3755 | m 415.846.8316
101 California Street, Suite 3800, San Francisco, CA 94111

JSWorden@Venable.com | www.Venable.com

**From:** Chad S. Pehrson <cpehrson@parrbrown.com>
**Date:** Tuesday, Sep 22, 2020, 1:26 PM
**To:** Worden, John S. <JSWorden@Venable.com>
**Subject:** RE: Your September 16, 2020, letter to AmeriMark

**Caution: External Email**

Yes, 4 works for me.  801-257-7989.

Best,

**Chad S. Pehrson | Parr Brown Gee & Loveless |** A Professional Corporation

101 South 200 East, Suite 700 | Salt Lake City, Utah 84111

Direct: 801.257.7989 | Reception: 801.532.7840 | Cell: 385.244.3959 | cpehrson@parrbrown.com | www.parrbrown.com

Information in this message (including any attachments) is confidential, may be legally privileged, and is intended solely for the use of the person(s) identified above. The sender did not intend to waive any privilege by sending this message.  If you are not the intended recipient of this message, please notify the sender by replying to this message and delete the original and any copies of the message.  Any duplication, dissemination or distribution of this message by unintended recipients is prohibited.

**From:** Worden, John S. [mailto:JSWorden@Venable.com]
**Sent:** Tuesday, September 22, 2020 2:25 PM
**To:** Chad S. Pehrson <cpehrson@parrbrown.com>
**Subject:** RE: Your September 16, 2020, letter to AmeriMark

Chad,

Can I call you back about 4 mst?

John S. Worden
Venable LLP
101 California St., 38th floor
San Francisco, CA 94111
d 415.653.3713, c 415.846.8316
www.venable.com

**From:** Worden, John S. <JSWorden@Venable.com>
**Date:** Tuesday, Sep 22, 2020, 9:43 AM
**To:** cpehrson@parrbrown.com <cpehrson@parrbrown.com>
**Subject:** Your September 16, 2020, letter to AmeriMark

Mr. Pehrson,
    We represent AmeriMark.  I would like to discuss your attached letter.  Please let me know when you are available.  Thank you.  john

**John S. Worden | Partner | Venable LLP**
t 415.653.3713 | f 415.653.3755 | m 415.846.8316
101 California Street, Suite 3800, San Francisco, CA 94111

JSWorden@Venable.com | www.Venable.com

************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
************************************************************************
************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
************************************************************************
************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
************************************************************************
************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
************************************************************************
************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
************************************************************************
************************************************************************

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
******************************************************************
******************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
******************************************************************