| | |
|---|---|
| **From:** | Worden, John S. <JSWorden@Venable.com> |
| **Sent:** | Thursday, October 15, 2020 6:03 PM |
| **To:** | Chad S. Pehrson <cpehrson@parrbrown.com> |
| **Cc:** | Shaen Bernhardt <svb@albanix.ch>; Michael J. Schefer <mschefer@parrbrown.com>; Phan, Kim T. <NTPhan@Venable.com> |
| **Subject:** | FW: Fwd: AmeriMark |

---

We can postpone the discussion until a week from tomorrow, but we need to do something about your letter now. Are you withdrawing the statements therein (without prejudice, if need be) or must we still assume they remain your client's current position?

**John S. Worden | Partner | Venable LLP**
**t** 415.653.3713 | **f** 415.653.3755 | **m** 415.846.8316
101 California Street, Suite 3800, San Francisco, CA 94111

JSWorden@Venable.com | www.Venable.com

Begin forwarded message:

> **From:** "Chad S. Pehrson" <cpehrson@parrbrown.com>
> **Date:** 15 October 2020 at 20:20:28 CEST
> **To:** "Worden, John S." <JSWorden@Venable.com>
> **Cc:** Shaen Bernhardt <svb@albanix.ch>, "Michael J. Schefer" <mschefer@parrbrown.com>, "Phan, Kim T." <NTPhan@Venable.com>
> **Subject: RE:  AmeriMark**

> Thanks, John.  I understand.  I don't believe a conversation tomorrow would be helpful.  I'm happy to talk on the 23rd.

> Best Regards,

> **Chad S. Pehrson |Parr Brown Gee & Loveless |** A Professional Corporation
> 101 South 200 East, Suite 700 |Salt Lake City, Utah  84111
> Direct: 801.257.7989 |Reception: 801.532.7840 |Cell: 385.244.3959 |cpehrson@parrbrown.com |www.parrbrown.com

> Information in this message (including any attachments) is confidential, may be legally privileged, and is intended solely for the use of the person(s) identified above.  The sender did not intend to waive any privilege by sending this message.  If you are not the intended recipient of this message, please notify the sender by replying to this message and delete the original and any copies of the message.  Any duplication, dissemination or distribution of this message by unintended recipients is prohibited.

> **From:** Worden, John S. [mailto:JSWorden@Venable.com]
> **Sent:** Thursday, October 15, 2020 12:11 PM
> **To:** Chad S. Pehrson <cpehrson@parrbrown.com>
> **Cc:** Shaen Bernhardt <svb@albanix.ch>; Michael J. Schefer <mschefer@parrbrown.com>; Phan, Kim T. < NTPhan@Venable.com>

**Subject:** RE: AmeriMark

I realize you may be waiting for some information, but I'd like to talk tomorrow as best we can. Your Sept 16 letter is still out there.

John S. Worden
Venable LLP
101 California St., 38th floor
San Francisco, CA 94111
d 415.653.3713, c 415.846.8316
www.venable.com

**From:** Chad S. Pehrson <cpehrson@parrbrown.com >
**Date:** Thursday, Oct 15, 2020, 11:00 AM
**To:** Worden, John S. <JSWorden@Venable.com >
**Cc:** Shaen Bernhardt <svb@albanix.ch >, Michael J. Schefer <mschefer@parrbrown.com >, Phan, Kim T. < NTPhan@Venable.com >
**Subject:** RE: AmeriMark

**Caution: External Email**

Thanks, John. My apologies - I think it makes sense to bump the call until next week as I'm still waiting on some documents from my client. Why don't we shoot for the following Friday (the 23rd) at the same time?

Best,

**Chad S. Pehrson | Parr Brown Gee & Loveless |** A Professional Corporation

101 South 200 East, Suite 700 | Salt Lake City, Utah  84111

Direct: 801.257.7989 | Reception: 801.532.7840 | Cell: 385.244.3959 | cpehrson@parrbrown.com | www.parrbrown.com

Information in this message (including any attachments) is confidential, may be legally privileged, and is intended solely for the use of the person(s) identified above. The sender did not intend to waive any privilege by sending this message. If you are not the intended recipient of this message, please notify the sender by replying to this message and delete the original and any copies of the message. Any duplication, dissemination or distribution of this message by unintended recipients is prohibited.

**From:** Worden, John S. [mailto:JSWorden@Venable.com ]
**Sent:** Thursday, October 15, 2020 11:55 AM
**To:** Chad S. Pehrson <cpehrson@parrbrown.com >
**Cc:** Shaen Bernhardt <svb@albanix.ch >; Michael J. Schefer <mschefer@parrbrown.com >; Phan, Kim T. < NTPhan@Venable.com >
**Subject:** RE: AmeriMark

Chad,

        I trust we are still on for tomorrow at 9 am pdt. Shaen is going to join us in case you have any additional questions.

Kim, please send out a zoom invite.  Thanks.

**John S. Worden | Partner | Venable LLP**
**t** 415.653.3713 | **f** 415.653.3755 | **m** 415.846.8316
101 California Street, Suite 3800, San Francisco, CA 94111

JSWorden@Venable.com  | www.Venable.com

**From:** Worden, John S.
**Sent:** Monday, October 12, 2020 11:30 AM
**To:** 'Chad S. Pehrson' <cpehrson@parrbrown.com >
**Cc:** Shaen Bernhardt <svb@albanix.ch>; Michael J. Schefer <mschefer@parrbrown.com >
**Subject:** RE: AmeriMark

Chad,
        Please call me about the cap table.  We can talk at 9 pdt on Friday, or you're welcome to call me beforehand to discuss the table or anything else.

**John S. Worden | Partner | Venable LLP**
**t** 415.653.3713 | **f** 415.653.3755 | **m** 415.846.8316
101 California Street, Suite 3800, San Francisco, CA 94111

JSWorden@Venable.com  | www.Venable.com

**From:** Chad S. Pehrson <cpehrson@parrbrown.com >
**Sent:** Monday, October 12, 2020 11:27 AM
**To:** Worden, John S. <JSWorden@Venable.com >
**Cc:** Shaen Bernhardt <svb@albanix.ch>; Michael J. Schefer <mschefer@parrbrown.com >
**Subject:** RE: AmeriMark

**Caution: External Email**

John,

Thanks for the emails.  I think we'd hope to receive what you have as the current cap table?

I've been busy with other matters but am in the process of reviewing some additional documentation.

How about a call on 10/16 at 9 am Pacific?

Best Regards,

**Chad S. Pehrson | Parr Brown Gee & Loveless |** A Professional Corporation
101 South 200 East, Suite 700 | Salt Lake City, Utah  84111
Direct: 801.257.7989 | Reception: 801.532.7840 | Cell: 385.244.3959 | cpehrson@parrbrown.com  | www.parrbrown.com

Information in this message (including any attachments) is confidential, may be legally privileged, and is intended solely for the use of the person(s) identified above.  The sender did not intend to waive any privilege by sending this message.  If you are not the intended recipient of this message, please notify the sender by replying to this message and delete the original and any copies of the message.  Any duplication, dissemination or distribution of this message by unintended recipients is prohibited.

**From:** Worden, John S. [mailto:JSWorden@Venable.com ]
**Sent:** Sunday, October 11, 2020 1:37 PM
**To:** Chad S. Pehrson <cpehrson@parrbrown.com >
**Cc:** Shaen Bernhardt <svb@albanix.ch>; Michael J. Schefer <mschefer@parrbrown.com >
**Subject:** RE: AmeriMark

Chad, Michael,

We do need to close the loop on this. Please let me know when you're available to discuss. Thanks. John

John S. Worden
Venable LLP
101 California St., 38th floor
San Francisco, CA 94111
d 415.653.3713, c 415.846.8316
www.venable.com

**From:** Worden, John S. <JSWorden@Venable.com >
**Date:** Wednesday, Oct 07, 2020, 10:03 AM
**To:** Chad S. Pehrson <cpehrson@parrbrown.com >
**Cc:** Shaen Bernhardt <svb@albanix.ch>, Michael J. Schefer <mschefer@parrbrown.com >
**Subject:** RE: AmeriMark

Chad, please give me a call.  I'm in a mediation this morning, but things should lighten up later on the day.

John S. Worden
Venable LLP
101 California St., 38th floor
San Francisco, CA 94111
d 415.653.3713, c 415.846.8316
www.venable.com

**From:** Chad S. Pehrson <cpehrson@parrbrown.com >
**Date:** Tuesday, Oct 06, 2020, 4:02 PM
**To:** Worden, John S. <JSWorden@Venable.com >
**Cc:** Shaen Bernhardt <svb@albanix.ch>, Michael J. Schefer <mschefer@parrbrown.com >
**Subject:** RE: AmeriMark

**Caution: External Email**

Thanks, John.  Were you guys going to send over what you have as the current cap table?

Best,

**Chad S. Pehrson | Parr Brown Gee & Loveless |** A Professional Corporation
101 South 200 East, Suite 700 | Salt Lake City, Utah  84111

Direct: 801.257.7989 | Reception: 801.532.7840 | Cell: 385.244.3959 | cpehrson@parrbrown.com | www.parrbrown.com

Information in this message (including any attachments) is confidential, may be legally privileged, and is intended solely for the use of the person(s) identified above. The sender did not intend to waive any privilege by sending this message. If you are not the intended recipient of this message, please notify the sender by replying to this message and delete the original and any copies of the message. Any duplication, dissemination or distribution of this message by unintended recipients is prohibited.

**From:** Worden, John S. [mailto:JSWorden@Venable.com ]
**Sent:** Tuesday, October 6, 2020 8:46 AM
**To:** Chad S. Pehrson <cpehrson@parrbrown.com >
**Cc:** Shaen Bernhardt <svb@albanix.ch>; Michael J. Schefer <mschefer@parrbrown.com >
**Subject:** RE: AmeriMark

Chad, Michael,

Please give me an update when you have a moment. Thanks. John

John S. Worden
Venable LLP
101 California St., 38th floor
San Francisco, CA 94111
d 415.653.3713, c 415.846.8316
www.venable.com

**From:** Worden, John S. <JSWorden@Venable.com >
**Date:** Saturday, Sep 26, 2020, 9:02 PM
**To:** cpehrson@parrbrown.com <cpehrson@parrbrown.com >
**Cc:** Shaen Bernhardt <svb@albanix.ch>, Michael J. Schefer <mschefer@parrbrown.com >
**Subject:** AmeriMark

Chad,

We look forward to speaking with you Monday morning. In the meantime, I attach a number of other documents, including documents signed by many of apparently Mr. Markosian's family members, as well as officers of his company. These are but a small fraction of the relevant emails and documents, but perhaps they will be sufficient for now to refresh your client's recollection regarding the transaction he has been involved with regularly for the past four years.

We hope you can discuss this further with Mr. Markosian before we speak Monday. As we have discussed, AmeriMark is more than a little perplexed by the statements in your letter of September 16 that he has "no connection or relationship" with AmeriMark. Thanks. john

John S. Worden | Partner | Venable LLP
t 415.653.3713 | f 415.653.3755| m 415.846.8316
101 California Street, Suite 3800, San Francisco, CA 94111

JSWorden@Venable.com | www.Venable.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*