IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAPANA SWISS ADVISORS AG, a Swiss corporation; AMERIMARK AUTOMOTIVE AG, a Swiss corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RYMARK, INC., a Utah corporation; NICHOLAS THAYNE MARKOSIAN, an individual; JOHN KIRKLAND, an individual; and VICKY SMALL, an individual,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DEADLINE FOR THIRD-PARTY DEFENDANT AMERIMARK GROUP AG TO RESPOND TO THIRD-PARTY COMPLAINT**<br><br>Case No. 2:23-cv-00467-TS-CMR<br><br>Judge Ted Stewart<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulated Motion for Extension of Deadline for Third-Party Defendant AmeriMark Group AG to Respond (Motion) (ECF 193) to Third-Party Complaint (ECF 139), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that the deadline for Third-Party Defendant AmeriMark Group AG to respond is extended to January 2, 2025.

DATED this 18 December 2024.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah