**Kanton Zug**                                **Kantonsgericht**

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

DEC 31 2024

GARY P. SERDAR
CLERK OF COURT
BY _____
DEPUTY CLERK

<u>Kantonsgericht, Aabachstrasse 3, Postfach, 6301 Zug</u>

**Einschreiben (R)**
Herr Rechtsanwalt Leandro Perucchi
Perucchi & Partner AG
Seefeldstrasse 15
8008 Zürich

Zug, 5. Dezember 2024 buv

**RH 2024 18**
**The United States District Court for the District of Utah in Sachen Capana Swiss Advisors AG und AmeriMark Automotive AG gegen Rymark Inc. betreffend Unternehmenseigentümerschaft (Aktenzeichen: 2:23-cv-00467-RJS-CMR)**

Sehr geehrter Herr Rechtsanwalt

Ich beziehe mich auf Ihr Schreiben vom 4. Dezember 2024, worin Sie die Vertretung von Nicole Kuster anzeigen und um Akteneinsicht im eingangs erwähnten Verfahren ersuchen.

Gemäss § 88 Abs. 2 GOG können Dritte im hängigen Verfahren die Akten einsehen, wenn sie dafür ein wissenschaftliches oder ein anderes schützenswertes Interesse geltend machen und der Einsichtnahme keine überwiegenden öffentlichen oder privaten Interessen entgegenstehen. Frau Nicole Kuster ist im vorliegenden Verfahren als Zeugin zu befragen bzw. sind Akten von ihr zu edieren und gilt deshalb als Dritte im vorstehend erwähnten Sinn (vgl. Hurni, Berner Kommentar, 2012, Art. 53 ZPO N 10). Ein schutzwürdiges Interesse an der beantragten Akteneinsicht hat Frau Kuster nicht geltend gemacht. Demzufolge wird ihr Gesuch um Akteneinsicht vom 4. Dezember 2024 abgewiesen.

Mit Bezug auf die Mitwirkungspflichten und Verweigerungsrechte machen wir Ihre Mandatin erneut auf die Art. 160 sowie Art. 165 f. ZPO aufmerksam.

Freundliche Grüsse
Kantonsgericht des Kantons Zug
Einzelrichter

L. Krähenbühl
Kantonsrichter



```
KANTONSGERICHT ZUG
EINGANG  0 5. Dez. 2024
POSTAUFGABE: _____
```

Rechtsanwälte / Attorneys at Law:
Dr. iur. Leandro Perucchi, LL.M., NY Bar
Dr. iur. Matthias Wiget, LL.M., MCIArb

Büro / Office:
Perucchi & Partner AG
Attorneys at Law
Seefeldstrasse 15
CH-8008 Zürich
info@perucchiandpartner.com

**Einschreiben**
Kantonsgericht Zug
Aabachstrasse 3
Postfach
6301 Zug

Zürich, 4. Dezember 2024
PER

**Akteneinsichtsgesuch i.S. RH 2024 18**

Sehr geehrter Herr Kantonsrichter Krähenbühl

Hiermit zeigen wir Ihnen an, dass wir in rubrizierter Sache die Interessen von Frau Nicole Kuster vertreten, vgl. Vollmacht in der Beilage. Bezugnehmend auf Ihr Schreiben vom 26. November 2024 ersuche ich Sie höflich um Zustellung der Verfahrensakten (Aktenzeichen: 2:323-cv-00467-RJS-CMR), insbesondere des Rechtshilfeersuchens des United States District Court for the District of Utah, vorzugsweise in elektronischer Form an: info@perucchiandpartner.com.

Besten Dank für Ihr antragsgemässes Vorgehen.

Mit vorzüglicher Hochachtung

Perucchi & Partner AG

Dr. Leandro Perucchi

Beilage:     - *Vollmacht vom 2. Dezember 2024*

# VOLLMACHT

**Perucchi & Partner AG**
Rechtsanwälte

**DR. IUR. LEANDRO PERUCCHI**

**DR. IUR. MATTHIAS WIGET**

werden in Sachen **Rechtshilfe USA**

je einzeln zu allen Rechtshandlungen von Generalbevollmächtigten mit dem Recht, Stellvertreter zu ernennen, bevollmächtigt.

Die Vollmacht schliesst insbesondere ein: aussergerichtliche Vertretung, Vertretung vor allen Gerichten, Verwaltungsbehörden und Schiedsgerichten, Abschluss von Gerichtsstandsvereinbarungen und Schiedsverträgen, Ergreifen von Rechtsmitteln, Abgeben von Abstandserklärungen, Abschluss von Vergleichen, Anerkennung und Rückzug von Klagen, Vollzug von Urteilen und abgeschlossenen Vergleichen, Empfangnahme und Herausgabe von Wertschriften, Zahlungen und anderen Streitgegenständen, Anhebung und Durchführung von Schuldbetreibungen, einschliesslich Stellen des Konkursbegehrens, Vertretung in Erbschaftssachen und bei öffentlichen Beurkundungen und Grundbuchgeschäften, Vertretung in Strafsachen, insbesondere Anheben/Stellen und Rückzug von Strafklagen und -anträgen.

Diese Vollmacht erlischt nicht mit dem Ableben, der Verschollenerklärung, dem Verlust der Handlungsfähigkeit oder dem Konkurs der Klientschaft.

**Diese Vollmacht wird zur Verfolgung eines Auftrags erteilt, den die Klientschaft mit Perucchi & Partner AG abgeschlossen hat.**

Die Klientschaft bestätigt, dass sie ihren Anspruch auf eine allfällige Prozessentschädigung Perucchi & Partner AG zahlungshalber abgetreten hat.

*(Steinhausen)*, 2. Dezember 2024
(Ort)                  (Datum)


**Die Klientschaft: Nicole Kuster**

*(signature)*

Nicole Kuster

**Zürcher Anwaltsverband**
(Offizieller Vollmachtstext 04.16)

Kantonsgericht, Postfach, 6301 Zug, Schweiz [RH 2024 18 KRL]

DIE POST

**R**

P.P. CH-6301 Zug          PRIORITY

RY 653 411 826 CH

The United States District Court for the District of Utah
351 S West Temple
UT 84101 Salt Lake City
USA