# COMMERCIAL REGISTER

**AmeriMark Group AG**

Limited or Corporation

Zug

**CHE-356.633.696**

Registered on 27.07.2015

| Ent | Ca | 🏢 Registered name |
|---|---|---|
| 0 |  | **AmeriMark Group AG** |
| 0 |  | (AmeriMark Group SA) (AmeriMark Group Ltd.) |

| Ref |  | 🏠 Registered office |
|---|---|---|
| 1 |  | **Zug** |

| Ent | Ca | Share capital | Paid-in | Denomination of shares |
|---|---|---|---|---|
| 0 | 3 | CHF 1'340'000.00 | CHF 1'340'000.00 |  |
| 3 |  |  |  | 26'800'000 Namenaktien zu CHF 0.05 |

| Ent | Ca | 📍 Registered address |
|---|---|---|
| 6 |  | c/o Martina Plüss<br>Chamerstrasse 63<br>6300 Zug |

| Ent | Ca | Purpose ⇕ |
|---|---|---|
| 3 |  | Halten, Verwalten und Verkaufen von Beteiligungen an in- und ausländischen Unternehmen aller Art; vollständige Zweckumschreibung gemäss Statuten |

| Ent | Ca | ➤ Additional addresses |
|---|---|---|

| Ent Ca | 💬 Remarks |
|---|---|
| 0 | Gemäss Erklärung des Verwaltungsrates vom 27.07.2015 untersteht die Gesellschaft keiner ordentlichen Revision und verzichtet auf eine eingeschränkte Revision. |
| 0 | Nachtrag und Berichtigung des im SHAB Nr. 145 vom 30.07.2015, Publ. Nr. 2296989, publizierten TR-Eintrags Nr. 1194 vom 27.07.2015. |
| 0 | Die Gesellschaft hat mit Beschluss vom 09.05.2018 eine genehmigte Kapitalerhöhung gemäss näherer Umschreibung in den Statuten beschlossen. |
| 3 | Mitteilungen an die Namenaktionäre erfolgen nach Ermessen des Verwaltungsrates per Brief, E-Mail oder Telefax an die im Aktienbuch verzeichneten Adressen. |

| Ref | 🔨 Date of the articles of association |
|---|---|
| 0 | 27.07.2015 |
| 0 | 02.09.2015 |
| 0 | 13.10.2015 |
| 0 | 15.07.2016 |
| 0 | 09.05.2018 |
| 0 | 17.07.2018 |
| 1 | 06.03.2019 |
| 3 | 07.12.2020 |

| Ent Ca | Particular events |
|---|---|
| 0 | Sacheinlage: Die Gesellschaft übernimmt bei der Gründung gemäss Verträgen vom 27.07.2015 17'000'000 Namenaktien zu je CHF 0.02 der O.R. Holding Inc. (Reference Number 661588), in New Brunswick (CA), wofür 3'400'000 Namenaktien zu CHF 0.10 ausgegeben werden. |
| 0 | Sacheinlage: Die Gesellschaft übernimmt bei der ordentlichen Kapitalerhöhung vom 09.05.2018 gemäss Vertrag vom 09.05.2018 total 18'000'000 Namenaktien zu je CHF 0.05 der AmeriMark Automotive AG (CHE-100.954.940), in Frauenfeld, wofür 20'000'000 Stimmrechtsnamenaktien zu CHF 0.05 ausgegeben werden. |

| Ref | 📰 Official publication medium |
|---|---|
| 0 | SHAB |

| Ref | Journal No. | Journal date | SOGC | SOGC date | Page / Id |
|---|---|---|---|---|---|
| 0 | (Transfer seat) | | (Transfer seat) | | |
| 1 | 5120 | 10.04.2019 | 73 | 15.04.2019 | 1004610583 |
| 2 | 672 | 15.01.2020 | 12 | 20.01.2020 | 1004808814 |
| 3 | 18459 | 21.12.2020 | 251 | 24.12.2020 | 1005057641 |
| 4 | 1234 | 25.01.2022 | 20 | 28.01.2022 | 1005392029 |

| Ref | Journal No. | Journal date | SOGC | SOGC date | Page / Id |
|---|---|---|---|---|---|
| 5 | 12478 | 23.07.2024 | 144 | 26.07.2024 | 1006094756 |
| 6 | 12604 | 25.07.2024 | 146 | 30.07.2024 | 1006096884 |
| 7 | 17536 | 17.10.2024 | 205 | 22.10.2024 | 1006159830 |

| Ent | Mo | Ca | Personal details | Role | Signing authority |
|---|---|---|---|---|---|
| | | 7 | Fasser Heeg, Martin, von Val Müstair, in Zollikon | member of the board | individual signing authority |

The information above is given with not commitment and is in no way legally binding.

List of abbreviations

| | |
|---|---|
| Ent | Entry reference number |
| Mo | Modification reference number |
| Ca | Cancellation reference number |
| Journal date | Daily register entry date |
| SOGC | Swiss Official Gazette of Commerce |
| Ref | Reference number |
| Journal No. | Daily register number |
| Journal date | Daily register entry date |

**Commercial register of canton Zug**

Aabachstrasse 5

6301 Zug

**Office hours**

08:00 - 11:45 / 14:00 - 17:00 Uhr

✆ +41 41 594 55 60

✉ contact.hra@zg.ch

⌂ http://www.hrazg.ch/

Privacy policy

Publisher's details

Implemented by DV Bern AG / Technical support

v2024.2.16:5843