```
 1              UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF UTAH

 3                          - - -

 4   CAPANA SWISS ADVISORS    )     CERTIFIED COPY
     AG, a Swiss corporation; )
 5   AMERIMARK AUTOMOTIVE AG, )
     a Swiss corporation;     )
 6                            )
          Plaintiffs,         )     Case No. 2:23-cv-0046-TS-CMR
 7                            )
     vs.                      )     Judge Ted Stewart
 8                            )
     RYMARK, INC., a Utah     )     Magistrate Judge:
 9   corporation; NICHOLAS    )     Cecilia M. Romero
     THAYNE MARKOSIAN, an     )
10   individual; JOHN         )
     KIRKLAND, an individual; )
11   and VICKKY SMALL, an     )
     individual,              )
12                            )
          Defendants.         )
13                            )
     -------------------------
14

15                    DEPOSITION OF

16                 MARTIN FASSER HEEG

17              KUNZLER BEAN & ADAMSON

18               SALT LAKE CITY, UTAH

19                 NOVEMBER 26, 2024

20

21

22

23

24

25
```

```
 1    APPEARANCES OF COUNSEL:

 2    FOR PLAINTIFFS:

 3              John S. Worden
                VENABLE, LLC
 4              101 California Street, Suite 3800
                San Francisco, California 94111
 5              415.653.3713
                Jsworden@venable.com
 6


 7


 8    FOR DEFENDANTS:

 9              Stephen Richards
                KUNZLER BEAN & ADAMSON
10              50 West Broadway, Suite 1000
                Salt Lake City, Utah 84101
11              801.994.4646
                Srichards@kba.law
12


13


14    ALSO PRESENT:

15              John Golze, Interpreter

16

17

18

19

20

21

22

23

24

25
```

```
 1        Q.   And you own that jointly with your wife; is
 2   that correct?
 3        A.   No.  My wife owns a hundred percent.
 4        Q.   Your wife owns it.  And it employs you; is
 5   that right?
 6        A.   Correct.
 7        Q.   Does it have other employees?
 8        A.   Three, yes.
 9        Q.   Aside from your employment with
10   Heeg Treuhand, do you have employment or positions at
11   any other companies?
12        A.   There is a -- well, actually it's not an
13   employment.  Position, I am -- we own a second company
14   that provides a similar service which we bought, but we
15   don't have salary there.  We just transfer it to
16   Heeg Treuhand.
17        Q.   Aside from those two, any others?
18        A.   I'm on various boards.
19        Q.   Are you on the board of AmeriMark Automotive?
20        A.   Yes.
21        Q.   And what's your title there?
22        A.   I'm now the chairman of the board.  Or,
23   technically, I'm the only board member, so --
24        Q.   Are you --
25        A.   -- is not relevant.
```

```
 1      Q.    Are you also on the board of the
 2   Amerimark Group?
 3      A.    Yes.
 4      Q.    Are you the chairman of the board there as
 5   well?
 6      A.    Yes.
 7      Q.    Are there any other board members there?
 8      A.    No.
 9      Q.    Do you have a position with Capana Swiss
10   Advisors?
11      A.    No.
12      Q.    I think you said you're a director of other
13   companies besides AmeriMark Automotive and
14   AmeriMark Group; is that right?
15      A.    Right.
16      Q.    Do you have a ballpark figure of how many
17   that might be?
18      A.    12.  10, 12.
19      MR. RICHARDS:  I'm going to ask that the reporter
20   mark this.  I have to look up where we are.  Let's
21   start at D-70.  D-7-0.
22            (Exhibit D-70 marked.)
23      Q.    (BY MR. RICHARDS) The way that exhibits will
24   work in this case is that the reporter will mark an
25   exhibit, and then she'll hand it to, you'll refer to
```

```
 1        Q.   And at this time there were only two people

 2   on the board, so the two people would have needed to be

 3   you and Mr. Colshorn; correct?

 4        A.   Correct.

 5        Q.   But you don't remember whether you had joint

 6   or single signature authority?

 7        A.   Correct.  I cannot say for sure.

 8        Q.   And single signature authority just means, of

 9   course, that either one of you could legally bind the

10   company?

11        A.   Correct.

12        MR. RICHARDS:  We'll mark Exhibit D-77.

13               (Exhibit D-77 marked.)

14        Q.   (BY MR. RICHARDS) So you have in front of you

15   Exhibit D-77.  Do you see that this is an email chain

16   dated February 23, 2023?

17        A.   Yes.

18        Q.   So let's start with the earliest email in the

19   chain which will be at the bottom of the page.

20        A.   Yeah.

21        Q.   Do you see that this email is from Shaen

22   Bernhardt to you?

23        A.   Yes.

24        Q.   And Mr. Bernhardt writes "Good afternoon,

25   Martin.  There is phrase in English, baptism by fire,
```

```
 1      A.   No.  I was not present.
 2      Q.   Do you know whether AmeriMark Group held
 3 annual general meetings in each of the last, say,
 4 five years?
 5      A.   No, I would not.
 6      Q.   Same question for AmeriMark Automotive, same
 7 answer?
 8      A.   Same answer.
 9      MR. RICHARDS:  We've gone for a while.  Are you
10 ready for a break?
11      MR. WORDEN:  All right.
12      THE WITNESS:  Yes.  I think my voice can do with
13 tea.
14      (Recess taken from 11:53 a.m. to 12:11 p.m.)
15      MR. WORDEN:  I was served earlier this morning
16 with a summons on a third-party Complaint against
17 AmeriMark Group AG or A-G.  Mr. Fasser Heeg and I are
18 not legally authorized to accept service on behalf of
19 AmeriMark Group AG or A-G.  Thank you.
20      MR. RICHARDS:  And I'll just state for the record
21 that we dispute that.  That will be delivered today.
22      MR. WORDEN:  That's all right.
23      MR. RICHARDS:  Welcome back, Mr. Fasser.  I would
24 like to mark D-85.
25                (Exhibit D-85 marked.)
```

```
 1     A.    No.
 2     Q.    Have you ever met him?
 3     A.    Nien.  No.  Sorry.
 4     Q.    Even I understood that.
 5           The next name is your name; correct?
 6     A.    Correct.
 7     Q.    And the role that's here is having right to
 8  sign.  I assume that's the signatory authority you were
 9  discussing earlier; is that right?
10     A.    Correct.
11     Q.    And his name is crossed out because this was
12  your former role; correct?
13     A.    Correct.
14     Q.    What does the 7m mean next to that?
15     A.    7m is -- well, the 7 is the same date as
16  above and the M, it's always -- there must be a
17  footnote explaining a M, but I don't see it.
18     Q.    That's okay.
19     A.    I don't know.  I don't know what the M means.
20     Q.    That's okay.  I was only curious.
21           And the new role is member of the board;
22  correct?
23     A.    Correct.
24     Q.    And you also have individual signing
25  authority?
```

```
 1      A.   Correct.
 2      Q.   Anyone else have signing authority for
 3   AmeriMark Group?
 4      A.   No.
 5      Q.   Nobody else has any employment position with
 6   AmeriMark Group; correct?
 7      A.   Correct.
 8      Q.   No other personnel whatsoever?
 9      A.   Correct.
10      Q.   Does AmeriMark Group have an authorized agent
11   for service?
12      A.   What is that?
13      Q.   Okay.  If you don't know, that's fine.  You
14   know, Mr. Worden, your attorney, just put a statement
15   on the record that neither he nor you is authorized to
16   accept service of a Complaint on behalf of
17   AmeriMark Group.  You heard him say that; correct?
18      A.   What?
19      Q.   I'll start over.  So at the beginning of this
20   session Mr. Worden made a statement on the record that
21   neither he nor you is authorized to accept service of
22   the third-party Complaint on behalf of AmeriMark
23   Group AG; correct?
24      A.   Correct.
25      Q.   You heard him say that?
```

```
 1      A.   Yes.
 2      Q.   And is that true what he said?
 3      A.   Yes.
 4      Q.   So who is authorized to accept service of the
 5   Complaint on behalf of AmeriMark Group?
 6           MR. WORDEN:  Calls -- calls for a legal
 7   conclusion.  You can go ahead.
 8           THE WITNESS:  Well, my understanding is in
 9   Switzerland there is a different process.  It has to go
10   through a Swiss Court.
11           MR. RICHARDS:  Okay.
12           THE WITNESS:  And there is no Swiss Court in Utah.
13      Q.   (BY MR. RICHARDS) But you're the only natural
14   person, by which I mean a real person like us --
15      A.   Yes.
16      Q.   -- that has any association with
17   AmeriMark Group; correct?
18      A.   Correct.
19      Q.   And you're an officer of AmeriMark Group?
20      A.   Correct.
21      Q.   And a director of AmeriMark Group?
22      A.   Correct.
23      Q.   And you act as AmeriMark Group's agent for
24   other purposes; correct?
25      A.   Again, can you explain agent.
```

```
 1    STATE OF UTAH           )
                              ) ss.
 2    COUNTY OF SALT LAKE     )

 3                     REPORTER'S CERTIFICATE

 4         I, Amanda Richards, certified shorthand reporter

 5    for the State of Utah, certify:

 6         That the deposition of the witness herein was

 7    taken before me at the time and place herein set forth,

 8    at which time the witness was by me duly sworn to

 9    testify the truth; that the testimony of the witness

10    and all objections made and all proceedings had of

11    record at the time of the examination were

12    stenographically reported and transcribed by me.

13         That the foregoing transcript, as transcribed by

14    me, is a full, true and correct record of my

15    stenographic notes so taken; that review of the

16    transcript by the witness was requested pursuant to

17    Rule 30(e) of the Utah Rules of Civil Procedure.

18         I further certify that I am neither counsel for

19    nor related to any party to said action, nor in anywise

20    interested in the outcome thereof.

21         IN WITNESS WHEREOF, I have subscribed my name

22    below this 5th day of December 2024.

23
                    _____Amanda Richards_____
24
                         Amanda Richards, CSR
25
```