AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| Capana Swiss Advisors AG, et al.<br>*Plaintiff*<br>v.<br>Rymark, Inc. et al.<br>*Defendant, Third-party plaintiff*<br>v.<br>Shaen Bernhardt, et al.<br>*Third-party defendant* | )<br>)<br>)  Civil Action No. 2:23-cv-00467-TS-CMR<br>)<br>)<br>)<br>)<br>) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   ASHLEY MIRON LESHEM
8018 Mizner Ln
Boca Raton, FL 33433

   A lawsuit has been filed against defendant   Ashley Miron Leshem  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  Rymark, Inc., et al.  .

   Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Chad S. Pehrson (cpehrson@kba.law), Robert P. Harrington (rharrington@kba.law), Stephen Richards (srichards@kba.law
KB&A (801-994-4646)
50 West Broadway, Ste 1000, Salt Lake City, T 84101

   It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Eric A. Christiansen (echristiansen@parsonsbehle.com), Hannah J. Ector (hector@parsonsbehle.com)
Parsons Behle & Latimer, 201 South Main St, Ste 1800, Salt Lake City, UT 84111 (801-532-1234)
Sara E. Diamond (sediamond@veneble.com) Venable LLP, 2049 Century Park East Ste 2300, Los Angeles, CA 90067 (310-229-9900)

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

   A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:  09/18/2024

Gary P Serdar
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ASHLEY MIRON LESHEM and the Complaint was received by me on *(date)* January 9, 2025 .

☒ I personally served the summons on the individual at *(place)* Redcon 1 Gym, 990 S. Rogers Circle, Boca Raton, FL 33487 in the parking lot on *(date)* 1/13/25 at 12:54 p.m; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: January 13, 2025

*Server's signature*

John McKinney
*Printed name and title*

8305 Mills Dr., #511, Miami, FL 33183
*Server's address*

Additional information regarding attempted service, etc:

I saw Mr. Leshem exit the gym and walk to a blue Alfa Romeo bearing FL tag JRAJ89 which is registered to Ashley Miron Leshem. He is a white male, black hair who appeared to be in his 60s wearing blue sweat pants, gray t-shirt and a black jacket with sunglasses. He walks with a limp. He entered the driver's side and closed the door. I made contact with him at this time and inquired if he was Ashley Leshem? He said yes. I informed him that I was there to serve him with a Summons and Complaint. He accepted the paperwork which was endorsed by me with the date and my initials.