```
 1                UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF UTAH

 3
      * * * * * * * * * * * * * * * *    CERTIFIED COPY
 4   CAPANA SWISS ADVISORS AG, a     *
     Swiss corporation; AMERIMARK    *
 5   AUTOMOTIVE AG, a Swiss          *
     corporation,                    *
 6                                   *
             Plaintiffs,             *
 7   v.                              *   Case No. 2:23-cv-00467
                                     *
 8   RYMARK, INC., a Utah corporation;*  Judge: Robert J. Shelby
     NICHOLAS THAYNE MARKOSIAN, an   *
 9   individual; JOHN KIRKLAND, an   *   Magistrate Judge:
     individual; and VICKY SMALL, an *         Cecilia M. Romero
10   individual,                     *
                                     *
11           Defendants.             *
     -- -- -- -- -- -- -- -- -- -- - *
12   RYMARK, INC., a Utah corporation;*
     and NICHOLAS THAYNE MARKOSIAN,  *
13   an individual;                  *
                                     *
14           Counter Claimants,      *
                                     *
15   v.                              *
                                     *
16   CAPANA SWISS ADVISORS AG, a     *
     Swiss corporation, and AMERIMARK*
17   AUTOMOTIVE AG, a Swiss          *
     corporation,                    *
18                                   *
             Counter Defendants.     *
19    * * * * * * * * * * * * * * * *

20
                   VIDEORECORDED DEPOSITION OF
21
                         Shaen Bernhardt
22
                       September 4, 2024
23

24
          Reported by:   Spencer Von Jarrett, RPR No. 993793
25
```

1        THE WITNESS:  Excuse me.  I assume I don't have to spell
2   that out.
3        Q.   Do you have any current business dealings with Mr.
4   Leshem?
5        A.   I've had some conversations with him since the beginning
6   of this litigation.  He obviously was involved in great detail
7   with Rymark and the AmeriMark companies, and he was a very good
8   resource for information on those.
9             But business dealings, no.
10            And in fact, the board of directors of Capana Swiss
11  Advisors had a conference.  I think it was only two directors
12  represented at that conference -- I certainly had some discussions
13  with them about the AMF report and Mr. Leshem.
14            And I believe, although I wasn't in that conference, I
15  believe that they decided that there would be no more commercial
16  activity of any kind, direct or indirect, with Mr. Leshem after
17  that report.
18            I'm speculating a little bit; that's my general
19  understanding of the aftermath of that meeting.
20       Q.   Would there be minutes of that meeting?
21       A.   No.
22       Q.   Does Capana not take minutes of meetings of its board of
23  directors?
24       A.   Not in an informal -- sorry, I interrupted you.
25       Q.   No, go ahead.

```
 1                    REPORTER'S CERTIFICATE

 2   STATE OF UTAH )

 3   COUNTY OF UTAH )

 4            I, Spencer Von Jarrett, a Certified Shorthand Reporter,

 5   Registered Professional Reporter, hereby certify:

 6            THAT the foregoing proceedings were taken before me at

 7   the time and place set forth in the caption hereof; that the

 8   witness was placed under oath to tell the truth, the whole truth,

 9   and nothing but the truth; that the proceedings were taken down by

10   me in shorthand and thereafter my notes were transcribed through

11   computer-aided transcription; and the foregoing transcript

12   constitutes a full, true, and accurate record of such testimony

13   adduced and/oral proceedings had, and of the whole thereof.

14            I have subscribed my name on this 3rd day of September,

15   2024.

16

17
                             _____
18

19                           Spencer Von Jarrett

20                           Registered Professional Reporter #993793

21

22

23

24

25
```