# EXHIBIT 1

```
 1                IN THE UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF UTAH, CENTRAL DIVISION
 3                            -ooOoo-
 4      CAPANA SWISS ADVISORS AG,   )
        a Swiss corporation;        )
 5      AMERIMARK AUTOMOTIVE AG,    )
        a Swiss corporation,        )  Case No. 2:23-cv-00467
 6                                  )
              Plaintiffs,           )  Judge
 7                                  )  Hon. Robert J. Shelby
        vs.                         )
 8                                  )  Magistrate Judge
        RYMARK, INC., a Utah        )  Hon. Cecilia M. Romero
 9      corporation; NICHOLAS       )
        THAYNE MARKOSIAN, an        )
10      individual; JOHN            )
        KIRKLAND, an individual;    )
11      and VICKY SMALL, an         )
        individual,                 )
12                                  )
              Defendants.           )
13      _____    )
14
15
16               Video Recorded Deposition of
                   NICHOLAS THAYNE MARKOSIAN
17
                   Taken on August 8, 2024
18              At 9:46 a.m. to 6:24 p.m.
19              At PARSONS BEHLE & LATIMER
                   201 South Main Street
20                      Suite 1800
                Salt Lake City, Utah 84111
21
22
23
24
25   Reported by:  Deirdre Rand, RPR, CSR, CCR


                                                        Page 1
```

| | |
|---|---|
| 1 | Q. Okay. This is an email from Miron to you and |
| 2 | David Hesterman, dated May 9, 2016 copied to Daniel |
| 3 | Gysi. Subject: Share Exchange Agreement Final - High |
| 4 | Importance. Attachments: AMERIMARK SHARE EXCHANGE |
| 5 | final.docx.                                                02:00 |
| 6 | Can you please read the email prior to the |
| 7 | German? |
| 8 | A. Sure. "Dear Nick: Attached, please find |
| 9 | Share Exchange Agreement for your signature. Please |
| 10 | sign in places indicated, scan and return."                02:00 |
| 11 | Q. Okay. And then we can just look at the |
| 12 | attachment that has been produced by your counsel. |
| 13 | If I could direct your attention to page 10, |
| 14 | the page number, where it says "Executed by." And can |
| 15 | you read what's on this page?                              02:01 |
| 16 | A. Yes. It says, "Executed by," and then |
| 17 | "AmeriMark Automotive AG," and there's a dotted line and |
| 18 | underneath the dotted line it says, "Nicholas Markosian, |
| 19 | Founder." And then another line says, "Shareholder of |
| 20 | Emission & Power Solution Inc.," and then there's        02:01 |
| 21 | another dotted line and underneath the dotted line is |
| 22 | "Nicholas Markosian" with a comma after it. |
| 23 | Q. Were you the founder of AmeriMark Automotive? |
| 24 | A. I don't know. |
| 25 | Q. Are you a shareholder of Emission & Power       02:02 |

Page 166

```
 1    Solutions Inc.?
 2        A.   I don't know.
 3        Q.   Okay.  Next is Exhibit 38.  Tab 41.  Okay.
 4    Exhibit 38.
 5         (Exhibit No. 38 was marked for identification.)    02:02
 6        Q.   This is an email, it says, From:
 7    donotreply@markosianauto.com on behalf of Markosian
 8    Auto, To: Nick Markosian, nick@beenjerkedaround.com.
 9    Date May 9, 2016.  Subject:  Scanned image from
10    MX-M503N.  Attachments:  Markosian                      02:03
11    Auto_20160509_120807.pdf."
12             Earlier, you testified that the
13    donotreply@markosianauto.com could have been your office
14    scanner?
15        A.   Uh-huh.                                        02:03
16        Q.   So let's look at the attachment to this email.
17    Again, this is what your counsel produced.  I'll first
18    direct your attention to page 1.  It's 71391.  And what
19    does the date say on this?
20        A.   The top of the page says, "Dated:  May," and   02:03
21    then there's a blank spot and the -- the number 9th is
22    written in, 2016.
23        Q.   Same thing, page 3.
24        A.   At the very top of that page it has the same
25    thing.  It says, "Agreement dated May," and then there's 02:03
```

Page 167

```
 1    a pen filled in, "9th, 2016."
 2         Q.   Okay.  And now to page 10, 71400.
 3         A.   Page 10 like the -- the -- these --
 4         Q.   Correct.
 5         A.   Okay.                                            02:04
 6         Q.   Are those your signatures?
 7         A.   There is a one that looks like my signature
 8    above "Nicholas Markosian, Founder" and then there's
 9    another signature, but there is this weird line in the
10    middle of it.                                             02:04
11         Q.   So --
12         A.   That says, "Shareholder of Emission & Power
13    Solutions, Inc."
14         Q.   So your testimony is that that is not your
15    signature underneath the Shareholder of Emission & Power  02:04
16    Solutions, Inc.?
17         A.   No, it looks like my signature, but there's
18    this just strange line right in between where my
19    signature is and Shareholder of the Emission & Power
20    Solutions.                                                02:05
21         Q.   Do you mean this line that's across all of the
22    pages?
23         A.   Oh, yeah.  Yeah.
24         Q.   So just to confirm, are these your signatures
25    on page 10, 71400?                                        02:05
```

Page 168

```
 1            A.   They look like my signatures.
 2            Q.   Okay.  And so going back to page 13 -- and so
 3     again, this shows -- Schedule 3 says for your name,
 4     1,300, number of shares issued in company; 18 million
 5     number of consideration shares to be issued in the          02:06
 6     purchaser on completion; and percentage shareholding in
 7     the purchaser after share exchange in percentage, 100,
 8     correct?
 9            A.   That's what it says, yes.
10            Q.   Okay.  Next is Exhibit 39.  Tab 42.             02:06
11            (Exhibit No. 39 was marked for identification.)
12            Q.   Okay.  So this is an email.  It says it's from
13     you, sent May 9, 2016, to Miron and Hesterman.  Then it
14     says Subject:  Executed share exchange agreement.
15     Attachments:  Markosian 20160509_1020807.pdf. [As read.]   02:07
16            I would ask you to compare Exhibit 38 with 39
17     with regard to the attachments and let me know if those
18     attachments' language or descriptions are identical on
19     the -- on the first page, Mr. Markosian.
20            So, like, under "Attachments."                      02:07
21            A.   Oh, just under --
22            Q.   Yeah.
23            A.   -- "Attachments."  All right.
24            Q.   If you can just compare the word
25     "Attachments:" on the page 1 of 38 and 39 and let me       02:07
```

```
 1    stopped talking to Dave?
 2         A.   No.  No.
 3         Q.   Did you stop talking to both, like, around the
 4    same time?
 5         A.   Yeah.                                              05:21
 6         Q.   And you think maybe that was, like, the winter
 7    of 2019?  Or...
 8         A.   It was probably before that.
 9         Q.   Fall?
10              MR. PEHRSON:  Object; vague.                       05:21
11              THE WITNESS:  I doubt that I had a
12    conversation or an email with Miron after, say, the end
13    of 2018 would be my guess.
14    BY MS. DIAMOND:
15         Q.   Oh, 2018 is what you, the last time you talked     05:21
16    to Miron, based on your recollection?
17         A.   Somewhere in that range.
18         Q.   Was it -- did you stop talking to Miron before
19    you stopped talking to Hesterman?
20         A.   Yes.                                               05:21
21         Q.   Okay.  Next, Exhibit 71.  86.
22              (Exhibit No. 71 was marked for identification.)
23         Q.   Okay.  So let me know when you're ready.
24         A.   I'm ready.
25         Q.   All right.  Do you know what Whitetree Capital    05:22
```

Page 291

```
 1      Limited is?
 2          A.  I do now.
 3          Q.  And what is it?
 4          A.  I don't really know what it is.  I just heard
 5      the name.  I should have -- I misspoke.  I don't know        05:22
 6      what it is.  I've just heard the name.
 7          Q.  Okay.
 8          A.  Sorry.
 9          Q.  So this is an email -- okay, so we've been
10      going back and forth with Grantchester Equity.  There's      05:22
11      a signature at the bottom of this email now.  Does this
12      refresh your recollection of whether or not Miron is
13      Grantchester Equity?
14              MR. PEHRSON:  Objection; ambiguous.
15              THE WITNESS:  Based on that email signature,         05:22
16      he -- it's his email address.
17      BY MS. DIAMOND:
18          Q.  Okay.  So Miron is emailing Vicky with a copy
19      to you and Hesterman.  This is February 19, 2020.
20          A.  Uh-huh.                                              05:23
21          Q.  Now, this is the time when you had said that
22      he had disappeared and you weren't really in contact
23      anymore.  Is that --
24          A.  Now...
25              MR. PEHRSON:  Objection; vague.                      05:23
```

Page 292