# EXHIBIT 3



CHAD S. PEHRSON
801-257-7989
cpehrson@parrbrown.com

VIA EMAIL AND US MAIL WHERE ADDRESS INDICATED

Amerimark Group AG
ir@amerimarkag.com

Nicolai Colshorn
office@econcc.ch

Miron Leshem
grantchesterequity@comcast.net

David A. Hesterman
hestermaniac@gmail.com

Ananda Capital Partners, Inc.
7824 La Mirada Dr.
Boca Raton FL 33433

September 16, 2020

**Re: Notice of Non-Relationship and Misdirected Communications, Demand to Cease and Desist**

Dear Sir or Madam:

This Firm represents Rymark Inc. dba Markosian Auto, as well as John Kirkland and Nicholas Markosian. The purpose of this communication is to advise you that Markosian Auto, Mr. Kirkland, and Mr. Markosian have no connection or relationship with you, and no connection or relationship with the putative entity Amerimark AG.

As a courtesy, please be advised that John Kirkland and Nicholas Markosian have recently received a substantial amount of email correspondence from individuals in Europe. This email correspondence appears to have been misdirected. Since some of you appear to be copied on this correspondence, the correspondence may be intended for you. We understand that you will advise the sender of the error in seeking to contact Messrs. Kirkland and Markosian.

Please further be advised that Markosian Auto had had some interactions with Dave Hesterman over the past several years. Mr. Hesterman presented himself as a business consultant, with his consultancy services involving certain affiliated entities and/or individuals, including Miron Leshem and Ananda Capital Partners. Markosian Auto paid Mr. Hesterman

---

Parr Brown Gee & Loveless, A Professional Corporation
101 South 200 East, Suite 700, Salt Lake City, UT 84111
T 801.532.7840   F 801.532.7750   www.parrbrown.com



**EXHIBIT 73**



CHAD S. PEHRSON
801-257-7989
cpehrson@parrbrown.com

substantial fees in connection with business consulting work. Unfortunately, only after payment of these substantial fees did Markosian Auto learned that Mr. Hesterman had been convicted of securities fraud on multiple occasions. Some months ago, Markosian Auto received a partial refund of some of these fees delivered to Mr. Hesterman. That partial refund was unexpected given the circumstances of the Hesterman fraud. However, Markosian Auto has still lost several tens of thousands of dollars to the Hesterman fraud.

Please be further advised that Markosian Auto is small family business located in Salt Lake City, Utah. We demand that you cease and desist from any and all representations that you or your business affiliates have any connection with, relationship with, agency with, or authority from Markosian Auto. In short, you do not and have not represented Markosian Auto for any purpose.

Furthermore, with respect to the website at the following URL https://amerimarkag.com/investor-relations/, we demand that you immediately take down the site, and cease and desist from false representations, including but not limited to: 1) representing that AmeriMark Group AG has any connection to Nicholas Markosian or Markosian Auto; 2) representing that AmeriMark Group AG has any business relationship with Nicholas Markosian or Markosian Auto; 3) representing that AmeriMark Group AG purports to own all or a portion of Markosian Auto. All such representations are categorically false and must cease. Furthermore, we understand that recent press releases released by the company attribute statements to Mr. Markosian. We demand that all such practices cease.

We trust that this communication resolves the aforementioned issues, and that you will take the necessary steps to cease violations of the law and/or misleading statements. The above is not an exhaustive statement of all the relevant facts and law, and Markosian Auto expressly reserves all of its legal and equitable rights and remedies, including the right to seek injunctive relief and recover monetary damages.

Sincerely,

PARR BROWN GEE & LOVELESS, P.C.

Chad S. Pehrson



Parr Brown Gee & Loveless, A Professional Corporation
101 South 200 East, Suite 700, Salt Lake City, UT 84111
T 801.532.7840   F  801.532.7750   www.parrbrown.com