# EXHIBIT 4

```
 1                 IN THE UNITED STATES DISTRICT COURT
 2                 DISTRICT OF UTAH, CENTRAL DIVISION
 3
         CAPANA SWISS ADVISORS     )
 4       AG, a Swiss corporation;  )
         AMERIMARK AUTOMOTIVE      )
 5       AG, a Swiss corporation,  )  Videotaped Deposition of:
                                   )
 6            Plaintiffs,          )  Brett Breedlove
                                   )
 7       vs.                       )
                                   )  Case No. 2:23-CV-00467
 8       RYMARK, INC., a Utah      )
         corporation; NICHOLAS     )  Judge:
 9       THAYNE MARKOSIAN, an      )  Hon. Robert J. Shelby
         individual; JOHN          )
10       KIRKLAND, an individual;  )  Magistrate Judge:
         and Vicky Small, an       )  Cecilia M. Romero
11       individual,               )
                                   )
12            Defendants.          )
13
14                  REMOTE PROCEEDING VIA ZOOM
15
16
17            October 22, 2024 * 12:10 p.m.  (EST)
18
19
20
21
22
23
24            Reporter:  Diana Kent, RPR, CRR
25       Notary Public in and for the State of Utah
```

Page 1

| | | |
|---|---|---|
| 1 | (EXHIBIT 48 WAS MARKED.) | 03:03:30 |
| 2 | Q.  It's a large document, but just based on | 03:03:38 |
| 3 | the title page, I'll ask if you have ever seen -- | 03:03:40 |
| 4 | A.  No.  Again, if it was part of the exhibits | 03:03:48 |
| 5 | in the Complaint, I may have scanned it there, but not | 03:03:52 |
| 6 | prior. | 03:03:57 |
| 7 | Q.  Okay.  So no recollection if Rymark ever | 03:03:57 |
| 8 | provided KSM with this document? | 03:04:01 |
| 9 | A.  Correct. | 03:04:03 |
| 10 | Q.  And Exhibit 49, KSM 0008011. | 03:04:03 |
| 11 | (EXHIBIT 49 WAS MARKED.) | 03:04:18 |
| 12 | Q.  So you see the Bates number, Mr. Breedlove? | 03:04:19 |
| 13 | A.  Yes. | 03:04:24 |
| 14 | Q.  And you recognize it as a document | 03:04:25 |
| 15 | produced by your firm? | 03:04:27 |
| 16 | A.  Yes. | 03:04:29 |
| 17 | Q.  And so this is dated September 28, 2023. | 03:04:30 |
| 18 | A.  Correct. | 03:04:33 |
| 19 | Q.  Have you seen this document before? | 03:04:35 |
| 20 | A.  Yes. | 03:04:36 |
| 21 | Q.  And what is it? | 03:04:37 |
| 22 | A.  This is -- so during the period of | 03:04:39 |
| 23 | reissuance, we had requested Nick personally to make | 03:04:46 |
| 24 | personal representations regarding ownership of the | 03:04:50 |
| 25 | business and his election to be treated under | 03:04:52 |

Page 170

| | | |
|---|---|---|
| 1 | Subchapter S of the Internal Revenue Code. | 03:04:55 |
| 2 | Q.    Why is that? | 03:04:58 |
| 3 | A.    Why is what? | 03:04:59 |
| 4 | Q.    Why did you make that request? | 03:05:00 |
| 5 | A.    Because of being made aware of the | 03:05:05 |
| 6 | litigation and the challenge, we wanted additional | 03:05:07 |
| 7 | support and his additional representations in the file | 03:05:12 |
| 8 | to support the disclosures in the financial statements, | 03:05:15 |
| 9 | in addition to the tax returns that are filed. | 03:05:19 |
| 10 | Q.    So is it fair to say that discovery of the | 03:05:21 |
| 11 | litigation heightened the professional skepticism in | 03:05:29 |
| 12 | some regard? | 03:05:32 |
| 13 | A.    Correct. | 03:05:33 |
| 14 | Q.    And so part of it was requesting this | 03:05:34 |
| 15 | letter? | 03:05:37 |
| 16 | A.    Yes. | 03:05:38 |
| 17 | Q.    And so Rymark and KSM restated -- or you | 03:05:39 |
| 18 | restated the 2022 consolidated financial statements | 03:05:48 |
| 19 | directly because of the discovery of the litigation on | 03:05:51 |
| 20 | August 20, 2023. | 03:05:53 |
| 21 | A.    We reissued the financial statements upon | 03:05:56 |
| 22 | discovery of the litigation, correct. | 03:05:59 |
| 23 | Q.    And in reviewing those documents and | 03:06:02 |
| 24 | preparing them, did you -- were you ever provided with | 03:06:05 |
| 25 | the 2016 power of attorney documents that we looked at | 03:06:10 |

Page 171