# EXHIBIT 5



Tracking Code: RR584936066DE

This shipment is handled by: **Deutsche Post**

Customer Service

**The item was delivered on 19.12.2024.**

**Further Detail**

Delivered

More Shipment Details

All Shipment Updates

