# EXHIBIT 6

# AmeriMark Group AG

(AmeriMark Group Ltd) (AmeriMark Group SA)

Stand am / *status from* : 18.01.2019

AmeriMark Group AG verfügt über ein Aktienkapital von insgesamt CHF 1'340'000.00, eingeteilt in 3'400'000 Inhaberaktien à nom. CHF 0.10 und 20'000'000 Namenaktien à nom. CHF 0.05
AmeriMark Group AG has a total share capital of CHF 1,340,000.00, divided into 3,400,000 bearer shares with a nominal value of CHF 0.10 each and 20,000,000 registered shares with a par value of CHF 0.05 each.

## Aktienbuch über 20'000'000 Namenaktien à nom. CHF 0.05
## Share register of 20,000,000 registered shares with a par value of CHF 0.05 each

| Zertifikat Nr. | Aktie Nr. von share no from | Aktie Nr. bis share no to | Aktionär (shareholder) Nachname last name | Vorname first name | Adresse address | PLZ ZIP | Ort place | Anzahl Aktien no. of shares | Nominalwert nominal value | Übertragung am / an transfer at / to | Visum VR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 22'223 | Markosian | Dr. Michael | 1 East Liberty Street Suite 555 | 89501 | Reno Nevada (USA) | 22'223 | 1'111.15 | Kapitalerhöhung/capital increase 09.05.2018/17.07.2018 | |
| | 22'224 | 44'446 | Markosian | Richard | 764 East Wilson Ave. | 84105 | Salt Lake City (USA) | 22'223 | 1'111.15 | Kapitalerhöhung/capital increase 09.05.2018/17.07.2018 | |
| | 44'447 | 66'669 | Markosian | Paul | 3988 South 2700 East | 84124 | Salt Lake City (USA) | 22'223 | 1'111.15 | Kapitalerhöhung/capital increase 09.05.2018/17.07.2018 | |
| | 66'670 | 88'892 | Markosian | Bruce | 1230 West 200 South | 84104 | Salt Lake City (USA) | 22'223 | 1'111.15 | Kapitalerhöhung/capital increase 09.05.2018/17.07.2018 | |
| | 88'893 | 111'115 | Markosian | Becky | 3581 Warr Road | 84109 | Salt Lake City (USA) | 22'223 | 1'111.15 | Kapitalerhöhung/capital increase 09.05.2018/17.07.2018 | |
| | 111'116 | 138'893 | Kirkland | John | 2317 5950 South | 84403 | Ogden Utah (USA) | 27'778 | 1'388.90 | Kapitalerhöhung/capital increase 09.05.2018/17.07.2018 | |
| | 138'894 | 166'671 | Small | Vicky | 14338 South Fox Creek Drive | 84096 | Herriman Utah (USA) | 27'778 | 1'388.90 | Kapitalerhöhung/capital increase 09.05.2018/17.07.2018 | |
| | 166'672 | 183'338 | Gardiner | Heric | 1147 East Ramona Ave | 84105 | Salt Lake City (USA) | 16'667 | 833.35 | Kapitalerhöhung/capital increase 09.05.2018/17.07.2018 | |
| | 183'339 | 200'005 | Garcia | David | 4961 South 4900 West | 84118 | Salt Lake City (USA) | 16'667 | 833.35 | Kapitalerhöhung/capital increase 09.05.2018/17.07.2018 | |
| | 200'006 | 211'117 | Comacho | Guz | 44446 North Sierra Highway | 93534 | Lancaster California (USA) | 11'112 | 555.60 | Kapitalerhöhung/capital increase 09.05.2018/17.07.2018 | |
| | 211'118 | 222'229 | Holmes | Bill | 10651 Boney Avenue | 39540 | D'Iberville Mississippi (USA) | 11'112 | 555.60 | Kapitalerhöhung/capital increase 09.05.2018/17.07.2018 | |
| | 222'230 | 444'452 | Markosian | Jennifer | 2979 South Warr Road | 84109 | Salt Lake City (USA) | 222'223 | 11'111.15 | Kapitalerhöhung/capital increase 09.05.2018/17.07.2018 | |
| | 444'453 | 466'675 | Markosian | Nicholas | 2979 South Warr Road | 84109 | Salt Lake City (USA) | 22'223 | 1'111.15 | Kapitalerhöhung/capital increase 09.05.2018/17.07.2018 | |
| | 466'676 | 488'898 | Markosian | John Paul | 2979 South Warr Road | 84109 | Salt Lake City (USA) | 22'223 | 1'111.15 | Kapitalerhöhung/capital increase 09.05.2018/17.07.2018 | |
| | 488'899 | 511'121 | Markosian | Louis | 2979 South Warr Road | 84109 | Salt Lake City (USA) | 22'223 | 1'111.15 | Kapitalerhöhung/capital increase 09.05.2018/17.07.2018 | |
| | 511'122 | 533'344 | Wilhite | Jacob | 2979 South Warr Road | 84109 | Salt Lake City (USA) | 22'223 | 1'111.15 | Kapitalerhöhung/capital increase 09.05.2018/17.07.2018 | |
| | 533'345 | 555'567 | Wilhite | Ethan | 2979 South Warr Road | 84109 | Salt Lake City (USA) | 22'223 | 1'111.15 | Kapitalerhöhung/capital increase 09.05.2018/17.07.2018 | |
| | 555'568 | 558'345 | Friends and Equity GmbH | | Lena-Christ-Str. 9 | 85579 | Nürnberg (DE) | 2'778 | 138.90 | Kapitalerhöhung/capital increase 09.05.2018/17.07.2018 | |
| | 558'346 | 13'558'345 | Whitetree Capital Ltd. | | 2-4 Arch. Makarios III Ave. | 1065 | Nicosia (CY) | 13'000'000 | 650'000.00 | Kapitalerhöhung/capital Increase 09.05.2018/17.07.2018 | |
| | 13'558'346 | 20'000'000 | Markosian | Nicholas T. | 2979 South Warr Road | 84109 | Salt Lake City (USA) | 6'441'655 | 322'082.75 | Kapitalerhöhung/capital increase 09.05.2018/17.07.2018 | |
| total | | 20'000'000 | 20 Aktionäre 20 shareholders | | | | | 20'000'000 | 1'000'000.00 | | |
| total | | | Anzahl Aktionäre mit mehr als 25% Aktienanteil | number of shareholders with more than 25% of all shares | 2 | | | 19'441'655 | 972'082.75 | | |

Ort/Datum: 18.01.2019
(place/date)

Verwaltungsrat: Nicolin Colishorn
(member of the board)

WHITETREE000026

**Betreff:** Fwd: Re: New Opportunity High Importance!!
**Von:** "Andrew R. Keller" <A.Keller@whitetreecapital.ltd>
**Datum:** 31.10.18, 19:09
**An:** Erika Zorkadi <E.Zork@whitetreecapital.ltd>

For Info. You should attend.

Best,


Andy


--------- Weitergeleitete Nachricht ---------
Betreff: Re: New Opportunity High Importance!!
Datum: Wed, 31 Oct 2018 16:20:03 +0100
Von: Nick Markosian <Nick@beenjerkedaround.com>
An: Miron Leshem <anandacapital@comcast.net>
Kopie (CC): a.keller@whitetreecapital.ltd, andreavoss@vossreedstein.com, mr@vossreedstein.com <mr@vossreedstein.com>

This is fine with me.

–Nick

Sent from my iPad

> On 31 Oct 2018, at 14:23, Miron Leshem <anandacapital@comcast.net> wrote:
>
> Gentlemen:
>
> We will hold a call tomorrow to introduce AmeriMark to VossReedstein and White Tree Capital at 16:00 hours CET, 10:00am ET, 8:00amMT.
>
> Participants: Nick Markosian, Martin Reedstein, Andrew Keller, Miron Leshem
>
> The bridge number is: +1 605 475 4120
> Use the access code 905 9822
>
> Miron Leshem
> Ananda Capital Partners
> 7824 La Mirada Dr
> Boca Raton   FL 33433 USA
> Tel: +1 561 477 7751
> Fax: +1 561 431 2870
> Mob: +1 561 212 7023
> anandacapital@comcast.net
>
>> On 31 Oct 2018, at 03:32, <mr@vossreedstein.com> <mr@vossreedstein.com> wrote:
>>
>> Miron
>>
>> I think we can help and Whitetree Capital might be interested. Can you pls arrange a call with the principals?
>>
>> Martin Reedstein
>> Voss & Reedstein Ltd.
>> Palm Grove House – 3rd Floor
>> Wickham's Cay

> Road Town
> Tortola
> BVI VG1110
> +1 284-394-3398
>
>> -----Original Message-----
>> From: mr@vossreedstein.com <mr@vossreedstein.com>
>> Sent: 30 October 2018 16:52
>> To: 'Miron Leshem' <anandacapital@comcast.net>
>> Subject: RE: New Opportunity High Importance!!
>>
>> Miron
>>
>> Thank you for your note. It could be interested if the listing is quick. Can we pls
>> arrange to receive diligence materials? May I forward your email internally and
>> to potential interested parties?
>>
>>
>> --
>> Martin Reedstein
>> Voss & Reedstein Ltd.
>> Palm Grove House – 3rd Floor
>> Wickham's Cay
>> Road Town
>> Tortola
>> BVI VG1110
>> +1 284-394-3398
>>
>>
>>> -----Original Message-----
>>> From: Miron Leshem <anandacapital@comcast.net>
>>> Sent: 30 October 2018 14:14
>>> To: mr@vossreedstein.com
>>> Subject: New Opportunity High Importance!!
>>>
>>> Dear Herr Reedstein:
>>>
>>> I have a client who is the 95% shareholder of a Swiss entity"
>>> AmeriMark Group AG" with a strong operating subsidiary in the United
>>> States. The underlying company has strong earnings and we anticipate
>>> being able to have newly issued shares listed admitted to trading on
>>> the Euronext access. Timothy Lafoux of Euronext Market Services has
>>> indicated that they would accept new shares from the merged entity an
>>> invited us to apply as a direct listing as no listing sponsor would be required
>>> in
>> that case.
>>
>>> We have several issues to address:
>>>
>>> Item I. Bendura Bank the company's transfer agent in Liechtenstein
>>> does not want to deliver shares to accounts from U.S. persons unless
>>> they have banking and brokerage relationships in Europe or EFTA. The
>>> company has 20 such shareholders and so this is difficult and time
>>> consuming to do and might not even be possible. We had intended to use
>>> nominee shareholders alreadybut now the timing is urgent.
>>>
>>> Item II. We need to raise capital perhaps EU 200,000 as a loan or

> committed credit line to continue the listing efforts- listing
> efforts have been ongoing for two years and U.S. shareholders have exhausted
> their resources.
>
> Item III. We will need to deal with the proceeds of future share sales by the U.S.
> persons shareholders. Any introductions to your banking relationships
> will prevent problems going forward for the shareholders.
>
> Item IV. We need to move very quickly. We will ask BankM and Badner if
> they will under transfer agent services and need a solution before that.
>
> Because White Tree has already made some small loans tothe company you
> might approach them about additional investment.
>
> I am available to discuss today if needed.
>
>
> Mit freundlichen Grüßen
>
> Miron Leshem
> Ananda Capital Partners
> 7824 La Mirada Dr
> Boca Raton  FL 33433 USA
> Tel: +1 561 477 7751
> Fax: +1 561 431 2870
> Mob: +1 561 212 7023
> anandacapital@comcast.net

**Betreff:** Fwd: Re: New Opportunity High Importance!!
**Von:** "Andrew R. Keller" <A.Keller@whitetreecapital.ltd>
**Datum:** 05.11.18, 09:25
**An:** Erika Zorkadi <E.Zork@whitetreecapital.ltd>

For Info.

The updated termsheet is approved.  Please sign the final.

Best,


Andy


-------- Weitergeleitete Nachricht --------
Betreff: Re: New Opportunity High Importance!!
Datum: Mon, 5 Nov 2018 09:12:45 +0100
Von: Andrew R. Keller <A.Keller@whitetreecapital.ltd>
An: mr@vossreedstein.com, andreavoss@vossreedstein.com

Martin:

Thank you for the call.  I confirm trigger on Valens and Pello compliance is 50%.  Should not be a problem either for transfer agency or personal US person accounts.  Valens has been easy to work with re: US persons.  We have already discussed with Valens personal accounts for theUS shareholders.  Should work.  The exchange trigger should be the same, means 50%.  The US disclosures for Merkosian / US shareholders who hold shares and current accounts I do not have an understanding of.

I will revert back re:  your term changes.


Best,


Andy

Am 02.11.18 um 18:06 schrieb mr@vossreedstein.com:
> Thank you for the draft and comments. per client I attach required changes assuming the
> compliance threshold 51pct. if there is no board seat he will also not give White Tree
> voting control of AMG so White Tree holding must be <50pct of outstanding equity. We
> can have a call today to address questions. My schedule is flexible.
>
>
> Martin Reedstein
> Voss & Reedstein Ltd.
> Palm Grove House — 3rd Floor
> Wickham's Cay
> Road Town
> Tortola
> BVI VG1110
> +1 284-394-3398
>
>
>    -----Original Message-----
>    From: Andrew R. Keller <A.Keller@whitetreecapital.ltd>
>    Sent: 2 November 2018 11:26
>    To: mr@vossreedstein.com; andreavoss@vossreedstein.com

> Subject: Re: New Opportunity High Importance!!
>
> Martin:
>
> As discussed I attach a draft termsheet. I have reduced the holding in Whitetree. It is limited unless your client wants to declare as the UB owner of Whitetree. That would be fine but it means high compliance standards. I understood that was an issue. Situation is same for Merkosian having a Whitetree board seat or right to sign in Cyprus. If you want those points reworked let me know.
>
> Best,
>
>
> Andy
>
> Am 01.11.18 um 21:20 schrieb Miron Leshem:
>> Gentlemen:
>>
>> Thank you for a productive call. As discussed I propose the following next steps:
>>
>> I. White Tree to provide a draft term sheet for review by Voss Reedstein- The goal is to develop a final, binding Amerimark term sheet within the next 5 days.
>>
>> II. I will provide KYC materials for Mr. Markosian.
>>
>> III. Voss Reedstein to provide introductions to potential paying/ transfer agents.
>>
>> IV. Voss Reedstein to provide introductions to banking relationships for AmeriMark Groups' U.S. shareholders.
>>
>>
>> Miron Leshem
>> Ananda Capital Partners
>> 7824 La Mirada Dr
>> Boca Raton  FL 33433 USA
>> Tel: +1 561 477 7751
>> Fax: +1 561 431 2870
>> Mob: +1 561 212 7023
>> anandacapital@comcast.net
>
> --
> A.Keller@whitetreecapital.ltd
> Whitetree Capital Ltd.
>
> Αρχ. Μακαρίου III, 2-4,
> Capital Center
> 1065, Λευκωσία, Κύπρος
>
> Arch. Markarioius III Ave., 2-4,
> Capital Center
> 1065, Nikosia, Cyprus

--
A.Keller@whitetreecapital.ltd
Whitetree Capital Ltd.

Αρχ. Μακαρίου III, 2-4,

```
Capital Center
1065, Λευκωσία, Κύπρος

Arch. Markarioius III Ave., 2-4,
Capital Center
1065, Nikosia, Cyprus
```

—Anhänge:

| | |
|---|---:|
| termsheet-shareswap(7230037.2)v3sigcopy.pdf | 192 KB |
| termsheet-shareswap(7230037.3)v3.pdf | 360 KB |

# Binding Term Sheet
# Share Exchange and Line of Credit

| | |
|---|---|
| Company: | AmeriMark Group AG, a Swiss corporation limited by shares [356 633 696] |
| Investor: | Whitetree Capital Limited, a Cyprus private company limited by shares [385552] |
| Securities: | Registered shares of AmeriMark Group nominal value CHF 0.05 each<br>Registered shares of Whitetree Capital Limited nominal value 1 EURO each |
| Commitment: | EURO 250,000 |
| Transaction Structure: | Share Swap and Line of Credit<br><br>Irrevocable grant from AmeriMark Group / Nicholas Markosian: 13,000,000 registered shares of AmeriMark Group [49% of capital]<br><br>- in exchange -<br><br>Irrevocable grant from Whitetree Capital Limited / Erika Zorkadi: 380 registered shares of Whitetree Capital Limited [38% of capital]<br><br>EURO 250,000 in line of credit funding<br><br>500,000 registered shares of AmeriMark Group reserved for Whitetree sales<br><br>Whitetree to refrain from sales until 90 days post agreement date |
| Effective: | Upon mutual transfer of shares |
| Use of Proceeds: | AmeriMark Working Capital; funds to be disbursed directly from Whitetree in satisfaction of AmeriMark invoices |
| Fees: | Consulting fees to Voss & Reedstein Ltd: 5% of commitment payable by Whitetree<br><br>Fees to Whitetree: 0% |
| Conditions: | Investor may it its option terminate credit facility if a material adverse effect or a material change in ownership has occurred<br><br>Facility fully transferable at Investor's option<br><br>Closing documents: delivery of share ledger extract or share certificates except in case of electronic delivery<br><br>Parties represent that they have good and valid title to the shares to be exchanged and that no lien, security, or other encumbrance exists<br><br>Parties represent that they are legally entitled to dispose of the shares to be |

## Binding Term Sheet
## Share Exchange and Line of Credit

| | |
|---|---|
| Company: | AmeriMmark Group AG, a Swiss corporation limited by shares [356 633 696] |
| Investor: | Whitetree Capital Limited, a Cyprus private company limited by shares [385552] |
| Securities: | Registered shares of AmeriMmark Group nominal value CHF 0.05 each<br>Registered shares of Whitetree Capital Limited nominal value 1 EURO each |
| Commitment: | EURO 25100,000 |
| Transaction Structure: | Share Swap and Line of Credit<br><br>Irrevocable grant from AmeriMmark Group / Nicholas Markosian:<br>136,000,000 registered shares of AmeriMmark Group [4959% of capital]<br><br>- in exchange -<br><br>Irrevocable grant from Whitetree Capital Limited / Erika Zorkadi:<br>3280 registered shares of Whitetree Capital Limited [328% of capital]<br><br>EURO 25100,000 in line of credit funding<br><br>500,000 registered shares of AmeriMmark Group reserved for Whitetree sales<br><br>Whitetree to refrain from sales until 90 days post agreement date |
| Effective: | Upon mutual transfer of shares |
| Use of Proceeds: | AmeriMmark Working Capital; funds to be disbursed directly from Whitetree in satisfaction of AmeriMmark invoices |
| Fees: | Consulting fees to Voss & Reedstein Ltd: 5% of commitment payable by Whitetree<br><br>Fees to Whitetree: 0% |
| Conditions: | Investor may it its option terminate credit facility if a material adverse effect or a material change in ownership has occurred<br><br>Facility fully transferable at Investor's option<br><br>Closing documents: delivery of share ledger extract or share certificates except in case of electronic delivery<br><br>Parties represent that they have good and valid title to the shares to be exchanged and that no lien, security, or other encumbrance exists<br><br>Parties represent that they are legally entitled to dispose of the shares to be |

WHITETREE000036

|  |  |
|---|---|
|  | exchanged and that no law, regulation, or agreement, commercial or otherwise, prevents them from doing so |
| Confidentiality: | The existence and provisions of this term sheet are confidential |
| Notices: | AmeriMmark Group AG<br>c/o Saentis Treuhand GmbH<br>Fadenrainstraße 7<br>9053 Teufen AR<br>Switzerland<br><br>Whitetree Capital Limited<br>Arch Makarios III Ave 2-4<br>Capital Center<br>1065 Nicosa, Cyprus |

On behalf of Whitetree Capital Limited

_____
Erika Zorkadi
8 November 2018, Nicosia

WHITETREE000037

|  |  |
|---|---|
|  | exchanged and that no law, regulation, or agreement, commercial or otherwise, prevents them from doing so |
| Confidentiality: | The existence and provisions of this term sheet are confidential |
| Notices: | AmeriMark Group AG<br>c/o Saentis Treuhand GmbH<br>Fadenrainstraße 7<br>9053 Teufen AR<br>Switzerland<br><br>Whitetree Capital Limited<br>Arch Makarios III Ave 2-4<br>Capital Center<br>1065 Nicosa, Cyprus |

On behalf of Whitetree Capital Limited

_____

Erika Zorkadi
8 November 2018, Nicosia

WHITETREE000038

**Betreff:** Fwd: RE: Markosian Bank
**Von:** "Andrew R. Keller" <A.Keller@whitetreecapital.ltd>
**Datum:** 09.01.19, 17:58
**An:** Erika Zorkadi <E.Zork@whitetreecapital.ltd>

For Info.

Best,

Andy

-------- Weitergeleitete Nachricht --------
Betreff: RE: Markosian Bank
Datum: Wed, 9 Jan 2019 15:09:13 +0100
Von: mr@vossreedstein.com
An: 'Andrew R. Keller' <A.Keller@whitetreecapital.ltd>

To Valens.

> -----Original Message-----
> From: Andrew R. Keller <A.Keller@whitetreecapital.ltd>
> Sent: 9 January 2019 12:32
> To: mr@vossreedstein.com
> Subject: Markosian Bank
>
> Martin:
>
> Valens is asking where should proceeds of personal sales go.
>
> I have---
>
> AmeriMark Group AG for Further Credit to Nicholas Markosian
> IBAN: LI82 0880 3103 6109 0000
> Account No.: 10.361090_0.100.CHF
> SWIFT: HYIBLI22
> Bendura Bank AG
> Schaaner Straße 27
> 9487 Gamprin-Bendern
> Liechtenstein
>
>
> --
> A.Keller@whitetreecapital.ltd
> Whitetree Capital Ltd.
>
> Αρχ. Μακαρίου III, 2-4,
> Capital Center
> 1065, Λευκωσία, Κύπρος
>
> Arch. Markarioius III Ave., 2-4,
> Capital Center
> 1065, Nikosia, Cyprus

**Betreff:** Ameri Mark Closing
**Von:** "Andrew R. Keller" <A.Keller@whitetreecapital.ltd>
**Datum:** 16.01.19, 08:31
**An:** Erika Zorkadi <E.Zork@whitetreecapital.ltd>

Good Morning,

The deal closed.  Docs attached for your signature.

Best,

Andy


--
A.Keller@whitetreecapital.ltd
Whitetree Capital Ltd.

Αρχ. Μακαρίου III, 2-4,
Capital Center
1065, Λευκωσία, Κύπρος

Arch. Markarioius III Ave., 2-4,
Capital Center
1065, Nikosia, Cyprus

—Anhänge:—

| | |
|---|---|
| wtcshareextract.pdf | 13.4 KB |
| wtcshareledger.pdf | 14.8 KB |

**WHITETREE CAPITAL LIMITED - SHAREHOLDER EXTRACT**

WHITETREE CAPITAL LIMITED / HE 385552

2-4 Arch. Makarios III Avenue, Capital Center, 9th floor, 1065 Nicosia, Cyprus

| Serial No(s) | Shares | Shareholder | Nominal Value | Capital | % Shares | % Capital | Owner | Note |
|---|---|---|---|---|---|---|---|---|
| [*] | [*] | [*] | [*] | [*] | [*] | [*] | [*] | [*] |
| 511 to 890 | 380 | A.T.S. Nominees Limited, 2-4 Arch. Makarios III Avenue, Capital Center, 9th floor, 1065 Nicosia, Cyprus | 1 EURO | 380 EURO | 38% | 38% | Nicholas T. Markosian, 2979 South Warr Road, 84109, Salt Lake City, United States | 16 January 2019 (Share Exchange) |
| [*] | [*] | [*] | [*] | [*] | [*] | [*] | [*] | [*] |

Total: 380                                   380 EURO      38%     38%

Erika Zorkadi   16 January 2019

1

WHITETREE000041

WHITETREE CAPITAL LIMITED

**WHITETREE CAPITAL LIMITED / HE 385552**

2-4 Arch. Makarios III Avenue, Capital Center, 9th floor, 1065 Nicosia, Cyprus

| Serial No(s) | Shares | Shareholder | Nominal Value | Capital | % Shares | % Capital | Owner | Note |
|---|---|---|---|---|---|---|---|---|
| ~~1 to 1000~~ | ~~1000~~ | ~~A.T.S. Nominees Limited, 2-4 Arch. Makarios III Avenue, Capital Center, 9th floor, 1065 Nicosia, Cyprus~~ | ~~1 EURO~~ | ~~1000 EURO~~ | ~~100%~~ | ~~100%~~ | ~~Erika Zorkadi, Westfalenstr. 37, 53844 Troisdorf, Germany~~ | ~~25 June 2018 (Founding)~~ |
| 1 to 510 | 510 | A.T.S. Nominees Limited, 2-4 Arch. Makarios III Avenue, Capital Center, 9th floor, 1065 Nicosia, Cyprus | 1 EURO | 510 EURO | 51% | 51% | Erika Zorkadi, Westfalenstr. 37, 53844 Troisdorf, Germany | 16 January 2019 (Founding/Transfer) |
| 511 to 890 | 380 | A.T.S. Nominees Limited, 2-4 Arch. Makarios III Avenue, Capital Center, 9th floor, 1065 Nicosia, Cyprus | 1 EURO | 380 EURO | 38% | 38% | Nicholas T. Markosian, 2979 South Warr Road, 84109, Salt Lake City, United States | 16 January 2019 (Exchange) |
| 891 to 1000 | 110 | A.T.S. Nominees Limited, 2-4 Arch. Makarios III Avenue, Capital Center, 9th floor, 1065 Nicosia, Cyprus | 1 EURO | 110 EURO | 11% | 11% | White Tree Capital AG, Suurstoffi 20, 6343 Rotkreuz, Switzerland | 16 January 2019 (Transfer) |

Total: 1000           1000 EURO    100%    100%

Erika Zorkadi   16 January 2019

1

WHITETREE000042

**Betreff:** Fwd: Closing Documents
**Von:** "Andrew R. Keller" <A.Keller@whitetreecapital.ltd>
**Datum:** 16.01.19, 13:52
**An:** Erika Zorkadi <E.Zork@whitetreecapital.ltd>

```
-------- Weitergeleitete Nachricht --------
Betreff: Closing Documents
Datum: Wed, 16 Jan 2019 13:40:57 +0100
Von: Andrew R. Keller <A.Keller@whitetreecapital.ltd>
An: Miron Leshem <anandacapital@comcast.net>, mr@vossreedstein.com <mr@vossreedstein.com>
Kopie (CC): andreavoss@vossreedstein.com, Erika Zorkadi <E.Zork@whitetreecapital.ltd>
```

Miron, Martin,

Executed closing documents attached.

Best,

Andy

--
A.Keller@whitetreecapital.ltd
Whitetree Capital Ltd.

Αρχ. Μακαρίου III, 2-4,
Capital Center
1065, Λευκωσία, Κύπρος

Arch. Markarioius III Ave., 2-4,
Capital Center
1065, Nikosia, Cyprus

**Betreff:** Fwd: Re: Closing Documents  
**Von:** "Andrew R. Keller" <A.Keller@whitetreecapital.ltd>  
**Datum:** 16.01.19, 13:52  
**An:** Erika Zorkadi <E.Zork@whitetreecapital.ltd>

-------- Weitergeleitete Nachricht --------  
Betreff: Re: Closing Documents  
Datum: Wed, 16 Jan 2019 13:51:04 +0100  
Von: Andrew R. Keller <A.Keller@whitetreecapital.ltd>  
An: Miron Leshem <anandacapital@comcast.net>, mr@vossreedstein.com <mr@vossreedstein.com>  
Kopie (CC): andreavoss@vossreedstein.com, Erika Zorkadi <E.Zork@whitetreecapital.ltd>

This time with attachments.

Am 16.01.19 um 13:40 schrieb Andrew R. Keller:
> Miron, Martin,
>
> Executed closing documents attached.
>
> Best,
>
> Andy

--  
A.Keller@whitetreecapital.ltd  
Whitetree Capital Ltd.

Αρχ. Μακαρίου III, 2-4,  
Capital Center  
1065, Λευκωσία, Κύπρος

Arch. Markarioius III Ave., 2-4,  
Capital Center  
1065, Nikosia, Cyprus

— Anhänge:

| | |
|---|---|
| wtcshareextract16-01-19.pdf | 13.4 KB |
| wtcshareledger16-01-19.pdf | 14.8 KB |

1 von 1                                                                                         14.10.22, 13:45

WHITETREE000044

# WHITETREE CAPITAL LIMITED - SHAREHOLDER EXTRACT

**WHITETREE CAPITAL LIMITED / HE 385552**

2-4 Arch. Makarios III Avenue, Capital Center, 9th floor, 1065 Nicosia, Cyprus

| Serial No(s) | Shares | Shareholder | Nominal Value | Capital | % Shares | % Capital | Owner | Note |
|---|---|---|---|---|---|---|---|---|
| [*] | [*] | [*] | [*] | [*] | [*] | [*] | [*] | [*] |
| 511 to 890 | 380 | A.T.S. Nominees Limited, 2-4 Arch. Makarios III Avenue, Capital Center, 9th floor, 1065 Nicosia, Cyprus | 1 EURO | 380 EURO | 38% | 38% | Nicholas T. Markosian, 2979 South Warr Road, 84109, Salt Lake City, United States | 16 January 2019 (Share Exchange) |
| [*] | [*] | [*] | [*] | [*] | [*] | [*] | [*] | [*] |

Total: 380       380 EURO     38%     38%

*Erika Zorkadi*  16 January 2019

1

WHITETREE000045

# WHITETREE CAPITAL LIMITED

**WHITETREE CAPITAL LIMITED / HE 385552**

2-4 Arch. Makarios III Avenue, Capital Center, 9th floor, 1065 Nicosia, Cyprus

| Serial No(s) | Shares | Shareholder | Nominal Value | Capital | % Shares | % Capital | Owner | Note |
|---|---|---|---|---|---|---|---|---|
| ~~1 to 1000~~ | ~~1000~~ | ~~A.T.S. Nominees Limited, 2-4 Arch. Makarios III Avenue, Capital Center, 9th floor, 1065 Nicosia, Cyprus~~ | ~~1 EURO~~ | ~~1000 EURO~~ | ~~100%~~ | ~~100%~~ | ~~Erika Zorkadi, Westfalenstr. 37, 53844 Troisdorf, Germany~~ | ~~25 June 2018 (Founding)~~ |
| 1 to 510 | 510 | A.T.S. Nominees Limited, 2-4 Arch. Makarios III Avenue, Capital Center, 9th floor, 1065 Nicosia, Cyprus | 1 EURO | 510 EURO | 51% | 51% | Erika Zorkadi, Westfalenstr. 37, 53844 Troisdorf, Germany | 16 January 2019 (Founding/Transfer) |
| 511 to 890 | 380 | A.T.S. Nominees Limited, 2-4 Arch. Makarios III Avenue, Capital Center, 9th floor, 1065 Nicosia, Cyprus | 1 EURO | 380 EURO | 38% | 38% | Nicholas T. Markosian, 2979 South Warr Road, 84109, Salt Lake City, United States | 16 January 2019 (Exchange) |
| 891 to 1000 | 110 | A.T.S. Nominees Limited, 2-4 Arch. Makarios III Avenue, Capital Center, 9th floor, 1065 Nicosia, Cyprus | 1 EURO | 110 EURO | 11% | 11% | White Tree Capital AG, Suurstoffi 20, 6343 Rotkreuz, Switzerland | 16 January 2019 (Transfer) |

Total: 1000      1000 EURO    100%    100%

_signature_
Erika Zorkadi   16 January 2019

1