# EXHIBIT 7

Message

| | |
|---|---|
| From: | Grantchester Equity [grantchesterequity@comcast.net] |
| Sent: | 3/11/2020 12:29:33 PM |
| To: | Small Vicky [vicky@beenjerkedaround.com] |
| CC: | Nick Markosian [Nick@beenjerkedaround.com]; Kirkland Cowboy John [John@beenjerkedaround.com]; Hesterman David [hestermaniac@gmail.com] |
| Subject: | Re: Invoice |

Please see link to quote page and screen shot that shows where market cap is:

https://www.wienerborse.at/en/market-data/shares-others/quote-direct/?ISIN=CH0454224574&ID_NOTATION=265876628

## Reference Data

| | |
|---|---|
| Market | Vienna MTF |
| Market Segment | direct market |
| Type of Security | Registered Ordinary Share* |
| Symbol | CARS |
| Shares Included | 20,000,000 |
| Market Capitalization | 45.6 Mil |
| First Trading Day | 08/22/2019 |
| First Trading Day Issuer | 08/22/2019 |
| Liquid Instrument (MiFIR) | No |

| | |
|---|---|
| Trading Procedure | Continuous Trading |
| Trading Hours | 08:55 - 17:35 |
| Xetra Instrument Group | DIMC |
| Time Of Opening Auction | 08:55 |
| Time Of Intraday Auction | - |
| Time Of Closing Auction | 17:30 |
| Trading Currency | EUR |
| Tradable Unit | 1 |

On Mar 11, 2020, at 1:18 PM, vicky <vicky@beenjerkedaround.com> wrote:

Miron,

I hope that you are having a great day!!

I wanted to see if it possible to get a statement that shows the valuation that the euro market has established for AmeriMark Automotive?

Thank you for your help!!


Vicky L Small,
Controller
Rymark Inc dba Markosian Auto
APG Financial
4238 S Redwood Road

Taylorsville UT 84123
801-886-1700



**From:** Grantchester Equity <grantchesterequity@comcast.net>
**Sent:** Thursday, February 27, 2020 1:35 PM
**To:** vicky <vicky@beenjerkedaround.com>; Nick Markosian <Nick@beenjerkedaround.com>
**Cc:** John Kirkland <John@beenjerkedaround.com>; Hesterman David <hestermaniac@gmail.com>
**Subject:** Re: Invoice

Hi Nic:

I wire 30,000.00 to the account information below just now.
Let me know when it hits.


Best Regards


Miron Leshem, President
Grantchester Equity, Ltd.
Tel: +1 (561) 477-7751
Mob:+1 (561) 212-7023
Fax: +1 (561) 431-2870
grantchesterequity@comcast.net




On Feb 27, 2020, at 2:49 PM, vicky <vicky@beenjerkedaround.com> wrote:

Miron,

Our account information specifically for wires is:


Bank Info:

Bank of Utah
2309 South Redwood Road
SLC UT 84119
Routing # 124300107

Account Info:
Rymark Inc dba Markosian Auto

4238 S Redwood Road
Taylorsville UT 84123
Account # 13710327

Thanks,


Vicky L Small,
Controller
Rymark Inc dba Markosian Auto
APG Financial
4238 S Redwood Road
Taylorsville UT 84123
801-886-1700




**From:** Grantchester Equity <grantchesterequity@comcast.net>
**Sent:** Thursday, February 20, 2020 1:49 PM
**To:** vicky <vicky@beenjerkedaround.com>
**Subject:** Re: Invoice

Thanks

Miron Leshem



On Feb 20, 2020, at 3:48 PM, vicky <vicky@beenjerkedaround.com> wrote:


Miron,

That sounds great!  We are in the process of setting up an account for wires only.  I will have information to you on Monday as I am out of town until then.

Thanks

Vicky L Small,
Controller
Rymark Inc dba Markosian Auto
APG Financial
4238 S Redwood Road
Taylorsville UT 84123
801-886-1700

**From:** Grantchester Equity <grantchesterequity@comcast.net>
**Sent:** Wednesday, February 19, 2020 5:36 PM
**To:** vicky <vicky@beenjerkedaround.com>
**Cc:** Nick Markosian <Nick@beenjerkedaround.com>; Hesterman David <hestermaniac@gmail.com>
**Subject:** Re: Invoice

Vicky, I will haveEurope wire me the funds and wire you the money on to you.  Just send me your regular wire domestic wire information.  We have to do these transfers via wire, Only reasonable way.
Best Regards


Miron Leshem, President
Grantchester Equity, Ltd.
Tel: +1 (561) 477-7751
Mob:+1 (561) 212-7023
Fax: +1 (561) 431-2870
grantchesterequity@comcast.net




On Feb 19, 2020, at 7:27 PM, vicky <vicky@beenjerkedaround.com> wrote:

Miron,

I was not able to speak with anyone regarding an intermediary bank as our bank closed at 5 pm MST.  I will follow up in the morning.

I was wondering if there is another option to receive the funds rather than giving out our bank information?

Have a great evening!


Vicky L Small,
Controller
Rymark Inc dba Markosian Auto
APG Financial
4238 S Redwood Road
Taylorsville UT 84123
801-886-1700

**From:** Grantchester Equity <grantchesterequity@comcast.net>
**Sent:** Wednesday, February 19, 2020 3:47 PM
**To:** vicky <vicky@beenjerkedaround.com>
**Subject:** Re: Invoice

Invoice for payment in principal of listing fee.

Miron Leshem


On Feb 19, 2020, at 5:27 PM, vicky <vicky@beenjerkedaround.com> wrote:


Miron,

Can you give me an explanation as to what we are invoicing for?  Is it a payment on the principal, earned past due earnings, interest due?  I need to know what we are invoicing for before I can generate it.

Thank you!

Vicky L Small,
Controller
Rymark Inc dba Markosian Auto
APG Financial
4238 S Redwood Road
Taylorsville UT 84123
801-886-1700
<image002.jpg>


**From:** Grantchester Equity <grantchesterequity@comcast.net>
**Sent:** Wednesday, February 19, 2020 2:07 PM
**To:** vicky <vicky@beenjerkedaround.com>; Vicky Small <vicky@markosianauto.com>
**Cc:** Nick Markosian <Nick@beenjerkedaround.com>; Hesterman David <hestermaniac@gmail.com>
**Subject:** Invoice

Dear Vicky:

Per our conversation, please submit an invoice for US$ 30,000.00 to:


Whitetree Capital, Ltd.
Attn: Erika Zorkady
Address:
2-4 Arch. Makarios II Ave
1065, Nicosia

Cyprus

Please include your wire instructions on the invoice with the correct SWIFT code for Bank of Utah. Based upon my preliminary internet search, Bank of Utah does not have a SWIFT. please inquire how they can receive wires that originate from abroad. We will be sending funds form RBS in the UK.

Best Regards


Miron Leshem, President
Grantchester Equity, Ltd.
Tel: +1 (561) 477-7751
Mob:+1 (561) 212-7023
Fax: +1 (561) 431-2870
grantcheresterequity@comcast.net