# EXHIBIT 1



# Philomaxcap AG

## München

## Halbjahresfinanzbericht nach WpHG für den Zeitraum vom 01.01.2024 bis zum 30.06.2024

### zum 30. Juni 2024

## Zwischenlagebericht

**Wesentliche Ereignisse im 1. Halbjahr 2024**

**Geschäftsverlauf**

Die Berichtsperiode der Philomaxcap AG war im Wesentlichen durch die Sicherung der eigenen Liquidität sowie Vorbereitungen zum Aufbau eines neuen Geschäftsbetriebs als Holdinggesellschaft, insbesondere durch Einbringung von Gesellschaftsanteilen an der AmeriMark Group AG im Rahmen einer Sachkapitalerhöhung geprägt.

Im November 2023 hat sich die Geschäftsführung mit den Klägern gegen die in der Hauptversammlung am 30. August 2022 mehrheitlich gefassten Beschlüsse geeinigt, die Anfechtungsklagen zu beenden und im Interesse aller Parteien die geplante Kapitalerhöhung gegen Sacheinlage durchzuführen.

Diese Kapitalerhöhung gegen Sacheinlagen wurde am 21. Februar 2024 ins Handelsregister eingetragen. Das Grundkapital erhöhte sich dadurch von bisher 1.407.234 Euro um 15.600.000 Euro auf 17.007.234 Euro bzw. Aktien. Gleichzeitig wurde die Capana Swiss Advisors AG neue Mehrheitsaktionärin der Philomaxcap AG. Sie hält seitdem 92,02 Prozent (vorher 3,60 Prozent) aller Gesellschaftsanteile. Die bisherige Mehrheitsaktionärin, Philocity Global GmbH, wurde mit dieser Kapitalmaßnahme von 72,59 Prozent auf 6,01 Prozent verwässert. Bei der Sacheinlage handelt es sich um eine Beteiligung an der AmeriMark Group AG, einer Holdinggesellschaft in der Schweiz. Die Philomaxcap AG hält nunmehr 13.000.000 von insgesamt 26.800.000 Aktien und damit 48,46 % der Geschäftsanteile der AmeriMark Group AG. Die Beteiligung wird in den Finanzanlagen ausgewiesen. Für die neuen Aktien soll die Einbeziehung in den Börsenhandel beantragt werden.

Im Folgenden ist die Transaktion grafisch dargestellt:



Damit stellt sich zum Berichtszeitpunkt die rechtliche Beteiligungsstruktur wie folgt dar:



Handelsregister:

- 21.02.2024: Erhöhung des Grundkapitals

- 23.05.2024: Änderung der Satzung; Unternehmenszweck ist jetzt Holding

Im Anschluss daran wurde basierend auf dem Beschluss der Hauptversammlung vom 30. August 2022 der Geschäftszweck in der Satzung geändert. Die Eintragung im Handelsregister erfolgte am 23. Mai 2024. Gegenstand des Unternehmens ist nunmehr die Verwaltung bestehender und noch zu erwerbender Beteiligungen sowie die Tätigkeit als geschäftsleitende Holdinggesellschaft. Die Gesellschaft ist zu allen Geschäften und Maßnahmen berechtigt, die geeignet erscheinen, dem Gegenstand des Unternehmens zu dienen.

Nach der erfolgreichen Einbringung der Geschäftsanteile wurde zwischen der AmeriMark Group AG und der Philomaxcap AG mit Wirkung zum 01. Mai 2024 ein Dienstleistungsvertrag geschlossen. Dabei unterstützt die Philomaxcap AG die Holdinggesellschaft AmeriMark Group AG regelmäßig im Bereich Dienstleistungsmanagement (Management Services), Unternehmensführung (Corporate Governance) und Finanzkommunikation (Investor Relations).

Mit der AmeriMark Group AG verbundene Unternehmen sind in einen Rechtsstreit in den Vereinigten Staaten von Amerika verwickelt. Die Philomaxcap AG erwartet durch die Rechtsstreitigkeiten keine wesentlichen Auswirkungen auf das Ergebnis.

**Sicherstellung der Finanzierung**

Am 16. April 2024 leistete die neue Mehrheitsaktionärin Capana Swiss Advisors AG eine Einzahlung in die Kapitalrücklage in Höhe von TEuro 250.


UNTERNEHMENSREGISTER

Ebenfalls am 16. April 2024 wurde ein von derselben Mehrheitsaktionärin gewährtes Darlehen in Höhe von TEuro 625 in voller Höhe ausgezahlt. Dieses Darlehen ist am 31. Dezember 2025 inklusive Zinsen zur Rückzahlung fällig. Die Darlehensgeberin kann den Darlehensvertrag aus wichtigem Grund (drohende Zahlungsunfähigkeit, Zahlungsunfähigkeit oder Überschuldung) vorzeitig kündigen. Die Verzinsung des Darlehens orientiert sich am 3-Monats-EURIBOR. Zum Bilanzstichtag 30. Juni 2024 beträgt die Höhe des Darlehens TEuro 631.

Seit März 2022 besteht eine Kreditvereinbarung zwischen der Philocity Global GmbH als Darlehensgeberin und der Philomaxcap AG als Darlehensnehmerin. Mit Vertragsergänzung vom 16. April 2024 wurden Laufzeit, Kündigung und Tilgung dahingehend neu geregelt, dass der Darlehensvertrag frühestens ab dem 1. November 2025 mit einer Frist von 60 Bankarbeitstagen kündbar ist. Eine vorzeitige Kündigung ist ausgeschlossen. Das Recht zur Kündigung aus wichtigem Grund bleibt hiervon unberührt. Die Verzinsung des Darlehens orientiert sich am 12-Monats EURIBOR. Zum Bilanzstichtag 30. Juni 2024 ist das Darlehen mit 727 TEuro valutiert.

**Ertragslage**

Die Philomaxcap AG erzielte im esrtenb Halbjahr 2024 Umsatzerlöse in Höhe von TEuro 20. Seit Mai 2024 werden aufgrund des mit der AmeriMark Group AG geschlossenen Dienstleistungsvertrages regelmäßig Umsätze erzielt.

In den Sonstigen betrieblichen Erträgen in Höhe von TEuro 10 (Vorjahr: TEuro 90) sind einmalige, außergewöhnliche Erträge (Ertragszuschüsse von Anteilseignern) berücksichtigt.

Die Personalkosten betragen TEuro 0 (Vorjahr: TEuro 43). Die Zahlungen an den amtierenden Vorstand in Höhe von TEuro 42 sind in den Sonstigen betrieblichen Aufwendungen erfasst. Die laufenden betrieblichen Aufwendungen beinhalten im Übrigen vor allem Kosten für rechtliche Beratung, Erstellung des Jahresabschlusses und Investor Relations. Sie erhöhten sich auf TEuro 243, ohne Berücksichtigung der Zahlungen an den Vorstand auf TEuro 201 (Vorjahr: TEuro 176).

Das erste Halbjahr 2024 schloss insbesondere aufgrund der hohen sonstigen betrieblichen Aufwendungen und erhöhter Zinsaufwendungen für die bestehenden Darlehen mit einem Periodenfehlbetrag von TEuro 233 ab (Vorjahr: Periodenfehlbetrag TEuro 137).

**Finanzlage / Liquidität**

Die ausschließlich auf einem Girokonto angelegten, verfügbaren liquiden Mittel belaufen sich zum Bilanzstichtag auf TEuro 357 (31.12.2023: TEuro 4). Am 30. Juni 2024 bestanden Verbindlichkeiten aus Lieferungen und Leistungen lediglich in Höhe von 90 Euro, zum 31. Dezember 2023 waren es noch TEuro 230.
Mit den vorhandenen Finanzmitteln, ergänzt um eine weitere, für Anfang 2025 geplante Kapitalmaßnahme, ist der Liquiditätsbedarf gemäß den Planungen des Vorstands bis Mitte 2025 gedeckt.

**Prognose und Risken**

Es gibt keine neuen Erkenntnisse darüber, dass sich die im Lagebericht des Jahresabschlusses per 31. Dezember 2023 (veröffentlicht am 30. April 2024) abgegebenen Prognosen und sonstigen Aussagen zur voraussichtlichen Entwicklung und Tätigkeit der Gesellschaft für das laufende Geschäftsjahr 2024 wesentlich verändern oder verändert haben.

Als Risiken für die künftige Geschäftsentwicklung sind Verzögerungen beim Geschäftsausbau, höher als geplante Verwaltungskosten sowie ein Schlüsselpersonenrisiko aufgrund der geringen Mitarbeiterzahl zu sehen. Die Gesellschaft hat des Weiteren aufgrund ihrer Börsenzulassung im Regulierten Markt umfangreiche regulatorische Anforderungen einzuhalten. Hieraus können sich rechtliche Risiken ergeben, denen mit einer frühzeitigen Beobachtung der Gesetzgebung und Hinzuziehung von Beratern vorgesorgt wird. Aufgrund des Kapitalzuflusses und der gestiegner Verzinsung an den Geldmärkten ergeben sich aus der Anlage der liquiden Mittel wieder Zinserträge.

**Vorgänge von besonderer Bedeutung nach Ende des Berichtszeitraumes**

Keine.

**Versicherung des gesetzlichen Vertreters**

Ich versichere nach bestem Wissen, dass gemäß den anzuwendenden Rechnungslegungsgrundsätzen der Halbjahresabschluss ein den tatsächlichen Verhältnissen entsprechendes Bild der Vermögens-, Finanz- und Ertragslage vermittelt und im Lagebericht der Geschäftsverlauf einschließlich des Geschäftsergebnisses und die Lage der Gesellschaft so dargestellt sind, dass ein den tatsächlichen Verhältnissen entsprechendes Bild vermittelt wird, sowie die wesentlichen Chancen und Risiken der voraussichtlichen Entwicklung der Gesellschaft beschrieben sind.

München, im Juli 2024

*Achim Pfeffer*
*(Vorstand)*

# Bilanz & Gewinn- und Verlustrechnung

**Bilanz zum 30. Juni 2024**

| Aktiva | 30.06.2024 Euro | 31.12.2023 Euro |
|---|---:|---:|
| A. Anlagevermögen | | |
| I. Finanzanlagen | | |
| Beteiligungen | 15.600.000 | 0 |
| Summe Anlagevermögen | 15.600.000 | 0 |
| B. Umlaufvermögen | | |
| I. Forderungen und sonstige Vermögensgegenstände | | |
| Forderungen aus Lieferungen und Leistungen | 20.000 | 0 |
| Forderungen gegen Verbundene Unternehmen | 0 | 0 |
| Sonstige Vermögensgegenstände | 37.960 | 48.798 |
| II. Guthaben bei Kreditinstituten | 357.137 | 4.216 |
| Summe Umlaufvermögen | 415.097 | 53.014 |
| C. Rechnungsabgrenzungsposten | 4.548 | 0 |
| D. Nicht durch Eigenkapital gedeckter Fehlbetrag | 0 | 1.018.373 |
| | 16.019.645 | 1.071.387 |
| **Passiva** | **30.06.2024 Euro** | **31.12.2023 Euro** |
| A. Eigenkapital | | |
| Gezeichnetes Kapital | 17.007.234 | 1.407.234 |
| Kapitalrücklage | 716.979 | 466.978 |
| Bilanzverlust | -3.125.225 | -2.892.585 |
| Nicht gedeckter Fehlbetrag | 0 | 1.018.373 |
| Summe Eigenkapital | 14.598.988 | 0 |
| B. Rückstellungen | | |
| Sonstige Rückstellungen | 62.750 | 76.154 |
| C. Verbindlichkeiten | | |
| Verbindlichkeiten aus Lieferungen und Leistungen | 90 | 229.635 |
| Verbindlichkeiten ggü. verbundenen Unternehmen | 630.658 | 722.818 |
| Sonstige Verbindlichkeiten | 727.159 | 42.780 |
| Summe Verbindlichkeiten | 1.357.907 | 995.233 |
| | 16.019.645 | 1.071.387 |

## Gewinn- und Verlustrechnung zum 30. Juni 2024

|  | 30.06.2024 Euro | 30.06.2023 Euro |
|---|---:|---:|
| 1. Umsatzerlöse | 20.000 | 0 |
| 2. Sonstige betriebliche Erträge | 10.000 | 90.037 |
| 3. Personalaufwand | 0 | -42.780 |
| 4. Sonstige betriebliche Aufwendungen | -243.053 | -175.501 |
| 5. Erträge aus Beteiligungen | 0 | 0 |
| 6. Sonstige Zinsen und ähnliche Erträge | 2.571 | 0 |
| 7. Zinsen und ähnliche Aufwendungen | -22.157 | -8.814 |
| 8. Steuern vom Einkommen und vom Ertrag | 0 | 0 |
| 9. Ergebnis nach Steuern | -232.639 | -137.058 |
| 10. Periodenfehlbetrag | -232.639 | -137.058 |

## Anhang

**Allgemeine Angaben**

Die Philomaxcap AG mit Sitz in München und Geschäftsanschrift Marienplatz 2, 80331 München, ist im Handelsregister des Amtsgerichts München unter der Registernummer HRB 235614 eingetragen.

Der vorliegende Halbjahresabschluss wurde nach den Rechnungslegungsvorschriften für Kapitalgesellschaften des Handelsgesetzbuches (HGB) sowie nach den einschlägigen Vorschriften des Aktiengesetzes und der Satzung aufgestellt. Die Gesellschaft ist aufgrund der Zulassung ihrer Aktien zum Börsenhandel eine große Kapitalgesellschaft im Sinne von § 267 Abs. 3 HGB. Es wird kein Konzernabschluss erstellt und die Gesellschaft wird nicht in einen Konzernabschluss einbezogen.

Die Gliederung der Bilanz und der Gewinn- und Verlustrechnung entspricht den Vorschriften der §§ 266 Abs. 2 und Abs. 3 sowie 275 Abs. 2 HGB. Die Gewinn- und Verlustrechnung wurde nach dem Gesamtkostenverfahren aufgestellt.

**Bilanzierungs- und Bewertungsmethoden**

Die handelsrechtliche Bilanzierung und Bewertung wurde unter Beachtung der Grundsätze ordnungsmäßiger Buchführung vorgenommen.

Vermögensgegenstände werden zu Anschaffungskosten angesetzt, gegebenenfalls um Abschreibungen gemindert. Forderungen und liquide Mittel werden mit dem Nominalwert gegebenenfalls um Wertberichtigungen vermindert bilanziert.

Rückstellungen wurden für ungewisse Verbindlichkeiten und sonstige Risiken in der Höhe gebildet, wie sie nach vernünftiger kaufmännischer Beurteilung notwendig waren.

Die Verbindlichkeiten sind zum Rückzahlungsbetrag angesetzt und haben eine Restlaufzeit von unter einem Jahr.

**Erläuterungen zur Bilanz**

Die Gesellschaft hält zum Bilanzstichtag im Anlagevermögen die im Rahmen einer Sachkapitalerhöhung erworbene Minderheitsbeteiligung an der AmeriMark Group AG, Schweiz.

Die Forderungen und sonstigen Vermögensgegenstände haben eine Restlaufzeit von unter einem Jahr und betreffen Forderungen aus dem Dienstleistungsvertrag mit der AmeriMark Group AG sowie Steuerrückforderungen.

Das Guthaben bei Kreditinstituten bezieht sich auf ein Girokonto.

Das gezeichnete Kapital der Gesellschaft beträgt zum Bilanzstichtag Euro 17.007.234 und ist eingeteilt in 17.007.234 nennwertlose, auf den Inhaber lautende Stückstammaktien. Jede ausgegebene Aktie gewährt eine Stimme.


UNTERNEHMENSREGISTER

Die Kapitalrücklage beträgt Euro 716.978. Sie erhöhte sich durch die direkte Einzahlung der Mehrheitsaktionärin um Euro 250.000.

Durch die durchgeführten finanziellen Maßnahmen hat sich die Bilanzsituation des Unternehmens maßgeblich verändert. Nach Jahren mit negativem Eigenkapital weist die Gesellschaft zum 30. Juni 2024 ein positives Eigenkapital in Höhe von Euro 14.598.988 aus. Die Eigenkapitalquote beträgt nunmehr 91,1 Prozent (31.12.2023: null Prozent).

Mit Hauptversammlungsbeschluss vom 30. August 2022 kann der Vorstand eigene Aktien bis zu einem Anteil in Höhe von 10 Prozent des Grundkapitals der Gesellschaft zurückkaufen. Diese Ermächtigung gilt bis zum 29. August 2027.

Mit Beschluss der Hauptversammlung vom 30. August 2022 wurde ein neues genehmigtes Kapital (Genehmigtes Kapital 2022/I) geschaffen. Das Grundkapital kann demnach mit Zustimmung des Aufsichtsrats bis zum 29. August 2027 einmalig oder mehrmalig um bis zu Euro 703.617 gegen Bar- und/oder Sacheinlagen durch Ausgabe von neuen, auf den Inhaber lautenden Stückaktien erhöht werden. Die Eintragung ins Handelsregister erfolgte am 04. Mai 2023.

Mit Hauptversammlungsbeschluss vom 28. August 2019 wurde ein Bedingtes Kapital 2019/I von bis zu Euro 703.617 durch Ausgabe von bis zu 703.617 neuen auf den Inhaber lautenden Stückaktien beschlossen. Die bedingte Kapitalerhöhung dient der Gewährung von Aktien an Inhaber von Wandel- und / oder Optionsschuldverschreibungen, die gemäß der Ermächtigung von der Gesellschaft oder durch eine unmittelbare oder mittelbare Beteiligungsgesellschaft der Gesellschaft begeben werden. Die Ermächtigung gilt bis 27. August 2024.

Die Bestellung und Abberufung des Vorstands ist in § 84 AktG sowie in der Gesellschaftssatzung geregelt. Der Vorstand der Gesellschaft besteht gemäß § 6 Abs. 1 der Satzung aus einer oder mehreren Personen. Die Zahl der Vorstandsmitglieder bestimmt der Aufsichtsrat.

Über die Bestellung der Vorstandsmitglieder, den Widerruf der Bestellung sowie den Abschluss der Anstellungsverträge und sonstiger Verträge mit den Vorstandsmitgliedern entscheidet der Aufsichtsrat. Es bestehen keine Entschädigungsvereinbarungen im Falle eines Kontrollwechsels.

Zu Änderungen der Satzung, die lediglich die Fassung betreffen, ist der Aufsichtsrat ermächtigt. Darüber hinaus gelten die Regelungen des Aktiengesetzes.

Die Sonstigen Rückstellungen in Höhe von TEuro 63 (31.12.2023: TEuro 76) betreffen anteilige Abschlussprüferkosten, noch nicht abgerechnete, beanspruchte Dienstleistungen sowie anteilige Vergütung der Aufsichtsratsmitglieder.

Die Verbindlichkeiten gegenüber verbundenen Unternehmen betreffen das von der Mehrheitsaktionärin Capana Swiss Advisors AG ausgereichte Darlehen. Die Sonstigen Verbindlichkeiten betreffen im Wesentlichen das von der bisherigen Mehrheitsaktionärin, Philocity Global GmbH, ausgereichte Darlehen.

**Erläuterungen zur Gewinn- und Verlustrechnung**

Die Gesellschaft erzielte im 6-Monatszeitraum 2024 Umsatzerlöse in Höhe von TEuro 20.

Die Sonstigen betrieblichen Erträge resultieren aus einem einmaligen, außergewöhnlichen Ertragszuschuss von einem Anteilseigner.

Der Personalaufwand beträgt TEuro 0 (Vorjahr: TEuro 43).

Die sonstigen betrieblichen Aufwendungen in Höhe von TEuro 243 (Vorjahr: TEuro 176) betreffen im wesentlichen Kosten für Rechtsberatung, Wirtschaftsprüfung, Vergütung an den Vorstand, Börsennotiz und Pflichtpublizität, Investor Relations sowie anteilige Aufsichtsratvergütung.

Die sonstigen Zinsen und ähnliche Erträge resultieren aus der Anlage der vorhandenen Liquidität auf einem verzinsten Kontokorrentkonto.

Die Zinsen und ähnlichen Aufwendungen resultieren aus der Verzinsung der beiden Darlehen, die von den beiden Hauptaktionärinnen gewährt wurden.

**Sonstige Angaben**

Der Halbjahresfinanzbericht wurde weder einer prüferischen Durchsicht unterzogen noch entsprechend gemäß § 317 HGB geprüft.

München im Juli 2024

*Achim Pfeffer*
*(Vorstand)*

# Philomaxcap AG

### Munich

## Semi-annual financial report according to the German Securities Trading Act [WpHG] for the period from 01/01/2024 to 06/30/2024

### as of June 30, 2024

## Interim management report

**Significant events in the 1st half of 2024**

**Business development**

The reporting period of Philomaxcap AG was mainly characterized by the securing of its own liquidity and preparations to build up a new business operation as a holding company, in particular by the contribution of company shares in AmeriMark Group AG within the framework of an increase in non-cash capital.

In November 2023, the Executive Board agreed with the Plaintiffs against the majority of the resolutions adopted at the Annual General Meeting on August 30, 2022, to end the action for contestation and to carry out the planned capital increase in exchange for contributions in kind in the interest of all parties.

This capital increase against contributions in kind was entered in the commercial register on February 21, 2024. The share capital thus increased from the previous EUR 1,407,234 by EUR 15,600,000 to EUR 17,007,234 or shares. At the same time, Capana Swiss Advisors AG became a new majority shareholder in Philomaxcap AG. Since then, it has held 92.02% (previously 3.60%) of all company shares. The former majority shareholder, Philocity Global GmbH, was diluted with this capital measure from 72.59% to 6.01%. The contribution in kind is a participation in AmeriMark Group AG, a holding company in Switzerland. Philomaxcap AG now holds 13,000,000 of a total of 26,800,000 shares and thus 48.46% of the shares of AmeriMark Group AG. The investment is shown in the financial assets. The inclusion in stock exchange trading should be requested for the new shares.

The transaction is shown graphically below:

– Page 1 of 7 –
Date of creation: 08/05/2024
Extract from the company register



Thus, at the time of reporting, the legal investment structure is as follows:

– Page 2 of 7 –
Date of creation: 08/05/2024
Extract from the company register

**[logo:] UNTERNEHMENSREGISTER**



Commercial register:

•02/21/2024: Increase of the share capital

•05/23/2024: Amendment of the articles of association; corporate purpose is now Holding

Subsequently, the business purpose was changed in the articles of association based on the resolution of the Annual General Meeting dated August 30, 2022. The entry in the commercial register was made on May 23, 2024. The purpose of the company is now the management of existing and still to be acquired shareholdings as well as the activity as a management holding company. The company is entitled to all transactions and measures that appear suitable for serving the purpose of the company.

After the successful contribution of the shares, a service contract was concluded between AmeriMark Group AG and Philomaxcap AG with effect from May 1, 2024. Philomaxcap AG regularly supports the holding company AmeriMark Group AG in the areas of service management (management services), corporate governance (corporate governance) and financial communications (investor relations).

Companies affiliated with AmeriMark Group AG are involved in a legal dispute in the United States of America. Philomaxcap AG does not expect any significant effects from the legal disputes on the result.

**Ensuring of financing**

On April 16, 2024, the new majority shareholder Capana Swiss Advisors AG made a deposit into the capital reserve in the amount of TEUR 250.

– Page 3 of 7 –
Date of creation: 08/05/2024
Extract from the company register

Also on April 16, 2024, a loan of TEUR 625 granted by the same majority shareholder was paid out in full. This loan is due for repayment on December 31, 2025, including interest. The Lender may prematurely terminate the Loan Agreement for good cause (imminent insolvency, insolvency or over-indebtedness). The interest on the loan is based on the 3-Months-EURIBOR. As of June 30, 2024, the loan amounted to TEUR 631.

Since March 2022, a loan agreement exists between Philocity Global GmbH as the lender and Philomaxcap AG as the borrower. With the contract amendment dated April 16, 2024, the term, termination and repayment were re-regulated to the effect that the loan contract can be terminated at the earliest from November 1, 2025 with a notice period of 60 bank working days. Early termination is excluded. The right to terminate for good cause remains unaffected by this. The interest on the loan is based on the 12-Months-EURIBOR. As of June 30, 2024, the loan was valued at TEUR 727.

**Earnings situation**

Philomaxcap AG generated sales revenues of TEUR 20 in the first half of 2024. Since May 2024, regular sales have been generated on the basis of the service contract concluded with AmeriMark Group AG.

Other operating income in the amount of TEUR 10 (previous year: TEUR 90) includes one-time extraordinary income (income subsidies from shareholders).

Personnel costs amount to TEUR 0 (previous year: TEUR 43). Payments to the officiating Executive Board in the amount of TEUR 42 are recorded in the Other operating expenses. The current operating expenses also include, above all, costs for legal advice, preparation of the annual financial statement and investor relations. It increased to TEUR 243, without taking into account the payments to the Executive Board at TEUR 201 (previous year: TEUR 176).

The first half of 2024 closed, in particular due to the high other operating expenses and increased interest expenses for the existing loans, with a period deficit of TEUR 233 (previous year: period deficit TEUR 137).

**Financial situation / liquidity**

The available liquid funds invested exclusively in a checking account amount to TEUR 357 as of the balance sheet date (12/31/2023: TEUR 4). On June 30, 2024, trade payables only amounted to EUR 90; as of December 31, 2023, it still was TEUR 230.
With the available financial resources, supplemented by another capital measure planned for the beginning of 2025, the liquidity requirement is covered according to the planning of the Executive Board by the middle of 2025.

**Forecast and risks**

There is no new knowledge that the forecasts and other statements made in the management report of the annual financial statement as of December 31, 2023 (published on April 30, 2024) have changed or changed significantly regarding the company's expected development and activity for the current fiscal year 2024.

Delays in business development, higher than planned administrative costs, and a key person risk due to the low number of employees should be seen as risks for future business development. The company must also comply with extensive regulatory requirements due to its stock exchange approval in the regulated market. This may result in legal risks that are prevented by early observation of legislation and the involvement of consultants. Due to the capital inflow and the increased interest rate on the money markets, interest income is again derived from the investment of the liquid funds.

**Events of particular importance after the end of the reporting period**

None.

**Assurance of the legal representative**

To the best of my knowledge, I assure that, in accordance with the applicable accounting principles, the half-yearly financial statement provides a true and fair view of the asset, conveys the financial and earnings situation and the business performance, including the business result and the situation of the Company are presented in the management report, that an image is conveyed that corresponds to the actual circumstances, as well as the significant opportunities and risks of the expected development of the company are described.

Munich, July 2024

*Achim Pfeffer*
*(Executive Board)*

## Balance Sheet & Income Statement

– Page 4 of 7 –
Date of creation: 08/05/2024
Extract from the company register

## Balance sheet as of June 30, 2024

| Assets | 06/30/2024 Euro | 12/31/2023 Euro |
|---|---:|---:|
| **A. Fixed assets** | | |
| I. Financial assets | | |
| Investments | 15,600,000 | 0 |
| Total fixed assets | 15,600,000 | 0 |
| **B. Current assets** | | |
| I. Receivables and other assets | | |
| Trade receivables | 20,000 | 0 |
| Receivables from affiliated companies | 0 | 0 |
| Other assets | 37,960 | 48,798 |
| II. Credit balances with credit institutions | 357,137 | 4,216 |
| Total current assets | 415,097 | 53,014 |
| C. Accrued expenses | 4,548 | 0 |
| D. Deficit not covered by equity capital | 0 | 1,018,373 |
| | 16,019,645 | 1,071,387 |

| Liabilities | 06/30/2024 Euro | 12/31/2023 Euro |
|---|---:|---:|
| **A. Equity** | | |
| Subscribed capital | 17,007,234 | 1,407,234 |
| Capital reserve | 716,979 | 466,978 |
| Balance sheet loss | -3,125,225 | -2,892,585 |
| Uncovered deficit | 0 | 1,018,373 |
| Total equity | 14,598,988 | 0 |
| **B. Accruals** | | |
| Other accruals | 62,750 | 76,154 |
| **C. Liabilities** | | |
| Trade payables | 90 | 229,635 |
| Liabilities to affiliated companies | 630,658 | 722,818 |
| Other liabilities | 727,159 | 42,780 |
| Total liabilities | 1,357,907 | 995,233 |
| | 16,019,645 | 1,071,387 |

– Page 5 of 7 –
Date of creation: 08/05/2024
Extract from the company register

## Profit and loss statement as of June 30, 2024

|  | 06/30/2024<br>Euro | 30.06.2023<br>Euro |
|---|---:|---:|
| 1. Sales revenue | 20,000 | 0 |
| 2. Other operating income | 10,000 | 90,037 |
| 3. Personnel expenses | 0 | -42,780 |
| 4. Other operating expenses | -243,053 | -175,501 |
| 5. Income from investments | 0 | 0 |
| 6. Other interest and similar income | 2,571 | 0 |
| 7. Interest and similar expenses | -22,157 | -8,814 |
| 8. Taxes on income and earnings | 0 | 0 |
| 9. Result after taxes | -232,639 | -137,058 |
| 10. Period deficit | -232,639 | -137,058 |

## Attachment

**General information**

Philomaxcap AG with its registered office in Munich and business address Marienplatz 2, 80331 Munich, is enrolled in the commercial register of the Munich District Court under the register number HRB 235614.

The present half-yearly financial statement was prepared in accordance with the accounting regulations for corporations of the German Commercial Code (HGB) and the relevant provisions of the Stock Corporation Act and the Articles of Association. Due to the admission of its shares to the stock exchange, the company is a large corporation within the meaning of §267 para. 3 HGB. No consolidated financial statement is prepared and the company is not included in any consolidated financial statement.

The structure of the balance sheet and the profit and loss statement corresponds to the provisions of §§266 para. 2 and para. 3 as well as 275 para. 2 HGB. The profit and loss statement was prepared according to the total cost method.

**Accounting and valuation methods**

The accounting and valuation under commercial law was carried out in compliance with the principles of proper accounting.

Assets are recognized at acquisition cost, reduced by depreciation if necessary. Receivables and liquid funds are reduced with the nominal value by value adjustments, if applicable.

Provisions were formed for uncertain liabilities and other risks in the amount necessary according to prudent commercial judgment.

The liabilities are stated at the repayment amount and have a remaining term of less than one year.

**Notes to the balance sheet**

As of the balance sheet date, the company holds the minority share in AmeriMark Group AG, Switzerland, in fixed assets acquired as part of a non-cash capital increase.

Receivables and other assets have a remaining term of less than one year and relate to receivables from the service contract with AmeriMark Group AG and tax reclaims.

The credit balance with banks refers to a checking account.

As of the balance sheet date, the subscribed capital of the company amounts to EUR 17,007,234 and is divided into 17,007,234 no-par value bearer shares. Each issued share grants one vote.

– Page 6 of 7 –
Date of creation: 08/05/2024
Extract from the company register

The capital reserve amounts to EUR 716,978. It increased by EUR 250,000 due to the direct payment of the majority shareholder.

The financial measures carried out changed the balance sheet situation of the company significantly. After years of negative equity, the company reported positive equity in the amount of EUR 14,598,988 as of June 30, 2024. The equity ratio is now 91.1% (31.12.2023: zero%).

By resolution of the Annual General Meeting dated August 30, 2022, the Executive Board may repurchase its own shares up to 10% of the share capital of the Company. This authorization is valid until August 29, 2027.

By resolution of the Annual General Meeting on August 30, 2022, a new approved capital (approved capital 2022/I) was created. The share capital can therefore be increased by up to EUR 703,617 with the consent of the Supervisory Board until August 29, 2027, once or several times, against cash and/or in-kind contributions by issuing new no-par value bearer shares. The entry in the commercial register took place on May 04, 2023.

By resolution of the Annual General Meeting on August 28, 2019, a conditional capital 2019/I of up to EUR 703,617 was resolved by issuing up to 703,617 new no-par value bearer shares. The conditional capital increase serves to grant shares to holders of convertible and/or option bonds, which are issued by the company or by a direct or indirect investment company of the company in accordance with the authorization. The authorization is valid until August 27, 2024.

The appointment and dismissal of the Executive Board is regulated in §84 Stock Corporation Act [AktG] and in the articles of association. Pursuant to §6 para. 1 of the articles of association, the company's Executive Board consists of one or more persons. The number of members of the Executive Board is determined by the Supervisory Board.

The Supervisory Board shall decide on the appointment of the Executive Board members, the revocation of the appointment and the conclusion of the employment contracts and other contracts with the Executive Board members. There are no compensation agreements in the event of a change of control.

The Supervisory Board is authorized to amend the articles of association, which only relate to the wording. In addition, the provisions of the Stock Corporation Act apply.

Other provisions in the amount of TEUR 63 (12/31/2023: TEUR 76) relate to pro rata auditor costs, services not yet invoiced, claimed, and pro rata remuneration of the Supervisory Board members.

Liabilities to affiliated companies relate to the loan issued by the majority shareholder Capana Swiss Advisors AG. The Other Liabilities mainly relate to the loans granted by the former majority shareholder, Philocity Global GmbH.

**Notes to the income statement**

In the 6-month time period 2024, the company generated sales revenues of TEUR 20,

Other operating income results from a one-time, extraordinary income subsidy from a shareholder.

Personnel expenses amounted to TEUR 0 (previous year: TEUR 43).

Other operating expenses in the amount of TEUR 243 (previous year: TEUR 176) mainly relate to costs for legal advice, auditing, remuneration to the Executive Board, stock exchange notes and compulsory public relations, investor relations and proportional Supervisory Board remuneration.

The other interest and similar income result from the investment of the existing liquidity in an interest-bearing current account.

The interest and similar expenses result from the interest on the two loans granted by the two main shareholders.

**Other information**

The semi-annual financial report was neither subjected to an audit review nor audited in accordance with §317 HGB.

Munich, July 2024

*Achim Pfeffer*
*(Executive Board)*

– Page 7 of 7 –
Date of creation: 08/05/2024
Extract from the company register



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the following documents are, to the best of my knowledge and belief, true and accurate translations from German into English:

- PhilomaxcapJune302024FinancialReport
- PTA-News_ Philomaxcap AG_ Philomaxcap AG erh_ht Grundkapital auf 17 Millionen Euro_

_____
Jacqueline Yorke

Sworn to before me this
January 16, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE