# EXHIBIT 2

## *PTA-News: Philomaxcap AG: Philomaxcap AG erhöht Grundkapital auf 17 Millionen Euro*

Pressetext

23. Februar 2024 Freitag 9:02 AM GMT

Copyright 2024 Factiva ®, from Dow Jones
All Rights Reserved



© 2024 Pressetext - News and Press Service for opinion leaders. All rights reserved. For further information see *http://www.pressetext.de*



**Section:** IR NEWS

**Length:** 286 words

**Byline:** Achim Pfeffer, Philomaxcap AG

**Dateline:** München

# Body

München (pta010/23.02.2024/10:02) - Philomaxcap AG erhöht Grundkapital auf 17 Millionen Euro

Unternehmensmitteilung für den Kapitalmarkt

München (pta010/23.02.2024/10:02) - Philomaxcap AG erhöht Grundkapital auf 17 Millionen Euro

Durch die Eintragung der Sachkapitalerhöhung im Handelsregister erhöht sich das Grundkapital der Philomaxcap AG von bisher 1.407.234 auf 17.007.234 Millionen Euro. Damit wird die schweizer Capana Swiss Advisors AG mit mehr als 90 Prozent zukünftig neuer Mehrheitsaktionär. Die neuen Aktien werden noch geschaffen und sollen auch zum Handel an der Frankfurter Wertpapierbörse zugelassen werden. Im Gegenzug erhielt die Philomaxcap AG 13.000.000 Aktien der AmeriMark Group AG (ISIN: CH0396131929). Die Kapitalmaßnahme gründet auf dem Beschluss der Hauptversammlung vom 30. August 2022. Die Umsetzung wurde durch Klagen von Aktionären verzögert. Mit den Klägern wurde im November 2023 ein Vergleich geschlossen.

Dazu Achim Pfeffer, Vorstand der Philomaxcap AG: "Mit der erfolgreichen Umsetzung des Hauptversammlungsbeschlusses ist ein wichtiger Schritt für die Gesellschaft getan. Philomaxcap hat jetzt einen operativen Geschäftsbetrieb und kann damit den Fokus auf die künftige Entwicklung der Gesellschaft richten. Mit dem neuen Hauptaktionär, Capana Swiss Advisors AG, hat die Gesellschaft einen starken Partner und ist für die künftige Entwicklung gerüstet."

(Ende)

Aussender: Philomaxcap AG

Adresse: Marienplatz 2, 80331 München

PTA-News: Philomaxcap AG : Philomaxcap AG erhöht Grundkapital auf 17 Millionen Euro

Land: Deutschland

Ansprechpartner: Achim Pfeffer

Tel.: +49 89 13928890

E-Mail: *info@philomaxcap.de*

Website: *www.philomaxcap.de*

ISIN(s): DE000A1A6WB2 (Aktie), DE000A254V53 (Aktie)

Börsen: Regulierter Markt in Frankfurt; Freiverkehr in Düsseldorf, Freiverkehr in Stuttgart

## Notes

PUBLISHER: Pressetext Nachrichtenagentur GmbH

## Classification

**Language:** GERMAN; DEUTSCH

**Publication-Type:** Presseagentur

**Journal Code:** PRESSE

**Subject:** AKTIONÄRE (90%); WERTPAPIERE & ANDERE KAPITALANLAGEN (90%); KAPITALMASSNAHMEN (78%); RECHTSKLAGEN (78%); AKTIONÄRSVERSAMMLUNGEN (75%); WERTPAPIERBÖRSEN (75%); VORSTÄNDE & AUFSICHTSRÄTE (73%); AKTIONÄRSKLAGEN (70%); c17 Corporate Funding (%); c171 Share Capital (%); cactio Corporate Actions (%); ccat Corporate/Industrial News (%); crecap Recapitalization (%); m13 Money/Currency Markets (%); m132 Foreign Exchange Markets (%); mcat Commodity/Financial Market News (%); ncat Content Types (%); nfact Factiva Filters (%); nfce C&E Exclusion Filter (%); nfcpin C&E Industry News Filter (%)

**Company:** adaaql AmeriMark Group AG; hfbfm Philomaxcap AG

**Organization:** EUROPEAN UNION (59%)

**Industry:** WERTPAPIERE & ANDERE KAPITALANLAGEN (90%); WERTPAPIERBÖRSEN (75%); i64 Retail/Wholesale (%); i651 Motor Vehicle Dealing (%); i654 Specialty Retailing (%); iacc Accounting/Consulting (%); ibcs Business/Consumer Services (%); icnsl Business Consultancy (%); iretail Retail (%)

**Geographic:** DÜSSELDORF, DEUTSCHLAND (58%); FRANKFURT, DEUTSCHLAND (57%); BADEN-WÜRTTEMBERG, DEUTSCHLAND (54%); DEUTSCHLAND (74%); SCHWEIZ (57%); bavar Bavaria; dach DACH

PTA-News: Philomaxcap AG : Philomaxcap AG erhöht Grundkapital auf 17 Millionen Euro

Countries; eecz European Union Countries; eurz Europe; gfr Germany; munich Munich; weurz Western Europe; PROVIDER TERMS: DEU, München

IP Descriptors: DEU, München

**Load-Date:** February 23, 2024

**End of Document**

## PTA News: Philomaxcap AG: Philomaxcap AG increases share capital to EUR 17 million

Press release text

February 23, 2024 Friday 9:02 AM GMT

Copyright 2024 Factiva ®, from Dow Jones
All Rights Reserved

# [logo:] FACTIVA

© 2024 Pressetext - News and Press Service for opinion leaders. All rights reserved. For further information see *http://www.pressetext.de*

## [logo:] press text

**Section:** IR NEWS

**Length:** 286 words

**Byline:** Achim Pfeffer, Philomaxcap AG

**Dateline:** Munich

## Body

Munich (pta010/23.02.2024/10:02) - Philomaxcap AG increases share capital to 17 million Euro

Corporate notification for the capital market

Munich (pta010/23.02.2024/10:02) - Philomaxcap AG increases share capital to 17 million Euro

By registering the non-cash capital increase in the commercial register, the share capital of Philomaxcap AG increases from until now 1,407,234 to 17,007,234 million Euros. This means that Swiss Capana Swiss Advisors AG will become a new majority shareholder in the future with more than 90%. The new shares are still being created and should also be admitted to trading on the Frankfurt Stock Exchange. In return, Philomaxcap AG received 13,000,000 shares of AmeriMark Group AG (ISIN: CH0396131929). The capital measure is based on the resolution of the Annual General Meeting on August 30, 2022. Implementation was delayed by actions by shareholders. A settlement was concluded with the Plaintiffs in November 2023.

Achim Pfeffer, Executive Board Philomaxcap AG: "The successful implementation of the General Meeting resolution is an important step for society. Philomaxcap now has an operational business and can thus focus on the future development of the company. With the new main shareholder, Capana Swiss Advisors AG, the company has a strong partner and is equipped for future development."

(End)

Sender: Philomaxcap AG

Address: Marienplatz 2, 80331 Munich

PTA News: Philomaxcap AG: Philomaxcap AG increases share capital to EUR 17 million

Country: Germany

Contact person: Achim Pfeffer

Tel.: +49 89 13928890

Email: *info@philomaxcap.de*

Website: *www.philomaxcap.de*

ISIN(s): DE000A1A6WB2 (share), DE000A254V53 (share)

Stock exchanges: Regulated market in Frankfurt; free market in Düsseldorf, free market in Stuttgart

## Notes

PUBLISHER: Pressetext Nachrichtenagentur GmbH

## Classification

**Language:** GERMAN; DEUTSCH

**Publication type:** Press agency

**Journal Code:** PRESS

**Subject:** ACTIONARY (90%); SECURITIES & OTHER CAPITAL INVESTMENTS (90%); CAPITAL MEASURES (78%); Legal Complaints (78%); SHAREHOLDER MEETINGS (75%); VALUE PAPER PRICES (75%); BOARDS OF DIRECTORS & SUPERVISORY BOARDS (73%); ACTIONARY CLAIMS (70%); c17 Corporate Funding (%); c171 Share Capital (%); cactio Corporate Actions (%); ccat Corporate/Industrial News (%); crecap Recapitalization (%); m13 Money/Currency Markets (%); m132 Foreign Exchange Markets (%); mcat Commodity/Financial Market News (%); ncat Content Types (%); nfact Factiva Filters (%); nfce C&E Exclusion Filter (%); nfcpin C&E Industry News Filter (%)

**Company:** adaaql AmeriMark Group AG; hfbfm Philomaxcap AG

**Organization:** EUROPEAN UNION (59%)

**Industry:** SECURITIES & OTHER CAPITA TRANSACTIONS (90%); SECURITIES (75%); i64 Retail/Wholesale (%); i651 Motor Vehicle Dealing (%); i654 Specialty Retailing (%); iacc Accounting/Consulting (%); ibcs Business/Consumer Services (%); icnsl Business Consultancy (%); iretail Retail (%)

**Geographic:** DÜSSELDORF, GERMANY (58%); FRANKFURT, GERMANY (57%); BADEN- WÜRTTEMBERG, GERMANY (54%); GERMANY (74%); SWITZERLAND (57%); bavar Bavaria; dach DACH Countries; eecz European

PTA News: Philomaxcap AG: Philomaxcap AG increases share capital to EUR 17 million

Union Countries; eurz Europe; gfr Germany; munich Munich; swish Western Europe; PROVITER: DEU, Munich

IP descriptors: DEU, Munich

**Load date:** February 23, 2024

---

End of Document



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the following documents are, to the best of my knowledge and belief, true and accurate translations from German into English:

- PhilomaxcapJune302024FinancialReport
- PTA-News_ Philomaxcap AG_ Philomaxcap AG erh_ht Grundkapital auf 17 Millionen Euro_

_____
Jacqueline Yorke

Sworn to before me this
January 16, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.400.8840 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE