Eric Benson (10414), eric@pbp.law
Brennan Moss (10267), brennan@pbp.law
Loren Washburn (10993), loren@pbp.law
**PARKINSON BENSON POTTER**
2750 Rasmussen Rd., Suite H-107
Park City, UT 84098
Telephone: (415) 534-7970

*Attorneys for Defendant, Counter Claimant
And Third-Party Plaintiff
Nicholas Thayne Markosian*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAP ANA SWISS ADVISORS AG, a Swiss corporation, and AMERIMARK AUTOMOTIVE AG, a Swiss Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RYMARK, INC., a Utah corporation; and NICHOLAS THAYNE MARKOSIAN, an individual; JOHN KIRKLAND, an individual; and VICKY SMALL, an individual,<br><br>Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br>**(Loren Washburn)**<br><br>Civil Case No. 2:23-cv-00467<br><br>Judge: Ted Stewart<br>Magistrate Judge: Cecilia M. Romero |
| RYMARK, INC., a Utah corporation; and NICHOLAS THAYNE MARKOSIAN, an individual,<br>Counter Claimants,<br><br>vs.<br><br>CAP ANA SWISS ADVISORS AG, a Swiss corporation, and Amerimark Automotive AG, a Swiss Corporation, | |

| | |
|---|---|
| Counter Defendants. | |
| RYMARK, INC., a Utah corporation; and NICHOLAS THAYNE MARKOSIAN, an individual, | |
| Third-Party Plaintiffs, | |
| vs. | |
| SHAEN BERNHARDT, an individual; ASHLEY MIRON LESHEM, an individual; DAVID HESTERMAN, an individual; NICOLAI COLSHORN, an individual; STEFAN KAMMERLANDER, an individual; ALEXANDER COENEN, an individual; MARTIN FASSER HEEG, an individual; AMERIMARK GROUP AG, a Swiss corporation; and PHILOMAXCAP AG, a German corporation, | |
| Third-Party Defendants. | |

**PLEASE TAKE NOTICE** that D. Loren Washburn of the firm of Parkinson Benson Potter hereby enters his appearance as counsel for Defendant, Counter Claimant and Third-Party Plaintiff Nicholas Thayne Markosian. The undersigned hereby request that copies of all further pleadings and papers filed in connection with the above-captioned action be served upon him using the contact information provided.

DATED:  January 17, 2025.

**PARKINSON BENSON POTTER**

*/s/ D. Loren Washburn*
LorenWashburn

*Attorneys for Defendant,
Counter Claimant and Third-Party Plaintiff*
Nicholas Thayne Markosian

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January 2025 I filed the foregoing via the Court's CM/ECF system, which provided notice of such filing to all counsel of records.

/s/ D. Loren Washburn