R. Jeremy Adamson (12818) (jadamson@kba.law)
Chad S. Pehrson (12622) (cpehrson@kba.law)
Robert P. Harrington (12541) (rharrington@kba.law)
Stephen Richards *(*19332*)* (srichards@kba.law)
**KUNZLER BEAN & ADAMSON, PC**
50 West Broadway Ste 1000
Salt Lake City Utah 84101
Telephone: (801) 994-4646

*Attorneys for Defendants, Counter Claimants and Third-Party Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CAPANA SWISS ADVISORS AG, a Swiss corporation; AMERIMARK AUTOMOTIVE AG, a Swiss corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RYMARK, INC., a Utah corporation; NICHOLAS THAYNE MARKOSIAN, an individual; JOHN KIRKLAND, an individual; and VICKY SMALL, an individual,<br><br>Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL R. JEREMY ADAMSON**<br><br>Case No.: 2:23-cv-00467<br><br>Judge: Ted Stewart<br>Magistrate Judge: Cecilia M. Romero |
| RYMARK, INC., a Utah corporation; and NICHOLAS THAYNE MARKOSIAN, an individual,<br><br>Counter Claimants,<br><br>vs.<br><br>CAPANA SWISS ADVISORS AG, a Swiss corporation, and Amerimark Automotive AG, a Swiss Corporation,<br><br>Counter Defendants. | |

|  |
|---|
| RYMARK, INC., a Utah corporation; and NICHOLAS THAYNE MARKOSIAN, an individual,<br><br>        Third-Party Plaintiffs,<br><br>vs.<br><br>SHAEN BERNHARDT, an individual; ASHLEY MIRON LESHEM, an individual; DAVID HESTERMAN, an individual; NICOLAI COLSHORN, an individual; STEFAN KAMMERLANDER, an individual; ALEXANDER COENEN, an individual; MARTIN FASSER HEEG, an individual; AMERIMARK GROUP AG, a Swiss corporation; and PHILOMAXCAP AG, a German corporation,<br><br>        Third-Party Defendants. |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    PLEASE TAKE NOTICE that Attorney R. Jeremy Adamson hereby withdraws as counsel of record for Rymark, Inc., Nicholas Markosian, Vicky Small, and John Kirkland in the above-captioned matter. This withdrawal is limited to Attorney R. Jeremy Adamson individually, and does not affect the continued representation of the aforementioned clients by other already admitted attorneys from KB&A, who will remain counsel of record in this case. Also this withdrawal coincides with the filing of Notices of Appearance by Loren Washburn, Eric Benson and Brennan Moss of Parkinson Benson Potter, who by separate filing are entering their appearances as additional counsel for Nicholas Markosian.

    A copy of this Notice of Withdrawal and the accompanying Notices of Appearance are

being served on all parties and their counsel of record. Attorney Adamson respectfully requests that the Court update its records to reflect this withdrawal and remove Attorney Adamson from the electronic service list in this matter.

DATED: January 17, 2025

**KUNZLER BEAN & ADAMSON, PC**

/s/*R. Jeremy Adamson*
R. Jeremy Adamson
Chad S. Pehrson
Robert P. Harrington
Stephen Richards

*Attorneys for Defendants,
Counter Claimants and
Third-Party Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January 2025 I filed the foregoing via the Court's CM/ECF system, which provided notice of such filing to all counsel of records.

*/s/R. Jeremy Adamson*
R. Jeremy Adamson