# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CAPANA SWISS ADVISORS AG, a Swiss corporation; AMERIMARK AUTOMOTIVE AG, a Swiss corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RYMARK, INC., a Utah corporation; NICHOLAS THAYNE MARKOSIAN, an individual; JOHN KIRKLAND, an individual; and VICKY SMALL, an individual,<br><br>Defendants.<br><br>RYMARK, INC., a Utah corporation; and NICHOLAS THAYNE MARKOSIAN, an individual,<br><br>Counter Claimants,<br><br>vs.<br><br>CAPANA SWISS ADVISORS AG, a Swiss corporation, and Amerimark Automotive AG, a Swiss Corporation,<br><br>Counter Defendants. | **ORDER GRANTING DEFENDANTS' SHORT FORM DISCOVERY MOTION TO STRIKE UNTIMELY OBJECTIONS TO 30(b)(6) DEPOSITION NOTICE**<br><br>Case No.: 2:23-cv-00467<br><br>Judge: Ted Stewart<br>Magistrate Judge: Cecilia M. Romero |

Before the court is Defendants' short form motion to strike objections to the Rule 30(b)(6) Notices of Capana and Amerimark Automotive AG.

**IT IS HEREBY ORDERED** that the motion is GRANTED. As set forth in the motion, Plaintiffs served objections to Rule 30(b)(6) depositions that were untimely under Local Rule

1

DUCivR 30-2(b). Plaintiffs' objections are therefore STRICKEN. Plaintiffs are ORDERED to produce 30(b)(6) witnesses on the objected-to topics within 14 days of this order.

DATED: _____, 2025

**BY THE COURT:**

_____
Magistrate Judge Cecilia M. Romero