Erik A. Christiansen (USB 7372)
Hannah J. Ector (USB 17980)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
EChristiansen@parsonsbehle.com
HEctor@parsonsbehle.com

John S. Worden (CA SBN 142943) (*Admitted Pro Hac Vice*)
Sarah E. Diamond (CA SBN 281162) (*Admitted Pro Hac Vice*)
**VENABLE LLP**
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
JSWorden@venable.com
SEDiamond@venable.com

*Attorneys for Plaintiffs Capana Swiss Advisors AG and AmeriMark Automotive AG, and Third-Party Defendants Shaen Bernhardt, Martin Fasser Heeg, Stefan Kammerlander, and AmeriMark Group AG*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAPANA SWISS ADVISORS AG, a Swiss corporation; AMERIMARK AUTOMOTIVE AG, a Swiss corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RYMARK, INC., a Utah corporation; NICHOLAS THAYNE MARKOSIAN, an individual; JOHN KIRKLAND, an individual; and VICKY SMALL, an individual,<br><br>Defendants. | **PLAINTIFF'S OBJECTIONS TO DEFENDANT RYMARK'S AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION TO CAPANA SWISS ADVISORS AG**<br><br>Case No. 2:23-cv-00467<br>Judge: Hon. Ted Stewart<br>Magistrate Judge: Hon. Cecilia M. Romero |

Plaintiff Capana Swiss Advisors AG ("Plaintiff"), through its undersigned counsel, submits the following objections to Defendant Rymark Inc.'s ("Rymark" or "Defendant") Fed. R. Civ. P. 30(b)(6) Deposition Topics as follows:

## TOPICS AND OBJECTIONS

**TOPIC 4:**

Grounds for privileges asserted by You with respect to all documents withheld from production on grounds of privilege, including as communicated by You in Your July 2024 privilege log.

**RESPONSE TO TOPIC 4:**

Plaintiff objects to this Topic on the grounds that it is not a legitimate topic of questioning for a lay witness.

**TOPIC 5:**

The factual bases for the allegations made in Your Amended Complaint and Answer in the above-captioned litigation.

**RESPONSE TO TOPIC 5:**

Plaintiff objects to this Topic on the grounds that it is vague, overly broad, and unduly burdensome, specifically as it relates to the term "factual bases."

**TOPIC 13:**

Activities of your agents between January 1, 2016 and the present.

**RESPONSE TO TOPIC 13:**

Plaintiff objects to this Topic on the grounds that it is unintelligible.

**TOPIC 19:**

Historical, proposed, planned or pending transactions involving Philomaxcap AG and/or H2E Americas LLC.

**RESPONSE TO TOPIC 19:**

Plaintiff objects to this Topic on the grounds that it seeks information relating to "Philomaxcap AG and/or H2E Americas LLC" that is outside the scope of the claims and defenses in this case.

**TOPIC 20:**

Activities and communications by You to support listing or business efforts as to CAG International AG including its listing and subsequent de-listing on the Wiener Borse and any trades YOU made in CAG International AG stock.

**RESPONSE TO TOPIC 20:**

Plaintiff objects to this Topic on the grounds that it seeks information relating to "CAG International AG" that is outside the scope of the claims and defenses in this case.

Dated: January 16, 2025

PARSONS BEHLE & LATIMER

*/s/ Erik A. Christiansen*
Erik A. Christiansen
Hannah Ector

VENABLE LLP
John Worden (*Admitted Pro Hac Vice*)
Sarah E. Diamond (*Admitted Pro Hac Vice*)

*Attorneys for Plaintiffs Capana Swiss Advisors AG and AmeriMark Automotive AG, and Third-Party Defendants Shaen Bernhardt, Martin Fasser Heeg, Stefan Kammerlander, and AmeriMark Group AG*

## CERTIFICATE OF SERVICE

I hereby certify that on **January 16, 2025**, I caused a true and correct copy of the foregoing **PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT RYMARK'S AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION TO CAPANA SWISS ADVISORS AG** to be filed on CM/ECF and accordingly electronically served to the parties of record.

*/s/ Zoe Gallagher*
Zoe Gallagher