AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| Capana Swiss Advisors, AG et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:23-CV-00467 |
| ) | |
| Rymark, Inc., et al. ) | |
| *Defendant* ) | |

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

To:   H2E Americas LLC c/o A Registered Agent, Inc., 8 The Green, Ste A, Dover, DE 19901

*(Name of person to whom this subpoena is directed)*

[X]   *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: | Date and Time: |
|---|---|
| Remote - Zoom | January 23, 2025 11:00 a.m.EST |
| https://us02web.zoom.us/j/81718598730?pwd=gDMbmrjbLnFthjlbOABOs5m5ignXKT.1 | Meeting ID: 817 1859 8730 |
| | Passcode: 492636 |

The deposition will be recorded by this method: _____Court Reporter and Zoom Recording

[ ]   *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

_____   OR   _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Rymark, Inc., et al., who issues or requests this subpoena, are: Kunzler, Bean & Adamson PC, Stephen Richards, ,

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 2:23-CV-00467

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* H2E Americas LLC c/o A Registered Agent, Inc on *(date)* December 13, 2024.

[X] I served the subpoena by delivering a copy to the named individual as follows: I entered the multi-service building and knocked on the door of the registered agent. I was greeted by Megan Shepherd. Her identity was verified on a previous visit. She checked her computer and then accepted service. on *(date)* Fri, Dec 13 2024; or

[ ] I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ 175.00 for travel and $ _____ for services, for a total of $ $175.00.

I declare under penalty of perjury that this information is true.

Date: 12/13/2024

*Server's signature*

Isaiah Greene 1367519

*Printed name and title*

PO Box 38, Dover, DE 19903

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 13, 2024, 4:42 pm EST at 8 The Green Suite A, Dover, DE 19901 received by Megan Shepherd authorized to accept for A Registered Agent, Inc.. Age: 30; Ethnicity: African American; Gender: Female; Weight: 170; Height: 5'7"; Hair: Black;
I entered the multi-service building and knocked on the door of the registered agent. I was greeted by Megan Shepherd. Her identity was verified on a previous visit. She checked her computer and then accepted service.