IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAPANA SWISS ADVISORS AG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RYMARK INC., et al.,<br><br>Defendants. | **ORDER GRANTING PLAINTIFFS' [145, 209] MOTIONS TO SEAL AND DENYING DEFENDANTS' [202] MOTION TO SEAL**<br><br>Case No. 2:23-cv-00467-TS-CMR<br><br>Judge Ted Stewart<br><br>Magistrate Judge Cecilia M. Romero |

Before the court are the following Motions to Seal: (1) Plaintiffs' Motion to Seal (ECF 145) regarding certain Exhibits to Defendants' Amended Counterclaim and Third-Party Complaint (ECF 138, 139); (2) Plaintiff's Motion to Seal (ECF 209) regarding Plaintiffs' Privilege Log, which is Exhibit B (ECF 203) to Defendants' Reply (ECF 201) in support of Defendants' Rule 4(m) Motion for Extension of Time to Serve Ashley Miron Leshem (ECF 183); and (3) Defendants' Motion to Seal (ECF 202) regarding Plaintiff's Privilege Log (ECF 203). Plaintiffs' Motions to Seal (ECF 145, 209) being narrowly tailored to protect only the specific information deserving of protection, pursuant to DUCivR 5-3 and for good cause appearing, the court hereby ORDERS as follows:

1. Plaintiffs' Motion to Seal (ECF 145) is GRANTED, and the Exhibits to Defendants' Amended Counterclaim and Third-Party Complaint (ECF 138, 139) identified in the Motion shall remain under seal.

2. Plaintiffs' Motion to Seal (ECF 209) is GRANTED, and Plaintiffs' Privilege Log (ECF 203) shall remain under seal.

3. Defendants' Motion to Seal is (ECF 202) is DENIED as moot.

IT IS SO ORDERED.

DATED this 4 February 2025.

*/s/ Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah