| | |
|---|---|
| **From:** | David Osborne |
| **To:** | Robert Harrington; Chad Pehrson; Stephen Richards |
| **Cc:** | Jonathan Goldstein |
| **Subject:** | RE: SERVICE OF COURT DOCUMENTS: No. 2:25-mc-00005 |
| **Date:** | Friday, January 24, 2025 1:56:36 PM |

- EXTERNAL EMAIL -

Bobby:

We're not authorized to accept service. However, we are willing to meet and confer in the interim. When might you be available next week?

**From:** Robert Harrington <rharrington@kba.law>
**Sent:** Thursday, January 23, 2025 6:40 PM
**To:** David Osborne <dosborne@goldsteinlp.com>; Chad Pehrson <cpehrson@kba.law>; Stephen Richards <srichards@kba.law>
**Cc:** Jonathan Goldstein <jgoldstein@goldsteinlp.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS: No. 2:25-mc-00005

David,

Thanks for sending these along, as well as the others you filed. We were surprised to see these motions given that we believed we were still in a meet and confer process.

We had a couple of questions in response to these motions. First, are you able to accept service of the subpoenas that you assert were not served properly? We assume that your clients are not evading service and it seems clear you are all in receipt of the subpoenas.

Second, are you and/or Jonathan still willing to meet and confer regarding these subpoenas in the interim?

Please let us know. Thanks.

Bobby

**From:** David Osborne <dosborne@goldsteinlp.com>
**Sent:** Tuesday, January 21, 2025 6:21 PM
**To:** Chad Pehrson <cpehrson@kba.law>; Robert Harrington <rharrington@kba.law>; Stephen Richards <srichards@kba.law>; Jeremy Adamson <jadamson@kba.law>
**Cc:** Jonathan Goldstein <jgoldstein@goldsteinlp.com>
**Subject:** SERVICE OF COURT DOCUMENTS: No. 2:25-mc-00005

- EXTERNAL EMAIL -

All:

The following documents were filed in the Eastern District of Pennsylvania this evening.

## David R. Osborne



1200 Riverplace Blvd., Suite 105-1110
Jacksonville, FL 32207
(available by appointment)

_____

200 School Alley, Suite 5
Green Lane, PA 18054
*office:* 610-949-0444
*fax:* 1-215-257-1910
www.goldsteinlp.com

THE CONTENTS OF THIS COMMUNICATION MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR THE ATTORNEY WORK PRODUCT PRIVILEGE.