| | |
|---|---|
| **From:** | Jonathan Goldstein |
| **To:** | Chad Pehrson; Robert Harrington |
| **Subject:** | Simkiss and Entities |
| **Date:** | Wednesday, December 18, 2024 9:32:50 AM |

- EXTERNAL EMAIL -

Chad and Bobby,

I represent John and Sally Simkiss and their related entities. We're in receipt of your subpoenas and related documents.

Will one of you please call me when you have a moment so we can discuss.

Cell is best.

Thanks.

--

Jonathan S. Goldstein, Esq.
**Goldstein Law Partners, LLC**
200 School Alley, Suite 5
Green Lane, PA 18054
www.goldsteinlp.com
o: +1-610-949-0444
c: +1-215-266-5948
The best way to reach me is email.