| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): Chad S. Pehrson (12622) KUNZLER BEAN & ADAMSON, PC 50 W. Broadway, 10th Floor Salt Lake City, UT 84101 | Telephone No.: (801) 994-4646 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (NAME): Rymark, Inc., et al | Ref. No. or File No. Capana vs. Rymark | |

Insert name of court, judicial district or branch court, if any:
United States Courthouse for the District of Utah
District of Utah
351 S W Temple
Salt Lake City, UT 84101

PLAINTIFF: Capana Swiss Advisors, AG, et al

DEFENDANT: Rymark, Inc., et al

## DECLARATION OF DILIGENCE

CASE NUMBER: 2:23-cv-00467

AT THE TIME OF DILIGENCE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION. I ATTEMPTED PERSONAL SERVICE ON THE FOLLOWING DATES AND TIMES WITH THE FOLLOWING RESULTS:

SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

ON: John Simkiss

ADDRESS, CITY AND STATE: 150 Millcreek Rd, Ardmore, PA 19003

12/20/2024 at 11:45 pm - The server spoke to Sarah Simkiss - Co-occupant (White, female, 48, blonde hair, 5'2"/145 lbs) who stated that the subject was not home and no set time of arrival is known.
12/23/2024 at 7:41 am - There was no answer at the door. No activity was heard or seen inside.
12/26/2024 at 7:14 am - There was no answer at the door. No activity was heard or seen inside.
12/28/2024 at 2:00 pm - There was no answer at the door. No activity was heard or seen inside.
12/30/2024 at 8:00 pm - There was no answer at the door. No activity was heard or seen inside. Some lights were on.

Second round of attempts on a rush basis - (12/31/2024 11:27 AM)

1/3/2025 at 7:12 pm - There was no answer at the door. No activity was heard or seen mside.
1/4/2025 at 8:00 am - There was no answer at the door. No activity was heard or seen inside.
1/5/2025 at 2:16 pm - There was no answer at the door. No activity was heard or seen inside.
1/6/2025 at 7:42 am - The server spoke to Sarah Simkiss - Co-occupant who was very evasive and sated her husband was not home and she did not know when or what time he would show up. No further information was given.

1/6/2025 at 2:23 pm - Emailed status to client.

1/16/2025 at 8:00 am - Closing out request due to being unable to service document at given location.

Additional Costs for diligence are recoverable under CCP 1033.5(a)(4)(B)

FEE FOR SERVICE: $390.00
Not a Registered California Process Server
County:
Registration No.
American Messenger Service, Inc.
3330 Market Street, Suite C
San Diego, CA 92102
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on Thursday, January 16, 2025

Signature: _____
Joseph Valentine