Chad S. Pehrson (12622) (cpehrson@kba.law)
Robert P. Harrington (12541) (rharrington@kba.law)
Stephen Richards *(*19332*)* (srichards@kba.law)
**KUNZLER BEAN & ADAMSON, PC**
50 West Broadway Ste 1000
Salt Lake City Utah 84101
Telephone: (801) 994-4646

*Attorneys for Defendants, Counter Claimants and Third-Party Plaintiffs*

---

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CAPANA SWISS ADVISORS AG, a Swiss corporation; AMERIMARK AUTOMOTIVE AG, a Swiss corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RYMARK, INC., a Utah corporation; NICHOLAS THAYNE MARKOSIAN, an individual; JOHN KIRKLAND, an individual; and VICKY SMALL, an individual,<br><br>Defendants. | **CERTIFICATE OF SERVICE OF *EX PARTE* MOTION FOR ALTERNATIVE SERVICE**<br><br><br>Case No.: 2:23-cv-00467<br><br>Judge Ted Stewart<br>Magistrate Judge Cecilia M. Romero<br><br><br>**EXPEDITED TREATMENT REQUESTED** |
| RYMARK, INC., a Utah corporation; and NICHOLAS THAYNE MARKOSIAN, an individual,<br><br>Counter Claimants,<br><br>vs.<br><br>CAPANA SWISS ADVISORS AG, a Swiss corporation, and AMERIMARK AUTOMOTIVE AG, a Swiss Corporation,<br><br>Counter Defendants. | |

| |
|---|
| RYMARK, INC., a Utah corporation; and NICHOLAS THAYNE MARKOSIAN, an individual, <br><br> Third-Party Plaintiffs, <br><br> vs. <br><br> SHAEN BERNHARDT, an individual; ASHLEY MIRON LESHEM, an individual; DAVID HESTERMAN, an individual; NICOLAI COLSHORN, an individual; STEFAN KAMMERLANDER, an individual; ALEXANDER COENEN, an individual; MARTIN FASSER HEEG, an individual; AMERIMARK GROUP AG, a Swiss corporation; and PHILOMAXCAP AG, a German corporation, <br><br> Third-Party Defendants. |

I hereby certify that on the 4th day of February 2025, I caused a true and correct copy of the *EX PARTE* **MOTION FOR ALTERNATIVE SERVICE** to be served on counsel for John Simkiss and Sarah Simkiss via electronic mail, at the below:

　　Jonathan S. Goldstein (jgoldstein@goldsteinlp.com)
　　David R. Osbornse (dosborne@goldsteinlp.com)
　　**Goldstein Law Partners, LLC**
　　200 School Alley, Suite 5
　　Green Lane, PA 18054

　　DATED:  February 4, 2025

　　　　　　　　　　　　　　　　　　　　**KUNZLER BEAN & ADAMSON, PC**

　　　　　　　　　　　　　　　　　　　　*/s/Robert P. Harrington*
　　　　　　　　　　　　　　　　　　　　Chad S. Pehrson
　　　　　　　　　　　　　　　　　　　　Robert P. Harrington
　　　　　　　　　　　　　　　　　　　　Stephen Richards

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*