Chad S. Pehrson (12622) (cpehrson@kba.law)
Robert P. Harrington (12541) (rharrington@kba.law)
Stephen Richards *(*19332*)* srichards@kba.law
KUNZLER BEAN & ADAMSON, PC
50 West Broadway Ste 1000
Salt Lake City Utah 84101
Telephone: (801) 994-4646

*Attorneys for Defendants & Counter Claimants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CAPANA SWISS ADVISORS AG, a Swiss corporation; AMERIMARK AUTOMOTIVE AG, a Swiss corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RYMARK, INC., a Utah corporation; NICHOLAS THAYNE MARKOSIAN, an individual; JOHN KIRKLAND, an individual; and VICKY SMALL, an individual,<br><br>Defendants. | **DECLARATION OF CHAD S. PEHRSON IN SUPPORT OF DEFENDANTS' MOTION FOR LIMITED EXTENSION OF FACT DISCOVERY**<br><br>Case No.: 2:23-cv-00467<br><br>Judge: Ted Stewart<br>Magistrate Judge: Cecilia M. Romero |
| RYMARK, INC., a Utah corporation; and NICHOLAS THAYNE MARKOSIAN, an individual,<br><br>Counter Claimants,<br><br>vs.<br><br>CAP ANA SWISS ADVISORS AG, a Swiss corporation, and Amerimark Automotive AG, a Swiss Corporation,<br><br>Counter Defendants. | |
| RYMARK, INC., a Utah corporation; and NICHOLAS THAYNE MARKOSIAN, an | |

1

| |
|---|
| individual, |
|               Third-Party Plaintiffs, |
| vs. |
| SHAEN BERNHARDT, an individual; ASHLEY MIRON LESHEM, an individual; DAVID HESTERMAN, an individual; NICOLAI COLSHORN, an individual; STEFAN KAMMERLANDER, an individual; ALEXANDER COENEN, an individual; MARTIN FASSER HEEG, an individual; AMERIMARK GROUP AG, a Swiss corporation; and PHILOMAXCAP AG, a German corporation, |
|              Third-Party Defendants. |

I, Chad S. Pehrson, declare as follows:

1. I am over 18 years of age and am fully competent to make this declaration. I am counsel to Defendants and Counterclaimants Rymark, Inc. ("**Rymark**"), Nicholas Markosian, John Kirkland, and Vicky Small (collectively "**Defendants**"). I have personal knowledge of the matters set forth below or have obtained knowledge from my review of the file. I make this declaration in support of Defendants' motion for a limited extension of fact discovery (the "**Motion**").

2. On January 24, 2025, Shaen Bernhardt sat for deposition as the Rule 30(b)(6) designee of Plaintiff AmeriMark Automotive AG. A true and correct copy of the transcript of that deposition is attached hereto as Exhibit A.

2

I declare the foregoing to be true and correct under penalty of perjury under the laws of the United States

Executed on February 5, 2024, in Salt Lake City, Utah.

By: /s/Chad S. Pehrson
Chad S. Pehrson

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, I filed the foregoing **REPLY DECLARATION OF CHAD S. PEHRSON IN SUPPORT OF DEFENDANTS' MOTION FOR LIMITED EXTENSION OF FACT DISCOVERY** via the Court's CM/ECF system, which provided notice of such filing to all counsel of records.

*/s/Chad S. Pehrson*