*Proposed Order Submitted by:*
Chad S. Pehrson (12622) cpehrson@kba.law
Robert P. Harrington (12541) rharrington@kba.law
Stephen Richards (19332) srichards@kba.law
**KUNZLER BEAN & ADAMSON, PC**
50 W Broadway, Ste 1000
Salt Lake City Utah 84101
Telephone: (801) 994-4646
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CAPANA SWISS ADVISORS AG, a Swiss corporation; AMERIMARK AUTOMOTIVE AG, a Swiss corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RYMARK, INC., a Utah corporation; NICHOLAS THAYNE MARKOSIAN, an individual; JOHN KIRKLAND, an individual; and VICKY SMALL, an individual,<br><br>Defendants. | **PROPOSED ORDER STRIKING PLAINTIFFS' "SUPPLEMENTAL RESPONSE TO DEFENDANTS' SHORT FORM DISCOVERY MOTION," DKT. 241**<br><br>Case No.: 2:23-cv-00467<br><br>Judge: Ted Stewart<br>Magistrate Judge: Cecilia M. Romero |

Before the Court is Rymark's Motion to Strike Plaintiffs' Supplemental Response. For the reasons stated in Rymark's Motion, namely that the "supplemental" filing failed to comply with this Court's Local Rules including DUCivR7-1and DUCivR 37-1, the Court ORDERS that the unauthorized "Supplemental Response" (Dkt. No. 241) is hereby stricken.

DATED: _____

BY THE COURT:

_____

1