Christopher M. Von Maack (10468)
vonmaack@mvmlegal.com
**MCNEILL | VON MAACK**
236 South 300 East
Salt Lake City, Utah 84111
Telephone: 801.823.6464

Attorneys for Third-Party Defendant Ashley Miron Leshem

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **CAPANA SWISS ADVISORS AG**, a Swiss corporation; and **AMERIMARK AUTOMOTIVE AG**, a Swiss corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**RYMARK, INC.**, a Utah corporation; **NICHOLAS THAYNE MARKOSIAN**, an individual; **JOHN KIRKLAND**, an individual; and **VICKY SMALL**, an individual,<br><br>Defendants. | **NOTICE OF APPEARANCE OF CHRISTOPHER M. VON MAACK ON BEHALF OF THIRD-PARTY DEFENDANT ASHLEY MIRON LESHEM** |
| **RYMARK, INC.**, a Utah corporation; and **NICHOLAS THAYNE MARKOSIAN**, an individual,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>**CAPANA SWISS ADVISORS AG**, a Swiss corporation; and **AMERIMARK AUTOMOTIVE AG**, a Swiss corporation.<br><br>Counterclaim Defendants. | **Case No. 2:23-cv-00467-TS-CMR**<br><br>**District Judge Ted Stewart**<br><br>**Magistrate Judge Cecilia M. Romero** |

| |
|---|
| **RYMARK, INC., a Utah corporation; and NICHOLAS THAYNE MARKOSIAN, an individual,** |
|     **Third-Party Plaintiffs,** |
| v. |
| **SHAEN BERNHARDT, an individual; ASHLEY MIRON LESHEM, an individual; DAVID HESTERMAN, an individual; NICOLAI COLSHORN, an individual; STEFAN KAMMERLANDER, an individual; ALEXANDER COENEN, an individual; MARTIN FASSER HEEG, an individual; AMERIMARK GROUP AG, a Swiss corporation; and PHILOMAXCAP AG, a German corporation,** |
|     **Third-Party Defendants.** |

      **PLEASE TAKE NOTICE** that Christopher M. Von Maack of M<small>C</small>N<small>EILL</small> V<small>ON</small> M<small>AACK</small> hereby enters his appearance as counsel on behalf of Third-Party Defendant Ashley Miron Leshem in the above-captioned action. Pursuant to Rule 5 of the Federal Rules of Civil Procedure, all further notices and copies of pleadings, papers and other material relevant to this action should be directed and served upon:

Christopher M. Von Maack (10468)
vonmaack@mvmlegal.com
**M<small>C</small>N<small>EILL</small> | V<small>ON</small> M<small>AACK</small>**
236 South 300 East
Salt Lake City, Utah 84111
Telephone: 801.823.6464

DATED this 11th day of February, 2025.

          **MCNEILL | VON MAACK**

          _/s/ Christopher M. Von Maack_
          Christopher M. Von Maack
          *Attorneys for Third-Party Defendant Ashley Miron Leshem*

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of McNeill Von Maack, 236 South 300 East, Salt Lake City, Utah 84111, and that, pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF CHRISTOPHER M. VON MAACK ON BEHALF OF THIRD-PARTY DEFENDANT ASHLEY MIRON LESHEM** was delivered this 11th day of February, 2025, via CM/ECF to all parties and counsel registered to receive email notices of filings.

/s/ Camille Coley