**PREPARED AND SUBMITTED BY:**

Christopher M. Von Maack (10468)
 vonmaack@mvmlegal.com
**MCNEILL | VON MAACK**
236 South 300 East
Salt Lake City, Utah 84111
Telephone: 801.823.6464

Attorneys for Third-Party Defendant Ashley Miron Leshem

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **CAPANA SWISS ADVISORS AG**, a Swiss corporation; and **AMERIMARK AUTOMOTIVE AG**, a Swiss corporation, <br><br>Plaintiffs, <br><br>v. <br><br>**RYMARK, INC.**, a Utah corporation; **NICHOLAS THAYNE MARKOSIAN**, an individual; **JOHN KIRKLAND**, an individual; and **VICKY SMALL**, an individual, <br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR THIRD-PARTY DEFENDANT ASHLEY MIRON LESHEM TO RESPOND TO THIRD-PARTY COMPLAINT** |
| **RYMARK, INC.**, a Utah corporation; and **NICHOLAS THAYNE MARKOSIAN**, an individual, <br><br>Counterclaim Plaintiffs, <br><br>v. <br><br>**CAPANA SWISS ADVISORS AG**, a Swiss corporation; and **AMERIMARK AUTOMOTIVE AG**, a Swiss corporation. <br><br>Counterclaim Defendants. | Case No. 2:23-cv-00467-TS-CMR <br><br>District Judge Ted Stewart <br><br>Magistrate Judge Cecilia M. Romero |

| |
|---|
| **RYMARK, INC., a Utah corporation; and NICHOLAS THAYNE MARKOSIAN, an individual,** <br><br>    **Third-Party Plaintiffs,** <br><br> v. <br><br> **SHAEN BERNHARDT, an individual; ASHLEY MIRON LESHEM, an individual; DAVID HESTERMAN, an individual; NICOLAI COLSHORN, an individual; STEFAN KAMMERLANDER, an individual; ALEXANDER COENEN, an individual; MARTIN FASSER HEEG, an individual; AMERIMARK GROUP AG, a Swiss corporation; and PHILOMAXCAP AG, a German corporation,** <br><br>    **Third-Party Defendants.** |

This matter is before the Court on the Stipulated Motion to Extend Time for Third-Party Defendant Ashley Miron Leshem to Respond to Third-Party Complaint. Based on the motion and good cause shown, the Court hereby ORDERS as follows:

1. The Stipulated Motion to Extend Time for Third-Party Defendant Ashley Miron Leshem to Respond to Third-Party Complaint is GRANTED.

2. Leshem shall file his response to the Third-Party Complaint (Dkt. 139) on or before February 27, 2025.

**APPROVED AS TO FORM:**

                        **KUNZLER BEAN & ADAMSON**

                        /s/ Stephen Richards
                        (*Signed with permission via February 11, 2025 email*)
                        Robert P. Harrington
                        Stephen Richards
                        Taylor J. Smith
                        Chad S. Pehrson
                        *Attorneys for Third-Party Plaintiffs Rymark, Inc. and Nicholas Thayne Markosian*

DATED this _____ day of February, 2025.

                        **BY THE COURT:**

                        Honorable Cecilia M. Romero
                        *Magistrate Judge*