# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAPANA SWISS ADVISORS AG, a Swiss corporation; and AMERIMARK AUTOMOTIVE AG, a Swiss corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>RYMARK, INC., a Utah corporation; NICHOLAS THAYNE MARKOSIAN, an individual; JOHN KIRKLAND, an individual; and VICKY SMALL, an individual,<br><br>    Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR THIRD-PARTY DEFENDANT ASHLEY MIRON LESHEM TO RESPOND TO THIRD-PARTY COMPLAINT** |
| RYMARK, INC., a Utah corporation; and NICHOLAS THAYNE MARKOSIAN, an individual,<br><br>    Counterclaim Plaintiffs,<br><br>v.<br><br>CAPANA SWISS ADVISORS AG, a Swiss corporation; and AMERIMARK AUTOMOTIVE AG, a Swiss corporation.<br><br>    Counterclaim Defendants. | Case No. 2:23-cv-00467-TS-CMR<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Cecilia M. Romero |
| **RYMARK, INC., a Utah corporation; and NICHOLAS THAYNE MARKOSIAN, an individual,**<br><br>    **Third-Party Plaintiffs,**<br><br>v.<br><br>**SHAEN BERNHARDT, an individual; ASHLEY MIRON LESHEM, an individual; DAVID HESTERMAN, an individual; NICOLAI COLSHORN, an individual; STEFAN KAMMERLANDER, an individual; ALEXANDER COENEN, an individual; MARTIN FASSER HEEG, an individual; AMERIMARK GROUP AG, a Swiss corporation; and PHILOMAXCAP AG, a German corporation,**<br><br>    **Third-Party Defendants.** | |

Having considered the Stipulated Motion to Extend Time for Third-Party Defendant Ashley Miron Leshem (Leshem) to Respond (Motion) (ECF 248) to Third-Party Complaint (ECF 139), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that Leshem shall file his response to the Third-Party Complaint (ECF 139) on or before February 27, 2025.

DATED this 12 February 2025.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah