Christopher M. Von Maack (10468)
  vonmaack@mvmlegal.com
**MCNEILL | VON MAACK**
236 South 300 East
Salt Lake City, Utah 84111
Telephone: 801.823.6464

Attorneys for Third-Party Defendant Ashley Miron Leshem

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **CAPANA SWISS ADVISORS AG**, a Swiss corporation; and **AMERIMARK AUTOMOTIVE AG**, a Swiss corporation, <br><br> Plaintiffs, <br><br> v. <br><br> **RYMARK, INC.**, a Utah corporation; **NICHOLAS THAYNE MARKOSIAN**, an individual; **JOHN KIRKLAND**, an individual; and **VICKY SMALL**, an individual, <br><br> Defendants. | **MOTION FOR PRO HAC VICE ADMISSION OF ANDREW B. PERETZ ON BEHALF OF THIRD-PARTY DEFENDANT ASHLEY MIRON LESHEM** |
| **RYMARK, INC.**, a Utah corporation; and **NICHOLAS THAYNE MARKOSIAN**, an individual, <br><br> Counterclaim Plaintiffs, <br> v. <br><br> **CAPANA SWISS ADVISORS AG**, a Swiss corporation; and **AMERIMARK AUTOMOTIVE AG**, a Swiss corporation. <br><br> Counterclaim Defendants. | Case No. 2:23-cv-00467-TS-CMR <br><br> District Judge Ted Stewart <br><br> Magistrate Judge Cecilia M. Romero |

| |
|---|
| **RYMARK, INC., a Utah corporation; and NICHOLAS THAYNE MARKOSIAN, an individual,** |
| **Third-Party Plaintiffs,** |
| v. |
| **SHAEN BERNHARDT, an individual; ASHLEY MIRON LESHEM, an individual; DAVID HESTERMAN, an individual; NICOLAI COLSHORN, an individual; STEFAN KAMMERLANDER, an individual; ALEXANDER COENEN, an individual; MARTIN FASSER HEEG, an individual; AMERIMARK GROUP AG, a Swiss corporation; and PHILOMAXCAP AG, a German corporation,** |
| **Third-Party Defendants.** |

I, Christopher M. Von Maack ("Local Counsel"), move for the pro hac vice admission of Andrew B. Peretz ("Applicant") as counsel for Third-Party Defendant Ashley Miron Leshem, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as Exhibits "1" and "2," respectively, and the admission fee will be paid to the Court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED this 12th day of February, 2025.

MCNEILL | VON MAACK

/s/ Christopher M. Von Maack

Christopher M. Von Maack
*Attorneys for Third-Party Defendant Ashley Miron Leshem*

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MCNEILL VON MAACK, 236 South 300 East, Salt Lake City, Utah 84111, and that, pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **MOTION FOR PRO HAC VICE ADMISSION OF ANDREW B. PERETZ ON BEHALF OF THIRD-PARTY DEFENDANT ASHLEY MIRON LESHEM** was delivered this 12th day of February, 2025, via CM/ECF to all parties and counsel registered to receive email notices of filings.

/s/ Camille Coley