# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **CAPANA SWISS ADVISORS AG**, a Swiss corporation; and **AMERIMARK AUTOMOTIVE AG**, a Swiss corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>**RYMARK, INC.**, a Utah corporation; **NICHOLAS THAYNE MARKOSIAN**, an individual; **JOHN KIRKLAND**, an individual; and **VICKY SMALL**, an individual,<br><br>    Defendants. | **ORDER GRANTING PRO HAC VICE ADMISSION OF ANDREW B. PERETZ ON BEHALF OF THIRD-PARTY DEFENDANT ASHLEY MIRON LESHEM** |
| **RYMARK, INC.**, a Utah corporation; and **NICHOLAS THAYNE MARKOSIAN**, an individual,<br><br>    Counterclaim Plaintiffs,<br><br>v.<br><br>**CAPANA SWISS ADVISORS AG**, a Swiss corporation; and **AMERIMARK AUTOMOTIVE AG**, a Swiss corporation.<br><br>    Counterclaim Defendants. | |
| **RYMARK, INC.**, a Utah corporation; and **NICHOLAS THAYNE MARKOSIAN**, an individual,<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>**SHAEN BERNHARDT**, an individual; **ASHLEY MIRON LESHEM**, an individual; **DAVID HESTERMAN**, an individual; **NICOLAI COLSHORN**, an individual; **STEFAN KAMMERLANDER**, an individual; **ALEXANDER COENEN**, an individual; **MARTIN FASSER HEEG**, an individual; **AMERIMARK GROUP AG**, a Swiss corporation; and **PHILOMAXCAP AG**, a German corporation,<br><br>    Third-Party Defendants. | **Case No. 2:23-cv-00467-TS-CMR**<br><br>**District Judge Ted Stewart**<br><br>**Magistrate Judge Cecilia M. Romero** |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Andrew B. Peretz.  Based on the motion and for good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED.

DATED this _____ day of February, 2025.

BY THE COURT:

_____
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah