Chad S. Pehrson (12622) (cpehrson@kba.law)
Robert P. Harrington (12541) (rharrington@kba.law)
Stephen Richards *(*19332*)* (srichards@kba.law)
**KUNZLER BEAN & ADAMSON, PC**
50 West Broadway Ste 1000
Salt Lake City Utah 84101
Telephone: (801) 994-4646

*Attorneys for Defendants, Counter Claimants and Third-Party Plaintiffs*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CAPANA SWISS ADVISORS AG, a Swiss corporation; AMERIMARK AUTOMOTIVE AG, a Swiss corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RYMARK, INC., a Utah corporation; NICHOLAS THAYNE MARKOSIAN, an individual; JOHN KIRKLAND, an individual; and VICKY SMALL, an individual,<br><br>Defendants. | **DEFENDANTS' EXPERT DESIGNATIONS**<br><br>Case No.: 2:23-cv-00467<br><br>Judge: Ted Stewart<br>Magistrate Judge: Cecilia M. Romero |
| RYMARK, INC., a Utah corporation; and NICHOLAS THAYNE MARKOSIAN, an individual,<br><br>Counter Claimants,<br><br>vs.<br><br>CAPANA SWISS ADVISORS AG, a Swiss corporation, and Amerimark Automotive AG, a Swiss Corporation,<br><br>Counter Defendants. | |
| RYMARK, INC., a Utah corporation; and NICHOLAS THAYNE MARKOSIAN, an individual, | |

|  |
|---|
| Third-Party Plaintiffs, <br> vs. <br> SHAEN BERNHARDT, an individual; ASHLEY MIRON LESHEM, an individual; DAVID HESTERMAN, an individual; NICOLAI COLSHORN, an individual; STEFAN KAMMERLANDER, an individual; ALEXANDER COENEN, an individual; MARTIN FASSER HEEG, an individual; AMERIMARK GROUP AG, a Swiss corporation; and PHILOMAXCAP AG, a German corporation, <br> Third-Party Defendants. |

Pursuant to the Court's Scheduling Order entered in this case, Defendants provide the name and subject matter of their retained experts:

- Eli Bartov, securities, forensic accounting, fraud
- Wayne Klein, securities, fraud
- Jay Valinsky, securities, fraud
- Bryan Allen, corporate governance, securities
- George Throckmorten, document forensics
- Mitch Jacobs, fraud, document forensics
- Scott Tucker, document forensics
- Derk Rasmussen, economics
- Daniel Rondeau, economics
- Clint Davis, economics

DATED: February 27, 2025

**KB&A**

/s/ *Chad S. Pehrson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2025, I filed the foregoing **DEFENDANTS' EXPERT DESIGNATIONS** via the Court's Cm/ECF system, which provided notice of such filing to all counsel of record.

*/s/ Stephen Richards*
