# EXHIBIT E
# to
# Declaration of Stephen Richards

| | |
|---|---|
| **From:** | David Hesterman <hestermaniac@gmail.com> |
| **Sent:** | Thursday, December 3, 2015 1:35:54 PM |
| **To:** | Nick Markosian <Nick@beenjerkedaround.com> |
| **Cc:** | Miron Leshem <anandacapital@comcast.net> |
| **Subject:** | Meeting and Conference Call |

Nick,
We need to discuss the following:
1) The upcoming meeting in Vegas
2) The lease with Skip Dunn
3) The draft contract for Thayne Harrison
4) The questions from UCB
AND (drum roll please) MOST IMPORTANTLY
5) Listing on the Euronext Marche Libre. This is really important. December is the perfect month to undertake the required steps and investor funds could be flowing in by late January.
Please call me to set a meeting time.
Kindest Regards,Davey Boy