# EXHIBIT F
## to
## Declaration of Stephen Richards

| | |
|---|---|
| **From:** | Miron Leshem <anandacapital@comcast.net> |
| **Sent:** | Tuesday, December 15, 2015 12:29:14 PM |
| **To:** | Nick Markosian <Nick@beenjerkedaround.com> |
| **Cc:** | Hesterman David <hestermaniac@gmail.com> |
| **Subject:** | Listing on the MarchéLibre ( OpenMarket) of the Euronext |
| **Attachments:** | INVESTOR LIST.doc |

Nick:

Pursuant to our conversation of yesterday, below please find links to the Euronext Marché Libre website.

Please note the following advantages of listing:

1. Ease of listing ( no prospectus required, no audited financial statements).
2. Short time to listing- 2 months or less.
3. Low cost of listing (US$ 115,000) compared with double or more for equivalent US listings
4. Ability to access equity capital at high valuations.
5. Direct road to the higher levels of the Euronext Market - the Alternext and Main Board.
6. Direct method of raising capital- using an equity investment underwritten by the Sponsoring Broker.
7. Large pool of institutional money available for both debt and equity financing- attached find a list of prospective institutional investors with whom I maintain relationships.
8. Low risk and access of equity capital for the Company immediately after listing from retail investors at rate of approximately EU 70,000 per week. (Compare that to anticipated increase in cash flow (not net profits) from business that you could generate by investing listing funds into inventory.
9. Ultimate exit strategy- sell entire company at very high valuation.

https://www.euronext.com/en/listings/free- markets

https://www.euronext.com/en/international- listings


Mit freundlichen Grüßen

Miron Leshem
Ananda Capital Partners
7824 La Mirada Dr
Boca Raton  FL 33433 USA
Tel: +1 561 477 7751
Fax: +1 561 431 2870
Mob: +1 561 212 7023
anandacapital@comcast.net