# EXHIBIT H
## to
## Declaration of Stephen Richards



# CAPITAL LOUNGE GMBH

## YOUR GOING PUBLIC BOUTIQUE

EQUITY RESEARCH

## AmeriMark Group AG

Fair Value: 1,47 €

Unternehmensanalyse vom 17.06.2019

Analysten: Alexander Coenen / André Will-Laudien

Bitte beachten Sie die Hinweise zu möglichen Interessenkonflikten und den Disclaimer auf den letzten Seiten dieser Studie.

## INHALTSVERZEICHNIS



AmeriMark
Group AG

| | |
|---|---|
| ÜBERSICHT UND KENNZAHLEN | 03 |
| DAS UNTERNEHMEN | 04 |
| ORGANE, STANDORTE UND MANAGEMENT | 04 |
| STRATEGISCHE ANSATZPUNKTE | 06 |
| OPERATIVER ÜBERBLICK – DAS GESCHÄFTSMODELL | 07 |
| MARKT- UND WETTBEWERBSUMFELD | 09 |
| DER US-AUTOMOBILMARKT IM JAHR 2019 | 12 |
| DIE DIREKTE KONKURRENZ DER AMERIMARK AG IM STAAT UTAH | 13 |
| DIE PEERGROUP DER BÖRSENNOTIERTEN LEASING-DIENSTLEISTER | 14 |
| SWOT-ANALYSE | 16 |
| DIE MITTELFRISTIGE FINANZPLANUNG BIS 2028 | 18 |
| DCF-ANALYSE | 20 |
| PEERGROUP-BEWERTUNG | 21 |
| BEWERTUNG & FAZIT UND ABSCHLIESSENDE RISIKOHINWEISE | 23 |
| KONZERNABSCHLUSS DER AMERIMARK GROUP AG (2018) | 25 |
| DISCLAIMER & INTERESSENKONFLIKTE | 26 |

2

CAPITAL LOUNGE GMBH | EQUITY RESEARCH | AGNES-BERNAUER-STR. 88 | 80687 MÜNCHEN | DEUTSCHLAND

WWW.CAPITALLOUNGE.DE

**AmeriMark Group AG | Unternehmensanalyse | 17.06.2019**

## ÜBERSICHT

| EMITTENT | AMERIMARK GROUP AG |
|---|---|
| UNTERNEHMENSSITZ | Kanton Zug, Schweiz |
| WEBSITE | www.amerimarkag.com |
| GRÜNDUNGSJAHR | 27. Juli 2015 |
| LEI | 894500K0AED89O47F342 |
| GRUNDKAPITAL | 1.340.000 CHF |
| ANZAHL AKTIEN | 23.400.000 Stück |
| GATTUNG | Inhaber- und Namenaktien |
| NENNWERT | CHF 0.10/0.05 (I 3,4/N 20 Mio.) |
| CUSIP | nicht vergeben |
| ISIN | CH 0454224574 |
| REGISTRATION | 356.633.696 |
| WKN | tbc |
| KÜRZEL (BÖRSE WIEN) | tbc |
| BÖRSE | Wiener Börse |
| ANTRAGSTELLER | Emittent |
| SEGMENT | Direct Market Plus |
| HANDELSMODELL | Fortlaufender Handel |
| MARKET MAKER / ZAHLSTELLE | ICF Bank AG / Bank M |
| CAPITAL MARKET COACH | Capital Lounge GMBH |

- Die Gesellschaft bezweckt das Halten, Verwalten und Verkaufen von Beteiligungen an in- und ausländischen Unternehmen aller Art.

- Sie kann auch Niederlassungen und Tochtergesellschaften im In- und Ausland gründen, Beteiligungen an anderen Unternehmen im In- und Ausland erwerben oder verkaufen und alle Transaktionen, die direkt oder indirekt im Zusammenhang mit ihrem Unternehmenszweck stehen, durchführen. Das Unternehmen kann Immobilien in der Schweiz und im Ausland erwerben, belasten, verkaufen und verwalten. Sie kann auch Finanzierungen eingehen sowohl auf dem Konto des Unternehmens oder über Dritte sowie Garantien und Wertpapiere für Tochtergesellschaften und Dritte ausstellen.

- AMERIMARK GROUP, AG
  Steinhauserstrasse 74
  6301 Zug, Schweiz

3

Quelle: AmeriMark Group AG

| AmeriMArk AG in USD | 2016 | 2017 | 2018 | 2019E |
|---|---|---|---|---|
| GESAMTLEISTUNG | 21.531.850 | 20.736.836 | 29.926.179 | 31.461.300 |
| GESAMTKOSTEN | 20.916.983 | 20.352.481 | 26.486.384 | 29.664.750 |
| EBITDA | 1.734.068 | 2.186.563 | 5.542.267 | 4.364.471 |
| EBITDA-MARGE | 8,1% | 10,5% | 18,5% | 13,9% |
| ABSCHREIBUNGEN | -1.119.201 | -1.802.204 | -2.122.472 | -2.568.191 |
| OPERATIVER FREE CASHFLOW | 1.125.892 | 1.355.338 | 692.149 | 1.810.760 |
| ZINSAUFWENDUNGEN | -498.933 | -783.025 | -1.365.455 | -1.529.310 |
| PERIODENERGEBNIS (EGT) | 106.691 | -271.870 | 366.684 | 516.894 |
| STANDORTE / REPRÄSENTANZEN | 1 | 2 | 3 | 4 |

Quelle: AmeriMark Group AG

| IPO-Analyse | Risiko | Sektor | Erstellung / Updates |
|---|---|---|---|
| Rating: BUY | Mittel bis Hoch | GICS | 17.06.2019 |
| Fair Value: 1,47 € | Beta: 1,50 | Consumer Automotive | mindestens 1x pro Quartal |

## Das Unternehmen



Quelle: AmeriMark Group AG, 2019

Die AmeriMark Group AG wurde ursprünglich am 27. Juli 2015 in der Schweiz gegründet. Das Unternehmen hat alle Geschäfte der AmeriMark Automotive AG (einer privaten Schweizer Holding) durch die Ausgabe von 20.000.000 Stammaktien zu 100% erworben.

Die AmeriMark Automotive AG (das "Unternehmen" oder "AmeriMark") ist eine in der Schweiz ansässige Holding, die über ihre US-amerikanische Tochtergesellschaft 3 Gebrauchtwagen-händler besitzt und betreibt, welche überwiegend, aber nicht ausschließlich, Autos nach dem Modell "Lease-here-Pay-here" (LHPH) an „Subprime-Kunden" verkaufen. Die Händler befinden sich in der näheren Umgebung von Salt Lake City und Ogden, Utah (USA). Das Unternehmen wurde im Jahr 2000 gegründet und plant derzeit eine Expansion in die europäischen Automobil-Märkte für Neu- und Gebrauchtwagen.

## ORGANE, STANDORTE und MANAGEMENT

### VORSTAND (CEO) – Nick Markosian

Nick Markosian ist seit mehr als zwei Jahrzehnten in der Automobilbranche tätig. Er stieg schon mit dem jungen 21. Lebensjahr in die obere Geschäftsführung bei einer großen Händlergruppe ein. Im Alter von 25 Jahren wurde er Besitzer eines Standorts und betreibt seitdem sämtliche Geschäfte als selbstständiger Händler. Herr Markosian ist bekannt für die Entwicklung erfolgreicher Auto-Einzelhandelstechniken, der sogenannten „Markosian Formula". Diese „Bibel des Autoverkaufs" wird als Ausbildungsgrundlage für neue Franchise-Nehmer eingesetzt. Er wird heute landesweit von Branchenverbänden eingeladen, um Händlergruppen und Industrieneulinge seine Verkaufs- und Managementtechniken, Philosophien und speziellen Erfolgsformeln beizubringen.

CONFIDENTIAL                                                                        PL_0000007808

Herr Markosian war Pionier des „Lease-Here & Pay-Here"-Formats und wurde kürzlich in den Verwaltungsrat des National Vehicle Leasing Association (NVLA) berufen. Er hat eine Reihe von branchenorientierten Bildungskursen absolviert, wie die Joe Verde School of Management und Learning to Lead. Herr Markosian ist auch Mitglied des Autohauses der Gruppe 20 und befindet sich im Händlerberatungsgremium von Next Gear Financing, einem führenden Automobil-finanzierungsunternehmen.

### GENERAL MANAGER – John Kirkland

John Kirkland ist ein Professional mit mehr als 15 Jahren Erfahrung in der Automobilbranche. Er ist in den Bereichen Management, Automobilfinanzierung, Datenüberprüfung und Vertrieb tätig. Er ist operative Geschäftsführer für alle Einzelhandelsumsätze, die in allen drei Standorten des Unternehmens erwirtschaftet werden.

### BOARD OF DIRECTORS (Chairman) – Nicolai Colshorn

Nicolai Colshorn ist seit 2009 Unternehmensberater bei der ECON Commercial GmbH in Zug. Er ist Investment Professional seit 1998 und war in verschiedenen Positionen auch treuhänderisch tätig zuletzt als Managing Director bei der Apex Kapital AG (bis 2009).

### STANDORTE in den USA

Das Unternehmen mietet derzeit drei Standorte in und um Salt Lake City, Utah, USA.

| Adresse der Repräsentanz | Größe (ft²) | Art/Zweck des Standorts |
|---|---|---|
| 565 N. State Rd, Lindon, UT | 21.780 | Leasingzentrale, Fahrzeugservice und Wartungsarbeiten |
| 3213 Wall Ave. Ogden UT | 43.560 | Verkauf und Service von Fahrzeugen |
| 4238 S. Redwood Rd Taylorsville, UT | 139.392 | Fahrzeugverkauf und Verwaltungssitz |

5

### HUMAN RESOURCES – Personal- und Führungsphilosophie

Die gesamte Personaldecke des Unternehmens umfasst derzeit 44 Mitarbeiter, darunter alle Manager und Mitarbeiter aus den Bereichen Vertrieb, Finanzen, Kfz-Service-Techniker, Rechnungen, Service, Abschleppen, Fahrzeugüberprüfung und Geschäftsplanung. Die Personalkosten bestehen aus Gehältern, Boni, sonstige Zulagen, Sachleistungen und Beiträge zu den Rentensystemen. Die Unternehmensleitung ist der Ansicht, dass die Mitarbeiter zu den wertvollsten Vermögenswerten des Konzerns gehören und zum Unternehmenserfolg wesentlich beigetragen haben. Das Unternehmen bietet neuen Mitarbeitern umfangreiche Schulungen zum Konzern, seiner Philosophie und Struktur an. AMERIMARK schult seine Mitarbeiter überwiegend inhouse, um ihr Wissen in den Bereichen Automobil-Produkte, Produktspezifika, Sicherheitsstandards am Arbeitsplatz, Qualitätsstandards, Vertriebs- und Marketingkompetenz und letztlich die Unternehmenskultur zu erweitern. Die gesamten Zuwendungen an das Personal betrugen im Jahr 2017 ca. 2,26 Mio. USD, im Schnitt 51.363 USD. In den vergangenen Jahren hat das Unternehmen keine Streiks und außergewöhnliche Fluktuation erlebt.

CONFIDENTIAL

AmeriMark Group AG | Unternehmensanalyse | 17.06.2019

## AKTIONÄRSSTRUKTUR und SATZUNG

Das Grundkapital der Gesellschaft beträgt CHF 1.000.000, es gliedert sich in 20.000.000 Namensaktien im Nennwert von CHF 0.05. Das Grundkapital ist vollständig eingezahlt. Der Verwaltungsrat ist ermächtigt, das Grundkapital jederzeit bis zum 9. Mai 2020 durch die Ausgabe von maximal 1.133.333 Inhaberaktien mit einem Nennwert von CHF 0.15 pro Aktie um maximal CHF 170.000 zu erhöhen. Erhöhungen durch Unterschrift sowie Teilerhöhungen sind zulässig. Der Ausgabepreis, die Zeit des Dividendenanspruchs und die Art des Beitrags werden vom Verwaltungsrat festgelegt. Die neue AmeriMark Group AG wurde als Holding in 2019 gegründet. Sie besitzt 100% aller darunter liegenden Tochtergesellschaften.

**Aktionäre der Namensaktien NW 0.05 CHF** (Stand: Juni 2019):

| AKTIONÄR | BENEFICIAL OWNER | ANZAHL AKTIEN | PROZENT |
|---|---|---|---|
| Nicholas T. Markosian | Nicholas T. Markosian | 6.441.655 | 32,05% |
| Whitetree Capital, Ltd. (Zypern) | Erika Zorkady, UBO | 13.000.000 | 65,00% |
| Freefloat | unbekannt | 558.345 | 2,95% |
| GESAMT | | 20.000.000 | 100,0% |

Quelle: AmeriMark Group AG, 2019

## STRATEGISCHE ANSATZPUNKTE

6

AmeriMark betreibt über seine Tochtergesellschaft Rymark Inc. drei Gebrauchtwagenhändler in Salt Lake City und Ogden, Utah. Ogden liegt eine halbe Stunde nördlich von Salt Lake City. AmeriMark konzentriert sich dabei auf die Bedienung von Kreditnehmern mit schlechter Bonität. 60% des Umsatzes generiert man mit **Mietfahrzeugen (Lease-Here & Pay-Here-Modell)** und 40% mit reinen **Verkäufen ohne Finanzierung**. Der Utah-Automobilmarkt kann niedrigere Ausfallraten als der nationale Durchschnitt in den USA vorweisen. Rymark konzentriert sich auf die Bereitstellung von Fahrzeugen, die durch die 3-bis 5-jährige Lebensdauer eine typische Ausgestaltung des Subprime-Darlehens erlauben oder durch ihren geringen Leasingaufwand für kapitalschwächere Menschen erschwinglich sind.

Der **Geschäfts-Ansatz** besteht der Kombination mehrerer Erlösquellen:

1. Normale Fahrzeugverkäufe im mittleren- und unteren Preissegment
2. Anbieten von Mietwagen jeglicher Art
3. Direkte Finanzierung von Fahrzeug-Käufen
4. Direkte Finanzierung von Fahrzeug-Mietverträgen
5. Serviceeinkommen (Arbeitszeit für Reparaturen und verbaute Teile)
6. Gebühren, die mit der Finanzierung verbunden sind, wie z.B. Darlehens- oder Service-gebühren, Rückführungs- oder Strukturierungsgebühren in der Abwicklung

CAPITAL LOUNGE GMBH | EQUITY RESEARCH | AGNES-BERNAUER-STR. 88 | 80687 MÜNCHEN | DEUTSCHLAND
WWW.CAPITALLOUNGE.DE

## OPERATIVER ÜBERBLICK – DAS GESCHÄFTSMODELL

**„Lease Here & Pay Here (LHPH)"** Auto-Händler bedienen ein bestimmtes Segment des Gebrauchtwagenmarktes, sie verkaufen oder verlesen Fahrzeuge an Personen mit einem niedrigen Bonitätsrating. Als solche LHPH-Händler vergeben sie Autokredite, die in der Systematik der Kreditinstrumente als „Subprime-Schulden" bekannt sind. Trotz einer niedrigen Schuldnerqualität versuchen LHPH-Händler, ihren Kunden sowohl das Auto als auch das Darlehen zur Verfügung zu stellen. Autohändler der LHPH-Kategorie betreiben daher folgende Geschäftsaktivitäten: An- und Verkauf von Gebrauchtwagen, Strukturierung von Kredit- oder Leasingverträgen (Subprime-Finanzierung) sowie die Rückholung von Gütern und Abwicklung der Restschulden falls Kunden in ihren Zahlungen rückständig werden oder ausfallen.

Amerikaner sind mehr auf ihre Autos angewiesen als Europäer oder Asiaten, denn der öffentliche Nahverkehr ist nur in den Ballungsräumen ausgebaut, aber auch dort meist umständlich, veraltet und überlastet. Amerikaner nutzen schon traditionell ihren eigenen PKW um in die Arbeit zu gelangen (76% der Bevölkerung), immerhin stiegen die Fahrgemeinschaften zuletzt auf über 9%, der öffentliche Nahverkehr ist nur mit 5% vertreten. Damit hat der Automobilmarkt einen **unverzichtbaren Stellenwert in der amerikanischen Gesellschaft**, sein Anteil am BIP beträgt knapp 20 Prozent. Rund 70 Prozent des jährlichen Pkw-Umsatzes entfallen auf Gebrauchtwagenverkäufe, der überwiegende Teil ist kredit- oder leasingfinanziert.



(Percentage of workers. Universe: workers 16 years and older. Data based on sample. For information on confidentiality protection, sampling error, nonsampling error, and definitions, see *www.census.gov/acs/www/*)

| | |
|---|---|
| Drove alone | 76.4 |
| Carpooled | 9.4 |
| Public transportation | 5.2 |
| Worked at home | 4.4 |
| Walked | 2.8 |
| Other means of travel | 1.3 |
| Bicycle | 0.6 |

**AmeriMark** erzielt Einnahmen aus der Gewinnspanne des Verkaufs ihre Fahrzeuge sowie aus der Strukturierung und Betreuung des Darlehens. An seinen bisher drei Standorten verkauft oder vermietet Rymark Inc. etwa 180 Autos pro Monat. 60% der Fahrzeuge werden über AmeriMarks eigenes Inhouse-Leasing bereitgestellt, während 40% auf traditioneller Basis verkauft werden. Der Kunde verfügt in diesem Fall über eigene Barmittel oder hat sich für eine externe Finanzierung über Banken oder Vermittler qualifiziert. Derzeit verfügt AmeriMark über ausreichend Mittel, um 60% der Fahrzeuge mit eigenen Mitteln oder zur Verfügung stehenden Fremdmitteln zu finanzieren. Das Unternehmen bezieht seine angebotenen Fahrzeuge vor allem von Manheim, dem größten US-amerikanischen Betreiber von Gebrauchtwagen-auktionen. Daneben erwirbt man aber auch Fahrzeuge von Stockwave, CarMax, Smart Auction, Carriage Trade Auctions, Insurance Auto Auctions und Adesa Auctions. Der Erfolg des Geschäftsmodells hängt am günstigen Einkauf, der passenden Finanzierung für den Kunden und dem begleitenden strukturierten Verkaufsprozess (Markosian Formula).

7

CONFIDENTIAL                                PL_0000007811

**AmeriMark Group AG | Unternehmensanalyse | 17.06.2019**

Die **Verteilung der operativen Tätigkeiten** an den Standorten ergibt sich wie folgt:

| Rymark Inc. | Markosian Auto | APG Finance Company |
|---|---|---|
| Vertriebsteam | • Beratung & Verkauf<br>• Mieten & Leasing<br>• Autoservice & Reparaturen<br>• Gute Kundenbeziehungen | • Zahlungen Überwachen<br>• Rücknahme<br>• Abholung |
| Kunden | • Anzahlung für Mietfahrzeuge<br>• Kaufen von Gebrauchtwagen<br>• Service & Wartung der Fahrzeuge | • wöchentlich oder monatlich<br>• Finanzierung & Ratenpläne<br>• Restschulden & Rückführung |

Die **Finanzierung** wird von Großbanken oder Finanzunternehmen wie z.B. Capital One bereitgestellt. Diese Institute berechnen je nach Kunde in der Regel Zinsen von 10 bis zu 20% pro Jahr. Die Erzielung von **extrem hohen Gewinnmargen** im Vergleich zu den großen Wettbewerbern setzt sich aus mehreren Schlüsselfaktoren zusammen:

1. Das Know-how bei Auktionen kostengünstige, zuverlässige Fahrzeuge zu beschaffen.
2. Sorgfältige Auswahl der Ausstattung, um den Wünschen der Kunden gerecht zu werden.
3. Vermeidung des Kaufs von Fahrzeugen, die überteuert sind oder nicht dem richtigen Nachfrageprofil des Kunden entsprechen.
4. Die Anwendung freundlicher und nicht aggressiver Verkaufstechniken im Abschluss.
5. Fahrzeuge zu attraktiven Preisen und guten Ausstattungsmerkmalen.
6. Bereitstellung von Support, einfache Bezahlung und herausragender Service.
7. Aussendung attraktiver und einprägsamer Werbung via TV-, Radio - und Internet.
8. Zielgruppenrelevante Inhalte für die Kommunikation in speziellen Kampagnen.
9. Integrität bewahren, in einem Industriezweig, der für manipulative Verkaufspraktiken bekannt ist.

8

Die **Tochter APG** des Unternehmens ist der Leasingarm der AmeriMark Gruppe. Während Markosian Auto für Vertrieb, Pacht, Kundenbeziehungen, Automobilservice etc. zuständig ist, beschäftigt sich die APG mit der Finanzierung und den späteren Abwicklungen. Zum Beispiel zahlt ein Kunde, der ein Auto mietet, eine Anzahlung, die von der Markosian Autodivision vereinnahmt wird. Danach betreut die APG-Tochter den Mietvertrag. Die APG ist für die Annahme von wöchentlichen oder monatlichen Zahlungen durch den Mieter verantwortlich und verwaltet sämtliche Verträge und regelt die juristische Seite. APG bezieht ihr Kapital aus zwei Unternehmen der LHPH.com und der Advantage Funding zu jährlichen Prozentsätzen von 8,5% bzw. 12%. Sie generiert Leasingverträge mit einer jährlichen Marge von durchschnittlich 30% auf die Kreditsumme. Im Falle eines Zahlungsausfalls übernimmt die APG die Wiedererlangung des Fahrzeugs und gibt es anschließend für neue Kunden frei. Typischerweise kann das Unternehmen im Falle eines Zahlungsausfalls nicht nur das Eigentum am Fahrzeug zurückerlangen, sondern es auch umgehend an einen anderen Mieter ausleihen. Kommt es zu einer Rückabwicklung, kann je nach Vorfall und Länge des Mietverhältnisses eine Summe von 2000-3000 USD an Verzugskosten über strukturierte Zahlungspläne durchgeholt werden.

CONFIDENTIAL                                                                  PL_0000007812

AmeriMark Group AG | Unternehmensanalyse | 17.06.2019

## MARKT- UND WETTBEWERBSUMFELD

Die **Gebrauchtautomobil-Branche** in den USA erwirtschaftete mit rund 43 Millionen verkauften Fahrzeugen im Jahr 2017 einen Umsatz von über 100 Milliarden US-Dollar. Der Markt ist damit rund dreimal so groß wie der Neuwagenmarkt. Mehr als 90% des Gebrauchtwagenmarktes werden von konventionellen Franchise-Händlern besetzt, die sowohl Neu- als auch Gebrauchtwagen verkaufen und damit das Hauptsegment des Marktes darstellen. Darüber hinaus wird der private Automobilmarkt auch von großen Unternehmen wie Auto Nation und CarMax dominiert, die eine Vielzahl von Fahrzeugen verkaufen, aber nicht an einen Hersteller oder eine Marke gebunden sind. In den USA gibt es verschiedenste Geschäftsmodelle, die sich mit dem Vertrieb von Fahrzeugen befassen, abhängig von der Finanzierungsform oder den Vertriebswegen. Die höchsten Umsätze werden in Auktionen und Autoshows generiert.

AmeriMark agiert speziell in einem Marktsegment, das auf Subprime-Käufer oder Mieter abzielt. Nach Angaben des U.S. Consumer Finance Protection Bureau (CFPB) sind die Zielverbraucher für solche Fahrzeugverkäufe in der Regel Personen, welche über ein niedriges Kredit-Scoring (FICO; siehe Tabelle) zwischen 460-580 Punkte verfügen und ein eher niedriges jährliches Haushaltseinkommen zwischen 37.000 bis 50.000 USD vorweisen können.

**FICO Credit Score Ranges**[1]

| FICO score | 579 and lower | 580 – 669 | 670 – 739 | 740 – 799 | 800+ |
|---|---|---|---|---|---|
| Credit rating | Poor | Fair | Good | Very good | Excellent |

Die größten zwei Konkurrenten auf dem **Subprime-Markt „Buy-here-Pay-here** (oder Lease-here)" sind: Die börsennotierte amerikanische Car-Mart Inc mit Sitz in New York, welche 143 Standorte besitzt und betreibt. Nicht börsennotiert aber von ähnlicher Größe ist die Drivetime Automotive Group mit Sitz in Arizona, ein Unternehmen, das 138 Händler in 26 Bundesstaaten in den USA besitzt und betreibt. Im Jahr 2018 (Geschäftsjahr Ende 30. April) hatte der amerikanische Car-Mart (NASDAQ Symbol: CRMT) einen Nettogewinn von 36,5 Millionen US-Dollar auf einen Jahres-Umsatz von 612 Millionen US-Dollar vorweisen können.

Insgesamt ist die **Subprime-Automobil-Vertriebsbranche** stark fragmentiert und besteht aus zahlreichen lokalen sowie regionalen Händlern, die an etwa 1 bis 10 Standorten tätig sind. Diese Unternehmen konzentrieren sich oft schlichtweg darauf, als „Platzhirsch" ein kleines geografisches Monopol zu schaffen, indem sie in der Lage sind, ihre Werbe- und Marketingbemühungen zu konzentrieren und über wachsende Kundenverbindungen eine langfristig wettbewerbsfähige Präsenz aufzubauen. Eine solche Fragmentierung versetzt ein gut kapitalisiertes Unternehmen in die Lage, eine regionale Konsolidierung oder Expansion umzusetzen. IBIS World schätzt, dass die US-Gebrauchtwagenindustrie über 110 Milliarden US-Dollar Jahresumsatz erwirtschaftet und fast 150.000 Unternehmen umfasst, darunter Händler, Reparaturdienstleistungen, Finanzunternehmen, Auktionshäuser und Vermittler.

9

CONFIDENTIAL
PL_0000007813

AmeriMark Group AG | Unternehmensanalyse | 17.06.2019

## Der US-Automobilmarkt im Jahr 2019

Der auch für deutsche Hersteller wichtige **US-Automarkt** wird sich 2019 nach einer Prognose von Branchenexperten abschwächen. Nach dem besser als erwartet ausgefallenen vergangenen Jahr 2018 mit rund 17,2 Millionen Neuwagenverkäufen dürften im Jahr 2019 rund 16,8 Millionen Stück verkauft werden, wie eine Prognose des US-Marktforschers und Handelsdienstleisters Cox Automotive ergab. Für 2020 könnte es mit einem Neuwagenabsatz von rund 16,5 Millionen noch weiter nach unten gehen, die Trump´sche Handelspolitik schafft mehr Barrieren als Wachstum, die Automobilbranche ist davon sehr betroffen.

Cox-Chefökonom Jonathan Smoke machte unter anderem die sich **abschwächende Konjunktur** verantwortlich - warnte aber auch vor den Folgen zusätzlicher Zölle auf die Autopreise: Zölle von 25 Prozent könnten sich massiver auf den Absatz auf dem Automarkt auswirken als selbst eine Rezession. US-Präsident Donald Trump hatte wiederholt mit hohen Sonderzöllen auf Importautos gedroht, weil er sein Land von seinen internationalen Handelspartnern unfair behandelt sieht. Er vergisst dabei, dass ausländische Technologie-Kernkompetenzen in den USA nicht zu einem günstigeren Preis dargestellt werden können. Dies wird die Branche in Zukunft stark belasten. Gefragt bleiben laut Cox vor allem die typisch amerikanischen Pick-up-Trucks und Geländewagen. Laut Smoke brach der Absatz von Limousinen in den vergangenen Jahren um 30 Prozent ein, gleichzeitig konnten die beliebten SUVs 50 Prozent zulegen.

10

Auch die hohen Zinsen führen derzeit dazu, dass sich der US-Markt stärker abkühlt. Hier könnte sich aber in den nächsten Monaten Entspannung abzeichnen, denn die US-Notenbank signalisierte eine **leichtere Zinspolitik**, um einer möglichen Rezession zuvorzukommen. Für 2019 liegen die Erwartungen für die US-Wirtschaft noch bei einem Wachstum von 3,2%, schon in 2020 könnte es auf 1,7% zurückgehen.

Ein Abschwung in der US-Wirtschaft wird den gewöhnlichen Autoverkäufen mehr schaden als dem Subprime-Markt. Solange es keine große Wirtschaftskrise gibt, schafft ein kleiner Abschwung tatsächlich mehr Kunden, welche erheblich preiswertere Fahrzeuge suchen. Außerdem werden einige angespannten Kreditnehmer, die wegen



einer Bonitätsverschlechterung möglicherweise keine konventionellen Autokredite mehr erhalten können, nun gezwungen sein, sich an Subprime-Kreditgeber zu wenden. Die Grafik zeigt den prozentualen Anteil der Automobilkredite, welche seit mehr als 30 Tagen nicht bedient wurden (Quelle: Melinda Zabritski; Experian, Q3-2018). Es besteht ein deutliches Nord-Süd und West-Ost-Gefälle, je südlicher man die USA betrachtet, desto schlechter sind die US-Bürger offenbar finanziell gestellt.

CONFIDENTIAL                                                                                        PL_0000007814

AmeriMark Group AG | Unternehmensanalyse | 17.06.2019

Insgesamt führen niedrigere Zinsen zu einer Belebung besonders **kreditlastiger Segmente** der Wirtschaft. Für den Kunden bedeuten niedrigere Zinsen bessere Kalkulationsmöglichkeiten und attraktivere Modellmöglichkeiten also tendenziell höherwertige Fahrzeuge. Für den Anbieter sollte die Marge aufgrund günstigerer Banken-Refinanzierung zumindest neutral oder stabil bleiben. Egal welcher Wirtschaftszyklus: Subprime-Käufer werden immer Autos nachfragen.

Da Automobile ein eher langfristiges Wirtschaftsgut darstellen, bewegt sich der Anteil der kreditfinanzierten Anschaffungen seit Jahren auf einem sehr hohen Niveau. Auguren sprechen sogar schon von einer **Überhitzung des US-Subprime-Automobilmarkts**, denn die Ausleihungen eilen zuletzt von Höchststand zu Höchststand. Jeder neunte Amerikaner steckt wegen seines Autos in Kreditschwierigkeiten, in Summe sind das 37 Millionen US-Bürger.

Der Anteil der Autokredite für Personen mit schlechter und **unterdurchschnittlicher Bonität** konnte im Jahr 2018 zwar im Vergleich zum Vorjahr um über vier Prozent gesenkt werden, trotzdem entspricht das Gesamtvolumen der Neukredite immer noch knappen 170 Milliarden USD pro Jahr. Die Volumina der Autokredite, deren Raten 30 oder sogar 90 Tage überfällig sind, folgen nach wie vor einem Aufwärtstrend, sie betragen derzeit knapp 10 Milliarden USD. Autokredite machen insgesamt einen Anteil von 9,7 Prozent der amerikanischen Kreditwirtschaft aus, darunter befinden sich knapp 21 Prozent Subprime-Kredite (siehe Grafik).

11



Quelle: Die Welt; CNW Research; Zeitraum 2006 bis 2018

## Ein Blick auf aktuelle Trends im Gebrauchtwagen-Leasing

Leasing ist ein wachsender Trend, es macht inzwischen 30% aller Neuwagenverkäufe aus und wächst auch über alle Kreditstufen der Verbraucher hinweg. Die **Verbriefung von Subprime-Autokrediten** hat die Möglichkeiten in diesem Geschäftssegment deutlich ausgeweitet, das erhöht die Konkurrenz und hat den Wettbewerb entsprechend verstärkt. Wie in der Subprime-Hypothekenkrise von 2008 schneiden viele dieser Kredite jedoch schlecht ab. Die Nachfrage nach Fahrzeugen in diesem Sektor ist unverändert stark, da die Löhne in den USA weiter stagnieren und immer mehr Verbraucher gezwungen sind, Subprime-Dienstleister in Anspruch zu nehmen.

CAPITAL LOUNGE GMBH | EQUITY RESEARCH | AGNES-BERNAUER-STR. 88 | 80687 MÜNCHEN | DEUTSCHLAND
WWW.CAPITALLOUNGE.DE

Da die meisten US-Einwohner für ihre täglichen Grundbedürfnisse wie die Arbeit und den Einkauf von lebensnotwendigen Gütern auf den Autoverkehr angewiesen sind, bleibt die Nachfrage für Fahrzeuge stark. Niedrige Anschaffungskosten für den Einzelnen sind die Herausforderung für den Gebrauchtwagenhändler: Die Marge im Einkauf. Die größte Quelle für Gebrauchtwagen stammt aus Auto-Auktionen, die landesweit durchgeführt werden.



Number of new and used light vehicle sales in the US (millions)

Source: Statistica

Laut Manheim, einem landesweit agierenden Auktionshaus sind die Preise für Gebrauchtwagen nun seit vier Jahren in Folge stabil. Lokale Händler mit den BHPH und LHPH-Geschäftsmodellen schließen sich in Netzwerken zusammen und sichern sich so Zugang zu attraktiven Paketen, die gerade Neuwagenhändler aus Überständen, Zuteilungen oder durch Kommissionsgeschäfte vorrätig haben. Grundsätzlich ist ein florierender Neuwagenmarkt die Voraussetzung für einen funktionierenden Gebrauchtwagenmarkt, denn er garantiert die **Versorgung der nachgelagerten Gebrauchtmärkte** mit Ware, der durch den Ankauf beim Absatz von Neuwagen entsteht. In obiger Grafik ist das Verhältnis von Neuwagen zu Gebrauchtwagen abgebildet: Im Jahr 2017 gab es Zulassungen für 17,1 Millionen Neufahrzeuge gegenüber 42,7 Millionen Gebrauchtfahrzeuge.

Einige wichtige Parameter bestimmen den Erfolg des LHPH-Händlers: Er muss Fahrzeuge identifizieren, die in ihrer universellen Ausstattung den **Bedürfnissen seiner breiten Kundschaft** entsprechen. Dabei ist sicherzustellen, dass sich das Fahrzeug durch eine 3-bis 5-jährige Darlehenszeit seitens des Kunden für den Händler auch als margenträchtige Investition herausstellen muss, d.h. es werden Modelle gesucht, die noch nicht zu alt sind und über die Laufzeit des Darlehens minimale Reparaturen erwarten lassen. Während der weltweiten Rezession von 2008 bis 2010 gingen die Neuwagenverkäufe so stark zurück, dass der nachgelagerte Gebrauchtwagenmarkt in kürzester Zeit lehrgefegt war. Seit diesem Einbruch haben sich die Auktionsvolumina aber stetig erholt und wachsen jährlich.

Wie lässt sich aus unserem Blickwinkel ein **erfolgreiches Geschäftsmodell** etablieren: Durch hohe Flexibilität, Kundennähe und regionaler Kompetenz können es kleine agile Spieler wie AmeriMark mit größeren, besser finanzierten Wettbewerbern aufnehmen. Denn durch ein herausragendes Verkaufskonzept (Markosian Formula) mit guter Produktauswahl und wohldefinierten Margen, ausgeprägter Individualität sowie motivierten Mitarbeitern entsteht ein offensichtlicher Wettbewerbsvorteil. Hinzu kommen die außerordentliche Kundenbindung, das Wissen über den strukturellen Fahrzeugbedarf, der regionale Bekanntheitsgrad und der gute Ruf als lokale Erfolgsfaktoren.

12

CONFIDENTIAL

## Die direkte Konkurrenz der AmeriMark AG im Staat Utah

In Utah beliefen sich die Gesamtverkäufe aller Automobilhändler im Jahr 2017 auf 8,6 Milliarden US-Dollar, so die National Automobile Dealers Association. Die Branche ist stark zersplittert und wird von großen nationalen Akteuren dominiert, die größtenteils nicht im Vertrieb des Subprime-Marktes tätig sind. Der Verein der Gebrauchtwagenhändler von Utah hat aktuell 500 Mitglieder, er vertritt aber nicht die Mehrheit der Händler im Staat. Schließlich haben sich in den vergangenen Jahren mehrere unabhängige BHPH-Händler etabliert.

**Amerimark** steht i.d.R. nicht im Wettbewerb zu den herkömmlichen Gebrauchtwagenhändlern, da diese den Gebrauchtwagenverkauf nicht an bonitätsschwache Verbraucher bereitstellen können. Die meisten Gebrauchtwagenhändler besitzen keine Spezialfinanzierungsmöglichkeiten und können daher das BHPH/LHPH-Geschäft nicht betreiben. Utah beherbergt zwei größere Autohäuser, die auf der Grundlage von Fahrzeugverkäufen im Gebrauchtwagensektor im US-Ranking auf Platz 9 und 10 rangieren. Es sind dies die **Larry H. Miller Dealerships**, welcher mit 64 Standorten und einem Umsatz von 985 Millionen USD über 50.000 Fahrzeuge verkauft hat. Sie operieren in 7 Staaten, darunter in Utah mit 21 Standorten. Die **Ken Garff Automotive Group**, betreibt 54 Standorte und hat im Jahr 2017 über 41.000 Fahrzeuge verkauft bei einem Umsatz von 818 Millionen USD. Sie operieren in 6 Staaten, darunter in Utah mit 28 Händlern in Utah. Die oben genannten Verkaufszahlen gelten für alle Gebrauchtwagen und nicht nur für Verträge mit Subprime-Kunden.

13

Fast alle nationalen Großhändler haben in Utah keine Liegenschaften, mit Ausnahme von **CarMax**, dieser betreibt 250 Händler in 41 Staaten. Einen Standort besitzt CarMax südlich von Salt Lake City, dieser konkurriert direkt mit zwei der AmeriMark - Standorten. **DriveTime** ist ein weiteres nationales Gebrauchtwagenunternehmen mit einem Online-Geschäftsmodell. Das Unternehmen operiert in 26 Bundesstaaten, aber nicht in Utah. Der nächste Händler befindet sich in Colorado, etwa 60 Kilometer von Salt Lake City entfernt. DriveTime Kunden können das online ausgewählte Fahrzeug nur abholen aber nicht testen oder prüfen, der Service vor Ort ist daher mit den Leistungen von AmeriMark nicht vergleichbar. In Utah gibt es darüber hinaus die Verkaufsarme von nationalen Mietwagenfirmen wie Hertz und Enterprise. Typischerweise sind aber Mietwagenagenturen nicht auf den Umsatz in Richtung Subprime-Markt ausgerichtet. Obwohl die formalen Barrieren für den **Eintritt in die Subprime-Gebrauchtwagenmärkte** nicht allzu groß sind, gibt es eine Reihe von Schlüsselkompetenzen, die Neulinge daran hindern, auf den Markt zu kommen: Adäquater Zugang zu Kapital für passende Liegenschaften und den Einkauf, Aufbau eines Finanzierungsarms, Know-How in der geeigneten Verkaufspräsentation, regelmäßige Vertriebsschulungen & Verkaufstrainings sowie die örtliche Lizenzierung (3000 USD/Jahr) und die Einhaltung lokaler Auflagen (Ausgestaltung, Arbeitsplätze, Umweltschutz).

Die sehr wettbewerbsintensive und vielfältige Natur der Branche macht die Gründung eines solchen Unternehmens relativ schwierig, da es viele Elemente für ein erfolgreiches Management eines solchen Unternehmens gibt, nicht zuletzt die Fähigkeit, effektive Vertriebsmitarbeiter vorzuhalten, um mit der jeweiligen Klientel dieser Branche umzugehen.

CONFIDENTIAL                                    PL_0000007817

## Die Peergroup der börsennotierten Leasing-Dienstleister

AmeriMark ist ein lokaler, hochspezialisierter Händler und Leasinganbieter von gebrauchten Fahrzeugen. Der Vertriebsweg ist vor Ort direkt und online gestützt. Für den Kunden gibt es verschiedenste Mobilitäts- und Qualitätsversprechen. Auch wenn die Geschäftsmodelle im Sektor Leasing von Fahrzeugen und Mobilitätslösungen durchaus heterogen erscheinen, so ist in den verschiedensten Ansätzen doch ein vergleichbares, vertriebliches Kerngeschäft vorhanden. Der USP verschiedener Dienstleistungsanbieter stellt als eine Kombination aus optimiertem Einkauf, perfekte Darstellung der Produkteigenschaften- und Qualität, erfolgreicher Vertriebsabschluss und hohe Servicebereitschaft im After Sales dar. Wir vergleichen hier also Unternehmen, die in der Lage sind, höchste Kundenbedürfnisse mit einer auskömmlichen Marge in Einkauf, Finanzierung, Verkauf und Service zu generieren. In unserer Auswahl befinden sich die etablierten **börsennotierten Unternehmen** Americas Car-Mart Inc, MarineMax Inc und die deutsche Sixt SE.

| Emittent | Americas Car-Mart Inc. (USA) | |
|---|---|---|
| Website | www.car-mart.com | |
| ISIN | US03062T1051 | |
| Anzahl Aktien | 6.699.484 | |
| Börsenwert | 595 Mio. USD | |

**America's Car-Mart Inc.** ist ein Automobilhändler, der sich auf das integrierte Autoverkaufs- und Finanzierungssegment des Gebrauchtwagenmarktes konzentriert. Das Unternehmen führt seine Geschäfte über die beiden operativen Tochtergesellschaften Car-Mart of Arkansas und Colonial Auto Finance Inc. Verkauft werden vor allem Gebrauchtwagen älterer Bauart und Finanzierungslösungen für Kunden jeglicher Bonität. Das Vertriebsnetzwerk besteht aus über 160 Händler und sogenannte Dealerships, die sich hauptsächlich in kleineren Städten im gesamten südlichen Teil der Vereinigten Staaten befinden. Jedes Autohaus verfügt über eigene Einkäufer, welche über die Zentrale unterstütztist werden. Vor Ort ist man für die Abwicklung des Verkaufs, die Kreditentscheidung, die Wartung und das Inkasso der abgeschlossenen Ratenverträge verantwortlich. Dealerships verwalten auch ihre eigenen Kundenbestände, tätigen Aufzeichnungen und kontrollieren den Eingang der Mietraten. Das Unternehmen Car Mart verfügt sowohl über reguläre als auch über angeschlossene Satellitenhändler. Bei einem Umsatz von 670 Mio. USD erzielt das Unternehmen ein EBITDA von 71,6 Mio. USD (10,7% operative Marge vor Abschreibungen).

| Emittent | MarineMAx Inc. (USA) | |
|---|---|---|
| Website | www.marinemax.com | |
| ISIN | US5679081084 | |
| Anzahl Aktien | 22.837.335 | |
| Börsenwert | 375 Mio. USD | |

14

CONFIDENTIAL                PL_0000007818

**MarineMax Inc.** ist ein Händler für Freizeitboote und Yachten in den Vereinigten Staaten. Mit über 60 Einzelhandelsstandorten vor allem in den Küstenregionen verkauft das Unternehmen neue und gebrauchte Freizeitboote, einschließlich Freizeit- und Fischerboote sowie verwandte Schiffsprodukte, einschließlich Motoren, Anhänger, Teile und Zubehör. Darüber hinaus bietet es Reparatur-, Wartungs-, Gleit- und Aufbewahrungsdienstleistungen an, vermittelt entsprechende Bootsfinanzierungs-, Versicherungs- und Wartungsverträge und betreibt eine Boots- und Yachtvermittlung sowie ein Yachtchargeschäft. Das Unternehmen verkauft auch Schiffsmotoren und Propeller hauptsächlich an Privatkunden als Ersatz für ihre bestehenden Motoren oder Propeller. MarineMax gilt als Marktführer im privaten Boots-Servicegeschäft, das Geschäftsmodell besteht aus langjährigen und wiederkehrenden Kundenbeziehungen, entsprechender Finanzierungsverträge und einem ausgeprägten Rundum-Serviceangebot vor Ort, für alle Mobilitätsformen im Bereich See- und Binnenschifffahrt. Bei einem Umsatz von 1,2 Mrd. USD erzielt das Unternehmen ein EBITDA von 73,7 Mio. USD (6,3% operative Marge vor Abschreibungen).

| Emittent | SIXT SE (Deutschland) | |
|---|---|---|
| Website | www.sixt.de | |
| ISIN | DE0007231326 | |
| Anzahl Aktien | 41.085.340 | |
| Börsenwert | 3,743 Milliarden Euro |  |

Die **Sixt SE** ist eine in Deutschland ansässige Holdinggesellschaft, welche Mobilitätsdienstleistungen für Geschäfts- und Firmenkunden sowie Privatreisende erbringt. Die Gesellschaft gehört weltweit zu den innovativsten Unternehmen der Vermietungs- und Leasingbranche und verfügt über eine eigene Division für den Einkauf von Neufahrzeugen und den Verkauf von Gebrauchtfahrzeugen. Die Geschäftseinheit Fahrzeugvermietung ist über eigene Vermietungsbüros sowie in Zusammenarbeit mit Franchisenehmern und Kooperationspartnern tätig. Das Leistungsportfolio der Geschäftseinheit Leasing umfasst die herstellerneutrale Beratung bei der Fahrzeugauswahl, die Finanzierung, die Fahrzeugbeschaffung und die Fahrzeugwartung, spezielle Produktangebote für transparente Konditionen bei der Fahrzeugrückgabe. Darüber hinaus bietet man Servicepakete bei Unfällen und verschiedene andere Dienstleistungen wie Kfz-Versicherung, Tankkartenmanagement, Flottenmanagement und die Abwicklung der Kfz-Steuerzahlungen für Gewerbetreibende. Das Unternehmen betreibt auch ein Netzwerk von Partnerunternehmen der internationalen Tourismusbranche, darunter Fluggesellschaften und Hotelketten. Bei einem Umsatz von 3,4 Mrd. USD erzielt das Unternehmen ein EBITDA von 470 Mio. USD (14% operative Marge vor Abschreibungen).

**AmeriMark** ist im Größenverhältnis deutlich kleiner als die obigen Vergleichsunternehmen, gleichwohl kann sie durch eine gute operative Aufstellung bereits mit den Branchengiganten mithalten. Beeindruckend ist die operative Marge von 12,9%, die aufgrund der speziellen Kompetenz im Subprime-Geschäft auch in kleinteiliger Natur erzielt wird. Mit entsprechenden Expansionsschritten sollte sich die Profitabilität noch erheblich steigern lassen.

CONFIDENTIAL

## SWOT-ANALYSE (Stärken & Schwächen / Chancen & Risiken)

### Die Stärken der AmeriMark AG

### Erfahrenes Management

Der Vorstand und Gründer besitzt über 20 Jahre Erfahrung im Automobilhandels- und Vermietungsgeschäft. Seine Marktkenntnis und Vertriebserfahrung ist prägend für AmeriMark und gleichzeitig ihr USP. Denn das Verständnis für Kundenbedürfnisse und das gesamte Produkt- und Leistungsspektrum für das Subprime-Gebrauchtwagengeschäft und seiner speziellen Klientel ist hier umfangreich gegeben.

### Tradition: Standortnähe und Kundenverständnis

Durch Standortpräsenz und Flexibilität in der Leistungserbringung erreicht man eine relative Kundennähe, die ein Großkonzern ohne hohen Aufwand nicht leisten kann. Weiche Faktoren wie z.B. die enge Verbundenheit (Know-your-Customer) und das gegenseitige Verständnis für die teilweise schwierige Finanzsituation der Kunden werden für kleinere Anbieter zu wichtigen Erfolgsfaktoren. Marketingaktionen sind voll auf das Kundenklientel abgestimmt.

### Synergien aus der Integration weitere Standorte und Händler

Die Erweiterung von Ressourcen und Kompetenzen z.B. durch den Zukauf weiterer Händler/Standorte spart allgemeine Kosten und verbreitert sowohl den Kundenstamm als auch die Effizienz in der vertrieblichen Anbindung durch gemeinsamen Einkauf, Marketing und notwendige Schulung des Vertriebspersonals (Markosian Formula).

16

### Neue Technologien im Umgang mit Zahlungen

AmeriMark setzt moderne Technologien ein, die es Kunden mit oder ohne Bankkonto ermöglichen, ihren monatlichen Verpflichtungen nachzukommen. In der Vergangenheit bestand die Praxis der Branche darin, dass Kunden ihre fälligen Zahlungen physisch in den Räumlichkeiten des Autohauses erledigten. AmeriMark betreibt seit einiger Zeit ein Online-Bezahlportal, welches Kreditkarten und elektronische Banküberweisungen akzeptiert und Zahlungs-Erinnerungen per Mail oder SMS verschickt. Für schwierige Kundenbeziehungen gibt es Geräte, die im Fahrzeug installiert sind und Zahlungsfristen anzeigen oder akustisch weitergeben. In allen Fahrzeugen werden GPS-Ortungsgeräte oder Zündblockierer installiert, um säumige Kunden zur Rechnungsbegleichung oder Fahrzeugrückgabe zu bringen.

### One-Stop-Shop: Full-Service aus einer Hand

Die AmeriMark AG bietet nicht nur Fahrzeuge an, sondern ein breites Portfolio von Dienstleistungen, von der Produktbereitstellung über die Finanzierung, Reparatur bis hin zur kompletten Zahlungsabwicklung und Versicherungs-Vermittlung.

### CRM Datenbank / Vertriebs- und Verkaufstrainings

AmeriMark arbeitet mit einem webbasierten Management-Tool (CRM), um die Produktivität aller Vertriebsprozesse zu analysieren. Mitarbeiter werden in eigenen Business-Development-Centern geschult und trainiert. Täglichen Arbeitspläne führen zu einer hohen Transparenz und einem gegenseitigen Leistungsversprechen in Vergütung und attraktiven Bonusregelungen.

CONFIDENTIAL    PL_0000007820

**Die Schwächen der AmeriMark AG**

### Kreditvergabe an Personen mit niedrigem Kredit-Rating

Das Unternehmen kann in seiner Kundenauswahl ein höheres Risiko für Zahlungsausfall haben als herkömmliche Kreditgeber, weil es den Verkauf seiner gebrauchten Fahrzeuge an bonitätsschwache Kreditnehmer finanziert. Im Wesentlichen beinhalten alle Automobilverträge des Unternehmens die Finanzierung von Personen mit begrenzter Kredithistorie oder erhöhten Schulden-Einkommen-Verhältnissen.

### Anmietung von Liegenschaften im Gesellschafterkreis

AmeriMark mietet seine Verkaufsliegenschaften mehrheitlich von Teilhabern der Firma. Die Vertragsverhältnisse unterliegen damit nicht dem freien Markt, sondern den nicht öffentlichen Sondervereinbarungen zwischen den Gesellschaftern und dem Management.

### Bilanzqualität: Fremdfinanzierung, Liquidität und Nettogewinn

AmeriMark hat sich in den letzten Jahren zu einem hohen Maße fremdfinanziert. Das hat dazu geführt, dass noch keine komfortablen Cash-Reserven aufgebaut werden konnten. Die hohe Kapitaldienst-Belastung und die Abschreibungen auf die Fahrzeug-Bestände neutralisieren das Ergebnis, Nettogewinne oder konnten bisher nur in begrenztem Maße erwirtschaftet werden.

### Risikovorsorge im Kreditgeschäft

Die Risikovorsorge der Gesellschaft für Kreditausfälle reicht möglicherweise nicht aus, um die tatsächlichen Verluste zu decken, die sich negativ auf die finanzielle Lage und das operative Ergebnis auswirken könnten.

17

### Saisonalität des Automobilmarktes

Historisch gesehen war das dritte Geschäftsquartal (November bis Januar) die schwächste Periode für Fahrzeugverkäufe. Umgekehrt waren die ersten und vierten Geschäftsquartale des Unternehmens (Mai bis Juli und Februar bis April) in der Vergangenheit die geschäftigsten Zeiten für den Fahrzeugabsatz. Daher realisiert das Unternehmen im ersten und vierten Geschäftsquartal in der Regel einen höheren Anteil an Umsatz und operativem Ergebnis.

### Allgemeine Chancen & Risiken des Marktes und für den Gebrauchtwagenhandel

Im Folgenden wollen wir die Chancen und Risiken gegeneinander abwägen, um die Positionierung der AmeriMark AG in wichtigen strategischen Kernthemen zu durchleuchten.

### Konjunktur: Weitestgehend zyklusunabhängiger Bedarf an individueller Mobilität

In rezessiven Tendenzen sinken die weltweiten Umsätze der Unternehmen, das Auftragswachstum geht zurück, dennoch bleibt der Bedarf an Mobilität hoch. Mögliche Störungen der inländischen und globalen Wirtschafts- und Marktbedingungen könnten in Zukunft dennoch negative Folgen für den gebrauchten Automobileinzelhandel haben. Das Nicht-Prime-Segment kann in so einem Umfeld aber an Bedeutung gewinnen.

### Abhängigkeit von IT-Systemen / Digitalisierung

Das Geschäft des Unternehmens ist vom effizienten Betrieb seiner Informationssysteme abhängig, es verlässt sich bei der Verwaltung seiner Vertriebs-, Bestands-,

CONFIDENTIAL

Verbraucherfinanzierungen und Kundeninformationen auf seine Informationssysteme. Funktionierende IT erfordert daher hohe Investitionen in Fortentwicklung und Wartung. Gleichzeitig ist man den allgemeinen Trends zur Digitalisierung im Einzelhandel, der daraus entstehenden hohen Transparenz und der allgemeinen Verfügbarkeit von Daten zu Vergleichszwecken ausgeliefert.

### Kritische Größen schaffen - Wachstum durch Investitionen

Durch die zunehmende Unternehmensgröße und den korrespondierenden Finanzierungs-möglichkeiten befindet sich die AmeriMark AG in einer Vorteilslage gegenüber kleineren Unternehmen, da man mehr Geld in Liegenschaften neue Technologien investieren kann. Schwächer aufgestellte Konkurrenten können mit guten Argumenten akquiriert werden. Daraus entstehen Synergievorteile und eine Win-Win-Situation für alle Beteiligten.

### Konsolidierungsdruck auf beiden Seiten – als Käufer oder Verkäufer

In den nächsten Jahren plant die AmeriMark AG ein starkes Wachstum durch die Akquise von kleineren und mittleren Zielobjekten. Nach wie vor ist der Markt stark fragmentiert und Zukäufe sind in diesem Umsatzbereich zu guten Konditionen möglich. Die andere Seite der Medaille offeriert gerade bei einem börsennotierten Unternehmen von einem Konkurrenten in Größe und Qualität wahrgenommen zu werden. Eine Übernahme der AmeriMark AG durch einen Dritten ist deshalb keinesfalls ausgeschlossen.

### Kapitalmarkt-Risiken: Eine Börsennotierung schafft Transparenz, Rechte & Pflichten

Mit dem geplanten Börsengang tritt die AmeriMark AG in die Öffentlichkeit. Das bedeutet Berichts- und Offenlegungspflichten sowie Meldepflichten bei allen eigner- und unternehmens-relevanten Entscheidungen z.B. M&A-Transaktionen. Eine Börsennotiz schafft Transparenz über die Branche und das Unternehmen, da viele Berichtskanäle benutzt werden, um Unternehmensnachrichten einer breiten Öffentlichkeit zugänglich zu machen. Hierfür sind organisatorische Vorkehrungen zu treffen. Die Kehrseite der Medaille ist auch schnell formuliert: Kapitalmärkte unterliegen starken Auf- und Abwärtszyklen. In Baissephasen kann der Zugang zu EK oder FK temporär nicht gegeben sein, gerade für Small Caps. Werden Prognosezahlen verfehlt, kann es zu einer starken Kursanpassung nach unten kommen. Der Marktwert des Unternehmens könnte ad hoc sinken.

## Die mittelfristige Finanzplanung bis 2028

Die Finanzplanung der AmeriMark AG ist mit den aktuell bekannten Risiken und Markter-wartungen auf die nächsten 10 Jahre dargestellt. Sie unterstellt die Möglichkeit einer durchweg gesicherten Eigenkapital- und Fremdaufnahme. Von einem aktuell testierten Umsatz von 29,9 Mio. USD im Jahr 2018 erwarten wir in der ersten Expansionsphase bis 2023(e) einen Umsatzanstieg auf 50,8 Mio. USD (CAGR 11,2% p.a.) und bis 2028(e) mindestens 67 Mio. USD. Dieses Wachstum wird sowohl organisch als auch anorganisch bewerkstelligt, entsprechende **Übernahme-Targets** in Utah und angrenzenden Staaten im Südwesten der USA sind bereits angekündigt. Wir haben unsere Annahmen konservativ auf das geplante organische Wachstum beschränkt. Laut Unternehmensangaben soll eine Expansion auch nach Deutschland & Europa stattfinden. Derzeit ist das Unternehmen noch mit größeren Darlehen finanziert, durch zeitnahe Kapitalerhöhungen soll das Eigenkapital aber deutlich gestärkt werden.

18

CONFIDENTIAL

PL_0000007822

AmeriMark Group AG | Unternehmensanalyse | 17.06.2019

**Die Umsatz- und Margenentwicklung AmeriMark AG (2018 bis 2023 in Mio. USD)**



Quelle: AmeriMark
Group AG; Capital Lounge, 2019

Eine starke Dynamik wird sich beim EBITDA messen lassen, von 5,5 auf 13,9 Mio. USD in 2023 (CAGR +20,3% p.a.). Die Gesamtkosten werden sich deutlich weniger stark entwickeln, nämlich von 26,5 auf 41,3 Mio. USD (CAGR 9,3% p.a, hier kommen die **Synergien und Skaleneffekte** zum Tragen. Ein weiterer Kostendämpfungspunkt stellt der gesamte Overhead der Gruppe dar. Je größer der Verbund wird, desto weniger stark wirken sich die allgemeinen Kosten in der Holding für Management, Werbung, Marketing, Personal, Rechnungsabschlüsse und Prüfung dar, da hier ein weitgehend konstanter Aufwand prognostiziert werden kann. Ein steigender Kostenfaktor könnten sich über die Implementierung neuer IT-Systeme ergeben, denn der allgemeine Trend zur Digitalisierung und Big Data-Marketing wird entsprechende IT-Investitionen nach sich ziehen. Durch den steigenden Umsatz erhöhen sich natürlich auch die Ausgaben für Fuhrpark und Standorte, welche sich aber bislang als margenneutral dargestellt haben.

19

| US-Dollar | START / PHASE 1 | | | EXPANSION / PHASE 2 | | | | | MATURITY / PHASE 3 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Full Year - Dezember 31 | 2016 | 2017 | 2018 | 2019e | 2020e | 2021e | 2022e | 2023e | 2024e | 2025e | 2026e | 2027e | 2028e |
| Revenue | 21.531.850 | 20.736.836 | 29.906.179 | 31.461.300 | 34.607.430 | 39.279.433 | 46.624.687 | 50.820.909 | 54.886.582 | 58.728.643 | 62.252.361 | 65.364.979 | 67.979.579 |
| Operating Expenses (complete) | 20.916.983 | 20.352.481 | 26.486.384 | 29.664.750 | 32.334.578 | 35.244.690 | 38.240.488 | 41.299.727 | 44.397.207 | 47.283.035 | 49.830.392 | 52.128.353 | 53.692.104 |
| Percentage of Costs | 97,1% | 98,1% | 88,6% | 94,3% | 93,4% | 89,7% | 82,0% | 81,3% | 80,9% | 80,5% | 80,1% | 79,7% | 79,0% |
| EBITDA | 1.734.068 | 2.186.563 | 5.542.267 | 4.064.741 | 5.485.093 | 8.159.901 | 13.899.554 | 16.360.197 | 18.901.364 | 21.708.244 | 24.786.548 | 28.137.960 | 32.019.962 |
| EBITDA-Margin | 8,1% | 10,5% | 18,5% | 13,9% | 15,8% | 20,8% | 29,8% | 32,2% | 34,4% | 37,0% | 39,8% | 43,0% | 47,1% |
| Depreciation & Amortisation | -1.119.201 | -1.803.208 | -3.122.472 | -2.568.191 | -3.210.239 | -4.125.157 | -5.515.535 | -6.839.015 | -8.411.589 | -10.262.626 | -12.417.770 | -14.301.333 | -17.732.587 |
| EBIT | 614.867 | 384.355 | 3.419.795 | 1.796.550 | 2.272.853 | 4.034.744 | 8.384.199 | 9.521.182 | 10.489.375 | 11.445.618 | 12.368.770 | 13.236.626 | 14.287.376 |
| EBIT-Marge | 2,9% | 1,9% | 11,4% | 5,7% | 6,6% | 10,3% | 18,0% | 18,7% | 19,1% | 19,5% | 19,9% | 20,3% | 21,0% |
| Interest Expense | -498.933 | -783.025 | -1.365.455 | -1.519.310 | -1.682.241 | -1.909.143 | -2.266.390 | -2.470.165 | -2.667.995 | -2.854.754 | -3.026.039 | -3.177.341 | -3.304.435 |
| Other: Income or Loss on Disposal of Inventory & Write-Offs | -9243 | 126.830 | -1.616.261 | -1.809.388 | -1.171.986 | -2.758.422 | -3.790.072 | -4.472.285 | -5.187.851 | -5.914.150 | -6.623.848 | -7.286.233 | -7.868.131 |
| Tax (20%) | -,- | -,- | -91.671 | -508.550 | -594.571 | -906.349 | -1.976.840 | -1.904.236 | -2.097.875 | -2.289.124 | -2.473.754 | -2.647.325 | -2.827.475 |
| Net Income (Adjusted) | 106.691 | -271.870 | 366.484 | 916.894 | 1.074.295 | 2.385.187 | 5.866.232 | 7.513.311 | 8.947.644 | 10.650.216 | 12.662.807 | 15.027.061 | 17.988.920 |
| Nettomarge | 0,50% | -1,31% | 1,23% | 1,64% | 3,10% | 6,58% | 12,58% | 14,78% | 16,30% | 18,13% | 20,34% | 22,99% | 26,46% |
| Reinvestitionen (operativer CAPEX) | 100.000 | 175.000 | 275.614 | 399.640 | 659.406 | 1.201.417 | 2.509.124 | 4.014.599 | 5.580.292 | 7.589.197 | 10.095.832 | 13.221.722 | 16.664.587 |
| Change in Working Capital/Acc/Receivables | n.A. | n.A. | -1.521.193 | 874.685 | 144.589 | -606.478 | -1.246.742 | -1.695.474 | -1.775.458 | -2.474.574 | -2.946.847 | -3.784.750 | -4.462.560 |
| OpFree-Cash-Flow (UE = D&A +/-Inv +/-Acc - CAPEX) | 1.125.892 | 1.355.338 | 692.149 | 1.810.760 | 3.480.342 | 4.870.449 | 7.625.701 | 8.642.233 | 10.003.883 | 10.849.072 | 12.040.205 | 13.021.922 | 14.614.380 |
| WACC (8,5% passcha8) | | | | 8,5% | 8,5% | 8,5% | 8,5% | 8,5% | 8,5% | 8,5% | 8,5% | 8,5% | 8,5% |
| Abzinsungsfaktor | | | | 1,00 | 0,92 | 0,85 | 0,78 | 0,72 | 0,67 | 0,61 | 0,56 | 0,52 | 0,48 |
| Barwert der FCFs | | | | 1.810.760 | 3.207.873 | 4.137.229 | 5.970.223 | 6.238.028 | 6.653.038 | 6.649.885 | 6.801.828 | 6.780.117 | 7.013.144 |

Annahmen
Gesamtleistung steigt ab 2024 mit reduziertem Faktor von minus 1% p.a.
Es wird unterstellt, daß das Unternehmen ab 2019 regelmäßig Steuern i.H.v. 20% zahlen wird
EBITDA Marge steigt kontinuierlich ab 2020 aufetwa 32% in der 5-jährigen Planungsperiode
Abschreibungen und Reinvestitionen steigen im selben Verhältnis wie die Umsätze
Geschätzte Kosten: IPO & Begleitung & Platzierung: 100000 € in 2019 zu den Steuern hinzugefügt

CAPITAL LOUNGE GMBH | EQUITY RESEARCH | AGNES-BERNAUER-STR. 88 | 80687 MÜNCHEN | DEUTSCHLAND
WWW.CAPITALLOUNGE.DE

CONFIDENTIAL
PL_0000007823

Für das Wachstum der AmeriMark AG ist u.E. eine **Buy & Build-Strategie** der wesentliche Treiber für die Zukunft. Operativ wird sich mit jedem Zukauf in der Region ein Skaleneffekt erzielen lassen, geht man auch in andere Staaten oder Länder sind zusätzliche Kosten in der Administration unumgehbar. Auch steigt das Management-Risiko leicht an. Schon Ende 2019 kommt es zu einem geplanten Zukauf eines Gebrauchtwagenhändlers im Raum Salt Lake City, auch mittelfristig wird man den Markt sondieren und den weiteren Aufbau der Gruppe mit ähnlicher Präzision fortführen.

Die Kosten des Börsengangs und der Aufbau eines publikumsgerechten Reportings werden im Jahr 2019 zu Einmaleffekten von etwa 100.000 USD führen, nach unseren Schätzungen könnte die AmeriMark AG bereits im Jahr 2021 dividendenfähig werden.

## DCF (Discounted Cash Flow-Bewertung im Entity-Verfahren)

Für die Berechnung des aktuellen Unternehmenswertes haben wir ein zweistufiges DCF-Verfahren angewendet. Diskontiert werden die **operativen Free-Cash-Flows** im fünfjährigen Zeitraum 2019-2023 definiert als Jahres-Überschuss plus Abschreibungen zzgl. Bestandsveränderungen in Working Capital und Receivables minus CAPEX. Als Investitionen wird ein gewisser Anteil der Abschreibungen angesetzt auch wenn im betreffenden Jahr eventuell keine nennenswerten Investitionen vorgenommen wurden. Vielmehr soll eine konstante Reinvestitionsquote, die sich aus dem normalen Geschäftsbetrieb ergibt, unterstellt werden. Beginnend mit den Jahren 2020/2021 verbleiben aufgrund stärkerer Gewinndynamik Netto-Cashbestände im Unternehmen, die dann auch via Dividende an die Aktionäre ausschüttungsfähig wären. Auch die Möglichkeit der stärkeren Eigenfinanzierung ist dann durchaus gegeben, die Schuldenquote könnte sich etwas reduzieren. Entscheidend ist auch, on Expansionsschritte via Eigenkapital oder Fremdkapital finanziert werden.

Der Diskontierungsfaktor ergibt sich aus dem gewichteten Durchschnittszins (WACC) der jeweils im betreffenden Jahr vorliegenden Kapitalstruktur. Aufgrund der bestehenden Unternehmensplanung schätzen wir die Entwicklung des Finanzierungsvolumens auf etwa 28 Mio. USD im Jahr 2023. Das **Unternehmens-Beta** unterliegt einiger Risikofaktoren, die wir bereits in der SWOT-Analyse thematisiert hatten. Ausgehend von einem Marktbeta von 1,0 addieren wir für die bestehenden Kreditrisiken und Hebelung des operativen Geschäfts einen Faktor von 0,3. Als üblichen Aufschlag für Small Caps unter einer Größe von 50 Mio. € und der damit einhergehenden geringen Handelsliquidität der Aktien sowie des vergleichsweise geringen Freefloats erhöhen wir das Beta zusätzlich um 0,2 auf 1,5. In der Berechnung des un-endlichen Unternehmenswerts (Terminal Value) erhöhen wir den Risikofaktor diskretionär auf 1,8. Hier implementieren wir die wachsenden Risiken aus der steigenden Marktdurchdringung der landesweiten Händlerketten, welche aufgrund ihrer Marktmacht beim Einkauf sowie durch günstigere Kreditlösungen im Subprime-Markt die gesamte Branche dominieren könnten. Als vorsichtig geschätzte langfristige Wachstumsrate unterstellen wir 4 Prozent per annum.

20

CONFIDENTIAL                                                                 PL_0000007824

AmeriMark Group AG | Unternehmensanalyse | 17.06.2019

**Ergebnis:** Es ergibt sich ein **Gesamt-Unternehmenswert (EV) von 78,1 Mio. USD**. Abzüglich der im Jahr 2023 erreichten Verschuldung von 40 Mio. USD liefert dies einen Eigenkapitalwert von 38,1 Mio. USD bezogen auf eine Gesamtzahl von unterstellten 20,0 Mio. Aktien einen auf heute errechneten Fair Value von **1,69 Euro** je Aktie. Als Umrechnungskurs wurde der offizielle Devisenkurs 1,124 USD/EUR vom 14.06.2019 verwendet.

| DCF-Modell mit 6-jähriger Detailplanungsphase / Entity-Modell | in USD | 2017 Ist | 2018 Ist | 2019e | 2020e | 2021e | 2022e | 2023e | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Start | | | | Ende | Terminal |
| Revenue | | 20.736.836 | 29.906.179 | 31.461.300 | 34.607.430 | 39.279.433 | 46.624.687 | 50.820.909 | |
| Net Income | | -271.870 | 366.684 | 516.894 | 1.074.295 | 2.585.187 | 5.866.232 | 7.513.311 | |
| Depreciation | | -1.802.208 | -2.122.472 | -2.568.191 | -3.210.239 | -4.125.157 | -5.515.335 | -6.839.015 | |
| OP FCF | | 1.355.338 | 692.149 | 1.810.760 | 3.480.542 | 4.870.449 | 7.625.701 | 8.642.253 | 87.715.384 |
| Equity | | 1.000.000 | 1.000.000 | 1.000.000 | 1.000.000 | 1.000.000 | 1.000.000 | 1.000.000 | 1.000.000 |
| Debt | | 16.000.000 | 17.500.000 | 19.000.000 | 22.000.000 | 25.000.000 | 28.000.000 | 40.000.000 | |
| Beta / Risikofaktor (lt. Annahmen / diskretionär) | Beta | 1,50 | 1,50 | 1,50 | 1,50 | 1,50 | 1,50 | 1,50 | 1,80 |
| Gewichteter Zinssatz berechnet aus der Kapitalstruktur | WACC | | | 7,86% | 7,85% | 7,83% | 7,83% | 7,83% | 7,84% |
| Abzinsungsfaktor | Discount Factor | | | 1,00 | 0,93 | 0,80 | 0,69 | 0,59 | 0,51 |
| Operative Free Cash Flows | OP FCF | | | 1.810.760 | 3.480.542 | 4.870.449 | 7.625.701 | 8.642.253 | 87.715.384 |
| Nettobarwert der FCFs / Terminal Value | NPV | | | 1.810.760 | 3.227.336 | 3.883.738 | 5.229.309 | 5.097.365 | 58.203.441 |
| + Summe der abgezinsten zukünftigen FCFs | | 19.248.509 | | | | | | | |
| + Barwert des Terminal Value (TV) | | 58.203.441 | | | | | | | |
| Anteil des Terminal Value am Unternehmenswert | | 75,1% | | | | | | | |
| **Enterprise Value** | | **77.451.950** | | | | | | | |
| + Kassenposition | | 241.591 | | | | | | | |
| + Nicht operatives Vermögen | | 370.659 | | | | | | | |
| **Entity Value** | | **78.064.200** | | | | | | | |
| - Zinstragende Gesamtverbindlichkeiten | | -40.000.000 | | | | | | | |
| **Equity Value** | | **38.064.200** | | | | | | | |
| / Anzahl der Aktien | | 20.000.000 | | | | | | | |
| **DCF** | **Bewertung je Aktie in Euro** | | | **1,69** | | | | | | |

| ANNAHMEN | |
|---|---|
| WACC = ((EK) x EK + (FK) x FK) / GK | |
| Langfristige Wachstumsrate des Unternehmens zur Berechnung des TV | 1,00% |
| Marktrisiko-Prämie (M) = 8,0%    Risikofreier Zinssatz (F) = 1,5% | |
| EK= EK-Anteil   FK= FK-Anteil   GK= Gesamtkapital | |
| (EK) = Kalkulatorische Eigenkapitalkosten ist (F) + B*((M) - (F)) | 9,950% |
| (FK) = Marktüblicher Fremdkapitalzins (normales Risiko) | 7,750% |
| Beta-Faktor (ß): SmallCap, Geringe Liquidität, Geschäftsmodell high risk | 1,50 |
| Terminal Value: Diskretionäre Risiko-Zuschlag z. B w/MT & Branche | 1,80 |
| Umrechnungs-Kurs USD/EUR | 1,1240 |

## PEERGROUP – Bewertung via Multiples

Für die Berechnung des aktuellen Unternehmenswertes haben wir im Rahmen dieser Studie einen Peer-Group-Vergleich basierend auf der Multiplikatorenmethode herangezogen. Hierbei wurden Börsen-Multiples (EV/Umsatz und EV/EBITDA), sprich Verhältniszahlen basierend auf den Börsenkursen vergleichbarer, börsennotierter Unternehmen betrachtet. Vorwegschicken wollen wir den wichtigen Hinweis, dass die börsennotierte Peergroup nur indirekt zum Geschäftsmodell der AmeriMark AG passt, aber eine hohe Bewertungs-Plausibilität gegenüber dem einzig börsennotierten Konkurrenzunternehmen aufweist. Jeder der betrachteten Vergleichsunternehmen ist in seinem Segment unter den Weltmarktführern aufzufinden, was natürlich per se für den Börsenneuling AmeriMark AG nicht gelten kann. Gleichwohl kann AmeriMark mit den Margen der Peergroup-Unternehmen mithalten und wächst als Nischenplayer deutlich stärker. Diese Voraussetzungen sind für eine noch sehr junge AmeriMark AG in der jetzigen Aufbauphase nicht überraschend. Auch die Zyklik in den börsennotierten Titeln (Volatilität / 12 Monats Höchst- und Tiefstkurse) gibt einen Hinweis, wie stark man sich von der Medianbewertung derzeit auf das obere Quartil zubewegt hat.

CONFIDENTIAL                                                                                     PL_0000007825

AmeriMark Group AG | Unternehmensanalyse | 17.06.2019

| Peergroup Analyse | | Americas Car-Mart Inc. | | | MarineMax Inc. | | | Sixt SE | | | Ø | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anzahl der Aktien | Mio. Stk | | 6.699.484 | | | 22.837.335 | | | 41.085.340 | | | 20.000.000 |
| Stock Price 14.06.2019 | | | 88,81 | | | 16,44 | | | 91,1 | | | 1,13 € |
| Currency | | | USD | | | USD | | | Euro | | | Peer Valuation |
| | | | | | | | | | | | | [Range 1,03–1,09] |
| MCAP in Mio. | | | 594.981.336 | | | 373.445.778 | | | 3.742.874.518 | | | 22.518.049 |
| | | 2018 | 2019e | 2020e | 2018 | 2019e | 2020e | 2018 | 2019e | 2020e | | 2019e |
| Sales | Mio. | 669 | 745 | 832 | 1.177 | 1.233 | 1.302 | 3.040 | 3.180 | 3.260 | | 31.461.300 |
| Enterprise Value (EV) | Mio. | 739 | 844 | 901 | 609 | 686 | 783 | 7.724 | 7.814 | 7.936 | | 36.960.576 |
| | | | | | | | | | | | | Computed EV |
| EBITDA | Mio. | 71,6 | 82,4 | 87,3 | 73,7 | 81,4 | 89,6 | 427,0 | 482,0 | 536,0 | | 4.364.741 |
| EV/Sales | Ratio | 1,1 | 1,0 | 0,9 | 0,5 | 0,6 | 0,6 | 2,5 | 2,5 | 2,4 | 1,0 | 31.146.687 |
| | | | | | | | | | | | | EV (via Sales) |
| EV/EBITDA | Ratio | 10,3 | 9,8 | 9,2 | 8,3 | 8,1 | 7,8 | 18,8 | 16,2 | 14,2 | 9,8 | 42.774.465 |
| | | | | | | | | | | | | EV (via EBITDA) |
| Price/Earnings | Ratio | 13,2 | 10,6 | 9,8 | 9,8 | 8,7 | 7,6 | 10,3 | 9,8 | 7,8 | 9,7 | |
| (P/E) | | | | | | | | | | | | |
| EBITDA-Margin | in % | 10,7 | 11,1 | 10,5 | 6,3 | 6,6 | 6,9 | 14,0 | 15,2 | 16,4 | 10,7 | 13,9 |
| (EBITDA/Sales) | | | | | | | | | | | | Margin Outpace |
| Price to Book | Ratio | | 2,3 | | | 1,0 | | | 3,9 | | 2,3 | |
| (P/B) | | | | | | | | | | | | |
| Volatilität (180T) / Beta | in % | | 36% / 0,85 | | | 33% / 1,2 | | | 44% / 1,6 | | | 11.650.289 |
| (Market / Stock / Stability) | | | | | | | | | | | | Long Term Debt |
| 12 Monate high/low | in % | | 104 / 61 USD | | | 26,1 / 15,3 USD | | | 119,7 / 63,9 Euro | | | 1,1240 |
| (Trading / Chart Position) | | | high | | | low | | | mid | | | USD/EUR |

Quelle: CapitalLounge GmbH

Für die Berechnung innerhalb des Faktorenvergleichs verwenden wir das Jahr 2019 als Basisjahr mit einer Aktienanzahl von 20,0 Stück. Die Unternehmensverschuldung lag bei knapp 11,7 Mio. USD. Die geschätzten Zahlen für 2019 stellen wir einem 3-Jahres Schnitt der verwendeten Peergroup-Unternehmen gegenüber. Diese Zahlen verwenden wir dann als Grundlage für den Faktorenvergleich. Wir sind überrascht wie hoch die Plausibilität nach Berechnung der Multiples ist, was den Beweis für eine wohldefinierte Auswahl liefert.

Die Berechnung der definierten Multiples stellt sich wie folgt:

(1) **Umsatzbewertung (EV/Umsatz):** Peergroup im Dreijahresschnitt bei Faktor von knapp 1,0. Der Umsatz bei der AmeriMark AG wird für 2019 mit 31,46 Mio. USD geschätzt, dies liefert einen berechneten **Enterprise Value von 31,15 Mio. USD.**

(2) **Gewinnbewertung (EV/EBITDA):** Peergroup im Dreijahresschnitt bei Faktor 9,8. Das EBITDA bei der AmeriMark AG wird für 2019 mit 4,36 Mio. USD, liefert einen berechneten **Enterprise Value von 42,77 Mio. USD.**

(3) **Durchschnittsbetrachtung:** Aus den Teilschritten (1) und (2) erhalten wir gleichgewichtet einen durchschnittlichen Enterprise Value von 36,96 Mio. USD. Wir ziehen die Verschuldung von aktuell 11,65 Mio. USD, damit stellt sich der **Eigenkapitalwert auf 22,52 Mio. USD** für die aktuell bestehende Aktienanzahl von 20,0 Mio. Stück auf einen rechnerischen Aktienwert von **1,13 €**. Als Umrechnungs-Kurs wurden 1,1240 USD/Euro verwendet.

22

CONFIDENTIAL                                                                     PL_0000007826

## FAZIT unserer angewendeten Bewertungsverfahren

(1) Unser **DCF-Modell** liefert unter Annahme einer gewichteten Gesamt-Verzinsung von ca. 8% (WACC) über die gesamte Bewertungszeit einen Eigenkapitalwert von 38,1 Mio. USD. Dies ergibt einen **rechnerischen Wert von 1,69 € je Aktie** in der 5-Jahres-Betrachtung. Schwachpunkt der Discounted Cash Flow-Methode (DCF) ist aber die reine Überschussbetrachtung und der relativ hohe Terminalwert, der sich natürlich auch erst bei erfolgreicher Umsetzung der Wachstumsstrategie einstellt. Mithin ist aber keine Bewertungsdynamik der übernommenen Gesellschaften abgebildet, sondern einzig die Ertrags-Perspektive auf die nächsten Jahre. Das Unternehmen muss in den ersten Jahren nach Börsennotiz mit gelieferten Fakten plausibel nachweisen können, dass die erörterten Wachstumschancen auch genutzt wurden.

(2) Der Fair Value pro Aktie der AmeriMark AG im Peergroup-Verfahren liefert Bewertungskriterien, die innerhalb der Branche und vergleichbaren Unternehmen einen Bewertungsansatz abbilden. Dieser marktorientierte Wert resultiert natürlich aus einer Bestandsaufnahme momentaner Bewertungsrelationen innerhalb eines gesamten Konjunktur- oder Börsenzyklus. Nicht alle Vergleichsparameter können daher sinnvollerweise herangezogen werden. Die international vorliegenden Bewertungen geben aber einen ausgewogenen Hinweis auf eine mögliche Bewertung an der Börse. Unsere Auswahl lieferte einen **durchschnittlichen Eigenkapitalwert von 1,13 € je Aktie**.

23

## Gewichtung der Einzelergebnisse

Wir wollen in der Gesamtbetrachtung sowohl der Gegenwart als auch der Zukunft vollständig Rechnung tragen. Das DCF-Modell liefert wegen seines Diskontierungsansatzes eine plausible Schätzung über einen mehrjährigen Geschäftsverlauf und ist somit ein starker Indikator für den aktuellen Unternehmenswert. Die Peergroup-Betrachtung vergleicht hingegen etablierte Unternehmen mit einem neu zu listendenden Unternehmen, dies liefert interessante Anhaltspunkte für eine Börsenbewertung im vorliegenden Fall wird die Wachstumsdynamik aber eher zu schwach abgebildet.

**Aus Plausibilitätsgründen gewichten wir die Ergebnisse unserer Bewertungen wie folgt:**

(1) Die zukunfts- und chancenorientierte Sichtweise im DCF mit **60%**

(2) Die marktorientierte Sichtweise des Peergroup-Vergleichs mit **40%**

**Somit ergibt sich im Ergebnis folgende Wertbestimmung**:

$$(0{,}60 \times 1{,}69\ €\ \textbf{DCF}\ +\ 0{,}40 \times 1{,}13\ €\ \textbf{PEER})\ =\ 1{,}014\ €\ +\ 0{,}452\ €\ =\ \textbf{1{,}47 €}\ \textbf{(Fair Value)}$$

CONFIDENTIAL

## Abschließende Anmerkungen zu Bewertung & Risiken

(1) Die **Finanzplanung des Unternehmens** begründet sich auf ein stabil wachsendes Umfeld im Marktsegment des US-Gebrauchtwagenschäfts mit Vermietung/Leasing. Als Inflationsfaktor unterstellen wir die Konsens-Inflationsprognose der Weltbank und der OECD für die Region USA. Starke Veränderungen des Inflations- und/oder Zinsumfelds beeinflussen sowohl die unterstellten Wachstumsprognosen, die verwendeten Bewertungsparameter sowie die Rentabilität und die Risikostruktur von Geschäftsmodellen.

(2) Ebenso unterstellen wir, dass die **Dienstleistungen der AmeriMark AG** zu jedem Zeitpunkt der Planung den bestmöglichen Qualitätsstandard der Branche wiederspiegeln. Die Ansätze des Markosian Sales Modell sind am Markt sicherlich außerordentlich, gleichwohl könnten sie auch durch ehemalige Mitarbeiter in andere Unternehmen kopiert werden.

(3) Die **niedrige Eigenkapitalquote** - derzeit noch ein Hemmschuh für stärkeres Wachstum - wird sich erst im Laufe der Jahre 2019-2022 durch geplante Kapitalerhöhungen wesentlich erhöhen.

(4) Die noch **überschaubare Unternehmensgröße** ist eine Tatsache aus der auch Risiken für das angestrebte Wachstum resultieren, da die Unternehmensstrukturen bei höheren Anforderungen in den Konzernaufgaben ggf. kurzfristig angemessen ausgebaut werden müssen. Die Verfügbarkeit von Fachkräften könnte Engpässe mit sich bringen.

24

(5) Die AmeriMark AG bewegt sich in einem noch mittelständisch geprägten Umfeld. Manch **Mitbewerber** mit einer deutlich größeren finanziellen Durchschlagskraft könnte die Region um Salt Lake City ebenso als Expansionsfeld definieren. Dieser könnte am Markt deutlich aggressiver agieren, damit steigen die Übernahmepreise im Sektor und der Businessplan könnte aus heutiger Sicht nur teilweise erfüllt werden.

(6) Marktentwicklungen innerhalb des Sektors könnten auch dazu führen, dass die AmeriMark AG selbst zum **Übernahmeobjekt** wird. Die breite Aufstellung und der Geschäftsansatz über mehrere Wertschöpfungsstufen kann für eine große, integral aufgestellte Unternehmensgruppe eine gute Ergänzung darstellen.

(7) Die in den USA allgemein anerkannten **Rechnungslegungsgrundsätze** erfordern, dass der Abschluss eines Unternehmens, das sich zu 100 % im Besitz eines anderen Unternehmens befindet, im Abschluss der Eignergesellschaft konsolidiert wird. Im vorliegenden Abschluss der Rymark Inc. ist die 100% Tochter NTM Meineke, LLC nicht enthalten. Die Auswirkungen dieser Abweichung von den in den Vereinigten Staaten von Amerika allgemein anerkannten Rechnungslegungsgrundsätzen auf die Finanzlage, die Geschäftsergebnisse und die Cashflows wurden von uns nicht ermittelt.

CONFIDENTIAL

## Konzernabschluss der AmeriMark Holding AG 2018 (bestätigt)









25

**Wichtiger Hinweis / Haftungsausschluss der Capital Lounge GmbH:** Alle Zahlen und Berechnungen in dieser Studie beruhen auf vorläufigen oder endgültigen Abschlüssen. Für alle Berechnungen und Schätzungen berufen wir uns auf die Erwartungen des Managements, die sich in ihrer Natur zu jeder Zeit ändern können oder ganz wegfallen. Wir haben keinen AmeriMark Standort besucht und übernehmen keine Garantie für die Richtigkeit oder den Bestand der uns vorliegenden Dokumente oder Aussagen. Verantwortlich für deren Prüfung sind die jeweilig beauftragten Dienstleister. Bitte plausibilisieren Sie die bereitgestellten Daten vor Ihrer Investitionsentscheidung.

## DISCLAIMER & INTERESSENSKONFLIKTE

Diese Studie wurde von der Capital Lounge GmbH erstellt und ist in der Bundesrepublik Deutschland nur zur Verteilung an Personen bestimmt, die im Zusammenhang mit ihrem Handel, Beruf oder ihrer Beschäftigung übertragbare Wertpapiere auf eigene Rechnung oder auf Rechnung anderer erwerben oder verkaufen. Diese Studie ist ausschließlich für den Gebrauch ihrer Empfänger bestimmt. Sie darf ohne schriftliche Zustimmung der Capital Lounge GmbH weder gänzlich noch teilweise vervielfältigt oder an Dritte weitergegeben werden. Diese Studie dient lediglich Informationszwecken und wird auf vertraulicher Basis übermittelt. Die in dieser Studie behandelten Anlagemöglichkeiten können für bestimmte Investoren nicht geeignet sein, abhängig von dem jeweiligen Anlageziel und geplanten Anlagezeitraum oder der jeweiligen Finanzlage. Diese Studie kann eine individuelle Beratung nicht ersetzten. Bitte kontaktieren Sie den Investmentberater Ihrer Bank.

Diese Studie darf in anderen Rechtsordnungen nur im Einklang mit dem dort geltenden Recht verteilt werden. Personen, die in den Besitz dieser Studie gelangen, sollten sich über die jeweils geltenden Rechtsvorschriften informieren und diese befolgen. Diese Studie oder eine Kopie von ihr darf im Vereinigten Königreich nur an folgende Empfänger verteilt werden: (a) Personen, die über berufliche Erfahrung in Anlagedingen verfügen, die unter Artikel 19(1) der „Financial Services and Markets Act 2000 (Financial Promotion) Order 2001" (Verordnung über die Werbung für Finanzprodukte von 2001 im Rahmen des Gesetzes über Finanzdienstleistungen und Finanzmärkte von 2000) (die „Verordnung") fallen, oder (b) Unternehmen mit umfangreichem Vermögen, die unter Artikel 49(2)(A) bis (D) der Verordnung fallen, sowie sonstige Personen, an die das Dokument gemäß Artikel 49(1) der Verordnung rechtmäßig übermittelt werden darf (alle diese Personen werden zusammen als „Relevante Personen" bezeichnet). Jede Person, bei der es sich nicht um eine Relevante Person handelt, sollte diese Studie und deren Inhalt nicht als Informations- oder Handlungsbasis betrachten.

Diese Studie stellt weder ein Angebot noch eine Einladung zur Zeichnung oder zum Kauf eines Finanzinstruments des analysierten Unternehmens oder zum Abschluss eines Beratungsvertrags dar. Weder diese Studie noch irgendwelche Bestandteile darin bilden die Grundlage irgendeines Vertrages oder anderweitiger Verpflichtungen irgendeiner Art. Capital Lounge GmbH und mit ihr verbundene Unternehmen lehnen jegliche Haftung für Schäden im Zusammenhang mit der Veröffentlichung und/oder Verwendung dieser Studie oder ihrer Inhalte ab. Weder die Capital Lounge GmbH noch ein mit ihr verbundenes Unternehmen geben eine Gewährleistung oder Zusicherung hinsichtlich der Vollständigkeit und Richtigkeit der in dieser Studie enthaltenen Informationen ab. Eine unabhängige Überprüfung der verwendeten Informationen wurde nicht vorgenommen. Alle in dieser Studie enthaltenen Bewertungen, Stellungnahmen und Vorhersagen sind diejenigen des Verfassers dieser Studie, die im Zusammenhang mit seiner Research-Tätigkeit abgegeben werden. Sie entsprechen dem Stand der Erstellung dieser Studie und können sich aufgrund künftiger Ereignisse ändern.

Weder der Capital Lounge GmbH noch einem mit der Capital Lounge GmbH verbundenen Unternehmen können solche Aussagen automatisch zugerechnet werden. Eine zukünftige Aktualisierung der Analyse und Empfehlung ist terminlich nicht festgelegt und ihr Zeitpunkt grundsätzlich nicht absehbar; sie erfolgt jedoch in der Regel im Anschluss an die Veröffentlichungen entsprechender Finanzberichte.

26

CONFIDENTIAL

**AmeriMark Group AG | Unternehmensanalyse | 17.06.2019**

Die Capital Lounge GmbH behält sich das Recht vor, in der Studie geäußerte Meinungen jederzeit und ohne Vorankündigung zu widerrufen oder zu ändern. Die Capital Lounge GmbH hat möglicherweise Studien veröffentlicht, die im Hinblick auf in dieser Studie enthaltene Informationen zu anderen Ergebnissen kommen. Diese Studien können die unterschiedlichen Annahmen und Herangehensweisen ihrer Verfasser reflektieren. Aussagen der Vergangenheit dürfen nicht als Indiz oder Garantie für nachfolgende Aussagen angesehen werden. Vielmehr werden hinsichtlich zukünftiger Aussagen weder explizit noch implizit Zusicherungen oder Garantien abgegeben. Diese Studie wird über die branchenspezifischen Nachrichtenagenturen und Finanzportale sowie per Email an alle interessierten professionellen Investoren versandt, bei denen davon ausgegangen wird, dass sie ihre Anlageentscheidungen nicht in unangemessener Weise auf Basis dieser Studie treffen.

**Zuständige Behörde:** Bundesanstalt für Finanzdienstleistungsinformation (BaFin) Bei den in dieser Studie genannten Wertpapierkursen handelt es sich um XETRA-Schlusskurse des dem Veröffentlichungstag der jeweiligen Studie vorangehenden Handelstages. Wird das Wertpapier nicht auf XETRA gehandelt, handelt es sich bei den in der Studie genannten Wertpapierkursen um den Schlusskurs des jeweiligen Börsenplatzes des dem Veröffentlichungstag der Studie vorangehenden Handelstages.

**Anlageempfehlungen (für einen Anlagezeitraum von 12 Monaten)**

**Buy:** Wir rechnen mit einem Anstieg des Preises des analysierten Finanzinstruments um mindestens 10%.
**Hold:** Wir rechnen mit einer Out-/ Underperformance zur Benchmark DAX um maximal 10%.
**Sell:** Wir rechnen mit einem Rückgang des Preises des analysierten Finanzinstruments um mindestens 10%.

27

Angaben zu möglichen Interessenkonflikten gemäß § 85 Absatz 1 WpHG und Artikel 20 Verordnung (EU) Nr. 596/2014 sowie Delegierte Verordnung (EU) 2016/958:
Gemäß § 85 Wertpapierhandelsgesetz und Finanzanalyseverordnung besteht u. a. die Verpflichtung, bei einer Finanzanalyse auf mögliche Interessenkonflikte in Bezug auf das analysierte Unternehmen hinzuweisen. Ein Interessenkonflikt wird insbesondere vermutet, wenn das die Analyse erstellende Unternehmen

- an dem Grundkapital des analysierten Unternehmens eine Beteiligung von mehr als 5% hält,
- in den letzten zwölf Monaten Mitglied in einem Konsortium war, das die Wertpapiere des analysierten Unternehmens übernommen hat,
- die Wertpapiere des analysierten Unternehmens aufgrund eines bestehenden Vertrages betreut,
- in den letzten zwölf Monaten aufgrund eines bestehenden Vertrages Investmentbanking-Dienstleistungen für das analysierte Unternehmen ausgeführt hat, aus dem eine Leistung oder ein Leistungsversprechen hervorging, mit dem analysierten Unternehmen eine Vereinbarung zu der Erstellung der Finanzanalyse getroffen hat,
- und mit diesem verbundenen Unternehmen regelmäßig Aktien des analysierten Unternehmens oder von diesen abgeleitete Derivate handeln,
- oder der für dieses Unternehmen zuständige Analyst sonstige bedeutende finanzielle Interessen in Bezug auf das analysierte Unternehmen haben, wie z.B. die Ausübung von Mandaten beim analysierten Unternehmen.

CAPITAL LOUNGE GMBH | EQUITY RESEARCH | AGNES-BERNAUER-STR. 88 | 80687 MÜNCHEN | DEUTSCHLAND
WWW.CAPITALLOUNGE.DE

**Die Capital Lounge GmbH verwendet für die Beschreibung der Interessenskonflikte gemäß § 85 Absatz 1 WpHG und Artikel 20 Verordnung (EU) Nr. 596/2014 sowie Delegierte Verordnung (EU) 2016/958 folgende Keys:**

**Key 1:** Das analysierte Unternehmen hat für die Erstellung dieser Studie aktiv Informationen bereitgestellt.

**Key 2:** Diese Studie wurde vor Verteilung dem analysierten Unternehmen zugeleitet und im Anschluss daran wurden Änderungen vorgenommen. Dem analysierten Unternehmen wurde dabei kein Research-Bericht oder -Entwurf zugeleitet, der bereits eine Anlageempfehlung oder ein Kursziel enthielt.

**Key 3:** Das analysierte Unternehmen hält eine Beteiligung an der Capital Lounge GmbH und/oder einem ihr verbundenen Unternehmen von mehr als 5%.

**Key 4:** Die Capital Lounge GmbH und/oder ein mit ihr verbundenes Unternehmen und/oder der Ersteller dieser Studie hält an dem analysierten Unternehmen eine Beteiligung in Höhe von mehr als 5%.

**Key 5:** Die Capital Lounge GmbH und/oder ein mit ihr verbundenes Unternehmen und/oder der Ersteller dieser Studie hat Aktien des analysierten Unternehmens vor ihrem öffentlichen Angebot unentgeltlich oder zu einem unter dem angegebenen Kursziel liegenden Preis erworben.

**Key 6:** Die Capital Lounge GmbH und/oder ein mit ihr verbundenes Unternehmen betreut die Wertpapiere des analysierten Unternehmens als Market Maker oder Designated Sponsor.

**Key 7:** Die Capital Lounge GmbH und/oder ein mit ihr verbundenes Unternehmen und/oder eine ihr nahestehende Person/nahestehendes Unternehmen und/oder der Ersteller dieser Studie war innerhalb der vergangenen 12 Monate gegenüber dem analysierten Unternehmen an eine Vereinbarung über Dienstleistungen im Zusammenhang mit Investmentbanking-Geschäften gebunden oder hat aus einer solchen Vereinbarung Leistungen bezogen.

**Key 8:** Die Capital Lounge GmbH und/oder ein mit ihr verbundenes Unternehmen hat mit dem analysierten Unternehmen eine Vereinbarung zu der Erstellung dieser Studie getroffen. Im Rahmen dieser Vereinbarung hat die Capital Lounge GmbH eine marktübliche, vorab entrichtete Flat-Fee erhalten.

**Key 9:** Die Capital Lounge GmbH und/oder ein mit ihr verbundenes Unternehmen ist an den Handelstätigkeiten des analysierten Unternehmens durch Provisionseinnahmen beteiligt.

**Key 10:** Ein Mitglied der Capital Lounge GmbH und/oder der Ersteller dieser Studie ist Mitglied des Aufsichtsrates des analysierten Unternehmens.

**Key 11:** Die Capital Lounge GmbH und/oder ein mit ihr verbundenes Unternehmen und/oder der Ersteller dieser Studie hält an dem analysierten Unternehmen eine Nettoverkauf- oder –Kaufposition, die die Schwelle von 0,5% des gesamten emittierten Aktienkapitals des Unternehmens überschreitet.

**Key 12:** Die Capital Lounge GmbH und/oder ein mit ihr verbundenes Unternehmen war bei einer öffentlichen Emission von Finanzinstrumenten des Unternehmens federführend oder mitfederführend beteiligt.

Folgende Keys sind hinsichtlich der vorliegenden Studie relevant**: Key 1, Key 7, Key 8**

**Erklärungen gemäß § 85 Absatz 1 WpHG und Artikel 20 Verordnung (EU) Nr. 596/2014 sowie Delegierte Verordnung (EU) 2016/958: Informationsquellen**

Die Studie basiert auf Informationen, die aus sorgfältig ausgewählten öffentlich zugänglichen Quellen stammen, insbesondere von Finanzdatenanbietern, den Veröffentlichungen des analysierten Unternehmens und anderen öffentlich zugänglichen Medien.

28

CONFIDENTIAL                    PL_0000007832

## AmeriMark Group AG | Unternehmensanalyse | 17.06.2019

### Bewertungsgrundlagen/Methoden/Risiken und Parameter

Für die Erstellung der Studie wurden unternehmensspezifische Methoden aus der fundamentalen Aktienanalyse, quantitative statistische Methoden und Modelle sowie Verfahrensweisen der technischen Analyse verwendet (inter alia historische Bewertungsansätze, Substanz-Bewertungsansätze oder Sum-Of-The-Parts-Bewertungsansätze, Diskontierungsmodelle, der Economic-Profit-Ansatz, Multiplikatorenmodelle oder Peergroup-Vergleiche). Bewertungsmodelle sind von volkswirtschaftlichen Größen wie Währungen, Zinsen, Rohstoffen und von konjunkturellen Annahmen abhängig. Darüber hinaus beeinflussen Marktstimmungen und politische Entwicklungen die Bewertungen von Unternehmen. Gewählte Ansätze basieren zudem auf Erwartungen, die sich je nach industriespezifischen Entwicklungen schnell und ohne Vorwarnung ändern können. Folglich können sich auch auf den einzelnen Modellen basierende Empfehlungen und Kursziele entsprechend ändern. Die auf einen Zeitraum von zwölf Monaten ausgerichteten Anlageempfehlungen können ebenfalls Marktbedingungen unterworfen sein und stellen deshalb eine Momentaufnahme dar. Die erwarteten Kursentwicklungen können schneller oder langsamer erreicht werden oder aber nach oben oder unten revidiert werden.

### Erklärung Compliance

Die Capital Lounge GmbH hat intern regelmäßige Vorkehrungen getroffen, um Interessenskonflikten hinsichtlich des analysierten Unternehmens vorzubeugen und mögliche Interessenskonflikte offen zu legen. Verantwortlich für die Einhaltung dieser Vorkehrungen ist Adrian Fuhrmeister, fuhrmeister@capitallounge.de

### Erklärung der Ersteller der Studien

Alle in dieser Studie enthaltenen Bewertungen, Stellungnahmen und Vorhersagen entsprechen den Ansichten des Verfassers dieser Studie. Die Vergütung des Erstellers einer Studie hängt weder in der Vergangenheit, der Gegenwart noch in der Zukunft direkt oder indirekt mit der Empfehlung oder den Sichtweisen, die in der Studie geäußert werden, zusammen.

29

Folgende Online-Quellen wurden für Daten und Charts verwendet:
Bloomberg; Finanzen.net; Onvista.de; Ariva.de; Handelsblatt.com; Statista.com; Wirtschaftswoche.de;

Quellverzeichnis:
Auszüge von Studien, Charts, Statements oder Umfrageergebnissen entstammen folgenden Quellen:

(1) "Credit Scores 101: What's a Good Credit Score Range?", myFICO blog,
    https://blog.myfico.com/whats-a-good-credit-score-range/
(2) Just Lending Keeps Pace as Delinquencies Mount in Auto Finance Sector", Andrew Haughwout et al, Liberty Street Economics, Federal Reserve Bank of New York, 14. November 2017.
(3) "Car Loan Statistics", Kyle Morgan using data from "Quarterly Report on Household Debt and Credit, 2017 Q4", Center for Microeconomic Data, Federal Reserve Bank of New York. Nimdzi Insights LLC (2019)
(4) National Auto Auction Association Daten im "2017 Gebrauchtwagenmarktbericht", 22.Auflage , Manheim
    https://publish.manheim.com/content/dam/consulting/2017-Manheim-Used-Car-Market-Report.pdf
(5) "State of the Automotive Finance Market: Q3 2018", Melinda Zabritski, Experian.

V.i.S.d.P.:  Alexander Coenen, Capital Lounge GmbH, im Juni 2019

CAPITAL LOUNGE GMBH | EQUITY RESEARCH | AGNES-BERNAUER-STR. 88 | 80687 MÜNCHEN | DEUTSCHLAND
WWW.CAPITALLOUNGE.DE

CONFIDENTIAL                                                                        PL_0000007833