# EXHIBIT K
## to
## Declaration of Stephen Richards

Corporate | 11 May 2021 14:00

## AmeriMark Group AG

AmeriMark Group AG Reports Record 2020 Results for Operating Subsidiary

AmeriMark Group AG / Key word(s): Final Results
AmeriMark Group AG reports record 2020 results for operating subsidiary

11.05.2021 / 14:00

AmeriMark Group AG Reports Record 2020 Results at Operating Subsidiary

(PRESS RELEASE) ZUG, SWITZERLAND, 11-May-2021.

AmeriMark Group AG ("AmeriMark") today announced the release of its audited financial statements for the fiscal year 2020 by its subsidiary, Rymark, Inc.

AmeriMark reported its subsidiary's revenue for the year 2020 at $34,802,666, up 12% year-over-year and a record result for the company. Despite a roughly 8% decrease in vehicle sales in 2020, a more than 40% increase in service revenue combined with a more than 23% increase in lease revenue and a 19% year-over-year increase in revenue from financial activities resulted in a double-digit increase in full-year revenue.

Reductions in advertising and inventory helped increase the operating margin to 22.02%, up from 18.60% a year earlier. Operating income for 2020 increased to $7,662,232 from $5,780,954 in 2019.

The combination of earnings resulted in a net profit of $4,515,825 in 2020, which is more than 269% of the previous year's figure.

Shareholders' equity as of December 31, 2020 was $5,591,196, more than 4 times the 2019 value of $1,369,197.

The Company's common shares were listed for trading on the Vienna Stock Exchange on July 19, 2019 under the ticker "CARS" with ISIN: CH0454224574.

For more information, please visit the company's website:

https://amerimarkag.com

---

End of media releases

---

| | |
|---|---|
| Language: | German |
| Enterprise: | AmeriMark Group AG |
| | Steinhauserstrasse 74 |
| | 6301 Zug |
| | Switzerland |
| Email: | info@amerimarkag.com |
| Internet: | https://amerimarkag.com |
| ISIN: | CH0454224574 |
| Stock exchanges: | Vienna Stock Exchange (Third Market (MTF)) |
| EQS News ID: | 1194896 |

| | |
|---|---|
| End of News | EQS Group News Service |

---

1194896  11.05.2021