# EXHIBIT L
## to
## Declaration of Stephen Richards

# Grantchester Equity, Ltd.

7824 La Mirada Dr • Boca Raton, FL 33433 • Phone: 561-477-7751 • Fax: 561-431-2870
E-Mail: grantchesterequity@comcast.net

Date: June 6, 2017

Burke Roney
Principal
Strawberry Highlands LLC
345 W 600 S # 106
Heber City UT 84032

Dear Mr. Roney:

Grantchester Equity is please to offer the proposals included herewith for financing Strawberry Highlands LLC in furtherance of its development and expansion plans.

We have constructed a combined equity/debt financing approach in order to meet the Company's funding objectives.

The equity listing proposal is structured to gain admission to the Marché Libre (Free Market) standard of the Euronext Exchange on order to access equity.

The debt listing proposal is structured as an Exchange Traded Instrument to be listed on the Frankfurt Stock Exchange. The 2 listings are essentially interdependent for the following reasons:

A general obligation bond of the listed corporation backs the ETI. Therefore, although the ETI is technically asset-backed, the Company does not have to directly pledge its real estate or other assets as collateral for the instrument. The fact that a publicly listed entity is the backer of the ETI makes the investment much more attractive to institutions. An additional benefit is that we may structure the ETI as convertible debt, so the Company does not have to repay any of the principal amounts of proceeds realized if ETI holders convert into equity.

Grantchester anticipates that it will be able to raise a combined total of US$ 6 million through sales of the ETI in the market and direct placement of the instruments with institutions.

We look forward to further discussions.

Sincerely,

Miron Leshem
President