# EXHIBIT N
## to
## Declaration of Stephen Richards

Message

| | |
|---|---|
| **From**: | David Hesterman [hestermaniac@gmail.com] |
| **Sent**: | 7/26/2017 8:47:54 PM |
| **To**: | Grantchester Equity [grantchesterequity@comcast.net] |
| **Subject**: | Fwd: Strawberry Highlands Proposals |
| **Attachments**: | Strawberry Cover Letter I.pdf; STRAWBERRY RANCH EURONEXT PROPOSAL.pdf; Strawberry Ranch ETI Proposal.pdf |

Miron,

These need to be reviewed and modified to suit Blair Walker. The project is un-named but can be called a multistate land development company with proposed holdings in Utah, Montana, Idaho and Colorado.

The edits should include at a minimum,

Change listing cost to 150.

Change potential raise from 6 million to a higher number in a time frame you are comfortable with.

References to Roney etc should be replaced.

Of course, you may see other needs.

Thanks,
David
---------- Forwarded message ----------
From: "Cameron Wilson" <camerondwilson@gmail.com>
Date: Jun 8, 2017 12:02 PM
Subject: Fwd: Strawberry Highlands Proposals
To: "Burke Roney" <burkeroney@gmail.com>, "David Hesterman" <hestermaniac@gmail.com>
Cc:

Burke,

Here is the information as promised from our partner at Grantchester Equity.  Please review at your convienence and we are prepared to advance discussions as early as this afternoon or Monday or Tuesday.  Thanks for the opportunity to serve your needs.

I. Offer of Proposals
II. Proposal for Listing of Strawberry Highlands LLC on Marché Libre.
III. Proposal for Listing an ETI on the Frankfurt Stock Exchange

Kindest regards,

Cameron D. Wilson
camerondwilson@gmail.com
Cell 801-209-9488