**PREPARED AND SUBMITTED BY:**

| | |
|---|---|
| Christopher M. Von Maack (10468) | Andrew B. Peretz (*pro hac vice*) |
| vonmaack@mvmlegal.com | aperetz@peretzlapa.com |
| **MCNEILL | VON MAACK** | **LAW OFFICES OF ANDREW B. PERETZ P.A.** |
| 236 South 300 East | One East Broward Boulevard, Suite 700 |
| Salt Lake City, Utah 84111 | Fort Lauderdale, Florida 33301 |
| Telephone: 801.823.6464 | Telephone: 954.558.8829 |

Attorneys for Third-Party Defendant Ashley Miron Leshem

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **CAPANA SWISS ADVISORS AG**, a Swiss corporation; and **AMERIMARK AUTOMOTIVE AG**, a Swiss corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>**RYMARK, INC.**, a Utah corporation; **NICHOLAS THAYNE MARKOSIAN**, an individual; **JOHN KIRKLAND**, an individual; and **VICKY SMALL**, an individual,<br><br>    Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM SUPPORTING THIRD- PARTY DEFENDANT ASHLEY MIRON LESHEM'S MOTION TO DISMISS** |
| **RYMARK, INC.**, a Utah corporation; and **NICHOLAS THAYNE MARKOSIAN**, an individual,<br><br>    Counterclaim Plaintiffs,<br><br>v.<br><br>**CAPANA SWISS ADVISORS AG**, a Swiss corporation; and **AMERIMARK AUTOMOTIVE AG**, a Swiss corporation.<br><br>    Counterclaim Defendants. | Case No. 2:23-cv-00467-TS-CMR<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Cecilia M. Romero |

| |
|---|
| **RYMARK, INC., a Utah corporation; and NICHOLAS THAYNE MARKOSIAN, an individual,**<br><br>    **Third-Party Plaintiffs,**<br><br>v.<br><br>**SHAEN BERNHARDT, an individual; ASHLEY MIRON LESHEM, an individual; DAVID HESTERMAN, an individual; NICOLAI COLSHORN, an individual; STEFAN KAMMERLANDER, an individual; ALEXANDER COENEN, an individual; MARTIN FASSER HEEG, an individual; AMERIMARK GROUP AG, a Swiss corporation; and PHILOMAXCAP AG, a German corporation,**<br><br>    **Third-Party Defendants.** |

This matter is before the Court on the Stipulated Motion for Extension of Time to File Reply Memorandum Supporting Third-Party Defendant Ashley Miron Leshem's Motion to Dismiss. Based on the motion and good cause shown, the Court hereby ORDERS as follows:

1.  The Stipulated Motion for Extension of Time to File Replay Memorandum Supporting Third-Party Defendant Ashley Miron Leshem's Motion to Dismiss is GRANTED.

2.  Leshem shall file his reply memorandum supporting Third-Party Defendant Ashley Miron Leshem's Motion to Dismiss on or before April 24, 2025.

**APPROVED AS TO FORM:**

        **KUNZLER BEAN & ADAMSON**

        /s/ Stephen Richards
        (*Signed with permission via April 7, 2025 email*)
        Robert P. Harrington
        Stephen Richards
        Taylor J. Smith
        Chad S. Pehrson
        *Attorneys for Third-Party Plaintiffs Rymark, Inc. and Nicholas Thayne Markosian*

        **PARSON BEHLE & LATIMER**

        /s/ Erik A. Christiansen
        (*Signed with permission via April 7, 2025 email*)
        Erik A. Christiansen
        Hannah J. Ector
        *Attorneys for Plaintiffs Capana Swiss Advisors AG and AmeriMark Automotive AG*

DATED this _____ day of April, 2025.

        **BY THE COURT:**

        _____
        Magistrate Judge Cecilia M. Romero
        United States District Court for the District of Utah