# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **CAPANA SWISS ADVISORS AG**, a Swiss corporation; and **AMERIMARK AUTOMOTIVE AG**, a Swiss corporation,<br><br>　　Plaintiffs,<br><br>v.<br><br>**RYMARK, INC.**, a Utah corporation; **NICHOLAS THAYNE MARKOSIAN**, an individual; **JOHN KIRKLAND**, an individual; and **VICKY SMALL**, an individual,<br><br>　　Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM SUPPORTING THIRD- PARTY DEFENDANT ASHLEY MIRON LESHEM'S MOTION TO DISMISS** |
| **RYMARK, INC.**, a Utah corporation; and **NICHOLAS THAYNE MARKOSIAN**, an individual,<br><br>　　Counterclaim Plaintiffs,<br><br>v.<br><br>**CAPANA SWISS ADVISORS AG**, a Swiss corporation; and **AMERIMARK AUTOMOTIVE AG**, a Swiss corporation.<br><br>　　Counterclaim Defendants. | **Case No. 2:23-cv-00467-TS-CMR**<br><br>**District Judge Ted Stewart**<br><br>**Magistrate Judge Cecilia M. Romero** |
| **RYMARK, INC.**, a Utah corporation; and **NICHOLAS THAYNE MARKOSIAN**, an individual,<br><br>　　Third-Party Plaintiffs,<br><br>v.<br><br>**SHAEN BERNHARDT**, an individual; **ASHLEY MIRON LESHEM**, an individual; **DAVID HESTERMAN**, an individual; **NICOLAI COLSHORN**, an individual; **STEFAN KAMMERLANDER**, an individual; **ALEXANDER COENEN**, an individual; **MARTIN FASSER HEEG**, an individual; **AMERIMARK GROUP AG**, a Swiss corporation; and | |

| | |
|---|---|
| **PHILOMAXCAP AG, a German corporation,**<br>    **Third-Party Defendants.** | |

Having considered the parties' Stipulated Motion for Extension of Time (Motion) (ECF 258) to file reply supporting Third-Party Defendant Ashley Miron Leshem's Motion to Dismiss (ECF 252), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that Leshem shall file his reply memorandum supporting Motion to Dismiss on or before April 24, 2025.

DATED this 8 April 2025.

_Cecilia M. Romero_
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah