Eric Benson (10414), eric@pbp.law
Brennan Moss (10267), brennan@pbp.law
D. Loren Washburn (10993), loren@pbp.law
**PARKINSON BENSON POTTER**
2750 Rasmussen Rd., Suite H-107
Park City, UT 84098
Telephone: (415) 534-7970

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAP ANA SWISS ADVISORS AG, a Swiss corporation, and AMERIMARK AUTOMOTIVE AG, a Swiss Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RYMARK, INC., a Utah corporation; and NICHOLAS THAYNE MARKOSIAN, an individual; JOHN KIRKLAND, an individual; and VICKY SMALL, an individual,<br><br>Defendants. | **NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Civil Case No. 2:23-cv-00467<br><br>Judge: Robert J. Shelby<br>Magistrate Judge: Cecilia M. Romero |
| RYMARK, INC., a Utah corporation; and NICHOLAS THAYNE MARKOSIAN, an individual,<br>        Counter Claimants,<br><br>vs.<br><br>CAP ANA SWISS ADVISORS AG, a Swiss corporation, and Amerimark Automotive AG, a Swiss Corporation,<br><br>        Counter Defendants. | |
| RYMARK, INC., a Utah corporation; and NICHOLAS THAYNE MARKOSIAN, an | |

| | |
|---|---|
| individual,<br><br>    Third-Party Plaintiffs,<br><br>vs.<br><br>SHAEN BERNHARDT, an individual;<br>ASHLEY MIRON LESHEM, an individual;<br>DAVID HESTERMAN, an individual;<br>NICOLAI COLSHORN, an individual;<br>STEFAN KAMMERLANDER, an individual;<br>ALEXANDER COENEN, an individual;<br>MARTIN FASSER HEEG, an individual;<br>AMERIMARK GROUP AG, a Swiss corporation; and PHILOMAXCAP AG, a German corporation,<br><br>    Third-Party Defendants. | |

**PLEASE TAKE NOTICE** that Eric Benson, D. Loren Washburn, and Brennan Moss, of the firm Parkinson Benson Potter, having previously appeared on behalf of Nicholas Thayne Markosian, hereby notify the Court that they are now extending that appearance and substituting as counsel for the following attorneys from Kunzler Bean & Adamason—Chad S. Pehrson, Robert P. Harrington, Stephen Richards and Taylor Smith— which attorneys previously represented all Defendants, including RYMARK, INC., JOHN KIRKLAND, and VICKY SMALL.  Messrs. Benson, Washburn, and Moss are aware of and will comply with all pending deadlines.

1

DATED:  May 16, 2025.

**PARKINSON BENSON POTTER (substituting in as counsel for** RYMARK, INC., JOHN KIRKLAND, and VICKY SMALL).

*/s/ Brenan H. Moss*
Brennan H. Moss

**KUNZLER BEAN & ADAMSON (substituting out as counsel for** RYMARK, INC., JOHN KIRKLAND, and VICKY SMALL).

*/s/* Chad Pehrson
Chad S. Pehrson,
Robert P. Harrington,
Stephen Richards and
Taylor Smith

## CERTIFICATE OF SERVICE

I hereby certify that on this 19 th day of May 2025 I filed the foregoing via the Court's CM/ECF system, which provided notice of such filing to all counsels of record.

/s/ Brennan H. Moss