Erik A. Christiansen (USB 7372)
Hannah J. Ector (USB 17980)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
EChristiansen@parsonsbehle.com
HEctor@parsonsbehle.com

John S. Worden (CA SBN 142943) (*Admitted Pro Hac Vice*)
Sarah E. Diamond (CA SBN 281162) (*Admitted Pro Hac Vice*)
**VENABLE LLP**
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:    (415) 653-3750
Facsimile:    (415) 653-3755
JSWorden@venable.com
SEDiamond@venable.com

*Attorneys for Plaintiffs Capana Swiss Advisors AG and AmeriMark Automotive AG, and Third-Party Defendants Shaen Bernhardt, Martin Fasser Heeg, Stefan Kammerlander, and AmeriMark Group AG*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| CAPANA SWISS ADVISORS AG, a Swiss corporation; AMERIMARK AUTOMOTIVE AG, a Swiss corporation,<br><br>        Plaintiffs,<br>vs.<br><br>RYMARK, INC., a Utah corporation; NICHOLAS THAYNE MARKOSIAN, an individual; JOHN KIRKLAND, an individual; and VICKY SMALL, an individual,<br><br>        Defendants. | **PLAINTIFFS' RULE 16 MOTION FOR AMENDED SCHEDULING CONFERENCE**<br><br>Case No. 2:23-cv-00467<br><br>Judge: Hon. Ted Stewart<br><br>Magistrate Judge: Hon. Cecilia M. Romero |
| And Related Counterclaims and Third-Party Claims. | |

1

Pursuant to Federal Rule of Civil Procedure 16, Plaintiffs hereby ask the Court to set conference to schedule trial and pretrial deadlines for this matter. In support of this request, Plaintiffs assert:

1. Fact discovery in this case initially closed on January 28, 2025. ECF 88.
2. On June 18, 2025, the Court granted Defendants' Motion for Limited Extension of Fact Discovery. ECF 283.
3. The Court ordered Plaintiffs and Defendants to meet-and-confer and no later than June 27, 2025 and to submit a proposed second amended scheduling order addressing the discovery deadlines in the Motions. ECF 283.
4. Plaintiffs and Defendants met-and-conferred on June 27, 2025 and several times since then. However, Plaintiffs and Defendants are at an impasse with regard to the second amended scheduling Order. The disputed issue is whether case deadlines can be finalized while Third-Party Defendant Ashley Miron Leshem's forthcoming Motion to Dismiss the Amended Third-Party Complaint is pending.
5. Plaintiffs' position is that the case deadlines should be set to keep this case moving towards trial. Plaintiffs proposed the following schedule to Defendants:

| **Event** | **Current Deadline** | **Proposed Deadline** |
| --- | --- | --- |
| Last Day to Serve Written Discovery: | December 28, 2024 | August 1, 2025 |
| Close of Fact Discovery: | January 28, 2025 | September 30, 2025 |
| Last Day to File Motion to Amend Pleadings: | November 28, 2024 | June 30, 2025 |
| Last Day to File Motion to Add Parties: | November 28, 2024 | June 30, 2025 |
| Rule 26(a)(2) Expert Disclosures | February 27, 2025 | February 27, 2025 |
| Rule 26(a)(2)(C) Counter Disclosures | April 4, 2025 | April 4, 2025 |
| Rule 26(a)(2) Expert Reports | May 10, 2025 | October 30, 2025 |
| Rule 26(a)(2)(C) Counter Reports | June 10, 2025 | December 3, 2025 |
| Last Day for Expert Discovery: | July 10, 2025 | January 15, 2026 |
| Deadline to File Dispositive or Potentially Dispositive Motions: | August 9, 2025 | February 9, 2026 |
| Deadline to File Partial or Complete Motions to Exclude Expert Testimony: | July 10, 2025 | February 1, 2026 |
| Evaluate case for settlement/ADR on: | April 4, 2025 | October 10, 2025 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for filing a request for a scheduling conference with the district judge for the purpose of setting a trial date if no dispositive motions are filed.: | August 15, 2025 | December 15, 2025 |
| Requested Trial Date: | N/A | Plaintiffs anticipate being ready for trial in April 2026 |

      6.      On July 23, 2025, Defendants informed Plaintiffs that Defendants seek to set the dates above based upon when the Court disposes of Third-Party Defendant Ashley Miron Leshem's forthcoming Motion to Dismiss the Amended Third-Party Complaint.

Based on the foregoing and because Plaintiffs and Defendants are at an impasse, Plaintiffs respectfully request that the Court set a conference to schedule trial and pretrial deadlines for this matter.

Dated: July 24, 2025

    PARSONS BEHLE & LATIMER

    */s/ Erik A. Christiansen*
    Erik A. Christiansen (USB 7372)
    Hannah J. Ector (USB 17980)

    VENABLE LLP
    John Worden (*Admitted Pro Hac Vice*)
    Sarah E. Diamond (*Admitted Pro Hac Vice*)

    *Attorneys for Plaintiffs Capana Swiss Advisors AG and AmeriMark Automotive AG, and Third-Party Defendants Shaen Bernhardt, Martin Fasser Heeg, Stefan Kammerlander, and AmeriMark Group AG*

## CERTIFICATE OF SERVICE

I hereby certify that on **July 24, 2025**, I caused a true and correct copy of the foregoing **PLAINTIFFS' RULE 16 MOTION FOR AMENDED SCHEDULING CONFERENCE** to be filed on CM/ECF and accordingly electronically served to the parties of record.

*/s/ Sherry Smith*
Sherry Smith