# EXHIBIT 6

**Betreff:** Fwd: Re: New Opportunity High Importance!!
**Von:** "Andrew R. Keller" <A.Keller@whitetreecapital.ltd>
**Datum:** 31.10.18, 19:09
**An:** Erika Zorkadi <E.Zork@whitetreecapital.ltd>

For Info. You should attend.

Best,

Andy

-------- Weitergeleitete Nachricht --------
Betreff: Re: New Opportunity High Importance!!
Datum: Wed, 31 Oct 2018 16:20:03 +0100
Von: Nick Markosian <Nick@beenjerkedaround.com>
An: Miron Leshem <anandacapital@comcast.net>
Kopie (CC): a.keller@whitetreecapital.ltd, andreavoss@vossreedstein.com, mr@vossreedstein.com <mr@vossreedstein.com>

This is fine with me.

—Nick

Sent from my iPad

> On 31 Oct 2018, at 14:23, Miron Leshem <anandacapital@comcast.net> wrote:
>
> Gentlemen:
>
> We will hold a call tomorrow to introduce AmeriMark to VossReedstein and White Tree Capital at 16:00 hours CET, 10:00am ET, 8:00amMT.
>
> Participants: Nick Markosian, Martin Reedstein, Andrew Keller, Miron Leshem
>
> The bridge number is: +1 605 475 4120
> Use the access code 905 9822
>
> Miron Leshem
> Ananda Capital Partners
> 7824 La Mirada Dr
> Boca Raton  FL 33433 USA
> Tel: +1 561 477 7751
> Fax: +1 561 431 2870
> Mob: +1 561 212 7023
> anandacapital@comcast.net
>
>> On 31 Oct 2018, at 03:32, <mr@vossreedstein.com> <mr@vossreedstein.com> wrote:
>>
>> Miron
>>
>> I think we can help and Whitetree Capital might be interested. Can you pls arrange a call with the principals?
>>
>> Martin Reedstein
>> Voss & Reedstein Ltd.
>> Palm Grove House – 3rd Floor
>> Wickham's Cay

> Road Town
> Tortola
> BVI VG1110
> +1 284-394-3398
>
>> -----Original Message-----
>> From: mr@vossreedstein.com <mr@vossreedstein.com>
>> Sent: 30 October 2018 16:52
>> To: 'Miron Leshem' <anandacapital@comcast.net>
>> Subject: RE: New Opportunity High Importance!!
>>
>> Miron
>>
>> Thank you for your note.  It could be interested if the listing is quick.  Can we pls
>> arrange to receive diligence materials?  May I forward your email internally and
>> to potential interested parties?
>>
>> --
>> Martin Reedstein
>> Voss & Reedstein Ltd.
>> Palm Grove House - 3rd Floor
>> Wickham's Cay
>> Road Town
>> Tortola
>> BVI VG1110
>> +1 284-394-3398
>>
>>> -----Original Message-----
>>> From: Miron Leshem <anandacapital@comcast.net>
>>> Sent: 30 October 2018 14:14
>>> To: mr@vossreedstein.com
>>> Subject: New Opportunity High Importance!!
>>>
>>> Dear Herr Reedstein:
>>>
>>> I have a client who is the 95% shareholder of a Swiss entity"
>>> AmeriMark Group AG" with a strong operating subsidiary in the United
>>> States. The underlying company has strong earnings and we anticipate
>>> being able to have newly issued shares listed admitted to trading on
>>> the Euronext access. Timothy Lafoux of Euronext Market Services has
>>> indicated that they would accept new shares from the merged entity an
>>> invited us to apply as a direct listing as no listing sponsor would be required
>>> in
>> that case.
>>
>>> We have several issues to address:
>>>
>>> Item I. Bendura Bank the company's transfer agent in Liechtenstein
>>> does not want to deliver shares to accounts from U.S. persons unless
>>> they have banking and brokerage relationships in Europe or EFTA. The
>>> company has 20 such shareholders and so this is difficult and time
>>> consuming to do and might not even be possible. We had intended to use
>>> nominee shareholders alreadybut now the timing is urgent.
>>>
>>> Item II.  We need to raise capital perhaps EU 200,000 as a loan or

committed credit line to continue the listing efforts- listing efforts have been ongoing for two years and U.S. shareholders have exhausted their resources.

Item III. We will need to deal with the proceeds of future share sales by the U.S.
persons shareholders. Any introductions to your banking relationships will prevent problems going forward for the shareholders.

Item IV. We need to move very quickly. We will ask BankM and Badner if they will under transfer agent services and need a solution before that.

Because White Tree has already made some small loans tothe company you might approach them about additional investment.

I am available to discuss today if needed.


Mit freundlichen Grüßen

Miron Leshem
Ananda Capital Partners
7824 La Mirada Dr
Boca Raton  FL 33433 USA
Tel: +1 561 477 7751
Fax: +1 561 431 2870
Mob: +1 561 212 7023
anandacapital@comcast.net