# EXHIBIT 7

**From:** Eric Gardner <eric@markosianauto.com>
**Sent:** Friday, January 6, 2017 7:25:24 PM
**To:** Nick Markosian <Nick@beenjerkedaround.com>
**Subject:** Re: APG Financial report

Yes. Slack was out today. I know he got at least two.
Thanks, Eric
> On Jan 6, 2017, at 6:40 PM, Nick Markosian <Nick@beenjerkedaround.com> wrote:>
> Did we get someone to Repo?>
> Sent from my iPhone>
>> On Jan 6, 2017, at 6:20 PM, Eric Gardiner <eric@MarkosianAuto.com> wrote:>>
>> There are only 21 secured accounts. >>
>> Eric Gardiner>> APG Financial, Manager
>> 801-886-1555>> 4238 S Redwood Rd
>> Taylorsville, UT 84123>>
>> -----Original Message----->> From: veronica@markosianauto.com [mailto:veronica@markosianauto.com]
>> Sent: Friday, January 6, 2017 6:08 PM>> To: Nick@beenjerkedaround.com; John@beenjerkedaround.com; Eric <eric@markosianauto.com>
>> Subject: APG Financial report>>
>> >>
>> Veronica Bojorquez>> APG Financial
>> 4238 s Redwood Rd. >> Taylorsville, UT. 84123
>> (801) 886-1555>>
>

| From: | Traction® Tools <support@mail.traction.tools> |
|---|---|
| Sent: | Monday, November 9, 2020 10:34:19 AM |
| To: | Nick Markosian <Nick@beenjerkedaround.com> |
| Subject: | Meeting Summary Markosian Auto Leadership L10 |





**23** Issues solved

**62%** To-do completion

**8.4** Average Rating

**92** Minutes

## Markosian Auto Leadership L10 Meeting Summary:

### To-Do List:

| | | | |
|---|---|---|---|
| **David Garcia** | Send out One on One Evaluation forms to Nick | 11-02-2020 | |
| **John Kirkland** | Training on how to transfer headlines from one meeting to another | 11-09-2020 | |
| | review meeting agenda | 11-22-2020 | |
| | Meet with Vicky to go over Vendor List | 11-02-2020 | |
| | Go over billing with Richard Markosian , Make sure he is sending in his invoices | 11-16-2020 | |
| | Cowboy Show Veronica the Auto Pay Report in Deal Pack | 11-09-2020 | |
| | come up with score card for Portal/website | 10-25-2020 | |
| | Change settings in Traction so that everyone can add people headlines to all meetings | 11-09-2020 | |
| | Add "Meet with Vicky to go over Vendor List" to all Managers Scorecard | 11-09-2020 | |
| **Manuel Gonzalez** | Review Virtual Sales Process and train on Thursdays meeting | 11-16-2020 | |
| | Review customers statement of understanding , Add GPS statement | 11-16-2020 | |
| | Plan for the snow and the plowing at each location | 11-16-2020 | |
| | Oversee the training for Cycl Crm for the whole sales dept | 11-16-2020 | |
| | Meet with Vicky to go over Vendor List | 11-02-2020 | |

RYMARK127996

|  |  |  |
|---|---|---|
|  | Manuel with talk to Rick and Handle Lisa | 11-16-2020 |
|  | Manuel text Dave to see if Kyle can start training with Leslie and Dea | 11-16-2020 |
|  | Figure out why Stock Wave isn't working correctly | 11-09-2020 |
| **Melissa Blair** | Review Virtual Sales Process and train on Thursdays meeting | 11-16-2020 |
|  | Meet with Richard and incorporate "Cash Buyer" on Portal | 11-16-2020 |
|  | Email Mark and Managers for Policy on Spending Money with Automotive Heros | 11-16-2020 |
|  | Create Slack Channel for Website and Portal | 11-16-2020 |
|  | Create "Masks are required" signs and Laminate | 11-16-2020 |
|  | Call Taylorsville and see if we get new banners with our donations | 11-09-2020 |
| **Nick Markosian** | Review monthly facilities check list | 11-02-2020 |
|  | Let contractor know that his employees can park over at Auto Zone | 11-16-2020 |
|  | Improve the Ksl Scorecard | 11-09-2020 |
|  | Forward the Contractors email with the "update" timeline spreadsheet to Cowboy | 11-09-2020 |
|  | Determine if we are going to have a Christmas Party or not | 11-16-2020 |
|  | Come up with a Pay Plan for Kyle | 11-09-2020 |
|  | Buy a Truck | 11-02-2020 |
|  | Add Fourth Quarter Rocks to Scorecard | 11-02-2020 |
| **Veronica Bojorquez** | Review the customers statement of understanding | 11-16-2020 |
|  | Hire another repo guy asap | 11-16-2020 |
|  | Cowboy Show Veronica the Auto Pay Report in Deal Pack | 11-09-2020 |
|  | Come up with a Pay Plan for Kyle | 11-09-2020 |
| **Vicky Small** | Veronica Change the Decals, David get the emissions and Vicky get the repo truck registered | 11-09-2020 |
|  | Training on how to transfer headlines from one meeting to another | 11-09-2020 |
|  | Send Rockstar's for the Year to Melissa | 11-09-2020 |
|  | review meeting agenda | 11-22-2020 |
|  | Calculate 2021 xmas for employees | 11-29-2020 |

| | |
|---|---|
| **From:** | Traction® Tools <support@mail.traction.tools> |
| **Sent:** | Monday, January 25, 2021 10:44:03 AM |
| **To:** | Nick Markosian <Nick@beenjerkedaround.com> |
| **Subject:** | Meeting Summary Markosian Auto Leadership L10 |

[https://s3.amazonaws.com/Radial/base/Logos/logo_flat.png]
Hi Nick Markosian, Here's your meeting summary for Markosian Auto Leadership L10:
Issues solved 26
To-do completion 78%
Average Rating 8.4
Minutes 100
To-do List John Kirkland
Get with Ed from Holmes Motors and see what he is spending for ABCOA
<https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiSTZoTF9pdHN1aFdGaFpIaVF0MnVkRTkxSC...> 01-16-2021 Call Jesse and get a price per unit.
<https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiSTZoTF9pdHN1aFdGaFpIaVF0MnVkRTkxSC...> 01-16-2021
Create a slack channel or Key word to alert Nick when specific cars are having multiple issues, so he does not keep buying cars with these issues.
<https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiSTZoTF9pdHN1aFdGaFpIaVF0MnVkRTkxSC...> 02-01-2021 Add Manuel to Skype channel so he can send Bimlesh Messages
<https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiSTZoTF9pdHN1aFdGaFpIaVF0MnVkRTkxSC...> 02-01-2021
Bill Elizondo Review the A-Z process on the welcome calls
<https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiSTZoTF9pdHN1aFdGaFpIaVF0MnVkRTkxSC...> 01-16-2021
David Garcia Read / Listen to No ego by 1/31/2021
<https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiSTZoTF9pdHN1aFdGaFpIaVF0MnVkRTkxSC...> 01-31-2021
Get a quality control guy for the shop with david
<https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiSTZoTF9pdHN1aFdGaFpIaVF0MnVkRTkxSC...> 02-12-2021 Create a slack channel or Key word to alert Nick when specific cars are having multiple issues, so he does not keep buying cars with these issues.
<https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiSTZoTF9pdHN1aFdGaFpIaVF0MnVkRTkxSC...> 02-01-2021
Implement the new slack channel with the techs so that they can alert Nick when a specific type of car is having an issue over and over.
<https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiSTZoTF9pdHN1aFdGaFpIaVF0MnVkRTkxSC...> 02-01-2021
Melissa Blair Read / Listen to No ego by 1/31/2021
<https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiSTZoTF9pdHN1aFdGaFpIaVF0MnVkRTkxSC...> 01-31-2021
Veronica Bojorquez get the formula for what we need to increase per month to have 100% on auto pay by year end
<https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiSTZoTF9pdHN1aFdGaFpIaVF0MnVkRTkxSC...> 01-19-2021
Veronica will create a calendar for all the sales people to attend one APG meeting a month.
<https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiSTZoTF9pdHN1aFdGaFpIaVF0MnVkRTkxSC...> 01-18-2021 Get with Bill and come up with a game plan to get more Auto Pays set up with our customers
<https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiSTZoTF9pdHN1aFdGaFpIaVF0MnVkRTkxSC...> 02-01-2021

Go to Ogden and talk to Rick about APG Productivity and call Mike about APG Productivity <https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiSTZoTF9pdHN1aFdGaFpIaVF0MnVkRTkxS0> 02-01-2021Send out a text and email letting our customers know our starter interrupt policy. <https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiSTZoTF9pdHN1aFdGaFpIaVF0MnVkRTkxS0> 02-01-2021
Manuel GonzalezWrite policy for trade ins and when issues come up with trades how that should be handled between service and sales. <https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiSTZoTF9pdHN1aFdGaFpIaVF0MnVkRTkxS0> 02-01-2021
Remind the sales managers how important it is to have the Stips uploaded so Veronica can do the Welcome calls. <https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiSTZoTF9pdHN1aFdGaFpIaVF0MnVkRTkxS0> 02-01-2021Test Cycl and Podium and give feedback next week on which one you like best. <https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiSTZoTF9pdHN1aFdGaFpIaVF0MnVkRTkxS0> 02-01-2021
Nick MarkosianGo to Ogden and talk to Rick about APG Productivity and call Mike about APG Productivity <https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiSTZoTF9pdHN1aFdGaFpIaVF0MnVkRTkxS0> 02-01-2021
Talk to Rick about switching the status after the vehicles are detailed in Ogden <https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiSTZoTF9pdHN1aFdGaFpIaVF0MnVkRTkxS0> 02-01-2021Headlines
Melissa BlairAixa <https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoielN6VHhZM1ZJRHJjR1VvR3hxNDlZWHVX>
Aixa has had over a 50% show ratio for the last 3 weeks and has really stepped up this month. Good Job Aixa!! <https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoielN6VHhZM1ZJRHJjR1VvR3hxNDlZWHVX>
Issues Solved1. <https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiamJHTkJxLXFHUXByNm5uX2N2V20wNjB0> Tax time preparedness <https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiamJHTkJxLXFHUXByNm5uX2N2V20wNjB0> Nick Markosian <https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiamJHTkJxLXFHUXByNm5uX2N2V20wNjB0>
-sent from phone <https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiamJHTkJxLXFHUXByNm5uX2N2V20wNjB0>
2. <https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiamJHTkJxLXFHUXByNm5uX2N2V20wNjB0> How many collectors are required per day to handle Taylorsville Delinquency? <https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiamJHTkJxLXFHUXByNm5uX2N2V20wNjB0> Nick Markosian <https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiamJHTkJxLXFHUXByNm5uX2N2V20wNjB0> -sent from phone

<https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiamJHTkJxLXFHUXByNm5uX2N2V20wNjB0>
3. <https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiamJHTkJxLXFHUXByNm5uX2N2V20wNjB0> Getting inventory on Ove and a plan moving forward so it's done regularly <https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiamJHTkJxLXFHUXByNm5uX2N2V20wNjB0> Nick Markosian <https://mandrillapp.com/track/click/30186860/traction.tools?p=eyJzIjoiamJHTkJxLXFHUXByNm5uX2N2V20wNjB0>

| | |
|---|---|
| **From:** | Markosian Auto <david@markosianauto.com> |
| **Sent:** | Tuesday, October 19, 2021 12:25:38 PM |
| **To:** | Nick Markosian <Nick@beenjerkedaround.com> |
| **Cc:** | John Kirkland <John@beenjerkedaround.com>;manuel@markosianauto.com |
| **Subject:** | Re: service |

I sent a slack to get some from Ogden and the the vehicles in transport to be dropped off in Taylorsville. At this moment vehicles are getting checked as soon as they arrive.

David Garcia

> On Oct 19, 2021, at 12:18 PM, Nick Markosian <Nick@beenjerkedaround.com> wrote:
>
> ☐ Man that's only about 40. Are we getting a bunch of cars coming in transit?
>
> Sent from my iPhone
>
>> On Oct 19, 2021, at 12:14 PM, david@markosianauto.com wrote:
>>
>> ☐
>> Team A only has 26 open R.o calculating only about 10 getting out this week only from them every other vehicle needs major reconstruction, all 26 vehicles are accounted for.
>> team b has 43 open r.o out of those only 11 will be getting out this week most of them need major reconstruction all 43 are accounted for.
>> Team C has 17 open r.o. calculating only 10 will be coming out of service other 7 need engine and parts not available all 17 accounted for .
>> Team Ronnie has 17 open r.o. if tire machine arrives this week he can finish 10 vehicles. all accounted for. 7 need a whole lot of work.
>> looking into other status.

RYMARK135892

| | |
|---|---|
| From: | vicky <vicky@beenjerkedaround.com> |
| Sent: | Thursday, December 29, 2022 11:39:24 AM |
| To: | John Kirkland <John@beenjerkedaround.com>;Manuel <manuel@markosianauto.com>;Markosian David <david@markosianauto.com>;Melissa Blair <melissa@markosianauto.com>;Nick Markosian <Nick@beenjerkedaround.com>;veronica@markosianauto.com;Dakota Thompson <Dakotat@markosianauto.com>;Dallas Perry (dallasperry@markosianauto.com) <dallasperry@markosianauto.com>;Elliot Jepson <Elliotj@markosianauto.com>;Josh Sanger <Joshs@markosianauto.com>;Nico Robertson <Nicor@markosianauto.com>;Tomas Martinez <tomasm@markosianauto.com> |
| Subject: | Dealer Plate Audit |

## 2022-23 DEALER PLATE

### MARKOSIAN AUTO

| PLATE | Name | date given out | Signed Form | new stickers put on |
|---|---|---|---|---|
| **TRANSPORTER** | | | | |
| 14 | David Garcia | 7/21/2014 | X | 6/29/2022 |
| 23 | Connor Kirkland | 10/24/2022 | X | 6/29/2022 |
| 27 | Tooele delivery | 6/30/2022 | | 6/28/2022 |
| 28 | Byron Estrasa | 11/28/2022 | X | 6/29/2022 |
| **DEALER PLATES** | | | | |
| 9 | Manuel Gonzalez | 3/1/2011 | X | 6/29/2022 |
| 36 | Nick Markosian-?? | 6/14/2022 | | |
| 38 | Manuel Ramirez | 4/20/2018 | X | 6/29/2022 |
| 60 | David Garcia | 2/1/2022 | X | 6/29/2022 |
| 69 | John Kirkland | 8/3/2022 | X | 6/28/2022 |
| 75 | Elliot Jepson | 6/5/2019 | X | 6/28/2022 |
| 83 | Yuediel Cisneros | 11/30/2021 | X | 6/28/2022 |
| 87 | Sebastian Castrejon | 9/6/2022 | X | 6/28/2022 |
| 92 | John Kirkland | 1/12/2021 | X | |
| 94 | Nick Markosian | 9/29/2022 | X | 6/28/2022 |
| 100 | Magda Garcia | 7/19/2022 | X | 6/28/2022 |
| 102 | Josue Banuelos | 10/28/2019 | X | 6/29/2022 |
| 103 | Taylor Bradley | 9/7/2022 | X | 6/28/2022 |
| 105 | Tony Kirkland | | | |
| 106 | Dea Noble | 11/2/2018 | X | 6/29/2022 |
| 107 | Dallas Perry | 9/26/2019 | X | 6/28/2022 |
| 108 | Tomas Martinez | 7/8/2021 | X | 6/29/2022 |
| 112 | Neiva Garcia | 11/21/2022 | X | 6/28/2022 |
| 120 | Adrian Aldama | 6/10/2020 | X | 6/30/2022 |
| 121 | Cole Randall | 9/8/2022 | X | 6/29/2022 |

| | | | | |
|---|---|---|---|---|
| 124 | Miles Rogers | 12/1/2019 | | 6/28/2022 |
| 125 | Daniel Bernal | 10/13/2022 | | 6/29/2022 |
| 127 | Melissa Blair | 12/30/2019 | X | |
| 129 | Erica Martinez | 1/21/2021 | X | |
| 130 | Caden/Tony Kirkland | | | 7/26/2022 |
| 131 | Alan Burrow | 4/19/2022 | X | 6/29/2022 |
| 135 | David Godoy | 10/27/2022 | X | 6/28/2022 |
| 136 | Denise Diaz | 11/3/2022 | X | 6/29/2022 |
| 137 | Marcos Bernal | 3/19/2021 | X | 6/29/2022 |
| 140 | Jim Dunn | 3/11/2022 | X | 6/28/2022 |
| 141 | Jim Dunn | 3/11/2022 | | 6/28/2022 |
| 143 | Nick Markosian | 12/20/2022 | | 6/28/2022 |
| 146 | Julio Zamora | 12/29/2021 | X | 6/29/2022 |
| 147 | Adam VanDyke | 1/21/2022 | X | 6/30/2022 |
| 148 | Sharehma (Apple) McDowell | 4/27/2022 | X | 6/29/2022 |
| 151 | Aron Saucedo | 12/6/2022 | X | 6/28/2022 |
| 154 | Manuel Ramirez | 11/25/2022 | X | 6/27/2022 |

Hi all,

Above is a list of the dealer plates that I have not seen yet. Please review this list and follow up with your team to get a picture sent to me either through text or via slack. I need to have seen each one of these by end of day tomorrow.

Thank you!

Vicky Small
Controller
**Corporate Office:**
960 W Levoy Drive Suite 200
Taylorsville UT 84123
**Mailing Address:**
P O BOX 572040
Murray UT 84157
O: 801-886-1700
D: 801-207-9384
C: 801-554-2597




| | |
|---|---|
| **From:** | John Kirkland <John@beenjerkedaround.com> |
| **Sent:** | Monday, April 18, 2022 10:53:46 AM |
| **To:** | Nick Markosian <Nick@beenjerkedaround.com>;Manuel <manuel@markosianauto.com>;vicky <vicky@beenjerkedaround.com>;Markosian David <david@markosianauto.com>;veronica <veronica@markosianauto.com>;Melissa Blair <melissa@markosianauto.com> |
| **Subject:** | Leadership Meeting Recap |

Great meeting team, Veronica and David we hope you both get better soon. Here is a list of the issues we solved and some to do's for next week. The date under the to-do is when it needs to be done.

## To-do List

Vicky Small
Send the leadership team a copy of this
03-22-2022
Talk to Miles and have him create a signature for all employees that match and includes the logo and photo
04-25-2022
Talk to Miles about this
04-26-2022
Make sure to get all the photos that we currently have hung up in the Corp. office
04-25-2022
Come up with a schedule and send it to Manuel for approval
04-26-2022
Make sure your direct reports have their slack set up correctly and make sure their direct reports have their slack set up correctly
04-26-2022

John Kirkland
Audit 20-30 RO's and send the leadership team some feedback
04-05-2022
Call Dealpack and get a report with Book it out to see what customers have equity
04-05-2022
Come up with a process for cars that have issues when getting repo
04-11-2022
Turn off Voicemail during business hours
04-12-2022
Make sure your direct reports have their slack set up correctly and make sure their direct reports have their slack set up correctly
04-26-2022
Show Manuel how to check GPS's in Auction cars
04-25-2022
Talk to Veronica about the PTPs
04-26-2022
Get with Veronica on the Tyson Employee that quit
04-26-2022

Manuel Gonzalez
Walk the lot with Dave and look at old agers
04-05-2022
Train the sales managers on PPM number 8