# Exhibit 6

```
 1                IN THE UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF UTAH, CENTRAL DIVISION
 3                            -ooOoo-
 4     CAPANA SWISS ADVISORS AG,   )
       a Swiss corporation;        )
 5     AMERIMARK AUTOMOTIVE AG,    )
       a Swiss corporation,        ) Case No. 2:23-cv-00467
 6                                 )
             Plaintiffs,           ) Judge
 7                                 ) Hon. Robert J. Shelby
       vs.                         )
 8                                 ) Magistrate Judge
       RYMARK, INC., a Utah        ) Hon. Cecilia M. Romero
 9     corporation; NICHOLAS       )
       THAYNE MARKOSIAN, an        )
10     individual; JOHN            )
       KIRKLAND, an individual;    )
11     and VICKY SMALL, an         )
       individual,                 )
12                                 )
             Defendants.           )
13     _____)
14
15
16                  Video Recorded Deposition of
                      NICHOLAS THAYNE MARKOSIAN
17
                      Taken on August 8, 2024
18                   At 9:46 a.m. to 6:24 p.m.
19                  At PARSONS BEHLE & LATIMER
                       201 South Main Street
20                          Suite 1800
                    Salt Lake City, Utah 84111
21
22
23
24
25     Reported by:  Deirdre Rand, RPR, CSR, CCR
```

Page 1