# Exhibit 7

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                  DISTRICT OF UTAH, CENTRAL DIVISION
 3
         CAPANA SWISS ADVISORS    )
 4       AG, a Swiss corporation; )
         AMERIMARK AUTOMOTIVE     )
 5       AG, a Swiss corporation, )  Videotaped Deposition of:
                                  )
 6            Plaintiffs,         )  John Kirkland
                                  )
 7       vs.                      )
                                  )  Case No. 2:23-CV-00467
 8       RYMARK, INC., a Utah     )
         corporation; NICHOLAS    )  Judge:
 9       THAYNE MARKOSIAN, an     )  Hon. Robert J. Shelby
         individual; JOHN         )
10       KIRKLAND, an individual; )  Magistrate Judge:
         and VICKY SMALL, an      )  Cecilia M. Romero
11       individual,              )
                                  )
12            Defendants.         )
13
14                   August 26, 2024 * 9:00 a.m.
15               Location:  Parsons Behle & Latimer
16               201 South State Street, Suite 1800
17                   Salt Lake City, Utah 84111
18
19
20
21
22
23
24             Reporter:  Diana Kent, RPR, CRR
25        Notary Public in and for the State of Utah

                                                          Page 1
```