# Exhibit 8

Vicky Small - August 20, 2024

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                DISTRICT OF UTAH, CENTRAL DIVISION
 3
        CAPANA SWISS ADVISORS     )
 4      AG, a Swiss corporation;  )
        AmeriMark AUTOMOTIVE      )
 5      AG, a Swiss corporation,  )  Deposition of:
                                  )
 6           Plaintiffs,          )  Vicky Small
                                  )
 7      vs.                       )
                                  )  Case No. 2:23-CV-00467
 8      RYMARK, INC., a Utah      )
        corporation; NICHOLAS     )  Judge:
 9      THAYNE MARKOSIAN, an      )  Hon. Robert J. Shelby
        individual; JOHN          )
10      KIRKLAND, an individual;  )  Magistrate Judge:
        and VICKY SMALL, an       )  Cecilia M. Romero
11      individual,               )
                                  )
12           Defendants.          )
13
14
15               August 20, 2024 * 9:00 a.m.
16
17         Location:  Parsons Behle & Latimer
18                201 South State Street
19                Salt Lake City, Utah 84111
20
21
22
23
24         Reporter:  Diana Kent, RPR, CRR
25      Notary Public in and for the State of Utah


                                                    Page 1
```