# Exhibit 9

Matthew Martinez - January 15, 2025

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              DISTRICT OF UTAH, CENTRAL DIVISION
 3
        CAPANA SWISS ADVISORS     )
 4      AG, a Swiss corporation;  )
        AMERIMARK AUTOMOTIVE      )   30(b)(6) Deposition of
 5      AG, a Swiss corporation,  )   Rymark, Inc., through:
                                  )
 6           Plaintiffs,          )   Matthew Martinez
                                  )
 7      vs.                       )
                                  )   Case No. 2:23-CV-00467
 8      RYMARK, INC., a Utah      )
        corporation; NICHOLAS     )   Judge:
 9      THAYNE MARKOSIAN, an      )   Hon. Robert J. Shelby
        individual; JOHN          )
10      KIRKLAND, an individual;  )   Magistrate Judge:
        and VICKY SMALL, an       )   Cecilia M. Romero
11      individual,               )
                                  )
12           Defendants.          )
13
14               January 15, 2025 * 9:00 a.m.
15            Location:  Parsons Behle & Latimer
                201 South Main Street, Suite 1800
16                 Salt Lake City, Utah 84111
17
18
19
20
21
22
23
24          Reporter:  Diana Kent, RPR, CRR
25      Notary Public in and for the State of Utah


                                                     Page 1
```