IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAPANA SWISS ADVISORS AG, a Swiss corporation; AMERIMARK AUTOMOTIVE AG, a Swiss corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RYMARK, INC., a Utah corporation; NICHOLAS THAYNE MARKOSIAN, an individual; JOHN KIRKLAND, an individual; and VICKY SMALL, an individual,<br><br>Defendants.<br><br>And Related Counterclaims and Third-party Claims | **SECOND AMENDED SCHEDULING ORDER**<br><br>Case No. 2:23-cv-00467-TS-CMR<br><br>Judge Ted Stewart<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the Parties' Stipulated Motion for Amended Scheduling Order (Motion) (ECF 324) filed pursuant to Fed. R. Civ. P. 16(b), and for good cause appearing, the court hereby GRANTS the Motion and amends the Scheduling Order (ECF 88) as follows[1]:

| Event | Deadline |
|---|---|
| Last Day to Serve Written Discovery: | **October 8, 2025** |
| Close of Fact Discovery: | **October 31, 2025** |
| Last Day to File Motion to Amend Pleadings: | **July 30, 2025** |
| Last Day to File Motion to Add Parties: | **July 30, 2025** |

---

[1] Third-Party Defendant Ashley Miron Leshem currently maintains that the court does not have personal jurisdiction over him and he has filed a renewed Motion to Dismiss (ECF 301) to that effect on numerous grounds. Mr. Leshem, in an abundance of caution, reserves his rights, and waives none, to obtain new or revised scheduling deadlines that are (a) consistent with his status in this case after resolution of Mr. Leshem's motion to dismiss, and (b) otherwise reasonable and necessary to protect Mr. Leshem's right to participate fully in this case, including all pre-trial discovery.

| Event | Deadline |
|---|---|
| Evaluate case for settlement/ADR on: | **November 9, 2025** |
| Rule 26(a)(2) Expert Disclosures | February 27, 2025 |
| Rule 26(a)(2)(C) Counter Disclosures | April 4, 2025 |
| Rule 26(a)(2) Expert Reports | **November 29, 2025** |
| Rule 26(a)(2)(C) Counter Reports | **January 2, 2026** |
| Last Day for Expert Discovery: | **February 14, 2026** |
| Deadline to File Dispositive or Potentially Dispositive Motions: | **March 11, 2026** |
| Deadline to File Partial or Complete Motions to Exclude Expert Testimony: | **March 3, 2026** |
| Deadline for filing a request for a scheduling conference with the district judge for the purpose of setting a trial date if no dispositive motions are filed.<br><br>If dispositive motions are filed and the district judge's ruling on those motions does not resolve the case, the parties shall file a request for a scheduling conference with the district judge for the purpose of setting a trial date no later than one week after the ruling on the dispositive motions. | **March 18, 2026** |

**IT IS SO ORDERED.**

DATED this 3 October 2025.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah