IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CAPANA SWISS ADVISORS AG, a Swiss corporation, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>RYMARK, INC., a Utah corporation, et al.,<br><br>                    Defendants. | MEMORANDUM DECISION AND ORDER OVERRULING DEFENDANTS' OBJECTION TO THE MAGISTRATE JUDGE'S ORDER<br><br><br>Case No. 2:23-cv-00467<br><br>District Judge Ted Stewart<br>Magistrate Judge Cecilia M. Romero |

This matter is before the Court on Defendants' Objection to the Magistrate Judge's Order Denying their Motion for Protective Order.[1]

Under 28 U.S.C. § 636(b)(1)(A) and Rule 72(a) of the Federal Rules of Civil Procedure, the Court reviews a magistrate judge's orders on nondispositive matters under a clearly erroneous or contrary to law standard. In reviewing a magistrate judge's nondispositive order, a district court must "modify or set aside any part of the order that is clearly erroneous or is contrary to law."[2] "The clearly erroneous standard . . . requires that the reviewing court affirm unless it 'on the entire evidence is left with the definite and firm conviction that a mistake has been committed.'"[3]

---

[1] Docket No. 379.

[2] Fed. R. Civ. P. 72(a).

[3] *Ocelot Oil Corp. v. Sparrow Indus.*, 847 F.2d 1458, 1464 (10th Cir. 1988) (quoting *United States v. United States Gypsum Co.*, 333 U.S. 364, 395 (1948)).

The Court has carefully reviewed the Magistrate Judge's ruling, Defendants' Objection thereto, the underlying briefing, the local rule, and the relevant case law. Having done so, the Court cannot conclude that the Magistrate Judge's ruling on the Motion for Protective Order was clearly erroneous or contrary to law. The Court will therefore overrule the Objection.

It is therefore

ORDERED that Defendants' Objection to the Magistrate Judge's Order Denying ECF 336 (Docket No. 379) is OVERRULED; it is further

ORDERED that Defendants' Motion to Stay Magistrate Judge's Order Pending District Court's Review of Defendants' Objection Thereto (Docked No. 383) is DENIED AS MOOT.

DATED  May 19, 2026.

BY THE COURT:

_____

TED STEWART
United States District Judge