THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

CAPANA SWISS ADVISORS AG, a Swiss corporation; AMERIMARK AUTOMOTIVE AG, a Swiss corporation,

Plaintiffs,

v.

RYMARK, INC., a Utah corporation; NICHOLAS THAYNE MARKOSIAN, an individual; JOHN KIRKLAND, an individual; and VICKY SMALL, an individual,

Defendants.

**ORDER GRANTING PRO HAC VICE ADMISSION**

Case No. 2:23-cv-00467-TS-CMR

Judge Ted Stewart

Chief Magistrate Judge Cecilia M. Romero

Before the Court is Local Counsel’s Motion for Pro Hac Vice Admission of Rachel S. Christenson (Motion) (ECF 408). Based on the Motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

DATED this 2 October 2026.

Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah